# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| KAIFI LLC, | § § § § § § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 2:20-CV-00281-JRG |
| T-MOBILE US, INC., LAYERS3 TV, INC., L3TV DALLAS CABLE SYSTEM, LLC, METROPCS TEXAS LLC, T-MOBILE LICENSE LLC, T-MOBILE USA, INC., T-MOBILE WEST LLC, T-MOBILE WEST TOWER LLC, IBSV LLC, THEORY MOBILE, INC, T-MOBILE PCS HOLDINGS LLC, T-MOBILE RESOURCES CORPORATION, T-MOBILE SUBSIDIARY IV CORPORATION, | | |
| Defendants. | | |

## ORDER

Before the Court is the Joint Motion to Extend Briefing Schedule on Defendants' Motion to Dismiss for Lack of Patent Eligibility under 35 U.S.C. § 101 (Dkt. 55) (the "Motion"). (Dkt. No. 60). In the Motion, the parties request that the briefing schedule be extended for Defendants' Motion to Dismiss for Lack of Patent Eligibility due to an unexpected death of counsel for one of the parties.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. The briefing schedule for Defendants' Motion to Dismiss for Lack of Patent Eligibility shall be **extended** as set forth in the Motion.

**So ORDERED and SIGNED this 20th day of November, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE