**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| KAIFI LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC.; LAYER3 TV, INC.; L3TV DALLAS CABLE SYSTEM, LLC; METROPCS TEXAS, LLC; T-MOBILE LICENSE LLC; T-MOBILE USA, INC.; T-MOBILE WEST LLC; T-MOBILE WEST TOWER LLC; IBSV LLC; THEORY MOBILE, INC.; T-MOBILE PCS HOLDINGS LLC; T-MOBILE RESOURCES CORPORATION; and T-MOBILE SUBSIDIARY IV CORPORATION<br><br>Defendants. | Case No. 2:20-CV-281- JRG<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Plaintiff and the appearing Defendants (collectively, "the Parties"), respectfully submit this Joint Motion for Entry of Agreed Protective Order (a Proposed Protective Order is attached hereto as Exhibit 1).

1

Respectfully submitted,

*/s/ Robert Christopher Bunt*

Enoch H. Liang
Cal. Bar No. 212324 (admitted in E.D. Texas)
Michael J. Song
Cal. Bar No. 243675 (admitted in E.D. Texas)

LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773
Email: enoch.liang@ltlattorneys.com
Email: michael.song@ltlattorneys.com

Jason Sheasby
Cal. Bar No. 205455 (admitted PHV)
IRELL & MANELLA, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Robert Christopher Bunt
Texas Bar No. 00787165
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

**Attorneys for Plaintiff KAIFI LLC**

*/s/ Paul J. Kremer (with permission)*
Benjamin Hershkowitz
New York State Bar No. 2600559
Katherine Q. Dominguez
New York Bar No. 4741237
Paul J. Kremer
New York Bar No. 4900338
Josh A. Krevitt
New York Bar No. 2568228
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193 Telephone: (212) 351-4000
Facsimile: (212) 351-4035
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com
PKremer@gibsondunn.com
jkrevitt@gibsondunn.com

Nathan R. Curtis
Texas State Bar No. 24078390
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, Texas 75201-2923
Tel: (214) 698-3423
Fax: (214) 571-2961
ncurtis@gibsondunn.com

Melissa R. Smith
(*TX State Bar No. 24001351*)
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Melissa@gillamsmithlaw.com

***Attorneys for Defendants T Mobile US, Inc., T Mobile USA, Inc., MetroPCS Texas, LLC, T Mobile West LLC, T Mobile West Tower LLC, T Mobile Resources Corporation, Layer3 TV, Inc., and L3TV Dallas Cable System, LLC***

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on December 18, 2020 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

                                               */s/Robert Christopher Bunt*
                                               ROBERT CHRISTOPHER BUNT

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), the Parties met and conferred on December 16, 2020 and December 18, 2020 and resolved all issues pertaining to the proposed Protective Order.

                                               */s/Robert Christopher Bunt*
                                               ROBERT CHRISTOPHER BUNT