# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# Exhibit B

to the Declaration of Dat Nguyen in Support of KAIFI's Motion for Leave to Amend Infringement Contentions

[redacted in full]