# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# Exhibit I

to the Declaration of Dat Nguyen in Support of KAIFI's Motion for Leave to Amend Infringement Contentions

**From:** Sheasby, Jason <JSheasby@irell.com>
**Sent:** Tuesday, February 23, 2021 4:10 PM
**To:** Curtis, Nathan R. <NCurtis@gibsondunn.com>; LTL-Kaifi-T-Mobile <LTL-Kaifi-T-Mobile@ltlattorneys.com>
**Cc:** Dat Nguyen <dat.nguyen@ltlattorneys.com>; Melissa Smith <melissa@gillamsmithlaw.com>; Michael Song <michael.song@ltlattorneys.com>; Enoch Liang <Enoch.Liang@ltlattorneys.com>; Robert Bunt <rcbunt@pbatyler.com>; ~Attaway, Deana <dattaway@pbatyler.com>; Kelsey Atkinson <kelsey.atkinson@ltlattorneys.com>; Matthew Hawkinson <mhawkinson@hycounsel.com>; Steve Chang <steve.chang@ltlattorneys.com>; *** TMUS-Kaifi_C <TMUS-Kaifi_C@gibsondunn.com>
**Subject:** Re: KAIFI LLC's Supplemental Disclosure of Asserted Claims and Infringement Contentions under P.R. 3-1 to T-Mobile

Dear Nathan:

The justification for the changes to the infringement contentions is that you asked us for additional detail about areas in which you felt there was deficiencies and we wanted to be responsive to those concerns.

We will be filing an opposed motion to amend our contentions.

Thanks
JS

From: "Curtis, Nathan R." <NCurtis@gibsondunn.com>
Date: Friday, February 19, 2021 at 9:08 AM
To: Jason Sheasby <JSheasby@irell.com>, "LTL-Kaifi-T-Mobile@ltlattorneys.com" <LTL-Kaifi-T-Mobile@ltlattorneys.com>
Cc: Dat Nguyen <dat.nguyen@ltlattorneys.com>, Melissa ~Smith <melissa@gillamsmithlaw.com>, Michael Song <michael.song@ltlattorneys.com>, Enoch Liang <Enoch.Liang@ltlattorneys.com>, Robert ~Bunt <rcbunt@pbatyler.com>, Deana Attaway <dattaway@pbatyler.com>, Kelsey Atkinson <kelsey.atkinson@ltlattorneys.com>, Matthew Hawkinson <mhawkinson@hycounsel.com>, Steve Chang <steve.chang@ltlattorneys.com>, *** TMUS-Kaifi_C <TMUS-Kaifi_C@gibsondunn.com>
Subject: RE: KAIFI LLC's Supplemental Disclosure of Asserted Claims and Infringement Contentions under P.R. 3-1 to T-Mobile

Counsel,

We disagree that there was no expansion of your infringement contentions, and consequently cannot consent to the supplementation absent justification, which we have requested. We would be happy to discuss further and meet and confer on this issue, but as it stands, given the lack of justification for expanding your theories of infringement, T-Mobile does not consent to the supplementation and would oppose a motion for leave to supplement the contentions. As you know, pursuant to P.R. 3-6, KAIFI's October 30, 2020 Infringement Contentions are KAIFI's "final contentions," unless KAIFI is granted leave to supplement. Please let us know if you still wish to proceed with the supplementation, including by motion seeking leave, and if so, we will be available to meet and confer with you.

Best,
Nathan

Nathan R. Curtis

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3423 • Fax +1 214.571.2961
NCurtis@gibsondunn.com<mailto:NCurtis@gibsondunn.com> •
www.gibsondunn.com<http://www.gibsondunn.com>

From: Sheasby, Jason <JSheasby@irell.com>
Sent: Tuesday, February 2, 2021 9:05 AM
To: Curtis, Nathan R. <NCurtis@gibsondunn.com>; LTL-Kaifi-T-Mobile@ltlattorneys.com
Cc: Dat Nguyen <dat.nguyen@ltlattorneys.com>; melissa@gillamsmithlaw.com; Michael Song <michael.song@ltlattorneys.com>; Enoch Liang <Enoch.Liang@ltlattorneys.com>; ~Bunt, Robert <rcbunt@pbatyler.com>; ~Attaway, Deana <dattaway@pbatyler.com>; Kelsey Atkinson <kelsey.atkinson@ltlattorneys.com>; Matthew Hawkinson <mhawkinson@hycounsel.com>; Steve Chang <steve.chang@ltlattorneys.com>; *** TMUS-Kaifi_C <TMUS-Kaifi_C@gibsondunn.com>
Subject: RE: KAIFI LLC's Supplemental Disclosure of Asserted Claims and Infringement Contentions under P.R. 3-1 to T-Mobile

[External Email]
Dear Nathan:

We do not believe there has been any expansion of the contentions. At no point in time did we every take the position that the location register must be a single unitary physical object nor did we take the position that the UE could not hold location information. If you believe this information is material to your invalidity contentions, you may supplement the contentions to address this information in a timely manner.

JS

From: Curtis, Nathan R. <NCurtis@gibsondunn.com<mailto:NCurtis@gibsondunn.com>>
Sent: Tuesday, February 2, 2021 7:00 AM
To: Sheasby, Jason <JSheasby@irell.com<mailto:JSheasby@irell.com>>; LTL-Kaifi-T-Mobile@ltlattorneys.com<mailto:LTL-Kaifi-T-Mobile@ltlattorneys.com>
Cc: Dat Nguyen <dat.nguyen@ltlattorneys.com<mailto:dat.nguyen@ltlattorneys.com>>; ~Smith, Melissa <melissa@gillamsmithlaw.com<mailto:melissa@gillamsmithlaw.com>>; Michael Song <michael.song@ltlattorneys.com<mailto:michael.song@ltlattorneys.com>>; Enoch Liang <Enoch.Liang@ltlattorneys.com<mailto:Enoch.Liang@ltlattorneys.com>>; ~Bunt, Robert <rcbunt@pbatyler.com<mailto:rcbunt@pbatyler.com>>; ~Attaway, Deana <dattaway@pbatyler.com<mailto:dattaway@pbatyler.com>>; Kelsey Atkinson <kelsey.atkinson@ltlattorneys.com<mailto:kelsey.atkinson@ltlattorneys.com>>; Matthew Hawkinson <mhawkinson@hycounsel.com<mailto:mhawkinson@hycounsel.com>>; Steve Chang <steve.chang@ltlattorneys.com<mailto:steve.chang@ltlattorneys.com>>; *** TMUS-Kaifi_C <TMUS-Kaifi_C@gibsondunn.com<mailto:TMUS-Kaifi_C@gibsondunn.com>>
Subject: RE: KAIFI LLC's Supplemental Disclosure of Asserted Claims and Infringement Contentions under

P.R. 3-1 to T-Mobile

Counsel,

Upon review, KAIFI's Supplemental Infringement Contentions improperly expand KAIFI's theories of infringement. For example, in its Supplemental Infringement Contentions, KAIFI for the first time contends that the "location register can be distributed across components in the system" and that location information "can be in part on the user equipment." See Supp. Inf. Cont. at 16–17, 35–36, 40, 44, 56, 64–65, 81, 85, 103, 110. These expanded theories are not responsive to the questions T-Mobile raised, as you asserted in your January 8, 2021 email. Please explain the basis for KAIFI's supplementation.

Best,
Nathan

Nathan R. Curtis

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3423 • Fax +1 214.571.2961
NCurtis@gibsondunn.com<mailto:NCurtis@gibsondunn.com> •
www.gibsondunn.com<http://www.gibsondunn.com>

From: Sheasby, Jason <JSheasby@irell.com<mailto:JSheasby@irell.com>>
Sent: Thursday, January 14, 2021 9:54 AM
To: Curtis, Nathan R. <NCurtis@gibsondunn.com<mailto:NCurtis@gibsondunn.com>>
Cc: Dat Nguyen <dat.nguyen@ltlattorneys.com<mailto:dat.nguyen@ltlattorneys.com>>; Dominguez, Kate <KDominguez@gibsondunn.com<mailto:KDominguez@gibsondunn.com>>; Hershkowitz, Benjamin <BHershkowitz@gibsondunn.com<mailto:BHershkowitz@gibsondunn.com>>; Kremer, Paul J. <PKremer@gibsondunn.com<mailto:PKremer@gibsondunn.com>>; Krevitt, Josh <JKrevitt@gibsondunn.com<mailto:JKrevitt@gibsondunn.com>>; melissa@gillamsmithlaw.com<mailto:melissa@gillamsmithlaw.com>; Michael Song <michael.song@ltlattorneys.com<mailto:michael.song@ltlattorneys.com>>; Enoch Liang <Enoch.Liang@ltlattorneys.com<mailto:Enoch.Liang@ltlattorneys.com>>; ~Bunt, Robert <rcbunt@pbatyler.com<mailto:rcbunt@pbatyler.com>>; ~Attaway, Deana <dattaway@pbatyler.com<mailto:dattaway@pbatyler.com>>; Kelsey Atkinson <kelsey.atkinson@ltlattorneys.com<mailto:kelsey.atkinson@ltlattorneys.com>>; Matthew Hawkinson <mhawkinson@hycounsel.com<mailto:mhawkinson@hycounsel.com>>; Steve Chang <steve.chang@ltlattorneys.com<mailto:steve.chang@ltlattorneys.com>>
Subject: Re: KAIFI LLC's Supplemental Disclosure of Asserted Claims and Infringement Contentions under P.R. 3-1 to T-Mobile

[External Email]
Sure.

Best

JS

On Jan 14, 2021, at 7:35 AM, Curtis, Nathan R. <NCurtis@gibsondunn.com<mailto:NCurtis@gibsondunn.com>> wrote:

Jason,

We are still reviewing KAIFI's proposed Supplemental Disclosure of Asserted Claims and Infringement Contentions and will get back to you on whether we oppose a motion. It will expedite our review if you are able to send a redline showing the edits made.

Best,
Nathan

Nathan R. Curtis

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3423 • Fax +1 214.571.2961
NCurtis@gibsondunn.com<mailto:NCurtis@gibsondunn.com<mailto:NCurtis@gibsondunn.com%3cmailto:NCurtis@gibsondunn.com>> •
www.gibsondunn.com<http://www.gibsondunn.com><http://www.gibsondunn.com<http://www.gibsondunn.com>>

From: Sheasby, Jason <JSheasby@irell.com<mailto:JSheasby@irell.com>>
Sent: Wednesday, January 13, 2021 11:16 AM
To: Dat Nguyen <dat.nguyen@ltlattorneys.com<mailto:dat.nguyen@ltlattorneys.com>>; Curtis, Nathan R. <NCurtis@gibsondunn.com<mailto:NCurtis@gibsondunn.com>>; Dominguez, Kate <KDominguez@gibsondunn.com<mailto:KDominguez@gibsondunn.com>>; Hershkowitz, Benjamin <BHershkowitz@gibsondunn.com<mailto:BHershkowitz@gibsondunn.com>>; Kremer, Paul J. <PKremer@gibsondunn.com<mailto:PKremer@gibsondunn.com>>; Krevitt, Josh <JKrevitt@gibsondunn.com<mailto:JKrevitt@gibsondunn.com>>; melissa@gillamsmithlaw.com<mailto:melissa@gillamsmithlaw.com>
Cc: Michael Song <michael.song@ltlattorneys.com<mailto:michael.song@ltlattorneys.com>>; Enoch Liang <Enoch.Liang@ltlattorneys.com<mailto:Enoch.Liang@ltlattorneys.com>>; ~Bunt, Robert <rcbunt@pbatyler.com<mailto:rcbunt@pbatyler.com>>; ~Attaway, Deana <dattaway@pbatyler.com<mailto:dattaway@pbatyler.com>>; Kelsey Atkinson <kelsey.atkinson@ltlattorneys.com<mailto:kelsey.atkinson@ltlattorneys.com>>; Matthew Hawkinson <mhawkinson@hycounsel.com<mailto:mhawkinson@hycounsel.com>>; Steve Chang <steve.chang@ltlattorneys.com<mailto:steve.chang@ltlattorneys.com>>
Subject: RE: KAIFI LLC's Supplemental Disclosure of Asserted Claims and Infringement Contentions under P.R. 3-1 to T-Mobile

[External Email]
All:

4

Although we do not believe it is required given the nature of these amendments, please let us know if you object to a motion.

Best
JS

From: Dat Nguyen <dat.nguyen@ltlattorneys.com<mailto:dat.nguyen@ltlattorneys.com<mailto:dat.nguyen@ltlattorneys.com%3cmailto:dat.nguyen@ltlattorneys.com>>>
Sent: Tuesday, January 12, 2021 10:22 AM
To: ncurtis@gibsondunn.com<mailto:ncurtis@gibsondunn.com<mailto:ncurtis@gibsondunn.com%3cmailto:ncurtis@gibsondunn.com>>; Dominguez, Kate <KDominguez@gibsondunn.com<mailto:KDominguez@gibsondunn.com<mailto:KDominguez@gibsondunn.com%3cmailto:KDominguez@gibsondunn.com>>>; Hershkowitz, Benjamin <BHershkowitz@gibsondunn.com<mailto:BHershkowitz@gibsondunn.com<mailto:BHershkowitz@gibsondunn.com%3cmailto:BHershkowitz@gibsondunn.com>>>; PKremer@gibsondunn.com<mailto:PKremer@gibsondunn.com<mailto:PKremer@gibsondunn.com%3cmailto:PKremer@gibsondunn.com>>; jkrevitt@gibsondunn.com<mailto:jkrevitt@gibsondunn.com<mailto:jkrevitt@gibsondunn.com%3cmailto:jkrevitt@gibsondunn.com>>; ~Smith, Melissa <melissa@gillamsmithlaw.com<mailto:melissa@gillamsmithlaw.com<mailto:melissa@gillamsmithlaw.com%3cmailto:melissa@gillamsmithlaw.com>>>
Cc: Michael Song <michael.song@ltlattorneys.com<mailto:michael.song@ltlattorneys.com<mailto:michael.song@ltlattorneys.com%3cmailto:michael.song@ltlattorneys.com>>>; Enoch Liang <Enoch.Liang@ltlattorneys.com<mailto:Enoch.Liang@ltlattorneys.com<mailto:Enoch.Liang@ltlattorneys.com%3cmailto:Enoch.Liang@ltlattorneys.com>>>; ~Bunt, Robert <rcbunt@pbatyler.com<mailto:rcbunt@pbatyler.com<mailto:rcbunt@pbatyler.com%3cmailto:rcbunt@pbatyler.com>>>; ~Attaway, Deana <dattaway@pbatyler.com<mailto:dattaway@pbatyler.com<mailto:dattaway@pbatyler.com%3cmailto:dattaway@pbatyler.com>>>; Kelsey Atkinson <kelsey.atkinson@ltlattorneys.com<mailto:kelsey.atkinson@ltlattorneys.com<mailto:kelsey.atkinson@ltlattorneys.com%3cmailto:kelsey.atkinson@ltlattorneys.com>>>; Matthew Hawkinson <mhawkinson@hycounsel.com<mailto:mhawkinson@hycounsel.com<mailto:mhawkinson@hycounsel.com%3cmailto:mhawkinson@hycounsel.com>>>; Steve Chang <steve.chang@ltlattorneys.com<mailto:steve.chang@ltlattorneys.com<mailto:steve.chang@ltlattorneys.com%3cmailto:steve.chang@ltlattorneys.com>>>; Sheasby, Jason <JSheasby@irell.com<mailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com>>>
Subject: KAIFI LLC's Supplemental Disclosure of Asserted Claims and Infringement Contentions under P.R. 3-1 to T-Mobile

Counsel,

Please find attached KAIFI LLC's Supplemental Disclosure of Asserted Claims and Infringement Contentions under P.R. 3-1 to T-Mobile.

Best,
Dat

DAT NGUYEN

<image001.png>

LTL ATTORNEYS LLP
Los Angeles | San Francisco | New York | Orange County
300 S. Grand Avenue 14th Floor
Los Angeles, CA 90071
Direct: 213-805-8077
Main: 213-612-8900 | Fax: 213-612-3773
dat.nguyen@ltlattorneys.com<mailto:dat.nguyen@ltlattorneys.com<mailto:dat.nguyen@ltlattorneys.com%3cmailto:dat.nguyen@ltlattorneys.com>> |
www.ltlattorneys.com<http://www.ltlattorneys.com>><https://protect-us.mimecast.com/s/yo1LCNk8GNIZ3M0RhRkRM4/<https://protect-us.mimecast.com/s/5C_SCwpkxOhv4Bq8T88nb6/>>

CONFIDENTIALITY NOTICE
The information in this e-mail (including attachments, if any) is confidential information intended only for the use of the individual or entity to whom it is addressed, and may be privileged. The information herein may also be protected by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521. Any review, use, disclosure, distribution, or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify the sender immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

<image002.png>

<image003.png>

<image004.png>

<image005.png>

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.
_____
This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/<https://protect-us.mimecast.com/s/QUP8CyPmz0u7Qx8XTySGxv/>><https://protect-us.mimecast.com/s/VmBgCOYZGOcNx2pGcPTVg5/<https://protect-us.mimecast.com/s/MSrsCADmrwsZPkw6tXG3NX/>> for information regarding the firm and/or our privacy policy.

_____

_____
This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/<https://protect-us.mimecast.com/s/QUP8CyPmz0u7Qx8XTySGxv/> for information regarding the firm and/or our privacy policy.

_____

_____
This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/<https://protect-us.mimecast.com/s/LDGbCxkIyPILgY7MT2QYPf/> for information regarding the firm and/or our privacy policy.

_____