**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# Exhibit N

to the Declaration of Dat Nguyen in Support of KAIFI's Motion for Leave to Amend Infringement Contentions

[redacted in full]