# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| KAIFI LLC, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:20-CV-00281-JRG |
| T-MOBILE US, INC., T-MOBILE USA, INC., | § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Agreed Motion to Amend Docket Control Order (Dkt. No. 99) filed by Defendants T- Mobile US, Inc. and T-Mobile USA, Inc. (the "Motion"). In the Motion, Defendants request to extend the deadline to comply with P.R. 4-3 from March 10, 2021 to March 15, 2021.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the parties' deadline to comply with P.R. 4-3 is **extended** to **March 15, 2021**.

**So Ordered this**

**Mar 10, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE