# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE US, INC. and T-MOBILE USA, INC.,<br><br>    Defendants. | Case No. 2:20-CV-281- JRG<br><br>JURY TRIAL DEMANDED |

**P.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Plaintiff KAIFI LLC ("KAIFI") and Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively "T-Mobile") hereby submit their Joint Claim Construction and Prehearing Statement regarding U.S. Patent No. 6,922,728 ("728 Patent").

## 1. P.R. 4-3(a)(1) – Agreed Upon Constructions

The parties agree on the following construction of claim terms, phrases or clauses:

| Claim Term, Phrase or Clause | Parties' Agreed Upon Construction |
|---|---|
| "outdoor wireless internet network" (all asserted claims) | "a wireless network that provides a different network path to internet connectivity than the indoor network" |
| "location register" (all asserted claims) | "register that records the location of the data communication terminal" |
| "indoor system ID information" (all asserted claims) | "information uniquely identifying the indoor network" |
| "location information" (all asserted claims) | "information on a locational area or indoor system ID information or both" |
| "provides roaming of the voice/data signals provided to the user" (claim 1) | "provides switching the network path of the voice/data communications automatically and without interruption" |

## 2. P.R. 4-3(a)(2) – Each Party's Proposed Constructions

The parties attach a chart hereto as Appendix 1, which shows each party's proposed construction of each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction or to oppose any other party's proposed construction, including but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses.

## 3. P.R. 4-3(a)(3) – Anticipated Time for Hearing

The parties anticipate a combined total of 3.5 hours for presentation at the hearing.

4. **P.R. 4-3(a)(4) – Witness Testimony at Hearing**

The parties do not anticipate calling any witnesses at the hearing.

5. **P.R. 4-3(a)(5) – Other Issues for a Prehearing Conference**

The parties are unaware of any issues that would be appropriate for a prehearing conference.

Date:  March 15, 2021

Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt

Enoch H. Liang
Cal. Bar No. 212324 (admitted in E.D. Texas)
Michael J. Song
Cal. Bar No. 243675 (admitted in E.D. Texas)
**LTL ATTORNEYS LLP**
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773
Email: enoch.liang@ltlattorneys.com
Email: michael.song@ltlattorneys.com

Jason Sheasby
Cal. Bar No. 205455 (admitted PHV)
**IRELL & MANELLA, LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Robert Christopher Bunt
Texas Bar No. 00787165
**PARKER, BUNT & AINSWORTH PC**
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

*Attorneys for Plaintiff KAIFI LLC*

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Josh A. Krevitt ( with permission)*

Josh A. Krevitt
New York Bar No. 2568228
Benjamin Hershkowitz
New York State Bar No. 2600559
Katherine Q. Dominguez
New York Bar No. 4741237
Paul J. Kremer
New York Bar No. 4900338
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com
pkremer@gibsondunn.com

Nathan R. Curtis
Texas State Bar No. 24078390
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue
Dallas, Texas 75201-2923
Telephone: (214) 698-3423
Fax: (214) 571-2961
ncurtis@gibsondunn.com

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Melissa@gillamsmithlaw.com

*Attorneys for Defendants T-Mobile US, Inc.
and T-Mobile USA, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on March 15, 2021 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt