# EXHIBIT 8
## FILED UNDER SEAL

## REDACTED IN ITS ENTIRETY