# EXHIBIT 11

**FILED UNDER SEAL**

**REDACTED IN ITS ENTIRETY**