IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>       Defendants. | Case No. 2:20-CV-00281-JRG<br><br>Hon. Rodney Gilstrap |

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS**

Before the Court is Plaintiff KAIFI LLC's Motion for Leave to Amend Infringement Contentions. The Court, having considered the same, is of the opinion that the motion should be DENIED.