# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# Exhibit A

to the Declaration of Dat Nguyen in Support of KAIFI LLC's Reply in Support of Its Motion for Leave to Amend Infringement Contentions (Dkt. No. 92)

[REDACTED IN FULL]