

# 3GPP TS 23.008 V15.7.0 (2019-03)

*Technical Specification*

**3rd Generation Partnership Project;**
**Technical Specification Group Core Network and Terminals;**
**Organization of subscriber data;**
**(Release 15)**





The present document has been developed within the 3rd Generation Partnership Project (3GPP TM) and may be further elaborated for the purposes of 3GPP.

The present document has not been subject to any approval process by the 3GPP Organisational Partners and shall not be implemented.
This Specification is provided for future development work within 3GPP only. The Organisational Partners accept no liability for any use of this Specification.
Specifications and reports for implementation of the 3GPP TM system should be obtained via the 3GPP Organisational Partners' Publications Offices.

Keywords
UMTS, GSM, network, user, management

*3GPP*

Postal address

3GPP support office address
650 Route des Lucioles - Sophia Antipolis
Valbonne - FRANCE
Tel.: +33 4 92 94 42 00 Fax: +33 4 93 65 47 16

Internet
http://www.3gpp.org

*Copyright Notification*

No part may be reproduced except as authorized by written permission.
The copyright and the foregoing restriction extend to reproduction in all media.

© 2019, 3GPP Organizational Partners (ARIB, ATIS, CCSA, ETSI, TSDSI, TTA, TTC).
All rights reserved.

UMTS™ is a Trade Mark of ETSI registered for the benefit of its members
3GPP™ is a Trade Mark of ETSI registered for the benefit of its Members and of the 3GPP Organizational Partners
LTE™ is a Trade Mark of ETSI registered for the benefit of its Members and of the 3GPP Organizational Partners
GSM® and the GSM logo are registered and owned by the GSM Association

KAIFI_0000632

# Contents

Foreword .................................................................................................................................................................. 15

0       Scope ........................................................................................................................................................... 16
0.1     References ............................................................................................................................................................ 16
0.2     Abbreviations ...................................................................................................................................................... 20

1       Introduction ................................................................................................................................................. 20
1.1     Definition ............................................................................................................................................................ 20
1.2     Storage facilities ................................................................................................................................................. 21
1.3     Subscriber data in other functional units ............................................................................................................ 22
1.4     Subscriber data in WLAN-IW functional units .................................................................................................. 22

2       Definition of subscriber data for CS and PS domain .................................................................................. 23
2.1     Data related to subscription, identification and numbering ................................................................................. 23
2.1.1   Data defining the subscription profile ................................................................................................................. 23
2.1.1.1   International Mobile Subscriber Identity (IMSI) ............................................................................................... 23
2.1.1.2   Network Access Mode (NAM) .......................................................................................................................... 23
2.1.1.3   IMSI Unauthenticated indicator ........................................................................................................................ 23
2.1.2   Mobile Station International ISDN Number (MSISDN) ...................................................................................... 23
2.1.3   MSISDNs for multinumbering option ................................................................................................................. 23
2.1.3.1   The Basic MSISDN indicator ............................................................................................................................ 23
2.1.3.2   The MSISDN-Alert indicator ............................................................................................................................ 23
2.1.4   Temporary mobile subscriber identity (TMSI) ................................................................................................... 24
2.1.5   Packet-Temporary Mobile Subscriber Identity (P-TMSI) .................................................................................. 24
2.1.6   Temporary Link Layer Identifier (TLLI) ............................................................................................................ 24
2.1.7   Random TLLI ...................................................................................................................................................... 24
2.1.8   Local Mobile Station Identity (LMSI) ................................................................................................................ 24
2.1.9   International Mobile Equipment Identity (IMEI) ................................................................................................. 24
2.1.10  External Identifier Set ......................................................................................................................................... 24
2.2     Data related to Mobile Station types ................................................................................................................... 24
2.2.1   Mobile Station Category ...................................................................................................................................... 24
2.2.2   LMU Identifier (GSM only) ................................................................................................................................ 25
2.2.3   International Mobile Equipment Identity and Software Version (IMEISV) ......................................................... 25
2.3     Data related to authentication and ciphering ....................................................................................................... 25
2.3.1   Random Number (RAND), Signed Response (SRES) and Ciphering Key (Kc) ................................................. 25
2.3.2   Random Challenge (RAND), Expected Response (XRES), Cipher Key (CK), Integrity Key(IK) and
        Authentication Token(AUTN), KASME ............................................................................................................. 25
2.3.3   The Ciphering Key Sequence Number (CKSN) .................................................................................................. 25
2.3.4   The Key Set Identifier (KSI) ............................................................................................................................... 26
2.3.5   Selected Ciphering Algorithm ............................................................................................................................. 26
2.3.6   Current Kc ........................................................................................................................................................... 26
2.3.7   P-TMSI Signature ............................................................................................................................................... 26
2.3.8   Access Network Identity (ANID) ........................................................................................................................ 26
2.3.9   Key Status ........................................................................................................................................................... 26
2.4     Data related to roaming ....................................................................................................................................... 26
2.4.1   Mobile Station Roaming Number (MSRN) ......................................................................................................... 26
2.4.2   Location Area Identification (LAI) ...................................................................................................................... 26
2.4.3   Routing Area Identification (RAI) ....................................................................................................................... 27
2.4.4   Void ..................................................................................................................................................................... 27
2.4.5   VLR number ........................................................................................................................................................ 27
2.4.6   MSC number ........................................................................................................................................................ 27
2.4.7   HLR number ........................................................................................................................................................ 27
2.4.8   GSN number ........................................................................................................................................................ 27
2.4.8.0   General .............................................................................................................................................................. 27
2.4.8.1   SGSN number ................................................................................................................................................... 27
2.4.8.2   GGSN number ................................................................................................................................................... 28
2.4.8.3   IWF number ...................................................................................................................................................... 28
2.4.9   MLC number ........................................................................................................................................................ 28

KAIFI_0000633

2.4.9.1          SMLC number (GSM only) ................................................................................................................ 28
2.4.9.2          GMLC number ................................................................................................................................. 28
2.4.10           Subscription restriction ................................................................................................................... 28
2.4.11           Regional Subscription Information ................................................................................................. 28
2.4.11.1         RSZI lists ........................................................................................................................................ 29
2.4.11.2         Zone Code List ............................................................................................................................... 29
2.4.12           MSC area restricted flag ................................................................................................................. 29
2.4.13           LA not allowed flag ........................................................................................................................ 29
2.4.14           SGSN area restricted flag ............................................................................................................... 29
2.4.14a          RA not allowed flag ........................................................................................................................ 29
2.4.14b          TA not allowed flag ........................................................................................................................ 30
2.4.15           Service restriction data induced by roaming .................................................................................. 30
2.4.15.1         ODB-induced barring data .............................................................................................................. 30
2.4.15.2         Roaming restriction due to unsupported feature ............................................................................. 31
2.4.15.3         Roaming restricted in the SGSN due to unsupported feature ......................................................... 31
2.4.15.3a        Roaming restricted in the MME due to unsupported feature .......................................................... 31
2.4.16           Cell Global ID or Service Area ID ................................................................................................. 31
2.4.16A          E-UTRAN Cell Global ID .............................................................................................................. 31
2.4.16B          NR Cell Global Identity (NCGI) .................................................................................................... 32
2.4.17           Localised Service Area Information ................................................................................................ 32
2.4.17.1         LSA Identity ................................................................................................................................... 32
2.4.17.2         LSA Priority ................................................................................................................................... 32
2.4.17.2A        LSA Preferential Access Indicator ................................................................................................. 32
2.4.17.2B        LSA Active Mode Support Indicator .............................................................................................. 32
2.4.17.3         LSA Only Access Indicator ............................................................................................................ 32
2.4.17.4         LSA Active Mode Indicator ............................................................................................................ 32
2.4.17.5         VPLMN Identifier ........................................................................................................................... 32
2.4.18           Access Restriction Data .................................................................................................................. 33
2.4.19           Selected CN operator ID ................................................................................................................. 33
2.4.20           IP-SM-GW number .......................................................................................................................... 33
2.4.20A          IP-SM-GW Diameter Identity ......................................................................................................... 34
2.4.21           Paging Area ..................................................................................................................................... 34
2.4.22           Closed Subscriber Group Information ............................................................................................ 34
2.4.23           Service Centre Address .................................................................................................................... 34
2.4.24           Subscribed Periodic LAU Timer .................................................................................................... 35
2.4.25           CSS number ..................................................................................................................................... 35
2.4.26           VPLMN Closed Subscriber Group Information .............................................................................. 35
2.5              Data related to basic services .......................................................................................................... 35
2.5.1            Provision of bearer service .............................................................................................................. 35
2.5.2            Provision of teleservice ................................................................................................................... 35
2.5.3            Bearer capability allocation ............................................................................................................ 35
2.5.4            Transfer of SM option ..................................................................................................................... 36
2.6              Data related to supplementary services ........................................................................................... 36
2.7              Mobile station status data ................................................................................................................ 36
2.7.1            IMSI detached flag .......................................................................................................................... 36
2.7.2            Mobile station Not Reachable for GPRS (MNRG) ........................................................................ 36
2.7.3            Mobility Management State ............................................................................................................. 36
2.7.4            Restoration flags .............................................................................................................................. 37
2.7.4.1          Confirmed by Radio Contact indicator ........................................................................................... 37
2.7.4.2          Subscriber Data Confirmed by HLR/HSS indicator ...................................................................... 37
2.7.4.3          Location Information Confirmed in HLR/HSS indicator ................................................................ 37
2.7.4.4          Check SS indicator .......................................................................................................................... 37
2.7.4.5          VLR-Reliable indicator ................................................................................................................... 37
2.7.5            MS purged for non-GPRS flag ........................................................................................................ 37
2.7.6            MS purged for GPRS/UE purged in SGSN flag ............................................................................. 37
2.7.6A           UE purged in MME flag .................................................................................................................. 38
2.7.7            Mobile station Not Reachable via MSC Reason (MNRR-MSC) .................................................... 38
2.7.7A           Mobile station Not Reachable via SGSN Reason (MNRR-SGSN) ................................................. 38
2.7.8            Subscriber data dormant .................................................................................................................. 38
2.7.8A           Cancel Location received ................................................................................................................. 38
2.7.9            Data related to UE reachability procedures .................................................................................... 38
2.7.9.1          URRP-MME ..................................................................................................................................... 38

KAIFI_0000634

2.7.9.2          URRP-SGSN ............................................................................................................... 38
2.8          Data related to Operator Determined Barring ........................................................................... 39
2.8.1          Subscriber status ........................................................................................................ 39
2.8.2          Operator Determined Barring general data ................................................................. 39
2.8.2.1          Barring of outgoing calls .............................................................................. 39
2.8.2.2          Barring of incoming calls ............................................................................. 39
2.8.2.3          Barring of roaming ....................................................................................... 39
2.8.2.4          Barring of premium rate calls ...................................................................... 40
2.8.2.5          Barring of supplementary services management .......................................... 40
2.8.2.6          Barring of registration of call forwarding ................................................... 40
2.8.2.7          Barring of invocation of call transfer ........................................................... 40
2.8.2.8          Barring of Packet Oriented Services ............................................................ 41
2.8.3          Operator Determined Barring PLMN-specific data ..................................................... 41
2.8.4          Notification to CSE flag ............................................................................................. 41
2.8.5          gsmSCF address list ................................................................................................... 41
2.9          Data related to handover ......................................................................................................... 41
2.9.1          Handover Number ...................................................................................................... 41
2.10          Data related to short message support ...................................................................................... 42
2.10.1          Messages Waiting Data (MWD) ................................................................................. 42
2.10.2          Mobile Station Not Reachable Flag (MNRF) ............................................................. 42
2.10.3          Memory Capacity Exceeded Flag (MCEF) ................................................................. 42
2.10.4          Mobile station Not Reachable for GPRS (MNRG) ..................................................... 42
2.10.4A          UE Not Reachable via IP-SM-GW Flag (UNRI) ........................................................ 42
2.10.5          Mobile station Not Reachable via MSC Reason (MNRR-MSC) .................................. 42
2.10.5A          Mobile station Not Reachable via SGSN Reason (MNRR-SGSN) ............................... 42
2.10.5B          UE Not Reachable via IP-SM-GW Reason (UNRR) ................................................... 42
2.10.6          MME Number for MT SMS ........................................................................................ 42
2.10.7          PS and SMS Only ....................................................................................................... 42
2.10.8          SMS In SGSN Allowed ............................................................................................... 42
2.11          Data related to subscriber trace ............................................................................................... 43
2.11.1          Trace Reference .......................................................................................................... 43
2.11.2          Trace Type ................................................................................................................. 43
2.11.3          Operations Systems Identity ....................................................................................... 43
2.11.4          HLR Trace Type ......................................................................................................... 43
2.11.5          MAP Error On Trace .................................................................................................. 43
2.11.6          Trace Activated in VLR .............................................................................................. 43
2.11.7          Trace Activated in SGSN ............................................................................................ 43
2.11.8          Foreign Subscriber Registered in VLR ....................................................................... 43
2.11.9          Trace Reference 2 ....................................................................................................... 43
2.11.10          Trace depth ................................................................................................................. 44
2.11.11          List of NE types to trace ............................................................................................. 44
2.11.12          Triggering events ....................................................................................................... 44
2.11.13          List of interfaces to trace ............................................................................................ 44
2.11.14          IP address of Trace Collection Entity ......................................................................... 44
2.11.15          MDT-Configuration .................................................................................................... 44
2.11.16          MDT User Consent ..................................................................................................... 45
2.12          Data related to the support of voice group and broadcast calls .................................................. 45
2.12.1          VGCS Group Membership List ................................................................................... 45
2.12.2          VBS Group Membership List ...................................................................................... 45
2.12.2.1          Broadcast Call Initiation Allowed List ........................................................ 45
2.13          Data related to PS NAM .......................................................................................................... 45
2.13.1          PDP Type ................................................................................................................... 45
2.13.2          PDP Address ............................................................................................................... 45
2.13.3          NSAPI ........................................................................................................................ 45
2.13.4          Packet Data Protocol (PDP) State ............................................................................... 46
2.13.5          New SGSN Address .................................................................................................... 46
2.13.6          Access Point Name (APN) .......................................................................................... 46
2.13.7          GGSN Address in Use ................................................................................................. 46
2.13.8          VPLMN Address Allowed ........................................................................................... 46
2.13.9          Dynamic Address ........................................................................................................ 46
2.13.10          SGSN Address ............................................................................................................ 46
2.13.11          GGSN-list ................................................................................................................... 46

KAIFI_0000635

| 2.13.12 | Quality of Service Subscribed | 46 |
| 2.13.13 | Quality of Service Requested | 47 |
| 2.13.14 | Quality of Service Negotiated | 47 |
| 2.13.15 | SND | 47 |
| 2.13.16 | SNU | 47 |
| 2.13.17 | DRX Parameters | 47 |
| 2.13.18 | Compression | 47 |
| 2.13.19 | Non-GPRS Alert Flag (NGAF) | 47 |
| 2.13.20 | Classmark | 47 |
| 2.13.21 | Tunnel Endpoint IDentifier (TEID) | 48 |
| 2.13.22 | Radio Priority | 48 |
| 2.13.23 | Radio Priority SMS | 48 |
| 2.13.24 | PDP Context Identifier | 48 |
| 2.13.25 | PDP Context Charging Characteristics | 48 |
| 2.13.26 | MME name | 48 |
| 2.13.27 | VLR name | 48 |
| 2.13.28 | Non-EPS Alert Flag (NEAF) | 48 |
| 2.13.29 | UE level APN-OI-Replacement | 48 |
| 2.13.30 | Subscribed UE-AMBR | 49 |
| 2.13.30A | Used UE-AMBR | 49 |
| 2.13.31 | APN-Configuration-Profile | 49 |
| 2.13.32 | Subscribed APN-AMBR | 49 |
| 2.13.32A | Used APN-AMBR | 49 |
| 2.13.33 | Subscribed-RAT-Frequency-Selection-Priority-ID | 49 |
| 2.13.34 | GUTI | 49 |
| 2.13.35 | ME Identity | 50 |
| 2.13.36 | Selected NAS Algorithm | 50 |
| 2.13.37 | Selected AS Algorithm | 50 |
| 2.13.38 | Context Identifier | 50 |
| 2.13.39 | PDN Address | 50 |
| 2.13.40 | VPLMN Address Allowed | 50 |
| 2.13.41 | PDN GW identity | 50 |
| 2.13.42 | Tracking Area List | 50 |
| 2.13.43 | APN Restriction | 50 |
| 2.13.44 | APN in use | 50 |
| 2.13.45 | TAI | 50 |
| 2.13.46 | E-UTRAN Cell Identity Age | 51 |
| 2.13.47 | MME F-TEID for S11 (Control Plane) | 51 |
| 2.13.48 | MME UE S1AP ID | 51 |
| 2.13.49 | S-GW F-TEID for S11 (Control Plane) | 51 |
| 2.13.50 | S4-SGSN F-TEID for S4 (Control plane) | 51 |
| 2.13.51 | S4-SGSN F-TEID for S4 (User plane) | 51 |
| 2.13.52 | S-GW F-TEID for S5/S8 (control plane) | 51 |
| 2.13.53 | S-GW F-TEID for S1-U | 51 |
| 2.13.54 | S-GW F-TEID for S5/S8 (user plane) | 51 |
| 2.13.55 | eNodeB Address | 51 |
| 2.13.56 | eNodeB UE S1AP ID | 51 |
| 2.13.57 | eNodeB F-TEID for S1-U | 52 |
| 2.13.58 | E-UTRAN/UTRAN Key Set flag | 52 |
| 2.13.59 | Selected CN operator id | 52 |
| 2.13.60 | UE Radio Access Capability | 52 |
| 2.13.61 | UE Network Capability | 52 |
| 2.13.62 | Location Change Report | 52 |
| 2.13.63 | UE Specific DRX Parameters | 52 |
| 2.13.64 | PDN-GW F-TEID for S5/S8 (user plane) | 52 |
| 2.13.65 | PDN GW F-TEID for S5/S8 (control plane) | 52 |
| 2.13.66 | EPS Bearer ID | 52 |
| 2.13.67 | EPS Bearer QoS | 53 |
| 2.13.67A | EPS Subscribed QoS Profile | 53 |
| 2.13.68 | UL TFT | 53 |
| 2.13.69 | DL TFT | 53 |
| 2.13.70 | Charging Id | 53 |

KAIFI_0000636

2.13.71      EPS PDN Connection Charging Characteristics ..................................................................................... 53
2.13.72      Default bearer ........................................................................................................................................... 53
2.13.73      Void .......................................................................................................................................................... 54
2.13.74      Void .......................................................................................................................................................... 54
2.13.75      RAT Type (Access Type) ......................................................................................................................... 54
2.13.76      S101 HRPD access node IP address ......................................................................................................... 54
2.13.77      S103 Forwarding Address ......................................................................................................................... 54
2.13.78      S103 GRE key(s) ...................................................................................................................................... 54
2.13.79      Permanent User Identity ........................................................................................................................... 54
2.13.80      Mobility Capabilities ................................................................................................................................ 54
2.13.81      MAG IP address ........................................................................................................................................ 54
2.13.82      Visited Network Identifier ........................................................................................................................ 54
2.13.83      EAP payload .............................................................................................................................................. 54
2.13.84      Void .......................................................................................................................................................... 55
2.13.85      Void .......................................................................................................................................................... 55
2.13.86      MIP Subscriber profile ............................................................................................................................. 55
2.13.87      Uplink S5 GRE Key .................................................................................................................................. 55
2.13.88      Downlink S5 GRE Key ............................................................................................................................. 55
2.13.89      Uplink S8 GRE Key .................................................................................................................................. 55
2.13.90      Downlink S8 GRE Key ............................................................................................................................. 55
2.13.91      S2a GRE Keys ........................................................................................................................................... 55
2.13.92      S2b GRE Keys ........................................................................................................................................... 55
2.13.93      Mobile Node Identifier ............................................................................................................................. 55
2.13.94      IPv4 Default Router Address ..................................................................................................................... 55
2.13.95      Link-local address ..................................................................................................................................... 55
2.13.96      Non 3GPP User Data ................................................................................................................................. 56
2.13.97      3GPP AAA Server Identity ....................................................................................................................... 56
2.13.98      Selected IP mobility mode ........................................................................................................................ 56
2.13.99      Diameter Server Identity of HSS .............................................................................................................. 56
2.13.100     SGSN name ............................................................................................................................................... 56
2.13.101     S-GW F-TEID for S12 .............................................................................................................................. 56
2.13.102     RNC F-TEID for S12 ................................................................................................................................ 56
2.13.103     MME F-TEID for S3 ................................................................................................................................. 56
2.13.104     S4-SGSN F-TEID for S3 ........................................................................................................................... 56
2.13.105     PDN GW Allocation Type ........................................................................................................................ 57
2.13.106     S-GW F-TEID for S4 (control plane) ....................................................................................................... 57
2.13.107     S-GW F-TEID for S4 (user plane) ............................................................................................................ 57
2.13.108     RAT-Frequency-Selection-Priority-ID in Use .......................................................................................... 57
2.13.109     APN level APN-OI-Replacement ............................................................................................................. 57
2.13.110     Unauthenticated IMSI ............................................................................................................................... 57
2.13.111     PDN Connection ID .................................................................................................................................. 57
2.13.114     SIPTO Permission ..................................................................................................................................... 57
2.13.114A    SIPTO Local Network Permission ............................................................................................................ 58
2.13.115     Subscribed Periodic RAU/TAU Timer ..................................................................................................... 58
2.13.116     ePDG F-TEID for S2b (control plane) ...................................................................................................... 58
2.13.117     ePDG F-TEID for S2b (user plane) .......................................................................................................... 58
2.13.118     PGW F-TEID for S2b (control plane) ....................................................................................................... 58
2.13.119     PGW F-TEID for S2b (user plane) ........................................................................................................... 58
2.13.120     MPS CS Priority ....................................................................................................................................... 58
2.13.121     MPS EPS Priority ..................................................................................................................................... 58
2.13.122     LIPA Permission ....................................................................................................................................... 59
2.13.123     LIPA Allowed VPLMN List ..................................................................................................................... 59
2.13.124     VPLMN LIPA Allowed ............................................................................................................................ 59
2.13.125     Relay Node Indicator ................................................................................................................................ 59
2.13.126     Restricted RAT Types ............................................................................................................................... 59
2.13.127     Higher bitrates than 16Mbps flag ............................................................................................................. 59
2.13.128     Void .......................................................................................................................................................... 60
2.13.129     UE Local IP Address ................................................................................................................................. 60
2.13.130     UE UDP Port Number ............................................................................................................................... 60
2.13.131     H(e)NB Local IP Address ......................................................................................................................... 60
2.13.132     H(e)NB UDP Port Number ....................................................................................................................... 60
2.13.133     Diameter Server Identity of CSS .............................................................................................................. 60

KAIFI_0000637

2.13.134     MME/S4 SGSN Identifier ............................................................................................................... 60
2.13.135     SGW node name ............................................................................................................................. 60
2.13.136     Co-located GGSN-PGW FQDN ...................................................................................................... 60
2.13.137     GERAN Cell Identity Age .............................................................................................................. 60
2.13.138     UTRAN Service Area Identity Age ................................................................................................. 60
2.13.139     Default APN for Trusted WLAN .................................................................................................... 61
2.13.140     Access Information for Trusted WLAN .......................................................................................... 61
2.13.141     Homogeneous Support of IMS Voice over PS Sessions ................................................................ 61
2.13.142     Signalling Priority Indication ......................................................................................................... 61
2.13.143     Restoration Priority ........................................................................................................................ 61
2.13.144     Void ................................................................................................................................................. 61
2.13.145     Presence Reporting Area Action ..................................................................................................... 61
2.13.146     WLAN offloadability ...................................................................................................................... 61
2.13.147     CN Assistance Information .............................................................................................................. 62
2.13.147.1       General ..................................................................................................................................... 62
2.13.147.2       Expected UE Activity Behaviour ............................................................................................ 62
2.13.147.3       Expected HO Interval .............................................................................................................. 62
2.13.148     Active Time Value for PSM ............................................................................................................ 62
2.13.149     Origination Time Stamp .................................................................................................................. 62
2.13.150     DL Data Buffer Expiration Time .................................................................................................... 62
2.13.151     DL Buffering Suggested Packet Count ........................................................................................... 62
2.13.152     Notify-on-available-after-DDN-failure flag ................................................................................... 62
2.13.153     IMSI Group Identifier List .............................................................................................................. 63
2.13.154     UE Usage Type ............................................................................................................................... 63
2.13.155     Emergency Indication ..................................................................................................................... 63
2.13.156     Remote UE Contexts ....................................................................................................................... 63
2.13.157     Extended Idle Mode DRX parameters ............................................................................................ 63
2.13.158     Delay Tolerant Connection Indication ........................................................................................... 63
2.13.159     Pending Network Initiated PDN Connection Signalling Indication ............................................... 63
2.13.160     UE Radio Capability for Paging information .................................................................................. 63
2.13.161     Information on Recommended Cells and ENBs for Paging ............................................................. 63
2.13.162     Paging Attempt Count ..................................................................................................................... 64
2.13.163     User Plane Integrity Protection Indicator ....................................................................................... 64
2.13.164     Non-IP-PDN-Type-Indicator .......................................................................................................... 64
2.13.165     Non-IP-Data-Delivery-Mechanism ................................................................................................ 64
2.13.166     SCEF-ID .......................................................................................................................................... 64
2.13.167     PDN Type ........................................................................................................................................ 64
2.13.168     PDN-Connection-Restricted flag .................................................................................................... 64
2.13.169     Preferred-Data-Mode ...................................................................................................................... 64
2.13.170     IOV_updates counter ...................................................................................................................... 65
2.13.171     Emergency Info ............................................................................................................................... 65
2.13.172     Dedicated Core Network Identifier ................................................................................................. 65
2.13.173     Acknowledgements Of Downlink NAS Data PDUs flag ................................................................ 65
2.13.174     Service Gap Time ............................................................................................................................ 65
2.14        Data related to CAMEL ......................................................................................................................... 65
2.14.1        Subscriber Data stored in HLR ....................................................................................................... 65
2.14.1.1        Originating CAMEL Subscription Information (O-CSI) .......................................................... 65
2.14.1.2        Terminating CAMEL Subscription Information (T-CSI) and VMSC Terminating CAMEL
                Subscription Information (VT-CSI)); ...................................................................................... 66
2.14.1.3        Location information/Subscriber state interrogation. ............................................................... 67
2.14.1.4        USSD CAMEL subscription information(U-CSI) ................................................................... 67
2.14.1.5        Supplementary Service invocation notification(SS-CSI) ........................................................ 67
2.14.1.6        Translation Information flag (TIF-CSI) ................................................................................... 67
2.14.1.7        Mobility Management event notification (M-CSI) .................................................................. 67
2.14.1.8        Mobile Originated Short Message Service CAMEL Subscription Information (MO-SMS-CSI) ........ 68
2.14.1.9        Mobile Terminating Short Message Service CAMEL Subscription Information (MT-SMS-CSI) ...... 68
2.14.1.10       GPRS CAMEL Subscription Information (GPRS-CSI) ........................................................... 69
2.14.1.11       Dialled service CAMEL Subscription Information (D-CSI) .................................................... 69
2.14.1.12       Mobility Management for GPRS event notification (MG-CSI) ............................................... 70
2.14.2        Other Data stored in the HLR .......................................................................................................... 70
2.14.2.1        Negotiated CAMEL Capability Handling ............................................................................... 70
2.14.2.2        Supported CAMEL Phases ..................................................................................................... 71

KAIFI_0000638

2.14.2.2A        Offered CAMEL4 CSIs ............................................................................................................ 71
2.14.2.3         UG-CSI .................................................................................................................................... 71
2.14.2.4         gsmSCF address for CSI .......................................................................................................... 72
2.14.3       Subscriber data stored in VLR ........................................................................................................ 72
2.14.3.1         Originating CAMEL Subscription Information (O-CSI) ......................................................... 72
2.14.3.2         VMSC Terminating CAMEL Subscription Information (VT-CSI) .......................................... 72
2.14.3.3         Supplementary Service invocation notification(SS-CSI) ........................................................ 72
2.14.3.4         Mobility Management event notification (M-CSI) ................................................................... 73
2.14.3.5         Mobile Originating Short Message Service CAMEL Subscription Information (MO-SMS-CSI) ...... 73
2.14.3.6         Mobile Terminating Short Message Service CAMEL Subscription Information (MT-SMS-CSI) ...... 73
2.14.3.7         Dialled service CAMEL Subscription Information (D-CSI) .................................................... 74
2.14.3.8         Translation Information flag (TIF-CSI) ................................................................................... 74
2.14.4       Data stored in SGSN ....................................................................................................................... 74
2.14.4.1         Mobile Originating Short Message Service CAMEL Subscription Information (MO-SMS-CSI) ...... 74
2.14.4.2         Mobile Terminating Short Message Service CAMEL Subscription Information (MT-SMS-CSI) ...... 75
2.14.4.3         GPRS CAMEL Subscription Information (GPRS-CSI) .......................................................... 76
2.14.4.4         Mobility Management for GPRS event notification (MG-CSI) ............................................... 76
2.15         Data related to IST ............................................................................................................................... 76
2.15.1       IST Alert Timer ............................................................................................................................... 76
2.16         Data related to Location Services ........................................................................................................ 77
2.16.1       Subscriber Data stored in HLR ....................................................................................................... 77
2.16.1.1         Privacy Exception List ........................................................................................................... 77
2.16.1.2         GMLC Numbers ..................................................................................................................... 77
2.16.1.3         MO-LR List ............................................................................................................................ 77
2.16.1.4         Service Types ......................................................................................................................... 77
2.16.2       Data stored in GMLC ...................................................................................................................... 77
2.16.3       Data stored in SMLC (GSM only) .................................................................................................. 77
2.16.4       Data stored in LMU (GSM only) .................................................................................................... 77
2.16.5       Data stored in the MSC (GSM only) ............................................................................................... 77
2.16.6       Data stored in the BSC (GSM only) ................................................................................................ 77
2.16.7       Subscriber Data stored in HSS ........................................................................................................ 78
2.16.7.1         List of Broadcast Location Assistance Data Types ................................................................. 78
2.17         Data related to Super-Charger .............................................................................................................. 78
2.17.1       Age Indicator .................................................................................................................................. 78
2.18         Data related to bearer service priority .................................................................................................. 78
2.18.1       CS Allocation/Retention priority .................................................................................................... 78
2.19         Data related to charging ....................................................................................................................... 78
2.19.1       Subscribed Charging Characteristics .............................................................................................. 78
2.20         Data related to IMS Centralized Service .............................................................................................. 78
2.20.1       ICS Indicator ................................................................................................................................... 78
2.21         Data related to SRVCC ........................................................................................................................ 78
2.21.1       STN-SR ........................................................................................................................................... 78
2.21.2       UE SRVCC Capability .................................................................................................................... 79
2.21.3       Subscribed vSRVCC ....................................................................................................................... 79
2.21.4       CS to PS SRVCC Allowed .............................................................................................................. 79
2.22         Data related to MBMS .......................................................................................................................... 79
2.22.1       MBMS GW F-TEID for Sm (Control Plane) .................................................................................. 79
2.22.2       MBMS GW F-TEID for Sn (Control Plane) ................................................................................... 79
2.22.3       Temporary Mobile Group Identity .................................................................................................. 79
2.22.4       MBMS Flow Identifier .................................................................................................................... 79
2.22.5       MBMS IP Multicast Distribution .................................................................................................... 79
2.22.6       MBMS Service Area ........................................................................................................................ 79
2.22.7       MME F-TEID for Sm (Control Plane) ............................................................................................ 80
2.22.8       SGSN F-TEID for Sn (Control Plane) ............................................................................................ 80
2.22.9       SGSN F-TEID for Sn (User Plane) ................................................................................................. 80
2.22.10      MBMS session identifier ................................................................................................................. 80
2.22.11      MBMS session duration ................................................................................................................... 80
2.22.12      QoS parameters ................................................................................................................................ 80
2.22.13      MBMS Time to Data Transfer ......................................................................................................... 80
2.22.14      MBMS Data Transfer Start .............................................................................................................. 80
2.22.15      List of downstream nodes ................................................................................................................ 80
2.22.16      MBMS Session Re-establishment Indication ................................................................................. 80

KAIFI_0000639

2.22.17     GCS AS Address ....................................................................................................................... 80
2.22.18     MB2-U Port Number ................................................................................................................. 81
2.22.19     MBMS Start Time ..................................................................................................................... 81
2.22.20     TMGI Expiration Time .............................................................................................................. 81
2.22.21     MBMS Alternative IP Multicast Distribution ......................................................................... 81
2.22.22     MBMS Cell List ........................................................................................................................ 81
2.23        Data related to Cellular IoT Control Plane Optimizations ....................................................... 81
2.23.1      Robust Header Compression Context ....................................................................................... 81
2.23.2      Void ........................................................................................................................................... 81
2.23.3      MME F-TEID for S11 (User Plane) .......................................................................................... 81
2.23.4      S-GW F-TEID for S11(User Plane) .......................................................................................... 81
2.23.5      Serving-PLMN-Rate-Control .................................................................................................... 81
2.23.6      APN-Rate-Control ..................................................................................................................... 82
2.23.7      Not Reachable for NIDD Flag ................................................................................................... 82
2.23.8      NIDD Authorization .................................................................................................................. 82
2.24        Data related to ERP ................................................................................................................... 82
2.24.1      General ...................................................................................................................................... 82
2.24.2      ERP-Authorization .................................................................................................................... 82
2.24.3      ERP Keying Material ................................................................................................................. 82
2.24.4      ERP Realm ................................................................................................................................ 82
2.25        Data related to the support of 5GS ........................................................................................... 82
2.25.1      SUPI ........................................................................................................................................... 82
2.25.2      GPSI ........................................................................................................................................... 83
2.25.3      Internal Group ID-list ............................................................................................................... 83
2.25.4      Subscribed NSSAI ..................................................................................................................... 83
2.25.5      Default S-NSSAI ....................................................................................................................... 83
2.25.6      5G QoS Parameters ................................................................................................................... 83
2.25.7      Forbidden area ........................................................................................................................... 83
2.25.8      Service Area Restriction ............................................................................................................ 83
2.25.9      RFSP Index ................................................................................................................................ 83
2.25.10     Priority Service .......................................................................................................................... 84
2.25.11     DNN Info ................................................................................................................................... 84
2.25.12     DNN Configuration .................................................................................................................... 84
2.25.13     Steering of Roaming Information ............................................................................................... 84
2.25.14     SMS supported Data .................................................................................................................. 84
2.25.15     SMSF Registrations ................................................................................................................... 84
2.25.16     SMS subscribed .......................................................................................................................... 84
2.25.17     SMS barring ............................................................................................................................... 84
2.25.18     SMS Roaming ............................................................................................................................ 85
2.25.19     Core Network Type Restriction ................................................................................................. 85
2.25.20     LADN Information ..................................................................................................................... 85
2.25.21     Subscribed Periodic Registration Timer .................................................................................... 85
2.25.22     PEI ............................................................................................................................................. 85
2.25.23     5G GUTI .................................................................................................................................... 85
2.25.24     PLMN Identifier ........................................................................................................................ 85
2.25.25     PDU Session ............................................................................................................................... 85
2.25.26     Trace Data .................................................................................................................................. 85
2.25.27     Mobile Initiated Connection Only (MICO) mode ..................................................................... 86
2.25.28     UE purged in AMF flag ............................................................................................................. 86
2.25.29     GUAMI ...................................................................................................................................... 86
2.25.30     RAND, AUTN, XRES, CK', IK' ............................................................................................... 86
2.25.31     RAND, AUTN, XRES* .............................................................................................................. 86
2.25.32     RAND, AUTN, HXRES* ........................................................................................................... 86
2.25.33     Kausf .......................................................................................................................................... 86
2.25.34     Kseaf .......................................................................................................................................... 86
2.25.35     AuthenticationMethod ............................................................................................................... 87
2.25.36     PermanentKey ............................................................................................................................ 87
2.25.37     SequenceNumber ....................................................................................................................... 87
2.25.38     AuthenticationManagementField ............................................................................................... 87
2.25.39     VectorAlgorithm ........................................................................................................................ 87
2.25.40     Milenage .................................................................................................................................... 87
2.25.41     Tuak ........................................................................................................................................... 87

KAIFI_0000640

2.25.42         Opc ........................................................................................................................... 87
2.25.43         Topc .......................................................................................................................... 87
2.25.44         Authentication Status ............................................................................................... 87
2.25.45         SoR-XMAC-I$_{UE}$ ...................................................................................................... 88
2.25.46         Shared Data Ids ....................................................................................................... 88
3         Definition of data for IP Multimedia domain ....................................................................... 88
3.1         Data related to subscription, identification and numbering ................................................. 88
3.1.1         Private User Identity ................................................................................................. 88
3.1.2         Public User Identities ............................................................................................... 88
3.1.2A         Private Service Identity ............................................................................................ 88
3.1.2B         Public Service Identity ............................................................................................. 88
3.1.3         Barring indication ..................................................................................................... 89
3.1.4         List of authorized visited network identifiers .......................................................... 89
3.1.5         Services related to Unregistered State ...................................................................... 89
3.1.6         Implicitly Registered Public User Identity Sets ....................................................... 89
3.1.7         Default Public User Identity indicator ..................................................................... 89
3.1.8         PSI Activation State ................................................................................................. 89
3.1.9         Display Name ........................................................................................................... 89
3.1.10         Alias Public User Identity Sets ................................................................................ 90
3.1.11         Loose-Route Indication ............................................................................................ 90
3.1.12         Service Priority Level ............................................................................................... 90
3.1.13         Extended Priority ..................................................................................................... 90
3.1.14         Reference Location Information ............................................................................... 90
3.1.15         Priviledged-Sender Indication .................................................................................. 90
3.2         Data related to registration ...................................................................................... 91
3.2.1         Registration Status ................................................................................................... 91
3.2.2         S-CSCF Name .......................................................................................................... 91
3.2.2A         AS Name .................................................................................................................. 91
3.2.3         Diameter Client Identity of S-CSCF ....................................................................... 91
3.2.4         Diameter Server Identity of HSS ............................................................................. 91
3.2.5         UE Not Reachable via IP-SM-GW Flag (UNRI) ..................................................... 91
3.2.6         UE Not Reachable via IP-SM-GW Reason (UNRR) ............................................... 92
3.2.7         S-CSCF Restoration Information ............................................................................. 92
3.2.8         Maximum Number Of Allowed Simultaneous Registrations .................................. 92
3.3         Data related to authentication and ciphering ........................................................... 92
3.3.1         Random Challenge (RAND), Expected Response (XRES), Cipher Key (CK), Integrity Key (IK) and
                 Authentication Token (AUTN) ................................................................................ 92
3.3.2         Data related to SIP Digest Authentication ............................................................... 92
3.3.2.1         Digest Nonce ............................................................................................................ 92
3.3.2.2         Digest HA1 ............................................................................................................... 92
3.3.2.3         Digest Nextnonce ..................................................................................................... 92
3.3.2.4         Void .......................................................................................................................... 93
3.3.2.5         Authentication Pending Flag .................................................................................... 93
3.3.1         Data related to NASS Bundled Authentication ........................................................ 93
3.3.3.1         Line Identifier List ................................................................................................... 93
3.4         Data related S-CSCF selection information ............................................................. 93
3.4.1         Server Capabilities ................................................................................................... 93
3.4.2         S-CSCF Reassignment Pending Flag ....................................................................... 93
3.5         Data related to Application and service triggers ..................................................... 93
3.5.1         Void .......................................................................................................................... 93
3.5.2         Initial Filter Criteria ................................................................................................ 93
3.5.3         Application Server Information ................................................................................ 93
3.5.4         Service Indication .................................................................................................... 94
3.5.5         Shared iFC Set Identifier .......................................................................................... 94
3.5.6         Transparent Data ...................................................................................................... 94
3.5.7         Application Server Identity List ............................................................................... 94
3.6         Data related to Core Network Services Authorization ............................................. 94
3.6.1         Subscribed Media Profile Identifier ........................................................................ 94
3.6.2         List of Subscribed IMS Communication Service Identifiers ................................... 94
3.7         Data related to Charging ......................................................................................... 95
3.7.1         Primary Event Charging Function Name .................................................................. 95

KAIFI_0000641

| | | |
|---|---|---|
| 3.7.2 | Secondary Event Charging Function Name | 95 |
| 3.7.3 | Primary Charging Collection Function Name | 95 |
| 3.7.4 | Secondary Charging Collection Function Name | 95 |
| 3.8 | Data related to CAMEL Support of IMS Services | 95 |
| 3.8.1 | Originating IP Multimedia CAMEL Subscription Information (O-IM-CSI) | 96 |
| 3.8.2 | Terminating IP Multimedia CAMEL Subscription Information (VT-IM-CSI) | 97 |
| 3.8.3 | Dialled Services IP Multimedia CAMEL Subscription Information (D-IM-CSI) | 98 |
| 3.8.4 | gsmSCF address for IM CSI | 98 |
| 3.8.5 | IM-SSF address for IM CSI | 98 |
| 3.9 | Data related to IMS Service Level Trace | 98 |
| 3.9.1 | IMS Service Level Trace Information | 98 |
| 3.10 | Data related to Generic Authentication Architecture | 98 |
| 3.10.1 | GAA Service Type | 99 |
| 3.10.2 | GAA Service Identifier | 99 |
| 3.10.3 | GBA User Security Settings | 99 |
| 3.10.4 | User Security Setting | 99 |
| 3.10.5 | User Public Identity | 99 |
| 3.10.6 | GAA Authorization flag | 99 |
| 3.10.7 | Bootstrapping Transaction Identifier | 99 |
| 3.10.8 | Key Lifetime | 100 |
| 3.10.9 | UICC Security Type | 100 |
| 3.10.10 | NAF Group | 100 |
| 3.10.11 | NAF Group Identity | 100 |
| 3.10.12 | NAF Address | 100 |
| 3.10.13 | Key Expirytime | 100 |
| 3.10.14 | Boostrapping Info Creation Time | 100 |
| 3.10.15 | Diameter Server Identity of HSS | 100 |
| 3.11 | Definition of subscriber data I-WLAN domain | 101 |
| 3.11.1 | Data related to subscription, identification and numbering | 101 |
| 3.11.1.1 | IMSI | 101 |
| 3.11.1.2 | Mobile Subscriber ISDN Number (MSISDN) | 101 |
| 3.11.1.3 | W-APN | 101 |
| 3.11.1.4 | List of authorized visited network identifiers | 101 |
| 3.11.1.5 | 3GPP AAA Proxy Name | 101 |
| 3.11.1.6 | 3GPP AAA Server Name | 101 |
| 3.11.1.7 | Serving PDG List | 101 |
| 3.11.1.8 | Serving WAG | 101 |
| 3.11.1.9 | WLAN UE Local IP Address | 101 |
| 3.11.1.10 | WLAN UE Remote IP Address | 102 |
| 3.11.2 | Data related to registration | 102 |
| 3.11.2.1 | User Status | 102 |
| 3.11.2.2 | Emergency Access Flag | 102 |
| 3.11.2.3 | Diameter Server Identity of HSS | 102 |
| 3.11.3 | Data related to authentication and ciphering | 102 |
| 3.11.3.1 | Random Number (RAND), Signed Response (SRES) and Ciphering Key (Kc) | 102 |
| 3.11.3.2 | Random Challenge (RAND), Expected Response (XRES), Cipher Key (CK), Integrity Key (IK) and Authentication Token (AUTN) | 102 |
| 3.11.3.3 | Master Key (MK) | 103 |
| 3.11.3.4 | Transient EAP Keys (TEKs) | 103 |
| 3.11.3.5 | Master Session Key (MSK) | 103 |
| 3.11.4 | Data related to session | 103 |
| 3.11.4.1 | Session Identifier | 103 |
| 3.11.4.2 | Session-Timeout | 103 |
| 3.11.5 | Operator Determined Barring general data | 103 |
| 3.11.5.1 | W-APN Authorised List | 103 |
| 3.11.5.1.1 | W-APN Identifier List | 103 |
| 3.11.5.1.2 | W-APN Barring Type List | 103 |
| 3.11.5.1.3 | W-APN Charging Data List | 103 |
| 3.11.5.1.4 | Static WLAN UE Remote IP Address List | 104 |
| 3.11.5.1.5 | Maximum Number of Accesses List | 104 |
| 3.11.5.1.6 | Access Number List | 104 |
| 3.11.5.2 | Access Dependence Flag | 104 |

KAIFI_0000642

3.11.5.3          I-WLAN Access Type ............................................................................................................ 104
3.11.5.4          WLAN Direct IP Access ...................................................................................................... 104
3.11.6            QoS general data ................................................................................................................... 104
3.11.6.1          Max Subscribed Bandwidth ................................................................................................. 104
3.11.6.2          Routing Policy ...................................................................................................................... 104
3.11.6.3          Subscribed 3GPP WLAN QoS Profile ................................................................................ 104
3.11.6.4          Authorized 3GPP WLAN QoS Profile ................................................................................ 104
3.11.7            Data related to Charging ...................................................................................................... 105
3.11.7.1          Charging Data ....................................................................................................................... 105
3.11.7.1.1        Charging Characteristics ...................................................................................................... 105
3.11.7.2          Primary OCS Charging Function Name ............................................................................... 105
3.11.7.3          Secondary OCS Charging Function Name ........................................................................... 105
3.11.7.4          Primary Charging Collection Function Name ...................................................................... 105
3.11.7.5          Secondary Charging Collection Function Name .................................................................. 105
3.11.7.6          WLAN Session Identifier ..................................................................................................... 105
3.11.7.7          PDG Charging Identifier ...................................................................................................... 105
3.12              Data related to Access Network Discovery and Selection Function (ANDSF) ................... 105
3.12.1            General .................................................................................................................................. 105
3.12.2            Policy Information ................................................................................................................ 106
3.12.3            Discovery Information .......................................................................................................... 106
3.12.4            UE Location .......................................................................................................................... 106
3.13              Proximity Services (ProSe) .................................................................................................. 106
3.13.1            General .................................................................................................................................. 106
3.13.2            ProSe Subscription data ....................................................................................................... 106
3.13.2.1          ProSe-Permission ................................................................................................................. 106
3.13.2.2          PLMN-Allowed-ProSe .......................................................................................................... 107
3.13.3            Application layer user ID ..................................................................................................... 107
3.13.4            EPC ProSe User ID ............................................................................................................... 107
3.13.5            ProSe Application ID ............................................................................................................ 107
3.13.6            ProSe Application Code ........................................................................................................ 107
3.13.7            Discovery Filter ................................................................................................................... 107
3.13.7.1          Filter ID ................................................................................................................................ 107
3.13.7.2          ProSe Application Code ........................................................................................................ 107
3.13.7.3          ProSe Application Mask ........................................................................................................ 107
3.13.7.4          TTLTimer T4002 .................................................................................................................. 107
3.13.8            ProSe Function Identity ........................................................................................................ 107
3.13.9            ProSe Metadata Index Mask ................................................................................................ 108
3.13.10           PC5-tech ............................................................................................................................... 108
3.14              Architecture Enhancements for Service Exposure (AESE) ................................................. 108
3.14.1            General .................................................................................................................................. 108
3.14.2            SCEF-Reference-ID .............................................................................................................. 108
3.14.3            SCEF-ID ............................................................................................................................... 108
3.14.4            Monitoring-Type ................................................................................................................... 108
3.14.5            Maximum-Number-of-Reports ............................................................................................ 108
3.14.6            UE-Reachability-Configuration ........................................................................................... 108
3.14.7            Monitoring-Duration ............................................................................................................ 109
3.14.8            Maximum-Detection-Time ................................................................................................... 109
3.14.9            Reachability-Type ................................................................................................................ 109
3.14.10           Maximum-Latency ............................................................................................................... 109
3.14.11           Maximum-Response-Time .................................................................................................... 109
3.14.12           MONTE-Location-Type ........................................................................................................ 109
3.14.13           Accuracy ............................................................................................................................... 109
3.14.14           Association-Type .................................................................................................................. 110
3.14.15           Charged-Party ...................................................................................................................... 110
3.14.16           Remaining-number-of-reports.............................................................................................. 110
3.14.17           Communication Pattern set .................................................................................................. 110
3.14.17.1         Periodic-Communication-Indicator ..................................................................................... 110
3.14.17.2         Communication-Duration-Time ........................................................................................... 110
3.14.17.3         Periodic-Time ....................................................................................................................... 110
3.14.17.4         Scheduled-Communication-Time ........................................................................................ 110
3.14.17.5         Stationary-Indication ........................................................................................................... 110
3.14.17.6         Validity-Time ........................................................................................................................ 111

KAIFI_0000643

3.14.18       AESE-Subscription-Data ........................................................................................................... 111
3.14.19       SCEF-Realm .............................................................................................................................. 111
3.14.20       External Identifier for Monitoring Event Configuration ........................................................... 111
3.14.21       External Group Identifier .......................................................................................................... 111
3.15       Data related to WebRTC ............................................................................................................ 111
3.15.1       Allowed WAF and/or WWSF Identity List ............................................................................... 111
3.16       V2X Service (V2X) ................................................................................................................... 112
3.16.1       General ....................................................................................................................................... 112
3.16.2       V2X Subscription data ............................................................................................................... 112
3.16.2.1       V2X-Permission ......................................................................................................................... 112
3.16.2.2       UE-PC5-AMBR .......................................................................................................................... 112
3.16.2.3       V2X-PC5-Allowed-PLMN .......................................................................................................... 112
3.16.3       V2X Authorization data ............................................................................................................. 112
3.16.3.1       V2X-Permission-in-VPLMN ....................................................................................................... 112
3.16.3.2       V2X-Application-Server ............................................................................................................. 112
3.16.4       V2X Control Function Identity .................................................................................................. 112

4       Summary of data stored in location registers .......................................................................... 113

5       Accessing subscriber or PSI data ............................................................................................. 113
5.1       CS Network Access Mode Data Storage .................................................................................. 115
5.2       PS Network Access Mode Storage (GPRS) .............................................................................. 117
5.2A       PS Network Access Mode Storage (EPS) ................................................................................. 120
5.2B       PS Network Access Mode Data (5GS) ..................................................................................... 127
5.3       IP Multimedia Service Data Storage ......................................................................................... 128
5.4       Generic Authentication Architecture Service Data Storage ...................................................... 129
5.5       I-WLAN Service Data Storage .................................................................................................. 129
5.6       MBMS Storage (EPS) ................................................................................................................ 131
5.7       VPLMN Autonomous CSG Roaming Service Data Storage ..................................................... 131
5.8       Proximity Services (ProSe) Data Storage ................................................................................. 132
5.9       Architecture Enhancements for Service Exposure storage (AESE) .......................................... 132
5.10       Data related to Cellular IoT Control Plane Optimizations ........................................................ 133
5.11       V2X Service (V2X) Data Storage .............................................................................................. 134

Annex A (informative):        Old Change history .......................................................................... 135

Annex B (informative):        Change history ................................................................................. 142

KAIFI_0000644

# Foreword

This Technical Specification (TS) has been produced by the 3rd Generation Partnership Project (3GPP).

The present document provides a mechanism giving reliable transfer of signalling messages within the 3GPP system.

The contents of the present document are subject to continuing work within the TSG and may change following formal TSG approval. Should the TSG modify the contents of the present document, it will be re-released by the TSG with an identifying change of release date and an increase in version number as follows:

Version x.y.z

where:

x    the first digit:

1    presented to TSG for information;

2    presented to TSG for approval;

3    or greater indicates TSG approved document under change control.

y    the second digit is incremented for all changes of substance, i.e. technical enhancements, corrections, updates, etc.

z    the third digit is incremented when editorial only changes have been incorporated in the document.

KAIFI_0000645

## 2.4.15.2        Roaming restriction due to unsupported feature

Roaming restriction due to unsupported feature is a parameter which indicates that one or several services or features are not supported by the MSC, resulting in roaming restriction in the MSC area. It can take either of the following values:

-    roaming restricted;

-    roaming not restricted.

The parameter governs the "LA not allowed flag" in the VLR (see subclause 2.4.13) and the "MSC area restricted flag" in the HLR (see subclause 2.4.12); see also 3GPP TS 29.002.

The flag "roaming restriction due to unsupported feature" is temporary subscriber data stored in the VLR and in the HLR.

## 2.4.15.3        Roaming restricted in the SGSN due to unsupported feature

Roaming restricted in the SGSN due to unsupported feature is a parameter which indicates that one or several services or features are not supported by the SGSN, resulting in roaming restriction in the SGSN area. It can take either of the following values:

-    roaming restricted;

-    roaming not restricted.

The parameter governs the "RA not allowed flag" in the SGSN (see subclause 2.4.14a) and the "SGSN area restricted flag" in the HLR (see subclause 2.4.14); see also 3GPP TS 29.002.

The flag "roaming restricted in the SGSN due to unsupported feature" is temporary subscriber data stored in the SGSN and in the HLR.

## 2.4.15.3a       Roaming restricted in the MME due to unsupported feature

Roaming restricted in the MME due to unsupported feature is a parameter which indicates that one or several services or features are not supported by the MME, resulting in roaming restriction in the MME area. It can take either of the following values:

-    roaming restricted;

-    roaming not restricted.

The parameter governs the "TA not allowed flag" in the MME (see subclause 2.4.14b).

The flag "roaming restricted in the MME due to unsupported feature" is temporary subscriber data stored in the MME and in the HSS.

## 2.4.16     Cell Global ID or Service Area ID

The Cell Global ID or Service Area ID indicates the cell global identity of the cell in GSM (see 3GPP TS 23.003 [5]) or the service area identification of the service area in UMTS (see 3GPP TS 23.003 [5]) in which the MS is currently in radio contact or in which the MS was last in radio contact. The VLR and SGSN shall update the stored Cell Global ID or Service Area ID at establishment of every radio connection.

The cell ID is temporary subscriber data stored in the VLR and SGSN. It is conditional data, the VLR and SGSN shall store it whenever the subscriber data is marked as confirmed by radio contact.

The Cell Global ID or Service Area ID is temporary subscriber data stored in SGSN and GGSN/PDN-GW.

## 2.4.16A     E-UTRAN Cell Global ID

The E-UTRAN Cell Global ID indicates the cell global identity of the cell in EPS (see 3GPP TS 23.003 [5]) in which the MS is currently in radio contact or in which the MS was last in radio contact.

KAIFI_0000661

The E-UTRAN Cell Global ID is temporary subscriber data stored in MME, PDN-GW and, when received via the SGs interface, in the VLR.

## 2.4.16B   NR Cell Global Identity (NCGI)

The NR Cell Global Identity indicates the cell global identity of the cell in 5GS (see 3GPP TS 23.003 [5]) in which the UE is currently in radio contact or in which the UE was last in radio contact.

The NR Cell Global Identity is temporary subscriber data stored in AMF, SMF.

## 2.4.17    Localised Service Area Information

If a mobile subscriber has a localised service area subscription, the HLR shall store a list of up to 20 Localised Service Area Identities (LSA IDs) per PLMN. The structure of LSA ID is defined in 3GPP TS 23.003 [5].

On updating the VLR or the Gn/Gp-SGSN, the HLR identifies the VPLMN given by the VLR or SGSN number and transfers the applicable LSA ID List to the VLR or Gn/Gp-SGSN. The VLR or Gn/Gp-SGSN derives from the LSA ID List the allowed LSA(s), priority of each LSA, the preferential access indicator, the active mode support indicator and active mode indication and the "LSA only access" indicator.

### 2.4.17.1    LSA Identity

LSA Identity (LSA ID) is defined in 3GPP TS 23.003 [5]. The element uniquely identifies a LSA.

### 2.4.17.2    LSA Priority

Localised Service Area Priority (LSA Priority) is defined in GSM 08.08. The LSA Priority is permanent subscriber data stored conditionally in the HLR.

### 2.4.17.2A    LSA Preferential Access Indicator

The Localised Service Area Preferential Access Indicator defines if the subscriber shall be favoured in cells belonging to the LSA at resource allocation compared to other subscribers. The LSA Preferential Access Indicator is permanent subscriber data stored conditionally in the HLR.

### 2.4.17.2B    LSA Active Mode Support Indicator

The Localised Service Area Active Mode Support Indicator defines if cells belonging to the LSA shall be favoured for the subscriber compared to other cells at resource allocation. The LSA Active Mode Indicator is permanent subscriber data stored conditionally in the HLR.

### 2.4.17.3    LSA Only Access Indicator

The LSA Only Access Indicator defines if the subscriber is only allowed within its subscribed LSAs. The LSA Only Access Indicator is permanent subscriber data stored conditionally in the HLR.

### 2.4.17.4    LSA Active Mode Indicator

The Localised Service Area Active Mode Indicator defines if the LSA Identity of the cell in which the MS is currently in radio contact with shall be indicated to the subscriber in active mode. The LSA Active Mode Indicator is permanent subscriber data stored conditionally in the HLR.

### 2.4.17.5    VPLMN Identifier

The VPLMN Identifier identifies the VPLMN in which an LSA Identity is applicable. This identifier is not applicable to Universal LSA IDs as defined in 3GPP TS 23.003 [5]. The VPLMN identifier is permanent subscriber data stored conditionally in the HLR.

KAIFI_0000662

## 2.13.4    Packet Data Protocol (PDP) State

PDP State is defined in 3GPP TS 23.060 [21]. The PDP State is either ACTIVE or INACTIVE.

PDP State is temporary subscriber data and conditionally stored in SGSN.

## 2.13.5    New SGSN Address

New SGSN Address is defined in 3GPP TS 23.060 [21]. It is the IP-address of the new SGSN, to which N-PDUs should be forwarded from the old SGSN after an inter-SGSN routing update.

New SGSN Address is temporary subscriber data and conditionally stored in SGSN.

## 2.13.6    Access Point Name (APN)

Access Point Name (APN) is defined in 3GPP TS 23.003 [5] and 3GPP TS 23.060 [21] and 3GPP TS 23.401[74]. The APN field in the HLR/HSS contains either only an APN Network Identifier (i.e. an APN without APN Operator Identifier) or the wild card value (defined in 3GPP TS 23.003 [5]).APN is permanent subscriber data conditionally stored in HLR/HSS, in GGSN, SGSN, MME, S-GW, PDN and SCEF.

## 2.13.7    GGSN Address in Use

GGSN Address in Use is defined in 3GPP TS 23.060 [21]. It is the IP address of the GGSN currently used by a certain PDP Address of the MS.

GGSN Address is temporary subscriber data and conditionally stored in Gn/Gp-SGSN.

## 2.13.8    VPLMN Address Allowed

VPLMN Address Allowed is defined in 3GPP TS 23.060 [21]. It specifies per VPLMN whether the MS is allowed to use a dynamic address allocated in the VPLMN.

VPLMN Address Allowed is permanent subscriber data and conditionally stored in HLR and SGSN.

## 2.13.9    Dynamic Address

Dynamic Address is defined in 3GPP TS 23.060 [21]. It indicates whether the address of the MS is dynamic.

Dynamic Address is temporary subscriber data conditionally stored in GGSN.

## 2.13.10    SGSN Address

SGSN Address is defined in 3GPP TS 23.003 [5]. It is the IP Address of the SGSN currently serving the MS.

SGSN Address is temporary subscriber data stored in HLR and stored conditionally in GGSN. A pendant is the SGSN number, cf subclause 2.4.8.

## 2.13.11    GGSN-list

GGSN-list is defined in 3GPP TS 23.060 [21]. It defines the GGSNs to be contacted when activity from the MS is detected and MNRG is set. It contains the GGSN number and optionally the GGSN IP address.

GGSN-list is temporary subscriber data stored in the HLR.

## 2.13.12    Quality of Service Subscribed

Quality of Service Subscribed is defined in 3GPP TS 23.060 [21]. It specifies the quality of service subscribed for a certain PDP context.

KAIFI_0000676

## 2.13.35   ME Identity

The ME Identity is temporary data and contains the IMEISV see subclause 2.2.3.

## 2.13.36   Selected NAS Algorithm

Selected NAS security algorithm sent by MME to UE (see 3GPP TS 23.401 [74]) and is temporary data stored in MME

## 2.13.37   Selected AS Algorithm

Selected AS security algorithms are defined in 3GPP TS 23.401 [74] and is temporary subscriber data stored in the MME.

## 2.13.38   Context Identifier

Index of the PDN subscription context (see 3GPP TS 23.401 [74]) is permanent data stored in HSS and MME.

## 2.13.39   PDN Address

Indicates subscribed IPv4 address and/or IPv6 prefix is temporary data stored in S-GW, PDN-GW, MME, ePDG and 3GPP AAA Server, and is permanent data in HSS (static address allocation based on subscriber profile in HSS; see 3GPP TS 23.401 [74]).

## 2.13.40   VPLMN Address Allowed

VPLMN Address Allowed specifies per VPLMN whether for this APN the UE is allowed to use the PDN GW in the domain of the HPLMN only, or additionally the PDN GW in the domain of the VPLMN (see 3GPP TS 23.401 [74]). It is permanent data stored in HSS, and temporary data in MME, ePDG and 3GPP AAA Server.

## 2.13.41   PDN GW identity

PDN GW identity is the identity of the PDN GW used for this APN. The PDN GW identity may be an FQDN or an IP address. The PDN GW identity is permanent data in HSS when static assignment is used and temporary data in HSS when dynamic assignment is used. It is temporary data in MME, S4-SGSN, ePDG and 3GPP AAA Server.

## 2.13.42   Tracking Area List

Tracking area list contains the current list of tracking areas (see 3GPP TS 23.401 [74]) and is temporary data stored in MME.

## 2.13.43   APN Restriction

APN Restriction is defined in 3GPP TS 23.060 [21] for GPRS and  in 3GPP TS 23.401 [74] for EPS. It is temporary data stored in MME, SGSN and S-GW and contains the maximum restriction  for each PDP context/EPS Bearer Context.

## 2.13.44   APN in use

APN in use contains the APN (see 2.13.6) currently in use (see 3GPP TS 23.401 [74], 3GPP TS 23.060 [21] and 3GPP TS 23.402 [77] ) and it is temporary data stored in S4-SGSN, MME, S-GW, ePDG and PDN-GW.

## 2.13.45   TAI

TAI of the TA in which the last Tracking Area Update was initiated and is temporary data stored in MME, AMF and SMF and, when received via the SGs interface, in the VLR it contains the TAI of the last received E-UTRAN Cell Global ID.

KAIFI_0000680

EPS Bearer ID is temporary data stored in MME, S4 SGSN, S-GW, ePDG(for GTP-based S2b only) and PDN-GW for each EPS Bearer or S2b bearer within the PDN connection see 3GPP TS 23.401[74], 3GPP TS 23.060 [21] and 3GPP TS 23.402 [77].

When EPS Bearer ID identifies a T6a connection, EPS Bearer ID is temporary data stored in the MME and in the SCEF, see 3GPP TS 29.128 [106].

## 2.13.67   EPS Bearer QoS

EPS Bearer QoS contains QCI and ARP and optionally: GBR and MBR in case of GBR bearer. ARP contains a priority level, the preemption capability and the preemption vulnerability. EPS Bearer QoS is temporary data stored in MME, S4 SGSN, S-GW, ePDG(for GTP-based S2b only) and PDN-GW for each EPS Bearer within the PDN connection; see 3GPP TS 23.401 [74] , 3GPP TS 23.060 [21] and 3GPP TS 23.402 [77].

## 2.13.67A   EPS Subscribed QoS Profile

EPS Subscribed QoS Profile contains QoS parameters (QCI and ARP) for the EPS default bearer of an APN, and it is permanent data stored in HSS, MME and S4-SGSN.

The QCI values allowed for the EPS Subscribed QoS Profile shall be only those associated to non-GBR bearers.

## 2.13.68   UL TFT

Uplink Traffic Flow Template for each EPS Bearer or S2b bearer within the PDN connection see 3GPP TS 23.401[74] and 3GPP TS 23.402 [77], and is temporary data stored inS-GW (for PMIP-based S5/S8 only), PDN-GW and ePDG (for GTP-based S2b only).

## 2.13.69   DL TFT

Downlink Traffic Flow Template  for each EPS Bearer or S2b bearer within the PDN connection see 3GPP TS 23.401[74] and 3GPP TS 23.402 [77], and is temporary data stored inS-GW (for PMIP-based S5/S8 only) and PDN-GW.

## 2.13.70   Charging Id

Charging Id is defined in 3GPP TS 32.298[76] and temporary data conditionally stored in PDN-GW and S-GW for each EPS Bearer within the PDN connection see 3GPP TS 23.401[74].

## 2.13.71   EPS PDN Connection Charging Characteristics

EPS PDN Connection Charging Characteristics are defined in 3GPP TS 32.251[84] as permanent subscriber data conditionally stored in the HSS, 3GPP AAA Server and temporary data conditionally stored in MME, S-GW, ePDG and PDN-GW for each PDN connection see 3GPP TS 23.401[74] and 3GPP TS 23.402 [77].

## 2.13.72   Default bearer

Default bearer Identifies the EPS Bearer Id of the default bearer within the given PDN connection (see 3GPP TS 23.401[74] , 3GPP TS 23.060 [21] and 3GPP TS 23.402 [77] ) and is temporary data stored in MME , S4 SGSN, S-GW, ePDG (for GTP-based S2b only) and PGW.

KAIFI_0000683

## 5.2A      PS Network Access Mode Storage (EPS)

**Table 5.2A-1: Overview of data used for PS Network Access Mode (EPS 3GPP access)**

| PARAMETER | Subclause | HSS | VLR (see note3) | S4-SGSN | MME | S-GW | PDN-GW | TYPE |
|---|---|---|---|---|---|---|---|---|
| IMSI | 2.1.1.1 | M | C | C | C | C | C | P |
| Network Access Mode | 2.1.1.2 | M | - | - | C (see note 1) | - | - | P |
| IMSI Unauthenticated indicator | 2.1.1.3 | - | - | C | C | C | C | T |
| International MS ISDN number | 2.1.2 | C | - | C | C | C | C | P |
| P-TMSI | 2.1.5 | - | - | C | - | - | - | T |
| TLLI | 2.1.6 | - | - | C | - | - | - | T |
| Random TLLI | 2.1.7 | - | - | C | - | - | - | T |
| IMEI | 2.1.9 | C | - | C | C | C | C | T |
| External Identifier Set | 2.1.10 | C | - | - | - | - | - | P |
| IMEISV | 2.2.3 | C | - | C | C | C | C | T |
| RAND/SRES and Kc | 2.3.1 | - | - | C | - | - | - | T |
| RAND, XRES, CK, IK, AUTN | 2.3.2 | M | - | C | C | - | - | T |
| RAND, XRES, KASME, AUTN | 2.3.2 | M | - | - | C | - | - | T |
| Ciphering Key Sequence Number | 2.3.3 | C | - | M | - | - | - | T |
| Key Set Identifier (KSI) | 2.3.4 | - | - | M | - | - | - | T |
| KSI$_{ASME}$ | 2.3.4 | | | | M | - | - | T |
| Selected Ciphering Algorithm | 2.3.5 | - | - | M | - | - | - | T |
| Current Kc | 2.3.6 | - | - | M | - | - | - | T |
| P-TMSI Signature | 2.3.7 | - | - | C | - | - | - | T |
| Key Status | 2.3.9 | - | - | C | - | - | - | T |
| Routing Area Identity | 2.4.3 | - | - | M | - | - | - | T |
| IWF number | 2.4.8.3 | C | - | - | - | - | - | T |
| RSZI Lists | 2.4.11.1 | C | | | - | - | - | P |
| Zone Code List | 2.4.11.2 | - | - | C | C | - | - | P |
| SGSN area restricted Flag | 2.4.14 | M | - | | - | - | - | T |
| RA not allowed flag | 2.4.14a | - | - | M | - | - | - | T |
| TA not allowed flag | 2.4.14b | - | - | | M | - | - | T |
| Roaming Restricted in the SGSN due to unsupported feature | 2.4.15.3 | M | - | M | - | - | - | T |
| Roaming Restricted in the MME due to unsupported feature | 2.4.15.3a | M | - | - | M | - | - | T |
| Cell Global Identity or Service Area ID | 2.4.16 | - | - | C | C | - | C | T |
| E-UTRAN Cell Global ID | 2.4.16A | - | C (see note 2) | - | C | - | C | T |
| Access Restriction Data | 2.4.18 | C | - | C | C | - | - | P |
| Closed Subscriber Group Information | 2.4.22 | C | C | C | C | - | - | P |
| Confirmed by Radio Contact indicator | 2.7.4.1 | - | C | - | - | - | - | T |
| Subscriber Data Confirmed by HLR/HSS Indicator | 2.7.4.2 | - | - | M | M | - | - | T |
| Location Info Confirmed by HLR/HSS Indicator | 2.7.4.3 | - | - | M | M | - | - | T |
| VLR-Reliable Indicator | 2.7.4.5 | - | - | C(see note 5) | C (see note 2) | - | - | T |
| UE purged in SGSN flag | 2.7.6 | M | - | - | - | - | - | T |
| UE purged in MME flag | 2.7.6A | M | - | - | - | - | - | T |
| URRP-MME | 2.7.9.1 | C | - | - | C | - | - | T |
| URRP-SGSN | 2.7.9.2 | C | - | C | - | - | - | T |
| Subscriber Status | 2.8.1 | C | - | C | C | - | - | P |
| Barring of outgoing calls | 2.8.2.1 | C | - | C | - | - | - | P |
| Barring of roaming | 2.8.2.3 | C | - | - | - | - | - | P |

KAIFI_0000700

121

| PARAMETER | Subclause | HSS | VLR (see note3) | S4-SGSN | MME | S-GW | PDN-GW | TYPE |
|---|---|---|---|---|---|---|---|---|
| Barring of Packet Oriented Services | 2.8.2.8 | C | - | C | C | - | - | P |
| ODB PLMN-specific data | 2.8.3 | C | - | C | - | - | - | P |
| PS and SMS Only | 2.10.7 | C | - | C | - | - | - | P |
| SMS in SGSN Allowed | 2.10.8 | C | - | C | - | - | - | P |
| Trace Activated in SGSN | 2.11.7 | C | - | C | - | - | - | P |
| Trace Reference 2 | 2.11.9 | C | C | C | C | C | C | P |
| Trace depth | 2.11.10 | C | C | C | C | C | C | P |
| List of NE types to trace | 2.11.11 | C | C | C | C | - | - | P |
| Triggering events | 2.11.12 | C | C | C | C | C | C | P |
| List of interfaces to trace | 2.11.13 | C | C | C | C | C | C | P |
| IP address of trace collection entity | 2.11.14 | C | C | C | C | C | C | P |
| MDT-Configuration | 2.11.15 | C | C | C | C | - | - | P |
| MDT User Consent | 2.11.16 | C | C | C | C | - | - | P |
| Access Point Name (APN). | 2.13.6 | M | - | M | M | M | M | P |
| MME name | 2.13.26 | M | C | - | - | - | - | T |
| VLR name | 2.13.27 | - | - | - | C (see note 2) | - | - | T |
| NEAF | 2.13.28 | - | - | - | C (see note 2) | - | - | T |
| UE level APN-OI-Replacement | 2.13.29 | C | - | | C | - | - | P |
| Subscribed UE-AMBR | 2.13.30 | M | - | M | M | - | - | P |
| Used UE-AMBR | 2.13.30A | - | - | C | C | - | - | T |
| APN-Configuration-Profile | 2.13.31 | M | - | M | M | - | - | P |
| Subscribed APN-AMBR | 2.13.32 | M | - | M | M | M | - | P |
| Used APN-AMBR | 2.13.32A | - | - | C | C | - | C | T |
| Subscribed-RFSP-ID | 2.13.33 | C | - | - | C | - | - | P |
| GUTI | 2.13.34 | - | - | - | C | - | - | T |
| ME identity (IMEISV) | 2.13.35 | C | - | C | C | C | C | T |
| Selected NAS Algorithm | 2.13.36 | - | - | - | M | - | - | T |
| Selected AS Algorithm | 2.13.37 | - | - | - | M | - | - | T |
| Context Identifier | 2.13.38 | M | - | M | M | M | M | P |
| PDN Address | 2.13.39 | C | - | C | C | C | C | P/T (see note4) |
| VPLMN Address Allowed | 2.13.40 | M | - | M | M | - | - | P |
| PDN GW identity | 2.13.41 | C | - | C (see note 6) | C (see note 6) | - | - | P/T (see note4) |
| Tracking Area List | 2.13.42 | - | - | - | M | - | - | T |
| APN Restriction | 2.13.43 | | - | C | C | C | C | P |
| APN in use | 2.13.44 | - | - | M | M | M | M | T |
| TAI | 2.13.45 | - | C (see note 2) | - | M | - | - | T |
| E-UTRAN Cell Identity Age | 2.13.46 | - | C (see note 2) | - | C | - | - | T |
| MME F-TEID for S11 (control plane) | 2.13.47 | - | - | - | C | C | - | T |
| MME UE S1AP ID | 2.13.48 | - | - | - | C | - | - | T |
| S-GW F-TEID for S11 (control plane) | 2.13.49 | - | - | - | C | C | - | T |
| S4-SGSN F-TEID for S4 (control plane) | 2.13.50 | - | - | C | - | - | - | T |
| S4-SGSN F-TEID for S4 (User plane) | 2.13.51 | - | - | C | - | - | - | T |
| S-GW F-TEID for S5/S8 (control plane) | 2.13.52 | - | - | - | C | C | C | T |

| PARAMETER | Subclause | HSS | VLR (see note3) | S4-SGSN | MME | S-GW | PDN-GW | TYPE |
|---|---|---|---|---|---|---|---|---|
| S-GW F-TEID for S1-U | 2.13.53 | - | - | - | C | C | - | T |
| S-GW F-TEID for S5/S8 (user plane) | 2.13.54 | - | - | - | - | C | C | T |
| eNodeB Address | 2.13.55 | - | - | - | C | - | - | T |
| eNodeB UE S1AP ID | 2.13.56 | - | - | - | C | - | - | T |
| eNodeB F-TEID for S1-U | 2.13.57 | - | - | - | C | C | - | T |
| E-UTRAN/UTRAN Key Set flag | 2.13.58 | - | - | - | C | - | - | T |
| Selected CN operator id | 2.13.59 | - | - | - | C | - | - | T |
| UE Radio Access Capability | 2.13.60 | - | - | - | C | - | - | T |
| Location Change Report Required | 2.13.62 | - | - | C | C | - | - | T |
| UE specific DRX parameters | 2.13.63 | - | - | - | C | - | - | T |
| PDN GW F-TEID for S5/S8 (user plane) | 2.13.64 | - | - | C | C | C | C | T |
| PDN GW F-TEID for S5/S8 (control plane) | 2.13.65 | - | - | C | C | C | C | T |
| EPS Bearer ID | 2.13.66 | - | - | C | C | C | C | T |
| EPS Bearer QoS | 2.13.67 | - | - | C | C | C | C | T |
| EPS Subscribed QoS Profile | 2.13.67A | M | - | M | M | - | - | P |
| UL TFT | 2.13.68 | - | - | - | C | C | C | T |
| DL TFT | 2.13.69 | - | - | - | C | C | C | T |
| Charging Id | 2.13.70 | - | - | C | - | C | C | T |
| EPS PDN Connection Charging Characteristics | 2.13.71 | C | - | C | C | C | C | P |
| Default bearer | 2.13.72 | - | - | - | C | C | C | T |
| URRP-MME | 2.13.73 | C | - | - | C | - | - | T |
| RAT Type (Access Type) | 2.13.75 | C | - | C | C | C | C | T |
| Diameter Server Identity of the HSS | 2.13.99 | - | - | C | C | - | - | T |
| SGSN name | 2.13.100 | M | - | - | - | - | - | T |
| S-GW F-TEID for S12 | 2.13.101 | - | - | - | - | C | - | T |
| RNC F-TEID for S12 | 2.13.102 | - | - | C | - | C | - | T |
| MME F-TEID for S3 | 2.13.103 | - | - | C | C | - | - | T |
| S4-SGSN F-TEID for S3 | 2.13.104 | - | - | C | C | - | - | T |
| PDN GW Allocation Type | 2.13.105 | M | - | - | M | - | - | P |
| S-GW F-TEID for S4 (control plane) | 2.13.106 | - | - | C | - | C | - | T |
| S-GW F-TEID for S4 (user plane) | 2.13.107 | - | - | C | - | C | - | T |
| RFSP-ID in Use | 2.13.108 | - | - | C | C | - | - | T |
| APN level APN-OI-Replacement | 2.13.109 | C | - | C | C | - | - | P |
| PDN Connection ID | 2.13.111 | - | - | - | - | C | C | T |
| MS Network Capability | 2.13.112 | - | - | C | C | - | - | T |
| Voice Domain Preference and UE's Usage Setting | 2.13.113 | - | - | C | C | - | - | T |
| SIPTO Permission | 2.13.114 | C | - | C | C | - | - | P |
| SIPTO Local Network Permission | 2.13.114A | C | - | C | C | - | - | P |
| Subscribed Periodic RAU/TAU Timer | 2.13.115 | C | - | C | C | - | - | P |
| MPS CS Priority | 2.13.120 | - | - | - | C | - | - | P |
| MPS EPS Priority | 2.13.121 | C | - | - | C | - | - | P |
| LIPA Permission | 2.13.122 | C | - | C | C | - | - | P |
| LIPA Allowed VPLMN List | 2.13.123 | C | - | - | - | - | - | P |
| VPLMN LIPA Allowed | 2.13.124 | - | - | C | C | - | - | P |
| Relay Node Indicator | 2.13.125 | C | - | - | C | - | - | P |
| Higher bitrates than 16Mbps flag | 2.13.127 | - | - | - | C | - | - | T |
| H(e)NB Local IP Address | 2.13.131 | - | - | C | C | - | C | T |
| H(e)NB UDP Port Number | 2.13.132 | - | - | C | C | - | C | T |
| MME/S4 SGSN Identifier | 2.13.134 | - | - | - | - | C | C | T |
| SGW node name | 2.13.135 | - | - | C | C | - | - | T |
| Co-located GGSN-PGW FQDN | 2.13.136 | - | - | C (see note 6) | C (see note | - | - | T |

KAIFI_0000752

| PARAMETER | Subclause | HSS | VLR (see note3) | S4-SGSN | MME 6) | S-GW | PDN-GW | TYPE |
|---|---|---|---|---|---|---|---|---|
| GERAN Cell Identity Age | 2.13.137 | - | - | C | - | - | - | T |
| UTRAN Service Area Identity Age | 2.13.138 | - | - | C | - | - | - | T |
| Homogeneous Support of IMS Voice over PS Sessions | 2.13.141 | C | - | C | C | - | - | T |
| Signalling Priority Indication | 2.13.142 | - | - | C | C | C | C | T |
| Restoration Priority | 2.13.143 | C | - | C | C | - | - | P |
| Presence Reporting Area Action | 2.13.145 | - | - | C | C | - | C | T |
| WLAN offloadability | 2.13.146 | C | - | C | C | - | - | P |
| Expected UE Activity Behaviour | 2.13.147.2 | - | - | - | C | - | - | T |
| Expected HO Interval | 2.13.147.3 | - | - | - | C | - | - | T |
| Active Time Value for PSM | 2.13.148 | - | - | C | C | - | - | T |
| Origination Time Stamp | 2.13.149 | - | - | - | - | - | C | T |
| DL Data Buffer Expiration Time | 2.13.150 | - | - | C | C | C | - | T |
| DL Buffering Suggested Packet Count | 2.13.151 | C | - | C | C | - | - | P |
| Notify-on-available-after-DDN-failure flag | 2.13.152 | - | - | C | C | - | - | T |
| IMSI-Group Identifier List | 2.13.153 | C | - | C | C | - | - | P |
| UE Usage Type | 2.13.154 | C | - | C | C | - | - | P |
| Remote UE Contexts | 2.13.156 | - | - | - | C | C | C | T |
| Extended idle mode DRX parameters | 2.13.157 | C | - | C | C | - | - | P/T (see note 7) |
| Delay Tolerant Connection Indication | 2.13.158 | - | - | C | C | - | C | P |
| Pending Network Initiated PDN Connection Signalling Indication | 2.13.159 | - | - | C | C | . | - | T |
| UE Radio Capability for Paging information | 2.13.160 | - | - | - | C | - | - | T |
| Information on Recommended Cells and ENBs for Paging | 2.13.161 | - | - | - | C | - | - | T |
| Paging Attempt Count | 2.13.162 | - | - | - | C | - | - | T |
| User Plane Integrity Protection Indicator | 2.13.163 | C | - | C | - | - | - | P |
| Non-IP-PDN-Type-Indicator | 2.13.164 | C | - | - | C | - | - | P |
| Non-IP-Data-Delivery-Mechanism | 2.13.165 | C | - | - | C | - | - | P |
| SCEF-ID | 2.13.166 | C | - | - | C | - | - | P |
| PDN Type | 2.13.167 | C | - | C | C | C | C | P |
| PDN-Connection-Restricted flag | 2.13.168 | C | - | - | C | - | - | P |
| Preferred-Data-Mode | 2.13.169 | C | - | - | C | - | - | P |
| IOV_updates counter | 2.13.170 | - | - | C | - | - | - | T |
| Dedicated Core Network Identifier | 2.13.172 | - | - | C | C | - | - | T |
| Service Gap Time | 2.13.174 | C | - | - | C | - | - | P |
| Privacy Exception List | 2.16.1.1 | C | - | C | - | - | - | P |
| GMLC Numbers | 2.16.1.2 | C | - | C | - | - | - | P |
| MO-LR List | 2.16.1.3 | C | - | C | - | - | - | P |
| Service Types | 2.16.1.4 | C | - | C | - | - | - | P |
| Broadcast Location Assistance Data Types | 2.16.7.1 | C | - | - | C | - | - | P |
| Subscribed Charging Characteristics | 2.19.1 | C | - | C | C | - | - | P |
| ICS Indicator | 2.20.1 | C | C | C | C | - | - | P |
| STN-SR | 2.21.1 | C | - | C | C | - | - | T |
| UE SRVCC Capability | 2.21.2 | C | - | C | C | - | - | T |
| Subscribed vSRVCC | 2.21.3 | C | - | - | C | - | - | P |
| Additional MSISDN | 3.1.16 | C | - | C | C | - | - | P |

NOTE 1:   This parameter is relevant in the MME only when the SGs interface is installed.
NOTE 2:   Only is applicable if SGs interface is installed. It only indicates EPS related data to be stored and is only relevant to EPS subscribers registered in VLR.
NOTE 3:   The VLR column is applicable for SGs/Sv interface is installed. It only indicates EPS related data to be stored and is only relevant to EPS subscribers registered in VLR.
NOTE 4:   If Static IP address allocation provisioned in the subscriber profile in the HSS is chosen,

KAIFI_0000753

| | PARAMETER | Subclause | HSS | VLR (see note3) | S4-SGSN | MME | S-GW | PDN-GW | TYPE |
|---|---|---|---|---|---|---|---|---|---|
| | PDN address is permanent data. | | | | | | | | |
| NOTE 5: | Only is applicable if Gs interface is installed. It only indicates EPS related data to be stored and is only relevant to EPS subscribers registered in VLR. | | | | | | | | |
| NOTE 6: | The MME/S4 SGSN stores either the PDN GW identity or the Co-located GGSN-PGW FQDN since they are identical information. | | | | | | | | |
| NOTE 7: | The eDRX cycle length may be stored in HSS as a subscribed parameter, and in that case, it is permanent data. | | | | | | | | |

For special condition of storage see in clause 2. See clause 4 for explanation of M, C, T and P in table 5.2A-1.

KAIFI_0000754

**Table 5.2A-2: Overview of data used for PS Network Access Mode (EPS non 3GPP access)**

| PARAMETER | Subclause | HSS | MME | S-GW | PDN-GW | ePDG | 3GPP AAA server | 3GPP AAA server Proxy | TYPE |
|---|---|---|---|---|---|---|---|---|---|
| IMSI | 2.1.1.1 | M | C | C | C | C | - | - | P |
| IMSI Unauthenticated indicator | 2.1.1.3 | - | C | C | C | C | - | - | T |
| International MS ISDN number | 2.1.2 | C | C | C | C | C | C | - | P |
| IMEI | 2.1.9 | C | - | - | C | C | C | - | T |
| RAND, XRES, CK, IK, AUTN | 2.3.2 | M | - | - | - | - | M | - | T |
| RAND, XRES, KASME, AUTN | 2.3.2 | M | - | - | - | - | M | - | T |
| Access Network Identity | 2.3.8 | C | - | - | - | - | C | - | T |
| Trace Reference 2 | 2.11.9 | C | - | - | C | - | C | - | P |
| Trace depth | 2.11.10 | C | - | - | C | - | C | - | P |
| List of NE types to trace | 2.11.11 | C | - | - | - | - | C | - | P |
| Triggering events | 2.11.12 | C | - | - | C | - | C | - | P |
| List of interfaces to trace | 2.11.13 | C | - | - | C | - | C | - | P |
| IP address of Trace Collection Entity | 2.11.14 | C | - | - | C | - | C | - | P |
| APN-Configuration-Profile | 2.13.31 | M | - | - | C | C | C | - | T |
| Subscribed APN-AMBR | 2.13.32 | M | - | - | C | C | C | - | P |
| Used APN-AMBR | 2.13.32A | - | - | - | C | - | - | - | T |
| ME Identity (IMEISV) | 2.13.35 | C | - | - | C | C | C | - | T |
| PDN Address | 2.13.39 | C | - | C | C | C | C | - | T/P (see Note) |
| VPLMN Address Allowed | 2.13.40 | M | C | - | - | C | C | - | P |
| PDN GW identity | 2.13.41 | M | C | - | - | C | C | - | P |
| APN in use | 2.13.44 | - | - | - | C | C | - | - | T |
| EPS Bearer ID | 2.13.66 | - | - | - | C | C | - | - | T |
| EPS Bearer QoS | 2.13.67 | - | - | - | C | C | - | - | T |
| EPS PDN Connection Charging Characteristics | 2.13.71 | C | - | - | C | C | C | - | P |
| RAT Type (Access Type) | 2.13.75 | C | - | C | C | C | C | - | T |
| Permanent User Identity | 2.13.79 | M | - | M | M | M | M | - | P |
| Mobility Capabilities | 2.13.80 | - | - | - | M | C | C | - | T |
| MAG IP address | 2.13.81 | - | - | - | - | - | C | - | T |
| Visited Network Identifier | 2.13.82 | C | - | - | C | C | C | - | T |
| EAP payload | 2.13.83 | - | - | - | - | - | C | - | P |
| MIP Subscriber profile | 2.13.86 | M | - | - | M | - | - | - | P |
| Uplink S5 GRE Key | 2.13.87 | - | C | C | C | - | - | - | T |
| Downlink S5 GRE Key | 2.13.88 | - | - | C | C | - | - | - | T |
| Uplink S8 GRE Key | 2.13.89 | - | C | C | C | - | - | - | T |
| Downlink S8 GRE Key | 2.13.90 | - | - | C | C | - | - | - | T |
| S2a GRE Keys | 2.13.91 | - | - | C | C | - | - | - | T |
| S2b GRE Keys | 2.13.92 | - | - | C | C | C | - | - | T |
| Mobile Node Identifier | 2.13.93 | - | - | C | C | - | - | - | T |
| IPv4 Default Router Address | 2.13.94 | - | - | C | C | - | - | - | T |
| Link-local address | 2.13.95 | - | - | C | C | - | - | - | T |
| Non 3GPP User Data | 2.13.96 | C | - | - | - | C | C | - | |
| 3GPP AAA Server Identity | 2.13.97 | C | - | - | C | C | - | - | T |
| Selected IP mobility mode | 2.13.98 | - | - | - | C | C | C | - | T |
| Diameter Server Identity of HSS | 2.13.99 | - | C | - | - | - | C | - | T |
| Unauthenticated IMSI | 2.13.110 | - | - | C | C | - | - | - | T |
| PDN Connection ID | 2.13.111 | - | - | C | C | C | - | - | T |
| SIPTO Permission | 2.13.114 | C | - | - | - | - | C | - | P |
| ePDG F-TEID for S2b (control plane) | 2.13.116 | - | - | - | C | C | - | - | T |
| ePDG F-TEID for S2b (user plane) | 2.13.117 | - | - | - | C | C | - | - | T |
| PGW F-TEID for S2b (control plane) | 2.13.118 | - | - | - | C | C | - | - | T |
| PGW F-TEID for S2b (user plane) | 2.13.119 | - | - | - | C | C | - | - | T |
| Restricted RAT Types | 2.13.126 | C | - | - | - | - | C | - | P |
| UE Local IP Address | 2.13.129 | - | - | - | - | C | - | - | T |

KAIFI_0000755

| PARAMETER | Subclause | HSS | MME | S-GW | PDN-GW | ePDG | 3GPP AAA server | 3GPP AAA server Proxy | TYPE |
|---|---|---|---|---|---|---|---|---|---|
| UE UDP Port Number | 2.13.130 | - | - | - | - | C | - | - | T |
| Default APN for Trusted WLAN | 2.13.139 | C | - | - | - | - | C | - | P |
| Access Information for Trusted WLAN | 2.13.140 | C | - | - | - | - | C | - | P |
| Origination Time Stamp | 2.13.149 | - | - | - | C | - | C | - | T |
| Emergency Indication | 2.13.155 | - | - | - | - | C | C | C | T |
| Emergency Info | 2.13.171 | C | C | - | - | C | C | - | T |
| Subscribed Charging Characteristics | 2.19.1 | M | - | - | - | C | C | - | P |
| ERP-Authorization | 2.24.2 | C | - | - | - | - | C | - | P |
| ERP Keying Material | 2.24.3 | - | - | - | - | - | C | C | T |
| ERP-Realm | 2.24.4 | - | - | - | - | - | C | C | P |
| Master session Key | 3.11.3. 5 | - | - | - | C | C | C | - | T |
| NOTE:     If Static IP address allocation provisioned in the subscriber profile in the HSS is chosen, PDN address is permanent data. | | | | | | | | | |

For special condition of storage see in clause 2. See clause 4 for explanation of M, C, T and P in table 5.2A-2.

Table 5.2.A-3 contains additional parameter to be hold when optimised handover to 3GPP2 is supported.

**Table 5.2A-3: Overview of data used for PS Network Access Mode (optimized handover to 3GPP2)**

| PARAMETER | Subclause | HSS | MME | S-GW | PDN-GW | ePDG | 3GPP AAA server | 3GPP AAA server Proxy | TYPE |
|---|---|---|---|---|---|---|---|---|---|
| Access Restriction Data | 2.4.18 | C | C | - | - | - | - | - | P |
| Barring of Packet Oriented Services | 2.8.2.8 | C | C | - | - | - | - | - | P |
| RAT Type | 2.13.75 | C | - | - | - | - | - | - | T |
| S101 HRPD access node IP address | 2.13.76 | - | C | - | - | - | - | - | T |
| S103 Forwarding Address | 2.13.77 | - | C | C | - | - | - | - | T |
| S103 GRE key(s) | 2.13.78 | - | C | C | - | - | - | - | T |

NOTE:     A UE may be simultaneously attached to EPS and have simultaneously active PDN connections or IP flows via different access systems (3GPP access and a non 3GPP access).

KAIFI_0000756