**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KAIFI LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:20-CV-00281-JRG |
| | § | |
| T-MOBILE US, INC., T-MOBILE USA, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.'s Unopposed Motion for Extension to Depose Witness (Dkt. No. 129) (the "Motion").  In the Motion, Defendants request an extension of the deadline to depose Plaintiff Kaifi LLC's claim construction expert, Mr. Thomas L. Blackburn, from April 19, 2021, to April 30, 2021.  This is Defendants' second request for an extension of time to depose Mr. Blackburn.  The Court granted Defendants' first motion for an extension of the deadline from April 7, 2021, to April 19, 2021, after it was notified that Mr. Blackburn had suffered a medical emergency. (Dkt. No. 127.)   According to the Motion, the second extension is required because Mr. Blackburn has not yet been medically cleared for deposition.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that Defendants' deadline to depose Mr. Thomas L. Blackburn is **extended** until **April 30, 2021**.

**So Ordered this**

**Apr 20, 2021**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE