# HAWKINSON
# EXHIBIT B

# Cho, Dong Ho  Cho, Dong Ho



|  |  |
|---|---|
| **Research Group** | COM |
| **Research** | Communication Network, Protocol and Service |
| **Laboratory** | Ubiquitous Mobile Life Systems Lab. |
| **Building** | CHIPS (N26), 110 |
| **Contact** | 3467 |
| **Email** | dhcho@kaist.ac.kr |
| **Website** | http://umls.kaist.ac.kr |

## Degree

Ph.D. (1985) KAIST

## Archievement

"Repetitive element signature-based visualization, distance computation, and classification of 1,766 microbial genomes", Genomics, vol. 106, no. 1, pp. 30-42, Jul. 2015
"Per-node throughput enhancement in Wi-Fi densenets", IEEE Communications Magazine, vol. 53, no. 1, pp. 118-125, Jan. 2015
"Comparison of channel state acquisition schemes in cognitive radio environment", IEEE Trans. on Wireless Communications, vol. 13, no. 4, pp.2295-2307, Apr. 2014
"Diversity analysis of multiple transmitters in wireless power transfer system", IEEE Transactions on Magnetic, vol. 49, no. 6, pp. 2946-2952, Jun. 2013
"Maximizing the capacity of magnetic induction communication for embedded sensor networks in strongly and loosely coupled regions", IEEE Transactions on Magnetic, vol.49, no.9, pp.5055-5062, Sep. 2013
"REMiner II : A tool for rapid identification and configuration of repetitive element arrays from large mammalian chromosomes as a single query", Genomics, vol. 100, issue 3, pp.131-140, Sep. 2012 (**Inside Front Cover Featured)

14 international standards (3GPP2 standard, IEEE802.16e/j/m/ppc standard)
A pioneer among 100 persons representing Korea in 2020 by the Dong-A daily newspaper

OLEV system was selected as the 50 Best Inventions of 2010 by the Time Magazine
OLEV system was selected as the 10 Best Promising Technologies of 2013 by World Economic Forum(WEF)
Wireless Power Transfer System as the 2014 Innovation Award by International Union of Railways(UIC)

| | |
|---|---|
| Prev | Cho Byung Jin |
| Next | Cho, Gyu-Hyeong |

Show List

Recruit   Ask by e-mail

# KAIST EE

School of Electrical Engineering, KAIST 291 Daehak-ro, Yuseong-gu, Daejeon 34141

Tel. 042-350-3402~8
Fax. 042-350-3410

Copyright ⓒ 2015 KAIST Electrical Engineering.
All rights reserved.

KAIFI_0007183