# HAWKINSON
# EXHIBIT C


Adobe Flash Player을(를) 사용하려면 클릭하세요.

## UMLS PEOPLE
- Professor
- Members
- Alumni
- 연구실사진

### Professor

조 동 호 교수



⇨ **Organization** Div. of EE, Dept. of EECS, KAIST

⇨ **Position** Professor

⇨ **E-MAIL** dhcho@kaist.ac.kr

⇨ **Education**

| Year | School | Specialty | Academic |
|---|---|---|---|
| 1975. 3 - 1979. 2 | Seoul National University | EE | B.S. |
| 1979. 3 - 1981. 2 | KAIST | Communication | M.S. |
| 1981. 3 - 1985. 2 | KAIST | Communication | Ph.D. |

⇨ **Professional Experience**

| Year | Organization | Duty |
|---|---|---|
| 1985. 3 - 1987. 2 | Communications Research Laboratory, Korea Institute of Science and Technology | Senior Researcher |
| 1987. 3 - 1998. 1 | Dept. of Computer Engineering, Kyung Hee Univ. | Professor |
| 1989. 9 - 1995. 7 | Computer Center, Kyung Hee Univ. | Chief |
| 1998. 2 - present | Dept. of Electrical Engineering, Korea Advanced Institute of Science & Technology | Professor |
| 2001. 8 - 2003.7 | Telecommunication Education Program, Korea Advanced Institute of Science & Technology | Head |
| 2002. 3 - 2004. 5 | Korea Telecom Freetel | Outside Director |
| 2003. 9 - 2006. 8 | Ministry of Information & Communication | Advisor officer |
| 2003. 9 - | Institute for Information Technology Advancement | Expert |

| | | |
|---|---|---|
| 2006. 8 | | Committeeman |
| 2004. 4 – 2006. 8 | Center of Next Generation Mobile Communication, Ministry of Science and Technology | Chief |
| 2007. 1 – 2011. 8 | KAIST Institute for Information Technology Convergence | Director |
| 2007. 2 – present | IT Convergence Research Center, Ministry of Information & Communication | Chairman |
| 2009. 5 – 2011. 9 | KAIST Center for On-Line Electric Vehicle | Director |
| 2010. 10 – 2015. 10 | Graduate School for Green Transportation | Head |
| 2011. 7 – present | KAIST IT Convergence Campus | Vice President |
| 2012. 6 – 2015. 6 | Korea Institute of Ocean Science & Technology, Ministry of Land, Transport and Maritime Affairs | Non-executive Director |
| 2012. 7 – present | National IT Industry Promotion Agency | Non-executive Director |
| 2012. 7 – present | Open Radio Access Network Technology Forum | President |

## ⇨ Academic Society

| Year | Society | Duty |
|---|---|---|
| 1985 – present | Institute of Electrical and Electronics Engineers Communications Society | Senior Member |
| 1999. 1 – present | Korea Institute of Communication Sciences | Executive Secretary |
| 2000. 3 – 2001. 2 | HSN'2001 Workshop | Chairperson |
| 2000 – 2002 2004 – 2005 | 5,6,7,9,10th CDMA International Conference | Chair of Technical Program Committee, Chairperson(5th) |
| 2001. 11 – 2009. 12 | Journal of Communication & Networks | Editor, Division editor |
| 2002. 6 – 2003. 5 | IEEE Vehicular Technology Conference 2003 | Publication Chair |
| 2003. 1 – 2008. 12 | IJCAS | Editorial Board Member |
| 2005, 2007, 2009 | IEEE WCNC 2005, 2007, 2009 | Member of TPC |
| 2005, 2007 | IEEE Globecom 2005,2007 | Member of TPC |
| 2006. 5 – 2011. 5 | Self-inspection Board, Ministry of National Defense | Member |
| 2006. 4 – present | JCCI | Chair of Manage, Meditation Committee/ Member of Meditation Committee |
| 2007. 2 – present | IT-CRC Management Committee, Korea Telecommunications Operators Association | Chairperson |
| 2007. 5 - 2008. 2 | Self-inspection Board, Ministry of Information and Communication | Member |
| 2007. 8 – present | Information&Communications Expert Committee of Industrial Technology Security | Chairperson, Member |
| 2007.9 – present | The Open Information Systems Journal | Editorial Board member |
| 2008 | Convergence Subcommittee of Department of New industrial, The Ministry of Knowledge Economy | Chairperson |
| 2008. 1 – 2009. 12 | Airforce IT Advisory Panel | Member |
| 2009, 2012 | IEEE PIMRC 2009, 2012 | Member of TPC |
| 2008 – 2009 | KCC Radio Regulations Advisory Board | Chairperson |

| | | |
|---|---|---|
| 2008. 12 – 2009. 3 | KCC Radio Policy Deliberation Board | Member |
| 2009. 4 – 2013. 10 | KCC Radio Policy Advisory Panel | Member |
| 2010. 1 – present | Circuits and Systems Journal (CS) | Editorial Board Member Editor |
| 2010. 1 – present | KCC Broadcasting Communications Technology Advisory Panel | Member |
| 2010. 5 – 2012. 5 | National Research Foundation of Korea | Expert Member |
| 2010. 6 – present | The 2010 International Forum on Electric Vehicle | Organization Chair |
| 2011. 2 – 2014. 1 | Railroading Skill Deliberation Board, Ministry of Land, Transport and Maritime Affairs | Member |
| 2011. 10 – present | Industrial Convergence Forum, The Ministry of Knowledge Economy | Member |
| 2012. 3 – 2012. 10 | APCC 2012 | Organizing Vice Chair |
| 2012. 5 – present | International Journal On Advances in Internet Technology(IARIA Journal) | Editorial board member |
| 2014. 1 – 2014. 12 | Korea Institute of Communication Sciences | chairperson |

Top

TEL: 042-350-8067  FAX: 042-350-4042
주소:(우 305-701) 대전광역시 유성구 구성동 373-1 한국과학기술원 전기 및 전자공학 전공

COPYRIGHT(C) 2003 CIS , KAIST , ALL RIGHTS RESERVED.

KAIFI_0007186