# HAWKINSON
# EXHIBIT D

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT5455048

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| INTELLECTUAL DISCOVERY CO., LTD. | 04/03/2019 |

## RECEIVING PARTY DATA

| Name: | KAIFI, LLC |
|---|---|
| Street Address: | 17350 STATE HIGHWAY 249 STE 220 |
| City: | HOUSTON |
| State/Country: | TEXAS |
| Postal Code: | 77064 |

## PROPERTY NUMBERS Total: 4

| Property Type | Number |
|---|---|
| Patent Number: | 6922728 |
| Patent Number: | 7929963 |
| Patent Number: | 7920887 |
| Patent Number: | 8472869 |

## CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 7032639390 |
|---|---|
| Email: | lex1233@lexipgroup.com |
| Correspondent Name: | LEX IP MEISTER, PLLC |
| Address Line 1: | 5180 PARKSTONE DRIVE, SUITE 175 |
| Address Line 4: | CHANTILLY, VIRGINIA 20151 |

| ATTORNEY DOCKET NUMBER: | 1000-52 |
|---|---|
| NAME OF SUBMITTER: | JONGWON KIM |
| SIGNATURE: | /jwkim/ |
| DATE SIGNED: | 04/03/2019 |

**Total Attachments: 3**  
source=LPP20191036US_ASSIGN#page1.tif  
source=LPP20191036US_ASSIGN#page2.tif  
source=LPP20191036US_ASSIGN#page3.tif

# ASSIGNMENT

**INTELLECTUAL DISCOVERY CO., LTD.**, a corporation of the Republic of Korea, having a place of business at 10F., GOLDEN TOWER BLDG.,511 SAMSUNG-RO, GANGNAM-GU SEOUL, Republic of Korea (hereafter the "Assignor"), is the owner by respective Assignment of United States Patent(s) and/or Patent Applications identified below (hereafter sometimes called the "Patent and Patent Applications").

**KAIFI, LLC**, a corporation of the United States, having a place of business at 17350 State Highway 249 Ste 220, HOUSTON, TX 77064, U.S.A. (hereafter the "Assignee"), has acquired all of the rights to the Patent(s) and/or Patent Applications and all inventions described and claimed therein.

THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby sells, assigns and transfers to the Assignee the entire right, title and interest in and to the Patent and Patent Applications identified below, and all inventions described and claimed therein, in any and all Letters Patent therefor, and in any and all reissues, extensions, renewals, reexaminations, divisions and continuations of such applications or Letters Patent to the full end of the term or terms for which such Letters Patent issue, such entire right, title and interest to be held and enjoyed by the above-named Assignee the same as they would have been held and enjoyed by the Assignor had this Assignment and transfer not been made.

| U.S. Application No. | U.S. Patent No. | U.S. Patent Issue Date | Title |
|---|---|---|---|
| 10/024,875 | 6,922,728 | 07-26-2005 | OPTIMAL INTERNET NETWORK CONNECTING AND ROAMING SYSTEM AND METHOD ADAPTED FOR USER MOVING OUTDOORS OR INDOORS |
| 11/981,826 | 7,929,963 | 04-19-2011 | COGNITIVE RADIO BASED AIR INTERFACE METHOD IN WIRELESS COMMUNICATION SYSTEM |
| 11/973,878 | 7,920,887 | 04-05-2011 | SYSTEM AND METHOD FOR SETTING UP P2P COMMUNICATION GROUP IN CELLULAR SYSTEM, AND P2P COMMUNICATION SYSTEM AND METHOD USING P2P COMMUNICATION |
| 12/682,179 | 8,472,869 | 06-25-2013 | Relay Communication Method of Next Generation Cellular Communication System |

**PATENT**
**REEL: 049195 FRAME: 0562**

KAIFI_0011948

Assignment    INTELLECTUAL DISCOVERY CO., LTD. to KAIFI LLC

By its undersigned representative, the Assignor agrees:

a. to execute all papers necessary in connection with the Patent Application and any continuing, divisional, reissue, reexamination or corresponding application thereof and also to execute separate Assignment in connection with such application as the Assignee may deem necessary or expedient;

b. to execute all papers necessary in connection with any interference which may be declared concerning the Patent Application or any continuation, division, reissue or reexamination thereof and to cooperate with the Assignee in every way possible in obtaining evidence and going forward with such interference; and

c. to perform all affirmative acts which may be necessary to obtain a grant of a valid United States patent to the Assignee on any of the Patent Application and on any continuation, division, reissue or reexamination of any of the Patent Application.

The Assignor hereby covenants that it has the full right to convey the entire interest herein assigned, and that it has not executed, and will not execute, any agreement in conflict therewith.

**INTELLECTUAL DISCOVERY CO., LTD.**, certifies that it is the Assignee of the entire right, title and interest in the Patent(s) and/or Patent Applications identified above by virtue of Assignment from the inventors of the Patent and Patent Applications identified above, recorded in the U.S. Patent and Trademark Office as identified below:

| U.S. Patent No. | U. S. Serial No. | Reel/Frame No. of Recorded Assignment |
|---|---|---|
| 6,922,728 | 10/024,875 | 036131 / 0822 |
| 7,929,963 | 11/981,826 | 036131 / 0822 |
| 7,920,887 | 11/973,878 | 036131 / 0822 |
| 8,472,869 | 12/682,179 | 036131 / 0822 |

The undersigned has reviewed the relevant documents in the Patent Applications identified above and, to the best of undersigned's knowledge and belief, title is in the Assignor identified above.

The undersigned is empowered to sign this certificate on behalf of the Assignor.

PATENT
REEL: 049195 FRAME: 0563

KAIFI_0011949

I hereby declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and further, that these statements are made with the knowledge that willful false statements, and the like so made, are punishable by fine or imprisonment, or both, under Section 1001, Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

IN WITNESS WHEREOF, executed by the Assignor's undersigned representative on the date following the undersigned's name.

For **INTELLECTUAL DISCOVERY CO., LTD.**

By: _[signature]_    Title: CEO

Name: DONG-SOO CHUNG    Date: April 3, 2019