# HAWKINSON
# EXHIBIT E

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                        MARSHALL DIVISION
 4
 5   KAIFI LLC,                    ) No. 2:20-CV-281-JRG
 6              Plaintiff,         )
 7        v.                       )
 8   T-MOBILE US, INC. and         )
 9   T-MOBILE USA, INC.,           )
10              Defendants.        )
11
12                DEPOSITION OF PETER RYSAVY
13                     March 31, 2021
14                        Wednesday
15                        8:30 A.M.
16
17         THE VIDEOTAPED DEPOSITION OF PETER RYSAVY
18   was taken by remote videoconferencing set up by
19   Schmitt Reporting - Veritext Portland, 400 NW
20   Columbia Street, Suite 140, Vancouver, Washington,
21   before Sara Fahey Wilson, CSR, Certified Shorthand
22   Reporter in and for the State of Oregon.
23
24
25
                                                 Page 1
```

## Page 2

```
 1              APPEARANCES
 2   (All counsel appearing by remote videoconference)
 3
 4   For the Plaintiff:
 5      IRELL & MANELLA
 6      1800 Avenue of the Stars, Suite 900
 7      Los Angeles, California 90067-4276
 8      310-277-1010
 9      BY:  MR. JASON G. SHEASBY
10      jsheasby@irell.com
11
12   For the Defendants:
13      GIBSON DUNN
14      2001 Ross Avenue, Suite 2100
15      Dallas, Texas 75201
16      214-698-3423
17      BY:  MR. NATHAN R. CURTIS
18      ncurtis@gibsondunn.com
19
20   Videographed By:
21      MR. TIM GARRETT
22
23   Zoom Monitor:
24      MR. RICARDO YI - VERITEXT
25
```

## Page 3

```
 1              INDEX
 2
 3   WITNESS........................PAGE
 4   PETER RYSAVY
 5      BY MR. SHEASBY                     4
 6
 7   EXHIBITS.......................PAGE
 8   Exhibit 1    Exhibit 1 to the Declaration   12
 9                of Peter Rysavy - 728 Patent
10   Exhibit 2    Distributed Router             22
11                Architecture for
12                Packet-Routed Optical
13                Networks
14   Exhibit 3    Different Types of Wired       30
15                Internet Connections
16   Exhibit 5    Router Definition              32
17   Exhibit 6    P.R. 4-3(B) Disclosure of      57
18                Potential Testimony From
19                Thomas L. Blackburn
20   Exhibit 8    RFC 2002                       46
21
22   MARKED TEXT..................PAGE/LINE
23   None.
24
25
```

## Page 4

```
 1         THE VIDEOGRAPHER:  Good morning.         08:27
 2   We're now on the record.  Today's date is March 08:27
 3   31st, 2021, and the time is 8:29 a.m.           08:27
 4         This is the unit -- media unit one of    08:27
 5   the video recorded deposition of Peter Rysavy being 08:27
 6   taken in the matter of Kaifi LLC versus T-Mobile 08:27
 7   U.S., Inc.                                     08:27
 8         The court reporter is Sara Wilson, who   08:27
 9   will now swear or affirm the witness.          08:28
10                                                  08:28
11              PETER RYSAVY,                       08:26
12   having been first duly sworn to testify the truth, 08:25
13   the whole truth, and nothing but the truth, was 08:23
14         examined and testified as follows:       08:22
15                                                  08:20
16              EXAMINATION                         08:18
17   BY MR. SHEASBY:                                08:28
18   Q.   Good morning, sir.  Can you state your    08:28
19   name for the record.                           08:28
20   A.   Peter Rysavy.                             08:28
21   Q.   You've been retained as an expert by      08:28
22   T-Mobile.  Is that correct?                    08:28
23   A.   That's correct.                           08:28
24   Q.   You submitted an expert declaration in    08:28
25   this case.  Is that correct?                   08:28
```

## Page 5

```
 1   A.   Yes, I did.                               08:28
 2   Q.   Did you write the expert declaration      08:28
 3   yourself?                                      08:28
 4   A.   I wrote it in conjunction with the        08:28
 5   attorney I worked with at Gibson Dunn.         08:28
 6   Q.   You collaborated with the attorney at     08:28
 7   Gibson Dunn?                                   08:28
 8   A.   Yes.                                     08:28
 9   Q.   Did you have an opportunity to read the   08:28
10   declaration of Mr. Blackburn?                  08:28
11   A.   Yes, I did read Mr. Blackburn's           08:29
12   declaration.                                   08:29
13   Q.   Are you prepared to talk about it and     08:29
14   discuss with what you agree and disagree with in 08:29
15   Mr. Blackburn's declaration today?             08:29
16   A.   I can comment on some items with respect  08:29
17   to his declaration.                            08:29
18   Q.   Okay.                                    08:29
19        Do you know what a femtocell and a       08:29
20   nanocell are?                                  08:29
21   A.   I have heard the terms before, but it     08:29
22   depends on the context.                        08:29
23   Q.   In the context of cellular networks, have 08:29
24   you heard of femtocells?                       08:29
25   A.   In the context of cellular networks, I    08:29
```

2 (Pages 2 - 5)

Page 22

```
 1   Q.   So the patent excludes multiple physical     08:57
 2  devices performing routing functions.  Correct?    08:57
 3   A.   As I said, I would need to read the entire   08:57
 4  patent with that question in mind to answer that   08:57
 5  question.                                          08:57
 6   Q.   Sir, you opined that the patent excludes     08:57
 7  multiple physical devices performing the routing   08:57
 8  function?                                          08:57
 9   A.   I don't recall saying that I gave that       08:57
10  opinion.                                           08:57
11   Q.   Okay.                                        08:57
12        Let's go to Exhibit 2, which I marked.       08:58
13         (Deposition Exhibit Number 2               08:58
14         marked for identification.)                08:58
15   A.   The only -- okay.                            08:58
16  BY MR. SHEASBY:                                    08:58
17   Q.   Hit refresh.                                 08:58
18   A.   Okay, I just hit the "refresh."              08:58
19         (Pause.)                                    08:56
20        Okay.  I see a document titled Distributed   08:58
21  Router Architecture.                               08:59
22   Q.   Go ahead and review the abstract.            08:59
23         (Pause.)                                    08:59
24   A.   Okay.  I read the abstract.                  08:59
25   Q.   Does this refresh your recollection that     09:00
```

Page 23

```
 1  it's possible for routing functions to be          09:00
 2  distributed across a network?                      09:00
 3   A.   I would have to study the entire document    09:00
 4  to come to any opinions on that.                   09:00
 5   Q.   So the name of the document is called        09:00
 6  Distributed Router Architecture for Packet-Routed  09:00
 7  Optical Networks.                                  09:00
 8        Do you see that, sir?                        09:00
 9   A.   I do see that title.                         09:00
10   Q.   And you don't know whether it's possible     09:00
11  to use distributed router architecture for         09:00
12  communications networks?                           09:00
13   A.   Well, I see that it says it's a proposal     09:00
14  in the abstract.  That tells me that this is an idea  09:00
15  being considered.  And also the word "distributed"  09:01
16  is vague, so I would need to read the document to  09:01
17  come to a clearer understanding of what distributed  09:01
18  router architecture actually means.                09:01
19   Q.   Let's go back to Claim 1.                    09:01
20   A.   Okay.                                        09:01
21   Q.   The last element describes a router that     09:01
22  determines.  Do you see that, sir?                 09:02
23   A.   I do.                                        09:02
24   Q.   That -- that limitation precludes the use    09:02
25  of the mobile device from being involved in the    09:02
```

Page 24

```
 1  routing function.  Correct?                        09:02
 2   A.   I haven't considered that question so I      09:02
 3  would need to study the specification --           09:02
 4   Q.   Sir --                                       09:02
 5   A.   -- to answer that.                           09:02
 6   Q.   It's your opinion that that limitation       09:02
 7  precludes the use of the mobile device from being  09:02
 8  involved in the routing function.  Correct?        09:02
 9        MR. CURTIS:  Objection.  Form.               09:02
10  Misstates testimony.                               09:02
11   A.   I don't have an opinion on how the routing   09:02
12  function is done.  That's not something that was in  09:03
13  my declaration, and it's not something that I      09:03
14  considered.                                        09:03
15  BY MR. SHEASBY:                                    09:03
16   Q.   Sir, based on your reading of the patent     09:03
17  -- and you've read the patent multiple times.      09:03
18  Correct?                                           09:03
19   A.   Yes.                                         09:03
20   Q.   Sir, the mobile device cannot be involved    09:03
21  in the routing function in this patent.  Correct?  09:03
22   A.   Again, I would have to reread the patent     09:03
23  to answer that question.                           09:03
24   Q.   Based on the reading that you've done to     09:03
25  date.                                              09:03
```

Page 25

```
 1   A.   I'm not prepared to offer an opinion on      09:03
 2  that without rereading the patent.                 09:03
 3         (Pause.)                                    09:04
 4   Q.   Are there any mobile devices that you're     09:04
 5  aware of that generate their own location          09:04
 6  information without the involvement of other agents?  09:04
 7        MR. CURTIS:  Objection, form.                09:04
 8   A.   Location can be derived using multiple       09:04
 9  different methods.  So, for instance, if a device  09:05
10  obtained its location using GPS, then that would be  09:05
11  a form of a device obtaining its own location      09:05
12  information.                                       09:05
13  BY MR. SHEASBY:                                    09:05
14   Q.   And GPS is -- how does the device obtain     09:05
15  its location information via GPS?                  09:05
16   A.   The device in GPS receives signals from      09:05
17  GPS satellites and then analyzes the signals to    09:05
18  calculate and determine a location.                09:05
19   Q.   Let's go to the limitation of location       09:06
20  register that stores information -- stores location  09:06
21  information.                                       09:06
22        Do you see that, sir?                        09:06
23   A.   Are you referring to Claim 1?                09:06
24   Q.   Yes, sir.                                    09:06
25   A.   Yes, I see that.                             09:06
```

7 (Pages 22 - 25)

**Page 26**

```
 1   Q.   What is location information?                    09:06
 2   A.   Well, location information is an                 09:06
 3  agreed-upon construction.  And referring to, if I      09:07
 4  may, the Joint Claim Construction and Pre-Hearing      09:07
 5  Statement, it's information on a locational area, or   09:07
 6  indoor system ID information, or both.                 09:07
 7   Q.   In the patent, the location register would       09:07
 8  only store indoor location information or outdoor      09:07
 9  location information.  It won't store both at the      09:07
10  same time.  Correct?                                   09:08
11   A.   I don't believe the patent states that.          09:08
12  It doesn't -- the patent does not preclude storing     09:08
13  both.                                                  09:08
14   Q.   Okay.                                            09:08
15       Let me ask you the next question, which is        09:08
16  that when the -- when the indoor gateway -- let me     09:08
17  ask it this way.                                       09:08
18       For 802.11 networks that are connected to         09:08
19  the internet, that connection is going to be           09:08
20  through -- that gateway is going to be connected to    09:08
21  the internet through a wire, correct, at some point?   09:09
22       MR. CURTIS:  Objection, form.                     09:09
23   A.   An 802.11 network or Wi-Fi network can be        09:09
24  connected to the internet, and there could be a wire   09:09
25  such as a cable -- coax cable, for example, yeah.      09:09
```

**Page 27**

```
 1  BY MR. SHEASBY:                                        09:09
 2   Q.   Yeah.  I guess I'm asking a slightly             09:09
 3  different question.  In the situation when the         09:09
 4  802.11, the Wi-Fi gateway, is connected -- is          09:09
 5  connected to the internet, is there any instances in   09:09
 6  which there is not going to be a wire ultimately       09:09
 7  connecting it?                                         09:09
 8       MR. CURTIS:  Objection, form.  Outside            09:09
 9  the scope.                                             09:09
10   A.   It's not anything I cover in my                  09:09
11  declaration but that Wi-Fi network can be connected    09:10
12  via a wire, but a wire is not necessary nowadays.      09:10
13  Increasingly, that connection to the internet is       09:10
14  done over a wireless connection.                       09:10
15  BY MR. SHEASBY:                                        09:10
16   Q.   A wireless connection to what?                   09:10
17   A.   It could be a wireless connection from a         09:10
18  home to a cell tower, for example, or to some other    09:10
19  radio connection provided by an internet service       09:10
20  provider.                                              09:10
21   Q.   But at some level, even if you went              09:10
22  through that cell tower, at some point there's a       09:11
23  physical wire in that system connecting to the         09:11
24  internet.  Correct?                                    09:11
25       MR. CURTIS:  Same objections.                     09:11
```

**Page 28**

```
 1   A.   In the scenario I described, that cell           09:11
 2  tower could have a fiber-optic connection to the       09:11
 3  internet server -- service provider's core network,    09:11
 4  which would then have a connection to the internet.    09:11
 5  BY MR. SHEASBY:                                        09:11
 6   Q.   Are you aware of any service provider            09:11
 7  network that doesn't ultimately have a physical        09:11
 8  wired connection to the internet?                      09:11
 9   A.   It depends exactly what you mean by              09:11
10  "wire."  If you mean it to include -- and I think      09:11
11  meant -- previously you mentioned fiber-optic          09:11
12  cables -- then, yes, there will be some physical       09:11
13  connection at some point to a network that can be      09:11
14  considered the internet.                               09:12
15   Q.   Okay.                                            09:12
16       Let me ask you this question, which is            09:12
17  that is a common understanding of the word "wire" at   09:12
18  the time of the patent -- would it include coaxial     09:12
19  cable?  Fiber-optic?                                   09:12
20       MR. CURTIS:  Objection.  Form.                    09:12
21  Outside the scope.                                     09:12
22   A.   At the time of the patent?  A person of          09:12
23  ordinary skill in the art wouldn't just use the word   09:12
24  "wire."  They would refer to the specific type of      09:12
25  connection, whether it's coax or fiber-optic           09:12
```

**Page 29**

```
 1  connection.  And most -- I would say that a person     09:12
 2  of ordinary skill in the art would find the term       09:12
 3  "wire" to be vague.                                    09:12
 4  BY MR. SHEASBY:                                        09:12
 5   Q.   The term "wire" is generic.  Is that             09:12
 6  correct?                                               09:12
 7   A.   The term "wire" is both vague and generic.       09:12
 8   Q.   Copper -- copper cable as an example of a        09:13
 9  wire.  Correct?                                        09:13
10   A.   A wire connection can use copper.                09:13
11   Q.   Wire connection can also use coaxial             09:13
12  cable.  Correct?                                       09:13
13   A.   A coaxial cable could be considered to be        09:13
14  a wired connection.                                    09:13
15   Q.   And a fiber-optic or optical cable could         09:13
16  also be considered a wired connection.  Correct?       09:13
17   A.   In a more loose interpretation of the word       09:13
18  "wired connection," a fiber-optic cable could be       09:13
19  considered a wired connection, but I think some        09:13
20  people would object to that interpretation.            09:13
21   Q.   A person of ordinary skill in the art --         09:13
22  well --                                                09:14
23       (Pause.)                                          09:15
24       You read Claim 12 of the patent.  Correct?        09:15
25   A.   Yes, I did.                                      09:16
```

8 (Pages 26 - 29)

```
 1   Q.  You were not able to understand Claim 12.   09:16
 2  Correct?                                         09:16
 3   A.  I never said that I didn't understand       09:16
 4  Claim 12.                                        09:16
 5   Q.  Sir, as a factual matter, as a person of    09:16
 6  ordinary skill in the art, you're not able to    09:16
 7  understand what Claim 12 is claiming.  Correct?  09:16
 8   A.  I don't believe that is a correct           09:16
 9  statement.                                       09:16
10           (Deposition Exhibit Number 3            09:15
11           marked for identification.)             09:13
12  BY MR. SHEASBY:                                  09:17
13   Q.  Why don't you go ahead and look at Exhibit  09:17
14  3.                                               09:17
15   A.  Did you want me to read the article?       09:17
16   Q.  Yes.                                        09:18
17       (Pause.)                                    09:18
18           Just to give you a heads up, the question  09:18
19  I'm asking is that after reviewing the article, it's  09:18
20  fair to say that folks consider coaxial cable,  09:18
21  fiber-optic cable, and traditional copper wire as  09:18
22  all options for wired connections to the internet?  09:18
23   A.  Well, according to this off -- author of  09:19
24  the article, he lists dial-up, cable internet, DSL,  09:19
25  and fiber-optic as different forms of wired internet  09:19
                                                Page 30
```

```
 1   Q.  If I said to you you can use any type of    09:20
 2  wire connection you want, what would you understand  09:21
 3  that to mean?                                    09:21
 4   A.  The term that I've used in my writing is   09:21
 5  "wire line" versus "wireless," so when I use the  09:21
 6  term "wire line," I do use that to refer to any  09:21
 7  connection that is not wireless.  So that would  09:21
 8  include copper, for instance, or a fiber-optic   09:21
 9  connection.                                      09:21
10   Q.  Okay.                                       09:21
11           Let me ask you the next question, which  09:21
12  is, is it possible to implement a server using   09:21
13  software alone on a general purpose computer?    09:21
14   A.  Can you repeat the question, please?       09:21
15   Q.  Sure.  One second.                          09:21
16       (Pause.)                                    09:22
17           I'm marking a new exhibit.  I'll tell you  09:22
18  -- let me know when you get it.  Okay?  It should be  09:24
19  there for you.                                   09:24
20   A.  The folder shows five exhibits.            09:24
21           (Deposition Exhibit Number 5            09:23
22           marked for identification.)             09:21
23  BY MR. SHEASBY:                                  09:24
24   Q.  Yeah.  So it's Exhibit Number 5.  You      09:24
25  probably want to download it because it's -- let me  09:24
                                                Page 32
```

```
 1  connections.                                     09:19
 2   Q.  So it would be fair to say that there are  09:19
 3  folks in this industry who treat fiber-optic,   09:19
 4  copper, and coaxial cable all as wired internet  09:19
 5  connections?                                     09:19
 6           MR. CURTIS:  Objection, form.           09:19
 7   A.  This particular author has fiber-optic    09:19
 8  connections in an article that discusses or is   09:19
 9  titled Different Types of Wired Internet         09:19
10  Connections.                                     09:19
11  BY MR. SHEASBY:                                  09:20
12   Q.  Do you have any factual basis to disagree  09:20
13  that persons in this industry consider coaxial, 09:20
14  copper, and fiber-optic as all examples of wired  09:20
15  connections?                                     09:20
16   A.  I do note that he has a sentence saying   09:20
17  (reading):  As we all know, light travels        09:20
18  much faster as compared to electrical            09:20
19  signals flowing across a wire.                   09:20
20           So that suggests that he draws some     09:20
21  distinction between fiber and wire.  Again, I would  09:20
22  repeat that "wire" is a vague term, and in       09:20
23  discussing an actual network, an engineer would  09:20
24  specify the type of connection and refer to that  09:20
25  kind of connection.                              09:20
                                                Page 31
```

```
 1  know when you have it.                           09:25
 2   A.  I have it.                                 09:25
 3   Q.  If you scroll down, it talks about using   09:25
 4  Windows PC as a router?                          09:26
 5   A.  Okay.  I see that.                         09:26
 6   Q.  Do you disagree that a general purpose     09:26
 7  computer can be used as a router when provisioned  09:26
 8  with appropriate software.  Correct?             09:26
 9   A.  What I said was that a general purpose    09:26
10  computer can be a router depending on the        09:26
11  capabilities it has.                             09:26
12   Q.  Sir, if you go to the patent, you will see  09:26
13  it says a location register -- this is Claim 1 -- 09:27
14  that stores information on the data communication  09:27
15  terminal received through the indoor network or  09:27
16  outdoor wireless network.                        09:27
17           Do you see that, sir?                   09:27
18   A.  I do.                                      09:27
19   Q.  The location register must be part of the 09:27
20  router.  Correct?                                09:27
21   A.  The figures show the location register    09:27
22  separate from routers.  For example, in Figure 1B,  09:27
23  the location register is item 80 and the router is  09:27
24  item 47.                                         09:27
25   Q.  Sir, the location register must be part of 09:28
                                                Page 33
```

```
 1  the router.  Correct?                         09:28
 2     A.   As I said, the patent in these figures   09:28
 3  shows them as separate, and I would need to reread   09:28
 4  the patent to see all the specific functions that   09:28
 5  the patent recites for the router.            09:28
 6     Q.   Sitting here today, do you have -- are you  09:28
 7  taking the position that the location register must  09:28
 8  be separate from the router?                  09:28
 9     A.   I would need to reread the patent to   09:28
10  answer that question properly.                09:29
11     Q.   Okay.                              09:29
12          Well, I'm entitled to your best answer.  09:29
13  Is that an opinion you believe you're giving in this  09:29
14  case, that the location register must be separate  09:29
15  from the router?                              09:29
16          MR. CURTIS:  Objection, form.  Outside  09:29
17  the scope.                                    09:29
18     A.   I'm not offering an opinion on that    09:29
19  question, which I also find a little vague because  09:29
20  it depends on what you mean "outside."        09:29
21  BY MR. SHEASBY:                               09:29
22     Q.   Sure.                               09:29
23          Was the location -- are you offering an  09:29
24  opinion that the location register either must be or  09:29
25  cannot be in the same physical box as the router?  09:29
                                               Page 34
```

```
 1  that function needs to be known at a -- or that   09:32
 2  function needs to be in a known networking location  09:32
 3  so that queries can be made to it.            09:32
 4     Q.   So there must be a function that's called  09:32
 5  a location register.  Correct?                09:32
 6     A.   Well, the location register performs   09:32
 7  specific functions.                           09:32
 8     Q.   And you believe that physical 1A -- Figure  09:32
 9  1A is describing discrete physical objects, not   09:32
10  functions.  Correct?                          09:33
11     A.   I think you'd have to look at the specific  09:33
12  items in the figure and refer to the specification  09:33
13  to determine what combination of function and   09:33
14  physical item those represent.                09:33
15     Q.   So in Figure A [sic], which one of these  09:33
16  boxes are depicting functions and which of them are  09:33
17  depicting single, unique physical objects?    09:33
18     A.   Again, that would require an analysis and  09:33
19  careful review of the specification.          09:34
20     Q.   That's why -- have you rendered an opinion  09:34
21  as to what in Figure 1A has to be a function versus  09:34
22  what in Figure 1A has to be a single, unique    09:34
23  physical thing?                               09:34
24     A.   The opinion I provided in my declaration  09:34
25  was with respect to the location register.    09:34
                                               Page 36
```

```
 1     A.   As I said, I'm -- without reading the   09:29
 2  patent specifically with that question in mind, I   09:29
 3  can't offer an opinion on that question.      09:30
 4     Q.   But are you offering that opinion?     09:30
 5     A.   I'm not offering any opinion as to the   09:30
 6  implementation of the location register and router  09:30
 7  functions.                                    09:30
 8     Q.   The location register must be a single   09:30
 9  physical location.  Correct?                  09:30
10     A.   I provided opinions on that in my      09:30
11  declaration, and I can refer to those if you wish.  09:30
12     Q.   I just -- you can refer to whatever you   09:30
13  want, but I'm just asking you a more basic question.  09:30
14  Must the location register be a single physical   09:30
15  location -- single physical location, or single   09:30
16  physical box?                                 09:31
17     A.   Well, as I said in my declaration, the   09:31
18  location register is implemented within a discrete   09:31
19  node as shown in the figures of the patent.   09:31
20     Q.   Is there anything in the patent that   09:31
21  expressly and unambiguously states that the location  09:31
22  register must be in a single physical location?   09:31
23     A.   The patent read as a whole describes the   09:31
24  location register as being a node that performs a   09:31
25  specific function.  And as I said in my declaration,  09:32
                                               Page 35
```

```
 1     Q.   I understand that, sir.  I'm just asking   09:34
 2  you a question.                               09:34
 3          What in Figure 1A has to be -- is a    09:34
 4  function versus what in 1A is a unique physical   09:34
 5  thing?                                        09:34
 6     A.   Without studying the patent as a whole,   09:34
 7  considering that question, I don't have an answer   09:35
 8  beyond what I've stated in my declaration in regard   09:35
 9  to the location register.                     09:35
10     Q.   Okay.                                09:35
11          Well, let's just go through the thing.   09:35
12  Does the patent limit its system to only three   09:35
13  routers, 41, 42, and 43?  What happens if you have   09:35
14  four routers?  Is that still covered by the patent?  09:35
15          MR. CURTIS:  Objection, form.         09:35
16     A.   It depends on what you mean by "covered by  09:35
17  the patent."                                  09:35
18  BY MR. SHEASBY:                               09:35
19     Q.   The claims.  Are the claims limited to   09:35
20  only three routers?                           09:35
21     A.   I don't recall the claims mentioning a   09:35
22  specific number of routers.                   09:35
23     Q.   They reference a router.  Correct?    09:35
24     A.   Claim 1 references a router, and I would   09:36
25  need to reread the claims to see if routers are   09:36
                                               Page 37
```

10 (Pages 34 - 37)

```
 1   Q.  So let's go to the patent.           09:42
 2   A.  So just to clarify my last answer.  Even   09:43
 3  though I said I don't have an opinion on the number   09:43
 4  of location registers, I did say that the location   09:43
 5  register does need to be in a known networking   09:43
 6  location and implemented as a discrete node.   09:43
 7   Q.  Yeah.  I mean, what's the answer?  Do you   09:43
 8  have an opinion or do you not have an opinion?  Does   09:43
 9  it have to be one physical location?  Yes or no?   09:43
10   A.  The simplest implementation would be one   09:43
11  physical location, but, you know, it depends on --   09:44
12  it depends on the network.                09:44
13       If an operator had a network in one    09:44
14  country and another network in another country, they   09:44
15  might want to have a separate location register in   09:44
16  each country.  But that is, you know, outside the   09:44
17  scope of my opinions as stated in my declaration.   09:44
18   Q.  In other words, you can know and be able   09:44
19  to access the location register without it being in   09:44
20  one physical location.  Correct?  The network can do   09:44
21  that?                                      09:44
22   A.  I don't believe that's what I said.   09:44
23   Q.  I'm actually asking you a question.  Does   09:44
24  it -- it needs to be in one physical location for a   09:44
25  location register to be accessed across a network.   09:44
                                              Page 42

 1  Fair?                                     09:44
 2   A.  What I said was that it needs to be in a   09:44
 3  known networking location so that a query made to   09:44
 4  that networking location can obtain the information   09:45
 5  that it needs for the patent to function.   09:45
 6   Q.  And a known -- to be a known networking   09:45
 7  location, it must be a single physical location.   09:45
 8  Correct?                                   09:45
 9   A.  It would depend on what you mean by   09:45
10  "physical location."                       09:45
11   Q.  I mean a single physical box.         09:45
12   A.  A single physical box would be the    09:45
13  simplest implementation.                   09:45
14   Q.  It's the only allowed implementation.   09:45
15  Correct?                                   09:45
16   A.  I'm not sure what you mean by "allowed."   09:45
17   Q.  By the claims.                        09:46
18   A.  I don't have an opinion on whether the   09:46
19  claims -- how the claims allow the physical   09:46
20  implementation.                            09:46
21   Q.  Okay.                                 09:46
22       Let me ask you the next question, which is   09:46
23  -- let's go to the discussion of foreign agent in   09:46
24  the patent.  And I believe it starts at column   09:46
25  seven.                                     09:46
                                              Page 43

 1       (Pause.)                             09:45
 2       And, actually, column eight.  It says --   09:47
 3  column eight, lines three through six, it says   09:47
 4  (reading):  The location register may be a   09:47
 5  home agent or a foreign agent, and uses a   09:47
 6  mobile IPv4 or IPv6 address system in order   09:47
 7  to store the location into this location   09:47
 8  register.                                  09:47
 9       Do you see that, sir?                 09:47
10   A.  I do see that.                        09:47
11   Q.  That language means that the patent is   09:47
12  limited to the use of a home agent or foreign agent.   09:47
13  Correct?                                   09:47
14   A.  The patent says that the location register   09:47
15  may be a home agent or foreign agent, and I read   09:47
16  that as home agent or foreign agent being an   09:48
17  optional implementation.                   09:48
18       THE WITNESS:  I think we lost . . .   09:48
19       MR. CURTIS:  Okay.  Let's just sit   09:48
20  here with the record on and let the clock run.   09:48
21       THE WITNESS:  Okay.                   09:48
22       (Pause.)                             09:50
23       MR. CURTIS:  He's saying he lost     09:51
24  internet.  I'm sorry.  Let's take a break.  I'm good   09:51
25  with that.  We're comfortable.  Let's take a break,   09:51
                                              Page 44

 1  Peter, Videographer, Court Reporter.       09:51
 2       THE VIDEOGRAPHER:  We are off the     09:51
 3  record at 9:52.                            09:51
 4       (Recess:  9:52 to 10:35 a.m.)         09:51
 5       THE VIDEOGRAPHER:  We are on the      10:34
 6  record at 10:35.                           10:34
 7  BY MR. SHEASBY:                            10:34
 8   Q.  Sir, did you have any conversations with   10:34
 9  your counsel at the break?                 10:34
10   A.  I did not.                            10:34
11   Q.  I want to look at -- you referenced RC 202   10:34
12  [sic] in your declaration.  Correct?  RFC 2002?   10:34
13   A.  RFC 2002.                             10:34
14   Q.  Yes.                                  10:34
15       Did you read that document in preparation   10:34
16  for your expert opinion?                   10:34
17   A.  I did read that document.             10:35
18   Q.  I'm marking as an exhibit RFC 2 -- I'm   10:35
19  introducing this as an exhibit.  Let me know when   10:35
20  you get it.                                10:35
21       (Pause.)                             10:35
22   A.  Is that Exhibit 6?                    10:35
23   Q.  Yes.                                  10:35
24   A.  Okay.  I have it.                     10:36
25       (Deposition Exhibit Number 8         10:34
                                              Page 45
```

12 (Pages 42 - 45)

```
 1         marked for identification.)        10:33
 2   BY MR. SHEASBY:                           10:36
 3     Q.  Is there anything in RFC 2002 that  10:36
 4   indicates that either the foreign agent or the home  10:36
 5   agent must exist in a single physical device or  10:36
 6   single physical location?                 10:36
 7     A.  I'm a little confused.  The Exhibit 6 I  10:36
 8   downloaded was testimony from Thomas Blackburn.  10:36
 9     Q.  Why don't we refresh and look for Exhibit  10:37
10   7.  No.  All right.  Let me try it again.  Give me  10:37
11   one second.                               10:37
12         (Pause.)                           10:38
13         Okay, now try it.  It's Exhibit 8.  Let me  10:38
14   know when you get it.                     10:38
15     A.  I have it.                          10:38
16     Q.  Is there anything in RFC 2002 that  10:39
17   requires the home agent or foreign agent to run on a  10:39
18   single physical location?                 10:39
19     A.  I would need to read the entire    10:39
20   specification, but consistent with my declaration,  10:39
21   the home agent/foreign agent need to be at known  10:39
22   networking locations so that messages such as  10:39
23   registration messages can reach them.     10:39
24     Q.  So I understand that it's your position  10:40
25   that no network located -- it's your position that a  10:40
                                               Page 46
```

```
 1   location register must be at a known network  10:40
 2   location.  Correct?                       10:40
 3     A.  My declaration states that the location  10:40
 4   register needs to be at a known networking location.  10:40
 5     Q.  And a known networking location requires a  10:40
 6   single physical discrete location.  Correct?  10:40
 7     A.  I don't agree with that statement.  10:40
 8     Q.  Okay.                               10:41
 9         Let me ask you this question:  Is the  10:41
10   location of a mobile terminal on a network known in  10:41
11   the normal operation?                     10:41
12         MR. CURTIS:  Objection, form.      10:41
13     A.  In some circumstances a network will know  10:41
14   the location of a terminal.               10:41
15   BY MR. SHEASBY:                           10:41
16     Q.  Are you rendering the opinion that RFC  10:41
17   2002 prevents the operations of the -- forbids the  10:41
18   operations of either home agent or the foreign agent  10:42
19   to be distributed across multiple locations?  10:42
20     A.  As I said in my declaration, a home  10:42
21   agent/foreign agent -- sorry.  Let me restart.  10:42
22         I'm just rereading my declaration with  10:42
23   respect to mobile IP.                     10:42
24         (Pause.)                           10:43
25         What I stated was that the mobile IP  10:43
                                               Page 47
```

```
 1   protocols would communicate to a fixed node to  10:43
 2   update and register locations.            10:43
 3     Q.  Yeah.  And I'm asking you where in the RFC  10:43
 4   2002 -- strike that.  Where in the RFC 2002 does it  10:43
 5   state that the home agent and foreign agent  10:43
 6   functions must be on a single physical location?  10:43
 7     A.  I would need to reread the specification  10:43
 8   to see what it says about physical locations.  10:43
 9     Q.  Go ahead.                           10:43
10         MR. SHEASBY:  And go on the record.  10:44
11   I'm just going to pop off to get a cup of coffee.  10:44
12   I'll be right back.                       10:44
13     A.  Okay.  This is a 158-page document, so I'm  10:44
14   beginning to read now.                    10:44
15         (Pause.)                           10:44
16   BY MR. SHEASBY:                           10:46
17     Q.  Sir, just let me know when you're ready to  10:46
18   answer the question.                      10:46
19     A.  Okay.  I'm still reading.           10:47
20     Q.  Sure.                              10:47
21         (Pause.)                           10:50
22     A.  In scanning through the specification, I  10:51
23   didn't see a discussion of physical implementation  10:51
24   of the functions.                         10:51
25     Q.  So having scanned through the       10:51
                                               Page 48
```

```
 1   specification, do you find any limitation placed on  10:51
 2   the physical implementation of the home agent and  10:51
 3   foreign agent?                            10:51
 4     A.  In my scan of the document I didn't see  10:51
 5   any discussion of the physical implementation of the  10:51
 6   home agent and foreign agent, although I did see on  10:51
 7   page 15, consistent with my declaration, that there  10:51
 8   is a registration process.                10:51
 9         For example, the specification states when  10:51
10   the mobile node is away from home it registers its  10:51
11   care of address with its home agent, which,  10:52
12   consistent with my declaration, means that messages  10:52
13   from the mobile node need to be able to reach the  10:52
14   home agent, and thus, the home agent needs to be at  10:52
15   a known networking location.              10:52
16     Q.  Is there anything in the RFC 2002   10:52
17   specification that precludes the implementation of  10:52
18   the home agent function and the foreign agent  10:52
19   function in a distributed manner?         10:52
20     A.  In my relatively quick scan of the  10:52
21   158-page document, I didn't see a discussion of  10:52
22   physical implementation of the home agent and  10:52
23   foreign agent functions.                  10:52
24     Q.  Sir, this is the document you reviewed in  10:52
25   preparing your opinions in this case.  Correct?  10:52
                                               Page 49
```

### Page 54

```
 1  location?                                      11:00
 2     Q.  Is it possible to have a distributed    11:00
 3  system in which the distributed foreign agent or  11:00
 4  home agent in which each location that it's    11:00
 5  distributed across is known?                   11:00
 6     A.  That's a complex question, and I would  11:00
 7  have to study it in detail to be able to offer an  11:00
 8  opinion.                                       11:00
 9     Q.  In terms of your best opinion for the   11:00
10  Court today, is it possible to have a distributed  11:01
11  system in which the location registers are at known  11:01
12  locations even though they are distributed in  11:01
13  different physical components?                 11:01
14     A.  That's a very complicated question, and  11:01
15  there are a lot of different variables to consider,  11:01
16  so at this time I don't have an opinion on that.  11:01
17     Q.  Does the 728 patent exclude the location  11:01
18  of distributed location registers?             11:01
19     A.  I don't recall the 728 patent discussing  11:01
20  distributed implementations of the location    11:01
21  register.                                      11:02
22         MR. SHEASBY:  Yeah.  Move to strike as  11:02
23  not responsive.                                11:02
24  BY MR. SHEASBY:                                11:02
25     Q.  Did you identify any portions of the 728  11:02
```

### Page 55

```
 1  patent that clearly and unambiguously exclude the  11:02
 2  use of distributed location registers?         11:02
 3     A.  The patent repeatedly discusses "a      11:02
 4  location register" and other instances it says "the  11:02
 5  location register."                            11:03
 6     Q.  And you believe that limits it to one   11:03
 7  single physical location register?             11:03
 8     A.  I don't believe the patent discusses the  11:03
 9  exact implementation of the location register.  11:03
10     Q.  Okay.                                   11:03
11         And by "implementation" you mean physical  11:03
12  implementation?                                11:03
13     A.  Correct.                                11:03
14     Q.  How long have you been in the network   11:03
15  communications industry?                       11:03
16     A.  I've been actively involved in networking  11:03
17  communications since about 1980.               11:04
18     Q.  Let's go back to the 728 patent.        11:04
19     A.  Okay.                                   11:04
20     Q.  Let's go to column four, lines 23 and 24.  11:04
21     A.  Column four, lines 23 to 24?            11:04
22     Q.  Yes, sir.                               11:04
23     A.  Okay.                                   11:05
24     Q.  Go ahead and read those into the record.  11:05
25     A.  (Reading):  Preferably, the indoor      11:05
```

### Page 56

```
 1  location stored in the location register       11:05
 2  includes the indoor system ID.                 11:05
 3     Q.  The patent teaches that the indoor lit  11:05
 4  [sic] location information is limited to the indoor  11:05
 5  system ID.  Correct?                           11:05
 6     A.  The agreed-upon construction is that the  11:05
 7  indoor system ID information is the information  11:05
 8  uniquely identified in the indoor network.  Is that  11:05
 9  what you're referring to?                      11:05
10     Q.  No.  I'm just saying this passage is    11:05
11  teaching that the only indoor location that can  11:06
12  exist is the indoor system ID.  Correct?       11:06
13     A.  The patent uses the indoor system ID as  11:06
14  the location information associated with the indoor  11:06
15  location.                                      11:06
16     Q.  In this passage is it teaching that the  11:06
17  only indoor location information that can be stored  11:06
18  is the indoor system ID?  Or can there be also other  11:06
19  indoor location information stored?            11:06
20     A.  Lines 23 and 24 refers just to the indoor  11:06
21  system ID.                                     11:06
22     Q.  It says (reading):  Indoor location     11:06
23  stored in the location register includes       11:06
24  the indoor system ID.                          11:07
25         Do you see that?                        11:07
```

### Page 57

```
 1     A.  Right.                                  11:07
 2     Q.  Does that mean that indoor location is  11:07
 3  equivalent to the indoor system ID?  Or does the  11:07
 4  word "includes" means that there could be additional  11:07
 5  information beyond the indoor system ID?       11:07
 6     A.  I'd need to look at other places in the  11:07
 7  patent, but those lines in isolation don't make that  11:07
 8  question clear.                                11:07
 9     Q.  Okay.  Let's go to Claim 1.  Actually,  11:07
10  let's go to the Blackburn declaration.  I changed my  11:08
11  mind.                                          11:08
12         It's Exhibit 6.  Let me know when you get  11:08
13  there.                                         11:08
14     A.  Okay.                                   11:08
15         (Deposition Exhibit Number 6            11:06
16         marked for identification.)             11:05
17  BY MR. SHEASBY:                                11:09
18     Q.  Let's go to paragraph 53.               11:09
19     A.  Okay.                                   11:09
20     Q.  Do you have any factual disagreement with  11:09
21  what Mr. Blackburn says in paragraph 53?       11:09
22     A.  I haven't studied the particular article  11:09
23  that he refers to so I don't have an opinion as to  11:10
24  his description of the contents.               11:10
25     Q.  What about the first sentence of paragraph  11:10
```

```
 1   Q.   In the patent, the location register is a    11:49
 2   register that records the location of the data    11:50
 3   communication terminal.  Correct?                 11:50
 4   A.   It stores the location information of the    11:50
 5   data communications terminal.                     11:50
 6   Q.   The patent makes clear that the mobile       11:50
 7   terminal can't hold any of its location information. 11:50
 8   Correct?                                          11:50
 9   A.   I don't have an opinion on that.             11:50
10   Q.   Okay.                                        11:50
11        The -- what is registered indoor system ID   11:50
12   information in the patent -- well, let me ask it  11:51
13   this way.  I'll make it easy.                     11:51
14        Registered system indoor -- registered       11:51
15   outdoor system ID information is indoor system    11:51
16   information for which the data communication      11:51
17   terminal has been granted access.  Is that fair?  11:51
18   A.   I understand that to be the Kaifi proposed   11:52
19   construction.                                     11:52
20   Q.   Yeah.  I'm asking for your opinion.          11:52
21   A.   My opinion, as stated in my declaration,     11:52
22   is that for registered indoor system ID information 11:52
23   no additional construction is needed beyond       11:52
24   construction of indoor system ID information.     11:52
25   Q.   Right.  I understand that.  I'm asking       11:52
                                                      Page 70
```

```
 1   what does the word "registered" mean?             11:52
 2   A.   As stated in my declaration, registered is   11:52
 3   a term that has or is ubiquitous, and then I give 11:52
 4   examples of registering for classes, registering a 11:52
 5   car, registering to vote, and so forth.           11:53
 6   Q.   Yeah, so I've read your declaration.  I'm    11:53
 7   actually asking a different question.             11:53
 8        You believe that registered has a plain      11:53
 9   and ordinary meaning, is that correct, in the     11:53
10   patent?                                           11:53
11   A.   I'm stating that the meaning of the word     11:53
12   "registered" would be readily understood and that 11:53
13   the patent uses it in a way that would be readily 11:53
14   understood.                                       11:53
15   Q.   Right.                                       11:53
16        And what is that readily understood          11:53
17   meaning?                                          11:53
18   A.   The readily understood meaning is the        11:53
19   meaning by which people would understand that term. 11:53
20   Q.   Right.  And I'm asking what that is.         11:53
21        When it says "registered indoor system ID    11:53
22   information," what does a person of ordinary skill 11:54
23   in the art understand that to mean?               11:54
24   A.   The meaning is the one that would be         11:54
25   commonly understood.                              11:54
                                                      Page 71
```

```
 1   Q.   Right.                                       11:54
 2        And what is that commonly understood         11:54
 3   meaning?                                          11:54
 4   A.   As I said, it's a commonly understood        11:54
 5   meaning, and I give examples of that in my        11:54
 6   declaration.                                      11:54
 7   Q.   So -- and what is that -- in the patent,     11:54
 8   what is that readily and commonly understood      11:54
 9   meaning?                                          11:54
10   A.   The meaning, as I said, is one that would    11:55
11   be commonly understood.                           11:55
12   Q.   Yes.                                         11:55
13        And what is that commonly understood         11:55
14   meaning?  That's what I'm asking you.             11:55
15   A.   I don't think it's up to me to provide a     11:55
16   dictionary definition of a common word.           11:55
17   Q.   Right.                                       11:55
18        But what is the common meaning of that       11:55
19   word, of "registered"?                            11:55
20   A.   Well, the common meaning is the meaning      11:55
21   that people would take for the word as it appears in 11:55
22   different circumstances such as those that I give in 11:55
23   my declaration.                                   11:55
24   Q.   And when the word -- common word             11:55
25   "registered" appears in the limitation, registered 11:55
                                                      Page 72
```

```
 1   indoor system ID information, what is the -- what is 11:55
 2   the meaning that people take from the word        11:56
 3   "registered"?                                     11:56
 4   A.   Well, I think it's a term that would be      11:56
 5   readily understood by a jury.  And as I said, it's 11:56
 6   not for me to give a definition of the term because 11:56
 7   it is a commonly understood term.                 11:56
 8   Q.   What's your understanding of the term        11:56
 9   "registered" in the context of the claims?        11:56
10   A.   As I said, it has a common meaning.          11:56
11   Q.   Yes.                                         11:56
12        And what is that common meaning?  That's     11:56
13   what I'm asking.                                  11:56
14   A.   As I said, it's a term that would be         11:56
15   understood as the word is used ubiquitously in life, 11:56
16   and I give the examples of registering for classes, 11:56
17   registering a car, registering to vote, and so    11:56
18   forth.                                            11:56
19   Q.   Is registering to vote the same thing as     11:56
20   registering the indoor system ID information?     11:57
21   A.   The word itself has a consistent meaning,    11:57
22   but you describe two different contexts, so . . . 11:57
23   Q.   And what's that consistent meaning of        11:57
24   registered?                                       11:57
25   A.   Well, as I said, it's the term that a jury   11:57
                                                      Page 73
```

19 (Pages 70 - 73)

```
 1  would understand and that people would understand.   11:57
 2     Q.   And what do you understand -- if I said to    11:57
 3  you as a person who has been in this industry for    11:57
 4  20-plus years, what does it mean to have a           11:57
 5  registered indoor system ID information, what would  11:57
 6  you say?                                             11:57
 7     A.   Well, I would use the common understanding   11:57
 8  of the word "registered" and then apply it to the    11:57
 9  particular item that you just mentioned.             11:58
10     Q.   Okay.                                        11:58
11          What's the common understanding of           11:58
12  "registered" in the item indoor system ID            11:58
13  information?                                         11:58
14          MR. CURTIS:  Objection, form.                11:58
15     A.   As I said, the term is well understood,      11:58
16  and it's not for me to provide a dictionary          11:58
17  definition.                                          11:58
18  BY MR. SHEASBY:                                      11:58
19     Q.   I'm not asking you to provide the            11:58
20  dictionary definition.  I'm asking how you           11:58
21  understand it.                                       11:58
22     A.   I understand it in the common usage of the   11:58
23  term.                                                11:58
24     Q.   And what is that common usage?               11:58
25     A.   Well, for instance, I give examples, and I   11:58
                                                   Page 74
```

```
 1  give the examples of registering for classes,        11:58
 2  registering a car, registering to vote, and so       11:58
 3  forth.                                               11:58
 4     Q.   Right.  I understand that.                   11:58
 5          I'm asking in the phrase "registered         11:58
 6  indoor system ID information" what does registered   11:59
 7  mean in that context?                                11:59
 8     A.   It means that the indoor system ID           11:59
 9  information is registered as per the common          11:59
10  understanding of what the word "registered" means.   11:59
11     Q.   Right.                                       11:59
12          And what is the common understanding of      11:59
13  the word "registered"?                               11:59
14     A.   That common meaning is the one that would    11:59
15  be understood by people, including a jury.           11:59
16     Q.   So if I was to say, sir, I want you to       11:59
17  tell the jury what it means to be registered in the  11:59
18  phrase "registered indoor system ID information,"    11:59
19  what would you tell the jury?                        11:59
20     A.   I would say take the term "system" --        11:59
21  "indoor system ID information" and then apply your   11:59
22  common personal understanding of the word            12:00
23  "registered."                                        12:00
24     Q.   And what's your common understanding of      12:00
25  the word "registered"?                               12:00
                                                   Page 75
```

```
 1          MR. CURTIS:  Objection, form.  Asked         12:00
 2  and answered.                                        12:00
 3     A.   As I've already stated, the way I would      12:00
 4  understand the word "registered" is through the      12:00
 5  common understanding of what the word "registered"   12:00
 6  means.                                               12:00
 7  BY MR. SHEASBY:                                      12:00
 8     Q.   And what's that common understanding?        12:00
 9     A.   That common understanding is what people     12:00
10  in general would understand that word to mean.       12:00
11     Q.   And what is that common understanding?       12:00
12          MR. CURTIS:  Objection, form.  Asked         12:00
13  and answered.  We're going around in circles, Jason. 12:00
14  BY MR. SHEASBY:                                      12:01
15     Q.   You can answer.                              12:01
16     A.   That word is the one that would be readily   12:01
17  understood by people, including a jury.  It's a      12:01
18  common word.                                         12:01
19     Q.   Yeah.  And I just -- I don't think it's a    12:01
20  common word, and so I want to understand if your     12:01
21  definition is the same as mine.                      12:01
22     A.   As I said, I'm not here to provide a         12:01
23  dictionary definition of the term.                   12:01
24     Q.   But do you even have an understanding of     12:01
25  the word -- what the word "registered" means?        12:01
                                                   Page 76
```

```
 1     A.   My understanding would be consistent with    12:01
 2  the common understanding of the word "registered."   12:01
 3     Q.   And what is that common understanding?       12:01
 4     A.   It's the understanding of the word in        12:01
 5  situations such as registering for classes,          12:01
 6  registering a car, registering to vote, and so       12:01
 7  forth.                                               12:01
 8     Q.   Yes, and I understand.                       12:01
 9          What is that common understanding?           12:01
10     A.   That common understanding is the             12:02
11  understanding that people would have from using or   12:02
12  hearing the word "registered."                       12:02
13     Q.   Okay.                                        12:02
14          You understand that I'm going to show the    12:02
15  testimony you just gave to Judge Gilstrap in this    12:02
16  case.  Right?  Are you sure this is what you want to 12:02
17  do, this is the impression you want to leave him     12:02
18  with, sir?                                           12:02
19     A.   I'm just trying to answer your questions     12:02
20  the best I can.                                      12:02
21     Q.   Okay.                                        12:02
22          I'm going to give you one opportunity --     12:02
23  final opportunity.  Do you want to weigh in as a     12:02
24  person who purports to be an expert in this field as 12:02
25  to what it means to be registered in the phrase --   12:02
                                                   Page 77
```

**Page 78**

```
 1  in the patent that we're dealing with?                12:02
 2     A.  My opinion is the same as my previous          12:02
 3  answer, that it's a term that would be readily        12:03
 4  understood by a jury.                                 12:03
 5     Q.  And what is that readily understanding --      12:03
 6  understanding?                                        12:03
 7     A.  As I said, it's the meaning that a common      12:03
 8  person would understand from that term when they use  12:03
 9  or heard the term.                                    12:03
10     Q.  Right.                                         12:03
11         And I understand registered to mean, in        12:03
12  this context, that it -- the data communication       12:03
13  terminal has been granted access to the system that   12:03
14  is sending the indoor system ID information.  Is      12:03
15  that the common understanding of the phrase?          12:03
16     A.  Well, what you recited was a bit like the      12:03
17  Kaifi proposed construction, which I disagree with.   12:04
18     Q.  Right.                                         12:04
19         And why do you disagree with it?               12:04
20     A.  I disagree with it because the word            12:04
21  "registered" is a term that would be readily          12:04
22  understood by a jury.                                 12:04
23     Q.  And it's not the meaning that Kaifi is         12:04
24  proposing to give to it.  Correct?                    12:04
25         (Pause.)                                       12:05
```

**Page 79**

```
 1     A.  Well, I state in my declaration that the       12:05
 2  Kaifi construction replaces the simple and readily    12:05
 3  understood term "registered" for, or with, for which  12:05
 4  the data communication terminal has been granted      12:05
 5  access.                                               12:05
 6     Q.  I understand that.                             12:05
 7         So you disagree with Kaifi's construction,     12:05
 8  and tell me why you disagree with Kaifi's             12:05
 9  construction.  What is it about it that doesn't       12:06
10  reflect the common meaning?                           12:06
11     A.  Well, my opinion is that the Kaifi             12:06
12  construction is not necessary because the word        12:07
13  "registered" is readily understood.                   12:07
14     Q.  Right.                                         12:07
15         So you disagree with the construction that     12:07
16  it's given by Kaifi?  Or you think it's unnecessary?  12:07
17  Is the Kaifi construction factually incorrect in     12:07
18  your opinion?                                         12:07
19     A.  I'm not sure what it means for a               12:07
20  construction to be factually incorrect, but I         12:07
21  disagree with their proposed construction because    12:07
22  the word "registered" has a plain and ordinary        12:07
23  meaning, and "indoor system ID information" has       12:07
24  already been construed.                               12:08
25     Q.  And what's the plain and ordinary meaning      12:08
```

**Page 80**

```
 1  of registered?                                        12:08
 2     A.  As I said, it's the meaning that a common      12:08
 3  person would take from hearing or using the word      12:08
 4  "registered."                                         12:08
 5     Q.  And what is that plain meaning?                12:08
 6     A.  The plain meaning is the meaning that a        12:08
 7  person such as a person on a jury would understand.   12:08
 8     Q.  And what is that plain and ordinary            12:09
 9  meaning?                                              12:09
10     A.  The plain and I ordinary meaning is what a     12:09
11  person would understand from the fact that the word   12:09
12  "registration" is ubiquitous in life such as          12:09
13  registering for classes, registering a car,           12:09
14  registering to vote, and so forth.                    12:09
15     Q.  And what's that meaning?                       12:09
16     A.  The meaning is one that a person would         12:09
17  readily understand.                                   12:09
18     Q.  And you can't tell me what that plain --       12:09
19  what that meaning is?                                 12:09
20     A.  That meaning is the same one that a common     12:09
21  person would understand.                              12:09
22     Q.  And what is that meaning?                      12:10
23         MR. CURTIS:  Objection, form.  Asked           12:10
24  and answered.  The witness is not a dictionary.       12:10
25     A.  As I've stated, the meaning is the same        12:10
```

**Page 81**

```
 1  one that people would take from the common usage of   12:10
 2  the term such as in the examples I provide in my      12:10
 3  declaration.                                          12:10
 4  BY MR. SHEASBY:                                       12:10
 5     Q.  Okay.                                          12:10
 6         Let's go to column nine.  Column nine is       12:10
 7  discussing an embodiment in which the location        12:10
 8  register is the home agent or the foreign agent.      12:10
 9  Correct?                                              12:11
10     A.  I see home agent and foreign agent in          12:11
11  column eight but I don't see it so far in column      12:11
12  nine.                                                 12:11
13     Q.  Why don't you look at column nine, lines       12:11
14  11 through 15?                                        12:11
15     A.  I see.  Okay.                                  12:11
16     Q.  In that embodiment, the location               12:11
17  information is the locational area associated         12:12
18  with the -- located outdoors or with the indoor       12:12
19  system ID when the terminal is located indoors.       12:12
20         Correct?                                       12:12
21     A.  Line 17 it says location information is        12:12
22  locational area outdoors, indoor system ID            12:12
23  information indoors, yes.                             12:12
24     Q.  Is the patent -- did you render the            12:12
25  opinion that the patent claims are limited to the     12:12
```

**Page 86**

```
 1  discusses home agents and foreign agents, but I    12:20
 2  don't believe the specification itself refers to   12:20
 3  location registers.                                12:20
 4      Q.  Do you have an understanding --           12:20
 5      A.  At least I don't recall that being the    12:20
 6  case.                                              12:20
 7      Q.  Do you have an understanding of what the  12:20
 8  word "location register" means?                    12:20
 9      A.  I understand what location register means 12:20
10  in the context of the 728 patent, and I also      12:20
11  understand what location register would have meant 12:21
12  to a person of ordinary skill in the art at the time 12:21
13  of the patent.                                     12:21
14      Q.  What does it mean in the context of the   12:21
15  728 patent?                                        12:21
16      A.  In the context of the 728 patent, it      12:21
17  refers to a device that stores location information. 12:21
18      Q.  Does the foreign agent store location     12:21
19  information in RFC 2002?                           12:21
20      A.  I would need to refer to the              12:21
21  specification.                                     12:21
22      Q.  Go ahead.  It's been marked as an exhibit. 12:21
23  Take as much time as you need.                     12:22
24          (Pause.)                                   12:22
25      A.  RFC 2002 on page 17 says that the mobile  12:23
```

**Page 87**

```
 1  node receives what's a "care of" address.  So the   12:23
 2  foreign agent would be aware of the mobile node    12:23
 3  because when it receives tunnelled datagrams, it   12:24
 4  decapsulates datagrams and delivers the datagrams to 12:24
 5  the mobile node.                                   12:24
 6      Q.  So now you can answer my question.  In RFC 12:24
 7  2002 does the foreign agent store location         12:24
 8  information?                                       12:24
 9      A.  That would depend on what you meant by    12:24
10  "location information" in the context of RFC 2002. 12:24
11      Q.  I mean the common understanding of that   12:25
12  phrase.                                            12:25
13      A.  Mobile IP concerns itself with routing and 12:25
14  addresses, so if by "location information" you meant 12:25
15  a geographical location such as latitude and       12:25
16  longitude, the foreign agent wouldn't have that kind 12:25
17  of information.                                    12:25
18          On the other hand, it works with IP       12:25
19  addresses, so it has an address and location, so  12:25
20  that's what I mean it depends on the context --   12:26
21          (Cross-talk.)                              12:24
22      Q.  Sure.  In the context --                  12:26
23      A.  -- (inaudible) exactly.                   12:26
24      Q.  In the context of the 728 patent, what    12:26
25  does location mean?                                12:26
```

**Page 88**

```
 1          MR. CURTIS:  Objection.  Form.            12:26
 2  Outside the scope.                                 12:26
 3      A.  Well, in the context of the 728 patent,  12:26
 4  there's an agreed-upon construction for location  12:26
 5  information, and that's information of a locational 12:26
 6  area or indoor system ID information, or both.  So 12:26
 7  if you're using the agreed-upon construction of   12:26
 8  locational area or indoor system ID information, I 12:26
 9  don't see the foreign agent, if it were to be based 12:26
10  on RFC 2002, storing that specific information.   12:26
11  BY MR. SHEASBY:                                    12:27
12      Q.  Does the home agent store that specific  12:27
13  information?                                       12:27
14      A.  The home agent, as implemented by RFC    12:27
15  2002, would not store the location information as 12:27
16  per the agreed-upon construction, based on my     12:27
17  understanding of RFC 2002.                         12:27
18          MR. SHEASBY:  Okay.  Why don't we        12:27
19  break for lunch.                                   12:27
20          THE VIDEOGRAPHER:  We are off the        12:27
21  record at 12:29.                                   12:27
22          (Recess:  12:29 to 1:19 p.m.)              12:27
23          THE VIDEOGRAPHER:  We are on the         01:17
24  record at 1:19.                                    01:17
25  BY MR. SHEASBY:                                    01:17
```

**Page 89**

```
 1      Q.  Did you talk to your counsel at the break, 01:17
 2  sir?                                               01:17
 3      A.  I did not.                                 01:17
 4      Q.  In a cellular system, what node generates 01:17
 5  the location information?                          01:18
 6          MR. CURTIS:  Objection, form.             01:18
 7      A.  The location information depends on what 01:18
 8  specific cellular technology is being used and the 01:18
 9  location information can also refer to different  01:18
10  types of location information.                     01:18
11          For example, in some networks, the       01:18
12  location information may be a distance from a cell 01:19
13  tower.  In some it might be triangulated data based 01:19
14  on measurements from multiple cell towers.  In some 01:19
15  cases it might be GPS information generated by the 01:19
16  mobile device and then sent to the network.       01:19
17  BY MR. SHEASBY:                                    01:19
18      Q.  All those are examples of locational      01:19
19  information?                                       01:19
20      A.  That is correct.                           01:19
21      Q.  Are there any other examples of locational 01:19
22  information?                                       01:19
23      A.  The additional types of information       01:19
24  related to location could be the base station with 01:20
25  which a device is currently connected to, or in some 01:20
```

23 (Pages 86 - 89)

### Page 90

```
 1  cases it can refer to a group of base stations.        01:20
 2        So those are some that come to mind at           01:20
 3  this time.                                             01:20
 4     Q.   For indoor WLAN networks, is there any         01:20
 5  information stored about that network other than --    01:20
 6  does that network pass on information other than its   01:20
 7  system ID information?                                 01:20
 8        MR. CURTIS:  Objection.  Form.                   01:20
 9  Outside the scope.                                     01:20
10     A.   The information that is communicated in a     01:20
11  Wi-Fi network, for instance, could include an SSID.   01:20
12  I'm not sure if that's what we're referring to.       01:21
13  BY MR. SHEASBY:                                        01:21
14     Q.   And SSID is a system ID?                       01:21
15     A.   It's a name for the network.  I believe it    01:21
16  stands for subscriber set identifier, but it's a      01:21
17  name a user or network manager can enter into the     01:21
18  access point so the access point broadcasts that      01:21
19  particular name of the network.                       01:21
20     Q.   Is that different from an indoor system       01:21
21  ID?                                                    01:21
22     A.   The indoor system ID information is one of    01:22
23  the agreed-upon construction's information uniquely   01:22
24  identifying the indoor network.  The patent, I don't  01:22
25  believe, mentions SSID.                                01:22
```

### Page 91

```
 1     Q.   Right.                                         01:22
 2        Does SSID provide location information on        01:22
 3  where a device is located?                             01:22
 4        MR. CURTIS:  Objection, form.  Outside           01:22
 5  the scope.                                             01:22
 6     A.   It would depend on the implementation, but    01:22
 7  generally speaking I would say no.                    01:22
 8  BY MR. SHEASBY:                                        01:22
 9     Q.   Why do you say that?                           01:22
10     A.   Well, for instance, I can have multiple       01:23
11  access points broadcasting the same SSID, so the      01:23
12  SSID that I receive only tells me that I can connect  01:23
13  to a network with that name.  It doesn't necessarily  01:23
14  tell me what location I'm in.                         01:23
15     Q.   In a WLAN base station it broadcasts          01:24
16  information beyond its system ID.  Correct?           01:24
17     A.   I would have to look at the specific          01:24
18  wireless LAN technology to answer that question.      01:24
19     Q.   As a general rule at the time of the          01:24
20  patent, WLAN networks broadcast more than just their  01:24
21  system ID.  Correct?                                  01:24
22        MR. CURTIS:  Objection, form.  Outside          01:24
23  the scope.                                             01:24
24     A.   At the time of the patent there were          01:24
25  multiple wireless LAN technologies, and I would have  01:24
```

### Page 92

```
 1  to look at the specifications for each of them to     01:24
 2  see exactly what kind of information they may have    01:25
 3  broadcast.                                             01:25
 4  BY MR. SHEASBY:                                        01:25
 5     Q.   Did you investigate whether WLAN networks     01:25
 6  at the time of the patent broadcast information       01:25
 7  about their location beyond system ID?                01:25
 8     A.   In developing my declaration I did not        01:25
 9  consider that question.                                01:25
10     Q.   How does the system ID information provide   01:25
11  location information?                                  01:25
12        MR. CURTIS:  Objection, form.                   01:25
13     A.   In the context of the patent, the indoor     01:25
14  system ID information would provide location         01:26
15  information to the extent that if you knew the       01:26
16  locations where that indoor system ID information    01:26
17  was being broadcast, then you could identify the     01:26
18  location of the device to the coverage area of where 01:26
19  that indoor system ID information was being          01:26
20  provided.                                              01:26
21  BY MR. SHEASBY:                                        01:26
22     Q.   Does location information in the patent      01:26
23  require that it be geographic information?           01:26
24     A.   I'd have to review the patent to be sure,    01:26
25  but I don't recall a discussion of geographic        01:26
```

### Page 93

```
 1  information with respect to parameters such as       01:27
 2  latitude or longitude.                                 01:27
 3     Q.   Well, why don't you go ahead and read the    01:27
 4  patent and tell me whether location information      01:27
 5  requires geographic information in the patent?       01:27
 6        MR. CURTIS:  Objection, form.  Outside         01:27
 7  the scope.                                             01:27
 8     A.   Well, I don't know if it's really             01:27
 9  necessary to read the patent because location        01:27
10  information is an agreed-upon construction           01:27
11  specifically meaning information in a locational     01:27
12  area or indoor system ID information.                01:27
13  BY MR. SHEASBY:                                        01:27
14     Q.   And does the locational area require        01:27
15  geographic information?  That's the question I'm     01:27
16  asking.                                                01:27
17     A.   Well, as construed, the term refers to      01:27
18  either locational area or indoor system ID           01:28
19  information, so I suppose it would depend on what    01:28
20  you mean precisely by "geographic information."      01:28
21     Q.   What does locational area mean?              01:28
22        MR. CURTIS:  Objection, form.  Outside         01:28
23  the scope.                                             01:28
24     A.   I'd have to refer to the patent.  Do you    01:28
25  want me to do that?                                    01:28
```

24 (Pages 90 - 93)

**Page 98**

```
 1  entities.                                           01:40
 2    Q.  So the indoor network and the outdoor        01:40
 3  network need to be separate from the mobile -- the 01:40
 4  mobile terminal.  Correct?                         01:40
 5    A.  The mobile terminal is a different item      01:40
 6  from either the indoor network or the outdoor      01:40
 7  network.                                           01:40
 8    Q.  Right.                                       01:40
 9        And does the location register have to       01:40
10  reside on the indoor network or the outdoor network? 01:40
11    A.  The location register needs to reside in    01:40
12  the location such that the router described in    01:41
13  Claim 1 can determine the location of the terminal 01:41
14  based on the information in the location register. 01:41
15    Q.  Any other requirement?                       01:41
16    A.  It also has to be in a location such that   01:41
17  the mobile terminal can provide us information --  01:42
18  location information to the location register.    01:42
19    Q.  Any other requirement?                       01:42
20    A.  Possibly.  I would have to think about      01:42
21  that question and do some additional analysis to  01:42
22  answer that question.                              01:42
23    Q.  Go ahead and do it.                          01:42
24    A.  I don't think there's sufficient time       01:43
25  today to do that.                                  01:43
```

**Page 99**

```
 1    Q.  There is.  I can give you as much time as   01:43
 2  you want.  We have a seven-hour deposition, so I'm 01:43
 3  happy to give you all the time you want.  Go ahead. 01:43
 4        MR. CURTIS:  Objection, form.  Outside      01:43
 5  the scope.                                         01:43
 6  BY MR. SHEASBY:                                   01:43
 7    Q.  So you say that the location register has   01:43
 8  to be in a location such that the router can access 01:43
 9  it and such that the terminal can provide location 01:43
10  information to it.  Fair?                          01:43
11    A.  Right.  I believe that's what I stated.     01:43
12    Q.  Can you think of any other structural       01:43
13  requirement?                                       01:43
14    A.  Well, as I said, that would take a          01:43
15  considerable amount of analysis, which I have not 01:44
16  done.                                              01:44
17    Q.  Sitting here today can you think of any    01:44
18  other requirement?                                 01:44
19    A.  As I said, without doing additional        01:44
20  analysis, I can't answer that question.            01:44
21    Q.  All right.                                   01:44
22        But have you -- do you have any other one   01:44
23  you can give me, sitting here today?              01:44
24    A.  Well, I believe I address it some more in  01:44
25  my declaration.                                    01:45
```

**Page 100**

```
 1    Q.  Let me ask you this question.  Let me do   01:45
 2  it this way.  Is the -- can a router know the    01:45
 3  location of a terminal -- a mobile terminal?     01:45
 4        Or maybe let me ask it this way.  Does the 01:45
 5  router have the ability to access information on a 01:45
 6  mobile terminal?                                   01:45
 7    A.  Well, per Claim 1, the router determines   01:45
 8  the location of the data communication location  01:46
 9  stored in the terminal register.                  01:46
10    Q.  I'm not asking about the claim.  I'm       01:46
11  asking more specifically.                          01:46
12        Does routers -- do routers have the        01:46
13  ability to access data that's stored at a mobile 01:46
14  terminal?                                          01:46
15    A.  Do the routers in this patent or do the    01:46
16  routers generically?                               01:46
17    Q.  Generically, at the time of the patent,    01:46
18  did routers have the ability to access information 01:46
19  stored at a terminal?                              01:46
20    A.  I don't have an opinion on that.           01:46
21    Q.  At the time of the patent, did one mobile  01:47
22  terminal have the ability to pass information to 01:47
23  another mobile terminal?                           01:47
24    A.  At the time of the patent, a mobile        01:47
25  terminal could, for example, using an application, 01:47
```

**Page 101**

```
 1  store information that another terminal could    01:47
 2  retrieve based on some application, so that      01:47
 3  information could be passed from one mobile terminal 01:47
 4  to the other.                                      01:47
 5        MR. SHEASBY:  Okay.  I pass the            01:47
 6  witness.                                           01:47
 7        MR. CURTIS:  No questions for the          01:48
 8  witness.                                           01:48
 9        MR. SHEASBY:  Great.  Thank you.           01:48
10        THE WITNESS:  Thank you.                   01:48
11        MR. CURTIS:  Good seeing you, Jason.       01:48
12        THE VIDEOGRAPHER:  We are off the          01:48
13  record at 1:49.  This concludes the deposition.  01:48
14        (The deposition was concluded              01:48
15        at 1:49 p.m.)                              01:48
16        --o0o--                                    01:48
```

26 (Pages 98 - 101)

```
 1  State of Oregon  )
                    )  ss.
 2  County of Lane  )
 3
 4      I, Sara Fahey Wilson, CSR, a Certified Shorthand
 5  Reporter for the State of Oregon, certify that the
 6  witness was sworn and the transcript is a true
 7  record of the testimony given by the witness; that
 8  at said time and place I reported all testimony and
 9  other oral proceedings had in the foregoing matter;
10  that the foregoing transcript consisting of 101
11  pages contains a full, true and correct transcript
12  of said proceedings reported by me to the best of my
13  ability on said date.
14      If any of the parties or the witness requested
15  review of the transcript at the time of the
16  proceedings, such correction pages are attached.
17      IN WITNESS WHEREOF, I have set my hand this 13
18  day of April 2021, in the City of Eugene, County of
19  Lane, State of Oregon.
20
21
22  _____
23  Sara Fahey Wilson, CSR
24  CSR No. 06-0400
25  Expiration Date:  March 31st, 2023
                                                Page 102
```

```
 1              DECLARATION
 2
 3      I hereby declare I am the deponent in the within
 4  matter; that I have read the foregoing transcript and
 5  know the contents thereof; and I declare that the same
 6  is true of my knowledge except as to the matters which
 7  are therein stated upon my information or belief, and as
 8  to those matters, I believe them to be true.
 9      I declare under the penalties of perjury
10  under the laws of the United States that the
11  foregoing is true and correct.
12
13      This declaration is executed this _____ day
14  of _____, 20___, at
15  _____, _____.
16
17
18
19      _____
20          PETER RYSAVY
21
22
23
24
25
                                                Page 103
```

Veritext Legal Solutions
866 299-5127