# HAWKINSON
# EXHIBIT G

```
Network Working Group                                     C. Perkins, Editor
Request for Comments: 2002                                                IBM
Category: Standards Track                                        October 1996
```

## IP Mobility Support

Status of this Memo

   This document specifies an Internet standards track protocol for the
   Internet community, and requests discussion and suggestions for
   improvements.  Please refer to the current edition of the "Internet
   Official Protocol Standards" (STD 1) for the standardization state
   and status of this protocol.  Distribution of this memo is unlimited.

Abstract

   This document specifies protocol enhancements that allow transparent
   routing of IP datagrams to mobile nodes in the Internet.  Each mobile
   node is always identified by its home address, regardless of its
   current point of attachment to the Internet.  While situated away
   from its home, a mobile node is also associated with a care-of
   address, which provides information about its current point of
   attachment to the Internet.  The protocol provides for registering
   the care-of address with a home agent.  The home agent sends
   datagrams destined for the mobile node through a tunnel to the care-
   of address.  After arriving at the end of the tunnel, each datagram
   is then delivered to the mobile node.

Table of Contents

```
 1. Introduction                                                         3
    1.1. Protocol Requirements . . . . . . . . . . . . . . . . . . .     3
    1.2. Goals . . . . . . . . . . . . . . . . . . . . . . . . . .       4
    1.3. Assumptions . . . . . . . . . . . . . . . . . . . . . . .       4
    1.4. Applicability . . . . . . . . . . . . . . . . . . . . . .       4
    1.5. New Architectural Entities  . . . . . . . . . . . . . . .       5
    1.6. Terminology . . . . . . . . . . . . . . . . . . . . . . .       6
    1.7. Protocol Overview . . . . . . . . . . . . . . . . . . . .       8
    1.8. Specification Language  . . . . . . . . . . . . . . . . .      11
    1.9. Message Format and Protocol Extensibility . . . . . . . .      12
 2. Agent Discovery                                                    14
    2.1. Agent Advertisement . . . . . . . . . . . . . . . . . . .      14
         2.1.1. Mobility Agent Advertisement Extension . . . . .        16
         2.1.2. Prefix-Lengths Extension  . . . . . . . . . . .         18
         2.1.3. One-byte Padding Extension  . . . . . . . . . .         19
    2.2. Agent Solicitation  . . . . . . . . . . . . . . . . . . .      19
    2.3. Foreign Agent and Home Agent Considerations . . . . . . .      19
         2.3.1. Advertised Router Addresses . . . . . . . . . .         20
```

```
RFC 2002                   IP Mobility Support              October 1996
```

```
              2.3.2. Sequence Numbers and Rollover Handling  . . . . .   21
         2.4. Mobile Node Considerations  . . . . . . . . . . . . . .   21
              2.4.1. Registration Required . . . . . . . . . . . . .   22
              2.4.2. Move Detection  . . . . . . . . . . . . . . . .   22
              2.4.3. Returning Home  . . . . . . . . . . . . . . . .   24
              2.4.4. Sequence Numbers and Rollover Handling  . . . .   24
    3. Registration                                                    24
         3.1. Registration Overview . . . . . . . . . . . . . . . .   25
         3.2. Authentication  . . . . . . . . . . . . . . . . . . .   26
         3.3. Registration Request  . . . . . . . . . . . . . . . .   26
         3.4. Registration Reply  . . . . . . . . . . . . . . . . .   29
         3.5. Registration Extensions . . . . . . . . . . . . . . .   32
              3.5.1. Computing Authentication Extension Values . . .   32
              3.5.2. Mobile-Home Authentication Extension  . . . . .   33
              3.5.3. Mobile-Foreign Authentication Extension . . . .   33
              3.5.4. Foreign-Home Authentication Extension . . . . .   34
         3.6. Mobile Node Considerations  . . . . . . . . . . . . .   34
              3.6.1. Sending Registration Requests . . . . . . . . .   36
              3.6.2. Receiving Registration Replies  . . . . . . . .   40
              3.6.3. Registration Retransmission . . . . . . . . . .   42
         3.7. Foreign Agent Considerations  . . . . . . . . . . . .   43
              3.7.1. Configuration and Registration Tables . . . . .   44
              3.7.2. Receiving Registration Requests . . . . . . . .   44
              3.7.3. Receiving Registration Replies  . . . . . . . .   47
         3.8. Home Agent Considerations . . . . . . . . . . . . . .   49
              3.8.1. Configuration and Registration Tables . . . . .   49
              3.8.2. Receiving Registration Requests . . . . . . . .   49
              3.8.3. Sending Registration Replies  . . . . . . . . .   53
    4. Routing Considerations                                          55
         4.1. Encapsulation Types . . . . . . . . . . . . . . . . .   56
         4.2. Unicast Datagram Routing  . . . . . . . . . . . . . .   56
              4.2.1. Mobile Node Considerations  . . . . . . . . . .   56
              4.2.2. Foreign Agent Considerations  . . . . . . . . .   57
              4.2.3. Home Agent Considerations . . . . . . . . . . .   58
         4.3. Broadcast Datagrams . . . . . . . . . . . . . . . . .   59
         4.4. Multicast Datagram Routing  . . . . . . . . . . . . .   60
         4.5. Mobile Routers  . . . . . . . . . . . . . . . . . . .   61
         4.6. ARP, Proxy ARP, and Gratuitous ARP  . . . . . . . . .   62
    5. Security Considerations                                         66
         5.1. Message Authentication Codes  . . . . . . . . . . . .   66
         5.2. Areas of Security Concern in this Protocol  . . . . .   66
         5.3. Key Management  . . . . . . . . . . . . . . . . . . .   67
         5.4. Picking Good Random Numbers . . . . . . . . . . . . .   67
         5.5. Privacy . . . . . . . . . . . . . . . . . . . . . . .   67
         5.6. Replay Protection for Registration Requests . . . . .   68
              5.6.1. Replay Protection using Timestamps  . . . . . .   68
              5.6.2. Replay Protection using Nonces  . . . . . . . .   69
    6. Acknowledgments                                                 71
```

```
RFC 2002                  IP Mobility Support               October 1996
```

```
   A. Patent Issues                                                   72
      A.1. IBM Patent #5,159,592 . . . . . . . . . . . . . . . . . .  72
      A.2. IBM Patent #5,148,479 . . . . . . . . . . . . . . . . . .  72
   B. Link-Layer Considerations                                       73
   C. TCP Considerations                                              73
      C.1. TCP Timers  . . . . . . . . . . . . . . . . . . . . . . .  73
      C.2. TCP Congestion Management . . . . . . . . . . . . . . . .  73
   D. Example Scenarios                                               74
      D.1. Registering with a Foreign Agent Care-of Address  . . . .  74
      D.2. Registering with a Co-Located Care-of Address . . . . . .  75
      D.3. Deregistration  . . . . . . . . . . . . . . . . . . . . .  76
   E. Applicability of Prefix Lengths Extension                       76
Editor's Address                                                      79
```

1. Introduction

   IP version 4 assumes that a node's IP address uniquely identifies the
   node's point of attachment to the Internet.  Therefore, a node must
   be located on the network indicated by its IP address in order to
   receive datagrams destined to it; otherwise, datagrams destined to
   the node would be undeliverable.  For a node to change its point of
   attachment without losing its ability to communicate, currently one
   of the two following mechanisms must typically be employed:

      a)   the node must change its IP address whenever it changes its
           point of attachment, or

      b)   host-specific routes must be propagated throughout much of
           the Internet routing fabric.

   Both of these alternatives are often unacceptable.  The first makes
   it impossible for a node to maintain transport and higher-layer
   connections when the node changes location.  The second has obvious
   and severe scaling problems, especially relevant considering the
   explosive growth in sales of notebook (mobile) computers.

   A new, scalable, mechanism is required for accommodating node
   mobility within the Internet.  This document defines such a
   mechanism, which enables nodes to change their point of attachment to
   the Internet without changing their IP address.

1.1. Protocol Requirements

   A mobile node must be able to communicate with other nodes after
   changing its link-layer point of attachment to the Internet, yet
   without changing its IP address.

It does, however, place additional burden on the IPv4 address space because it requires a pool of addresses within the foreign network to be made available to visiting mobile nodes.  It is difficult to efficiently maintain pools of addresses for each subnet that may permit mobile nodes to visit.

It is important to understand the distinction between the care-of address and the foreign agent functions.  The care-of address is simply the endpoint of the tunnel.  It might indeed be an address of a foreign agent (a foreign agent care-of address), but it might instead be an address temporarily acquired by the mobile node (a co-located care-of address).  A foreign agent, on the other hand, is a mobility agent that provides services to mobile nodes.  See Sections 3.7 and 4.2.2 for additional details.

A home agent MUST be able to attract and intercept datagrams that are destined to the home address of any of its registered mobile nodes. Using the proxy and gratuitous ARP mechanisms described in Section 4.6, this requirement can be satisfied if the home agent has a network interface on the link indicated by the mobile node's home address.  Other placements of the home agent relative to the mobile node's home location MAY also be possible using other mechanisms for intercepting datagrams destined to the mobile node's home address. Such placements are beyond the scope of this document.

Similarly, a mobile node and a prospective or current foreign agent MUST be able to exchange datagrams without relying on standard IP routing mechanisms; that is, those mechanisms which make forwarding decisions based upon the network-prefix of the destination address in the IP header.  This requirement can be satisfied if the foreign agent and the visiting mobile node have an interface on the same link.  In this case, the mobile node and foreign agent simply bypass their normal IP routing mechanism when sending datagrams to each other, addressing the underlying link-layer packets to their respective link-layer addresses.  Other placements of the foreign agent relative to the mobile node MAY also be possible using other mechanisms to exchange datagrams between these nodes, but such placements are beyond the scope of this document.

If a mobile node is using a co-located care-of address (as described in (b) above), the mobile node MUST be located on the link identified by the network prefix of this care-of address.  Otherwise, datagrams destined to the care-of address would be undeliverable.

For example, the figure below illustrates the routing of datagrams to and from a mobile node away from home, once the mobile node has registered with its home agent.  In the figure below, the mobile node is using a foreign agent care-of address: