# BLACKBURN
# EXHIBIT B

Effortlessly connect any PC
# to your wireless network



802.11b   Wireless USB Adapter

MA101

With **NETGEAR**'s MA101 802.11b Wireless USB Adapter you can easily network all of your employees at 11 Mbps speed without installing any new wires.  Since the MA101 is USB powered, there is no need to open the case of the PC. Set up a new wireless network or extend your existing workplace to remote sites in your building in no time, and escape the hassles and expense of Ethernet cabling. Your workforce can immediately use your wireless network to access e-mail, file servers, printers, and cable/DSL Internet access.

Standards-based 802.11b technology plus Wired Equivalent Privacy (WEP) encryption provide your wireless network with the highest level of reliability and privacy. The MA101 is equipped with automatic speed adjustment to extend the communication range for longer distances from other 802.11b PC nodes or 802.11b access points. Designed for PCs running Windows 98, Me, and 2000, the MA101 performs with the vast majority of PCs, supports Plug and Play installation, and includes a 5-year limited warranty.

### EFFECTIVE
Let's you easily connect a PC to your wireless network at a high-speed 11 Mbps, and eliminates the cost and time of installing new cabling.  USB makes the installation as simple as Plug and Play.

### SECURE
Includes 40/64 and 128 bit WEP encryption for maximum network privacy.

### EASYGOING
Supports Windows 98/Me/2000 operating systems and is compatible with the vast majority of PCs.

### DEPENDABLE
Developed with reliable 802.11b standards-based technology and has a 5-year limited warranty.



Help is there when you need it!

NETGEAR provides free, 7x24 telephone and e-mail technical support in English, with selected local language support during office hours.

www.NETGEAR.com   **NETGEAR**®

NETGEAR Inc.
4500 Great America Parkway
Santa Clara, CA 95054
USA

Phone: 1-888-NETGEAR
E-mail: support@NETGEAR.com
www.NETGEAR.com

**In-Country Phone Support**
(24x7 phone support in English, local language support during office hours.)

| | | | |
|---|---|---|---|
| Australia | 1800-787-638 | Korea | 00308-11-0319 |
| Austria | 00800-06384327 (00800-0-NETGEAR) | Netherlands | 0800-023-0981 |
| | | New Zealand | 00800-1233-4566 |
| Denmark | 808-82179 | Norway | 800-12041 |
| Canada | 1-888-NETGEAR | Singapore | 001-800-1233-4566 |
| Finland | 0800-111-036 | Sweden | 0200-298-298 |
| France | 0800-77-17-53 | Switzerland | 00800-0638-4327 (00800-0-NETGEAR) |
| Germany | 00800-06384327 (00800-0-NETGEAR) | United Kingdom | 020-7216-0014 |
| Hong Kong | 001-800-1233-4566 | United States | 1-888-NETGEAR |
| Japan | 0120-66-5402 | All Other Countries | +1 801-236-8499 |

NETGEAR® is a trademark of NETGEAR, Inc. Windows® is a registered trademark of Microsoft Corporation. Other brand and product names are trademarks or registered trademarks of their respective holders. Information is subject to change without notice. All rights reserved.        July 2001



## TECHNICAL SPECIFICATIONS

**System Requirements:**

Available USB Port
Windows 98/Me/2000
2 Mbytes of available disk space

| | |
|---|---|
| Network Standard | IEEE 802.11b<br>USB 1.1 Specification<br>WECA Wi-Fi compliant |
| Radio Data Rate | 11/5.5/2/1Mbps |
| Wireless Medium | Direct Sequence Spread Spectrum (DSSS) |
| Frequency Band | 2.4GHz Frequency Band:<br>2.412 – 2.462GHz (North America)<br>2.412 – 2.472GHz (Europe ETSI)<br>2.412 – 2.484GHz (Japan)<br>2.457 – 2.472GHz (France)<br>2.457 – 2.462GHz (Spain) |
| Modulation Technique | DBPSK@1Mbps,<br>DQPSK@2Mbps,<br>CCK@5.5Mbps and 11Mbps |
| Wired Equivalent Privacy (WEP) | 40/64/128-bit data encryption |
| Operating Channels | 11 channels for US and Canada<br>13 channels for ETSI and Japan |
| Operating Range | Indoor environment:<br>11Mbps – 175 feet (53 meters)<br>5.5Mbps – 265 feet (81 meters)<br>2Mbps – 400 feet (122 meters)<br>1Mbps – 500 feet (152 meters)<br><br>Outdoor environment:<br>11Mbps – 850 feet (259 meters)<br>5.5Mbps – 1200 feet (365 meters)<br>2Mbps – 1320 feet (402 meters)<br>1Mbps – 1650 feet (503 meters) |
| Antenna | Dipole Antenna |
| Receive Sensitivity (8% PER) | -84dBm@11Mbps (8% PER)<br>-87dBm@5.5Mbps (8% PER)<br>-89dBm@2Mbps (8% PER)<br>-91dBm@1Mbps (8% PER) |
| Max. Output Power | 13dBm |
| Drivers | Windows 98/2000 and Millennium |
| Certification | FCC Part 15 (North America)<br>CE (Europe – Germany, France and UK)<br>C-tick (Australia)<br>Telec & JATE (Japan) |
| System Interface | USB 1,1 |
| Operating Environment | Temperature: 0~40_ (operating)     -20~70_ (storage)<br>Humidity (non-condensing): 10~90% RH |
| Dimension (L x W x H) | 107 x 87 x 24mm |
| Weight | 67g |
| Warranty | 5 years |



D-MA101-001

www.NETGEAR.com

