

# EXHIBIT 2

**to T-Mobile's Responsive Claim Construction Brief**

1                UNITED STATES DISTRICT COURT

2                  EASTERN DISTRICT OF TEXAS

3                      MARSHALL DIVISION

4

5      ----------------------------x
                                    )
6      KAIFI LLC,                   ) Case No.
                                    ) 2:20-CV-281-JRG
7                      Plaintiff,   )
                                    )
8          v.                       )
                                    )
9      T-MOBILE US, INC., and       )
       T-MOBILE USA, INC.,          )
10                                  )
                       Defendants.  )
11     ----------------------------x )

12

13

14

15           REMOTE VIDEOTAPED DEPOSITION OF

16                 THOMAS L. BLACKBURN

17               THURSDAY, APRIL 29, 2021

18        9:00 A.M. PACIFIC DAYLIGHT SAVINGS TIME

19

20

21

22

23

24     Job No.: 193224

25     Reported by: Leslie A. Todd, CSR No. 5129 and RPR

Page 2

```
1              A P P E A R A N C E S
2
3   ON BEHALF OF PLAINTIFF:
4       MATTHEW HAWKINSON, ESQUIRE
5       HAWKINSON YANG
6       5670 Wilshire Boulevard
7       Los Angeles, California 90036
8
9
10
11  ON BEHALF OF DEFENDANTS:
12      AUDREY YANG, ESQUIRE
13      ROBERT VINCENT, ESQUIRE
14      GIBSON DUNN & CRUTCHER
15      2001 Ross Avenue
16      Dallas, Texas 75201
17
18
19
20  ALSO PRESENT:
21      MARK VON LANKEN - Videographer
22
23
24
25
```

Page 3

```
1              C O N T E N T S
2   EXAMINATION OF THOMAS L. BLACKBURN        PAGE
3     By Ms. Yang                               6
4
5
6
7              E X H I B I T S
8           (Attached to transcript)
9   BLACKBURN DEPOSITION EXHIBITS            PAGE
10  Exhibit No. 1    P.R. 4-3(B) Disclosure of
11          Potential Testimony from Thomas L.
12          Blackburn                           11
13  Exhibit No. 2    P.R. 4-3(B) Disclosure of
14          Potential Rebuttal Testimony from
15          Thomas L. Blackburn                 16
16  Exhibit No. 3    Declaration of Thomas L.
17          Blackburn in Support of Opening Claim
18          Construction Brief by KAIFI LLC     18
19  Exhibit No. 4    CV of Thomas L. Blackburn  21
20  Exhibit No. 5    Memorandum Opinion and Order
21          in KAIFI LLC vs. AT&T Corp., et al.
22          case                                37
23  Exhibit No. 6    Declaration of Brian T.
24          Kelley, Ph.D. in KAIFI LLC vs.
25          AT&T Corp., et al. case             38
```

Page 4

```
1       E X H I B I T S   C O N T I N U E D
2           (Attached to transcript)
3   BLACKBURN DEPOSITION EXHIBITS            PAGE
4   Exhibit No. 7    United States Patent No.
5           6,922,728 (Cho)                     47
6   Exhibit No. 8    Article entitled "Towards a
7           Flexible Split for Cloud-RAN Networks,"
8           by Andreas Maeder, et al.           97
9   Exhibit No. 9    Article entitled Mobile Agent-
10          Based Performance Management for
11          the Virtual Home Environment," by
12          C. Bohoris, et al.                  99
13  Exhibit No. 10   Technical Specification: 3GPP TS
14          22.121 V4.0.0 (2000-10)            100
15  Exhibit No. 11   Article entitled "Distributed
16          Router Architecture for Packet-
17          Routed Optical Networks," by
18          Michael Düser, et al.              102
19  Exhibit No. 12   Article entitled "DHARMA:
20          Distributed Home Agent for Robust
21          Mobile Access," by Yun Mao, et al.  106
22
23
24
25
```

Page 5

```
1              P R O C E E D I N G S
2           -------------------
3           THE VIDEOGRAPHER:  Good morning,
4   Counselors.  My name is Mark Von Lanken.  I am a
5   certified legal videographer in association with
6   TSG Reporting, Inc.
7           Due to the severity of the COVID-19 and
8   following the practice of social distancing, I
9   will not be in the same room with the witness.
10  Instead, I will record this videotaped deposition
11  remotely.
12          The reporter, Leslie Todd, also will not
13  be in the same room and will swear in the witness
14  remotely.
15          Do all parties stipulate to the validity
16  of this video recording and remote swearing, and
17  that it will be admissible in the courtroom as if
18  it had been taken following Rule 30 of the Federal
19  Rules of Civil Procedures and the State's rules
20  where this case is pending?
21          MR. HAWKINSON:  Yes, we do.
22          MS. YANG:  Yes, we do.
23          THE VIDEOGRAPHER:  Thank you.
24          This is the start of media labeled
25  number 1 of the video recorded deposition of
```

Page 6

```
1   Thomas Blackburn, in the matter KAIFI, LLC, versus
2   T-Mobile U.S. Inc., et al., filed in the United
3   States District Court for the Eastern District of
4   Texas, Marshal Division, Case No.
5   2:20-cv-281-JRG-RSP.
6               This deposition is being held remotely
7   on Thursday, April 29th, 2021, at approximately
8   9:02 a.m.
9               Counsel, would you please introduce
10  yourselves.
11              MS. YANG:  I'm Audrey Yang from the firm
12  Gibson, Dunn & Crutcher, and I'm here to represent
13  defendants.
14              MR. HAWKINSON:  Matt Hawkinson of
15  Hawkinson Yang on behalf of KAIFI and
16  Mr. Blackburn.
17              THE VIDEOGRAPHER:  Would the court
18  reporter please swear in the witness.
19                   THOMAS BLACKBURN,
20        and having been first duly sworn,
21        was examined and testified as follows:
22                   EXAMINATION
23  BY MS. YANG:
24       Q    Good morning.  Could you please state
25  your name for the record.
```

Page 7

```
1        A    Thomas L. Blackburn.
2        Q    And how are you doing this morning,
3   Mr. Blackburn?
4        A    Okay.
5        Q    Where do you live?
6        A    I live in San Jose, California.
7        Q    And are you participating in this
8   deposition from your residence?
9        A    Yes.
10       Q    Is there anyone else in the room with
11  you right now?
12       A    No.
13       Q    Is there anyone else at your residence
14  with you right now?
15       A    Yes.
16       Q    Could you tell me who is there?
17       A    My wife, my daughter, and two cats.
18       Q    What forms of communication do you have
19  open with your attorney?
20       A    E-mail and voice -- phone call.
21       Q    All I -- oh, sorry.  Go ahead.
22       A    And -- and voice calls.
23       Q    All I ask is that any communications
24  with your attorney during the deposition must be
25  on the record.  Okay?
```

Page 8

```
1        A    Yes.
2        Q    Have you had your deposition taken
3   before?
4        A    Yes.
5        Q    How many times?
6        A    In patent cases, probably at least six
7   times.
8        Q    And when were those depositions?
9        A    I had two taken last year via Zoom,
10  and -- and then before that, they were, you know,
11  in -- in a location where everybody was present.
12       Q    What did you do to prepare for your
13  deposition today?
14       A    I reviewed the -- the declaration and
15  the disclosures that I prepared.  I reviewed
16  the -- anything to do with the -- the court
17  documents that were -- were recorded that deal
18  with the claim construction.  And I reviewed the
19  patent, the '728 patent.
20       Q    Did you speak with anyone in preparation
21  for your deposition today?
22       A    Yes.  Not today.
23       Q    Who did you speak with to prepare for
24  your deposition?
25       A    Matt Hawkins.
```

Page 9

```
1        Q    And you understand that you are under
2   oath today just as if you were testifying in front
3   of a jury in the courtroom --
4        A    Yes.
5        Q    -- is that correct?
6             Since we're doing this deposition
7   remotely, let me just run through a couple of
8   ground rules for the day.  Is that okay?
9        A    Yes.
10       Q    Please make sure you give audible
11  answers since nodding or shaking your head cannot
12  be reflected on the record.  Okay?
13       A    Yes.
14       Q    Let's try to speak one person at a time
15  so the court reporter can transcribe your
16  testimony accurately.  Okay?
17       A    Yes.
18       Q    Also to help the court reporter, let's
19  try to speak slowly and clearly.
20       A    Yes.
21       Q    Okay.  To account for a possible lag in
22  internet connectivity and to make sure we don't
23  talk over each other, I will pause to make sure
24  you finish answering your question before I ask my
25  next question, and I would ask that you extend the
```

1  same courtesy to me.
2       Does that work?
3       A   Yes.
4       Q   If I ask a question that you don't
5  understand, please ask me to clarify that question
6  so that your answer will be clear for the record.
7       A   Yes, I will.
8       Q   If at any point in the deposition you
9  realize a prior answer you gave is incorrect or
10 incomplete, please let me know so we can revisit
11 that question.
12      A   Okay.
13      Q   I will try to take a break at least once
14 an hour, but if you need a break at any time for
15 any reason, please let me know, and we will take a
16 break.  I only ask that you answer the pending
17 question before we start the break.
18      A   Okay.
19      Q   Is there any reason you cannot give
20 truthful and accurate testimony today?
21      A   No.
22      Q   Do you have any documents in front of
23 you today?
24      A   I have the documents I printed out
25 because I wasn't sure how we were going to get the

1  documents or how I would look at them, so I
2  printed out the -- the patent and the disclosures
3  and the declaration.
4       Q   So besides the patent and your own
5  declarations, do you have any other papers in
6  front of you?
7       A   Well, my desk is full of papers.
8       Q   The documents that you have printed out
9  for this case, the patent and the disclosures, do
10 you have any notes written on them?
11      A   I might.
12      Q   Do you have any other sort of notes in
13 front of you today for this deposition?
14      A   I can -- they're kind of spread out.  I
15 can just throw them away if you want.  I mean, I
16 can put them in a pile somewhere.  They're laying
17 on my desk.
18      A   Okay.
19          MS. YANG:  Okay.  I'm going to upload a
20 document titled P.R. 4-3(B) Disclosure of
21 Potential Testimony from Thomas L. Blackburn, that
22 was served in this case, which will be marked as
23 Exhibit 1.
24          (Blackburn Exhibit No. 1 was
25          marked for identification.)

1  BY MS. YANG:
2       Q   Have you received it in the chat window?
3       A   Yes.
4       Q   Okay.  Let me know when you're -- you
5  have it open.
6       A   I'm trying to open it.
7       Q   Okay.
8       A   For some reason it says I'm not
9  authorized to look at it or something.  I don't
10 know.  Let's see here.
11          Okay.
12      Q   Are you familiar with this document?
13      A   Yes.
14      Q   Did you write this document?
15      A   I -- I wrote it.  It's -- it's my
16 testimony.  It was -- it was written or formatted
17 in conjunction with -- with Matt Hawkins as far as
18 any -- any pasting, copying, formatting, that was
19 done by Matt Hawkins.  But in -- in the document,
20 the opinions in that document are my opinions.
21      Q   When did you start working on your
22 declaration?
23      A   The declaration or this disclosure?
24      Q   This disclosure.
25      A   I started working around the first week

1  in March.  So it was -- it was put together in
2  about a week and a half of when it was issued.
3       Q   How many hours would you approximate
4  that you spent working on this disclosure?
5       A   Maybe 20 hours.
6       Q   Did you review this disclosure before it
7  was submitted?
8       A   Yes.
9       Q   How many times would you say you
10 reviewed your disclosure before it was submitted?
11      A   There were probably ten or fifteen
12 drafts that went back and forth between myself and
13 Matt Hawkins and the group, and changes were made.
14 A lot of the changes were -- were cut and paste of
15 previous -- previous drafts.  And so I probably
16 reviewed -- you know, I reviewed all the drafts.
17 I -- I reviewed the -- this final draft before it
18 was submitted.
19      Q   Did you work with anyone else besides
20 your attorneys on this declaration?
21      A   No.
22      Q   In preparation for your deposition
23 today, did you review this disclosure?
24      A   Yes.
25      Q   How many times did you review this

Page 14

1  disclosure in preparation for your deposition
2  today?
3       A    Probably once or twice.
4       Q    Did you see any errors in your
5  disclosure?
6       A    There was an error in this first
7  disclosure that I found later after it was issued,
8  and the error was accounted for in the rebuttal
9  disclosure that was issued shortly after this
10 disclosure.
11            And in my opinion, it was just a -- a
12 copy and a paste.  Because I -- I had looked at so
13 many drafts and they were pretty much all the
14 same, and so when I reviewed this final draft, I
15 just -- I missed the -- the two or three
16 paragraphs that were in error.  And it turned out
17 in -- in discussing that with Matt Hawkins as we
18 were working on this -- on the rebuttal draft
19 that it was -- it was somehow related to a copy
20 and paste error.
21      Q    And what was that copy and paste error?
22      A    It was just that the -- when I indicated
23 that what the -- what the court -- how the court
24 had construed a term, and how KAIFI had construed
25 a term, it was not what it should have been.  So

Page 15

1  it was -- it was -- it was taken from some past
2  draft, and it was not correct.
3       Q    So are you saying that you copied and
4  pasted that disclosure from a past draft?
5       A    I didn't copy and paste it.
6       Q    Who did the copying and pasting?
7       A    It was done on the attorney's side when
8  the --
9       Q    And the copy and pasting from the past
10 draft, was it a past draft of your disclosure?
11      A    No, I'm saying it wasn't a copy and
12 paste of a draft.  It was a copy and paste of
13 probably the -- the court's construed construction
14 of the terms, the -- you know, in the analysis.
15 And the -- the document that was issued by the
16 court, somewhere along that line, it was just --
17 it was a -- it was a cut and paste that -- that
18 pasted the wrong information.
19      Q    Besides this error that you corrected in
20 your rebuttal disclosure, did you find any other
21 mistakes?
22      A    No, it was just -- it was just those
23 two -- two or three paragraphs that -- that were
24 corrected.
25      Q    And do you recall which paragraphs

Page 16

1  exactly were in error?
2       A    I believe it -- I'm looking at it here,
3  it's the -- the term "indoor network."  And it was
4  specifically -- I think it was, it looks like,
5  paragraph 34, 35, and 36.
6       Q    So besides paragraphs 34 through 36,
7  there are no other mistakes that you found in your
8  declare- -- in your disclosure?
9       A    Nothing that I found, no.
10           MS. YANG:  Okay.  I'm uploading a
11 document titled P.R. 4-3(B) Disclosure of
12 Potential Rebuttal Testimony from Thomas L.
13 Blackburn, served in this case, which will be
14 marked as Exhibit 2.
15           (Blackburn Exhibit No. 2 was
16           marked for identification.)
17 BY MS. YANG:
18      Q    And just let me know once you have that
19 document open.
20      A    Okay, I have it.
21      Q    Are you familiar with this document?
22      A    Yes.
23      Q    Did you write this document?
24      A    This is the same as the first
25 disclosure.  I wrote it as far as all the opinions

Page 17

1  and introduction, experience, conclusions, and it
2  was formatted and put together by Matt Hawkins and
3  the team.  Again, all the opinions are my
4  opinions.
5       Q    About how many hours did you spend on
6  this rebuttal disclosure?
7       A    Again, I would say maybe 20 hours.
8       Q    When did you begin working on your
9  rebuttal disclosure?
10      A    This would have been after Mr. Rysavy's
11 deposition.  So toward the end of -- sometime
12 toward the end of March.
13      Q    How many times did you review your
14 rebuttal disclosure before it was submitted?
15      A    A couple of times.
16      Q    In preparation for your deposition
17 today, did you read your rebuttal disclosure?
18      A    Yes.
19      Q    How many times did you read your
20 rebuttal disclosure in preparation for the
21 deposition today?
22      A    At least a couple of times.
23      Q    Do you recall seeing any errors in your
24 rebuttal disclosure?
25      A    No.

1      Q     Whose idea was it to prepare a rebuttal
2  disclosure?
3      A     That would have been the attorneys, Matt
4  Hawkins and -- and the group.
5           MS. YANG:  I am going to upload a
6  document titled Declaration of Thomas L. Blackburn
7  in Support of Opening Claim Construction Brief by
8  KAIFI LLC, which will be marked as Exhibit 3.
9           (Blackburn Exhibit No. 3 was
10          marked for identification.)
11          THE WITNESS:  Okay.
12 BY MS. YANG:
13     Q     Are you familiar with this document?
14     A     Yes.
15     Q     Did you write this document?
16     A     Yes.
17     Q     About how many hours did you spend
18 writing this doc-- this declaration?
19     A     Oh, 10 or 15 hours.
20     Q     When did you begin working on this
21 declaration?
22     A     I would say sometime around April 10th
23 to April 15th.
24     Q     How many times did you review this
25 declaration before it was submitted?

1      A     A couple of times.
2      Q     In preparation for your deposition
3  today, did you review this declaration?
4      A     Yes.
5      Q     How many times did you review this
6  declaration in preparation for your deposition
7  today?
8      A     At least a couple of times.
9      Q     Whose idea was it to file a third
10 declaration with a claim construction brief?
11          MR. HAWKINSON:  Objection.  Form.
12 BY MS. YANG:
13     Q     You may answer.
14     A     The -- it was -- again, it was the --
15 the attorneys and the group, Matt Hawkins, who --
16 who decided to do this.
17     Q     Are there any differences between this
18 declaration and the first two disclosures you
19 submitted?
20          MR. HAWKINSON:  Objection.  Form.
21          THE WITNESS:  I would have to go through
22 and compare them, but I don't think -- I mean, the
23 opinions are the same.  My conclusions are the
24 same.  So I would say it's -- it's generally the
25 same.

1  BY MS. YANG:
2      Q     You prepared this declaration, though;
3  is that correct?
4      A     Yes.  Again, let me -- I -- it's my
5  opinions, my conclusions.  I pre-- again, the
6  background and experience, the -- that -- and the
7  materials considered, that's -- that's my input.
8  And the legal standards and things were put in,
9  put in by the attorneys.  It -- the -- the
10 document itself was -- was formatted and put
11 together by the attorneys.  But all the opinions
12 and conclusions are -- are mine.
13     Q     And so, to your knowledge, are there any
14 differences in the opinions that you have given
15 between this declaration and the first two?
16     A     As far as the -- the claim construction
17 that I was asked to analyze and opine on, there
18 was no difference other than the error that we
19 discussed in the first disclosure, which was
20 corrected in the rebuttal disclosure, but the --
21 everything else is the same, all the conclusions
22 and opinions.
23     Q     And besides correcting that error from
24 the first disclosure, are there any other errors
25 in this declaration?

1      A     No.
2           MS. YANG:  Okay.  I'm uploading a
3  document which is a copy of the CV of Thomas L.
4  Blackburn.  It was attached as an exhibit to
5  KAIFI's opening claim construction brief in this
6  case, Docket 135-10.  So it will be marked as
7  Exhibit 4.
8           (Blackburn Exhibit No. 4 was
9           marked for identification.)
10          THE WITNESS:  Okay.
11 BY MS. YANG:
12     Q     Are you familiar with this document?
13     A     Yes.
14     Q     What is it?
15     A     It's my CV, curriculum vitae.
16     Q     Did you prepare this document?
17     A     Yes.
18     Q     Where did you get your bachelor's
19 degree?
20     A     From San Jose State University.
21     Q     And what did you major in?
22     A     Electrical engineering.
23     Q     Based on your CV, you've done graduate
24 work; is that correct?
25     A     Yes.

Page 22

1    Q    Can you tell me about the graduate work
2 you did?
3    A    Yes.  When I was working at GTE, General
4 Telephone Electronics, they were located about two
5 miles from Stanford University, and they had an
6 agreement with Stanford University to -- to do
7 offsite classes.  So they would either -- through
8 microwave or whatever was available at the time,
9 they would pipe in the classes from Stanford into
10 the auditorium at GTE.
11         And so as an engineer, I had the
12 opportunity to take various courses in -- in
13 various technologies.  So I could take courses
14 in -- in antenna design, microwave design, you
15 know, computer design, whatever I wanted to do,
16 and -- and it was graduate courses.  The graduate
17 courses were not courses that would be -- you
18 know, I could not use credent- -- you know,
19 courses to -- for a master's degree.  They were
20 just courses offered by Stanford.  Same -- same
21 classes that were offered to graduate students at
22 Stanford, but without the credential of a master's
23 degree.  So I probably took six or eight classes
24 from Stanford in the various disciplines.
25    Q    Did any of these disciplines include

Page 23

1 telecommunications?
2    A    Yes.  They pretty much all did.
3    Q    And so you took these graduate classes,
4 but you mentioned that you didn't receive a
5 graduate degree; is that correct?
6    A    That's correct.
7    Q    Based on your CV, you have 37 issued
8 patents; is that correct?
9    A    I think that's correct, yes.  Could be
10 more than that.  I don't...
11    Q    Are any of these 37 patents issued to
12 you in the same field as the '728 patent?
13         MR. HAWKINSON:  Objection.  Form.
14         THE WITNESS:  Several of the patents
15 relate to the transfer of data information from a
16 cellular system, and the techniques that were
17 described in the patent that I -- the patent -- my
18 patent were to increase the data speed of the data
19 transfer by using different types of modem
20 algorithms and, you know, features.
21         So I -- I think those particular patents
22 would apply to, you know, cellular systems that as
23 they migrated from -- from 3G to 3.5G to 4G with
24 higher speed data rates.
25 BY MS. YANG:

Page 24

1    Q    And can you point me to which of the 37
2 patents you just described that would include
3 techniques to increase data speed?
4    A    I don't know without going back and
5 looking at them.  But I do reference one, I
6 believe, in the either disclosure or declaration
7 that it -- has to do with data speed.  I can -- I
8 can look that up if you would like.
9    Q    Sure.  Yeah, take a look at your
10 declaration, and if you can point me to where you
11 mentioned that patent.
12    A    (Peruses document.)  I don't see it.  I
13 don't know where it was -- where I inserted it.
14         Oh, there it is right there.  Okay,
15 it's like in the declaration on page 2, it looks
16 like page -- no, I don't know what page it is.
17 It's in the -- it's in the Background and
18 Experience section on paragraph 13, where it says
19 I've been awarded 37 U.S. and foreign patents,
20 several were related to tech -- to cellular
21 technologies, including modulation techniques and
22 channel allocation.  For example, U.S. Patent
23 6,556,638 describes a method for increasing the
24 data speed in a network, cellular network.
25    Q    Besides the '638 patent that you've

Page 25

1 mentioned here in paragraph 13, are you aware of
2 any other patents that have been issued to you
3 that relate to the field of -- same field as the
4 '728 patent?
5         MR. HAWKINSON:  Objection.  Form.
6         THE WITNESS:  Not offhand, I don't.
7 BY MS. YANG:
8    Q    Based on your CV, you have 30 years of
9 experience in the field including cellular,
10 wireless technologies and telecommunications; is
11 that correct?
12    A    That's correct.
13    Q    So your experience spans back to about
14 1990 then; is that correct?
15    A    Actually, it's -- it's further back than
16 that.  I graduated in the mid-'70s, so it would be
17 25 plus -- it's actually -- so it's 40-plus years.
18 Got to update it.
19    Q    Throughout your 40-plus years of
20 experience, would you agree that you've worked
21 with many key players in the cellular, wireless
22 technologies and telecommunications industry?
23    A    I didn't catch -- that I worked with
24 what?
25    Q    Many of the key players in the cellular,

Page 26

1  wireless technologies and telecommunications
2  industry.
3       A    What do you mean by "key players"?
4       Q    As an expert in the field, can you tell
5  me what some of the -- the key players in the
6  industry would be, so some of the main companies
7  that worked in cellular, wireless technology and
8  telecommunications?
9       A    I've worked on a number of cases, both
10 patent cases and class action lawsuits that
11 involved Apple, and specifically the -- the Apple
12 handset and how it is designed to operate with the
13 various cellular systems, 3G, 4G.
14      And I've also worked in patent cases
15 both for and adverse to some of the carrier --
16 carriers such as, you know, AT&T, Verizon.  Those
17 cases that would have been adverse to all those --
18 so I was working for probably the -- the
19 patentholder, and they had filed patent
20 infringement against some of the carriers for --
21 anywhere from messaging format, SMS messaging and
22 MS -- MMS messaging protocols and formats to
23 handover between cellular systems, and modulation
24 techniques for the base station transceiver.
25      So a whole variety.  So I probably

Page 27

1  reviewed and looked at upwards of a hundred
2  different specifications for the 3GPP and 3GPP2.
3  And those would have been for, you know, GSM and
4  UMPS and CDMA type systems.
5       Q    Okay.  So you named Apple, AT&T and
6  Verizon as some companies that you have worked
7  with in the past.
8       Are there any other companies or key
9  players that you can think of that you've worked
10 with in this field?
11      A    I worked with a company called Mobility
12 Works, which deals with patents in the cellular
13 technologies, and they were a company that buys
14 portfolio -- you know, patent portfolios from
15 companies like Ericsson and -- and Nokia.  And so
16 I would have went through the various patents and
17 decided which patents were viable for asserting
18 patent infringement against -- in this case it
19 looks like with T-Mobile -- Mobility Works versus
20 T-Mobile.
21      And I worked for, it looks like, Nokia
22 Corporation and Huawei Technology, you know, a
23 cell phone manufacturer.  I worked for -- against
24 Ericsson.  So I -- I -- you know, I worked for
25 lots of companies and carriers involved in the --

Page 28

1  in the cellular, you know, handset design, network
2  design, you know.
3       Q    Okay.  Can you think of any other
4  companies that you have worked with?
5       A    Well, I can just go through my CV.  You
6  know, I see HTC Corporation.  RIM Corporation.
7  Again, Apple.
8       And in my CV, I have not listed every
9  single case I ever worked on.  Some cases I worked
10 on, you know, claim construction, and then either
11 the case settled, so I didn't -- I didn't continue
12 working with them.  And then other cases, it was
13 right up to through trial for infringement and
14 validity.
15      Q    So besides the companies that you've
16 listed today and the ones that are listed in your
17 CV, are there any other companies that stand out
18 to you that you've worked with?
19      A    I was -- I was -- another company was --
20 around 2000 to 2005 called Eschelon.  They built
21 smart meters.  They had a contract with Duke
22 Energy to build a -- a cellular junction box.  And
23 so what -- what the -- the devices on the house,
24 the smart meters would -- would transmit data to
25 this -- this box which contained cellular

Page 29

1  apparatus.  And so depending on who the -- you
2  know, Duke Energy wanted to operate with, they
3  would -- you know, there could be CDMA cell
4  phones, GSM cell phones, UMTS cell phones in this
5  box, which would then transmit the data to Duke
6  Energy.  So I was involved in the building of --
7  of all that equipment.
8       Q    Any other companies that you can think
9  of?
10      A    That's about it right now.
11      Q    Throughout your 40-plus years of
12 experience, what key individuals have you worked
13 with in the cellular, wireless technologies and
14 telecommunications industry?
15      MR. HAWKINSON:  Objection.  Form.
16      THE WITNESS:  I don't know of any key
17 players.  I mean, I worked for, you know,
18 companies that design cell phones.  You know,
19 Apple, I didn't work directly with Steve Jobs, but
20 I worked with -- you know, I interfaced with
21 people at Apple.
22      I interfaced with engineers at many of
23 the cellular companies in discussing some
24 nonproprietary designs or applications in the
25 network.  I did that over the past probably 10 or

1  15 years.  So, you know, in my opinion, those were
2  key people.
3  BY MS. YANG:
4        Q     Okay.  Besides these key people from the
5  companies you worked with, can you think of
6  anybody else that you've worked closely with in
7  this field?
8        A     No.  I've just worked with a lot of
9  people.
10       Q     And no names of any particular
11 individuals stand out?
12       A     No.
13       Q     You mentioned in your CV and I think
14 also earlier today that you have experience with
15 standards such as 3GPP; is that correct?
16       A     Yes.
17       Q     How familiar are you with all the 3GPP
18 standards?
19       A     I'm familiar with the standards that I
20 was involved in.  So standards that dealt with --
21 with handover procedures, standards that dealt
22 with handset designs, standards that dealt with
23 the physical layer of the transmission of the --
24 of the wireless signals between the -- the
25 transceiver and the handset.

1            And then in -- in doing that, I became
2  familiar with some of the backbone devices, you
3  know, the 3G and 4G networks, including the -- you
4  know, the base station transceiver and the -- the
5  mobile switching system for 3G and the NOBs and
6  MMEs and PWGs for -- for the LTE.  Didn't do a lot
7  of work in that area, but just in reading the
8  standards, understood how the network, you know,
9  works in general.
10       Q     So you mentioned that you're familiar
11 with the standards you're involved in.  Can you
12 describe what your involvement was with these
13 standards?
14       A     Some of the patents were what they call
15 essential patents, so they were based on the
16 standards.  So I looked at the -- if it was a --
17 an IPR case or if it was a invalidity case, I
18 would look at, you know, prior art.  I would look
19 at the standards to see if the patent -- you know,
20 if claims in the patent were known before the
21 patent was issued, you know, and issue reports on
22 my opinions of whether the -- the patent was valid
23 or not valid.  And a lot of that had to do with --
24 with what was in the standards.
25       Q     Are any of the patents that were issued

1  to you standard essential patents?
2        A     Not that I'm aware of.
3        Q     Did you participate in any of the 3GPP
4  working groups?
5        A     I -- way back in the -- probably the
6  late '90s, I was asked to review some -- some
7  pre-issued standards and just kind of give my
8  input.  I don't really remember what -- what part
9  of the standards they were, but I do remember
10 looking at some of the standards and just
11 commenting on what I thought based on my
12 experience.
13       Q     Do you remember which standards those
14 were?
15       A     No, I think they were the -- probably
16 the GSM standards.  Maybe the early -- early 3G
17 standards.
18       Q     Do you know why the 3GPP standards
19 exist?
20       A     Well, I -- just like any standards
21 exists, I would assume that it's -- it exists so
22 different manufacturers of equipment and different
23 manufacturers of handsets can all operate
24 interchangeably.
25       Q     Are you familiar with the 802.11

1  standards?
2        A     Yeah, I -- it's been a while since I
3  read them, but I'm -- I'm familiar with those
4  standards, yes.
5        Q     Did you review any 802.11 standards in
6  preparation for your disclosures or the deposition
7  today?
8        A     I think I looked at -- the only thing I
9  looked at was the -- the issue dates of the -- of
10 the various -- I think in particular 802.11a and
11 802.11b, and I also looked at the -- you know,
12 like the maximum transmit range and -- or maximum
13 transmit power that's allowable and the frequency,
14 whether it's, you know, 2.4 or 5 gigahertz, and,
15 you know, just basic, high-level stuff.
16       Q     Do you know why the 802.11 standards
17 exist?
18       A     They exist, you know, so people that
19 build equipment, you know, routers or -- or
20 gateways that -- that use the 802.11 standards can
21 again operate, and since they operate with a --
22 with a terminal -- communications terminal, they
23 have to be, you know, designed such that they can
24 be compatible together.
25       Q     Besides looking at the issue dates for

1   the 802.11a and b standards, did you review any
2   other 802.11 standards?
3       A    No, not for this case.  I -- I'm aware
4   that there's many standards later, but I did not
5   look at them for this case.
6       Q    Based on your CV, you have experience
7   with networks including GSM, GPRS and UMTS; is
8   that correct?
9       A    Yes.
10      Q    Can you describe the extent of your
11  experience?
12      A    The experience is -- as far as the --
13  the handset was when I was working on cases
14  against Apple that dealt with the -- the early
15  iPhones and iPads, working to make sure that they
16  were compatible with, you know, the GSM network
17  and the UMT networks as far as, you know,
18  frequency and how the message -- the SMS and MMS
19  messages are sent, the protocols.  So I -- I would
20  have looked at the standards related to those
21  particular entities, you know, the -- the SMSC and
22  the BTS and the MSC, and the handset and the
23  antenna frequencies and modulation to verify
24  that -- that everything is proper and that
25  everything is compatible.

1       Q    Based on your CV, you have experience
2   with system servers, routers and switches; is that
3   correct?
4       A    Not a lot of experience, but I did do
5   some cases where I was, you know, looking at
6   the -- at the routers and servers to -- I believe
7   it was in an infringement case against -- not --
8   not cellular carriers but against manufacturers of
9   routers.  So I would -- I would have looked at
10  the -- the documents provided by the company
11  producing the router and looking at the
12  specifications.
13           Looking at the construction, you know,
14  to see if there was any -- in the case maybe it
15  involved copying, somebody copied the equipment.
16  So I would -- I would have looked at the
17  electronics and how it was designed to see if
18  elements in the design were something that I felt
19  was -- was designed or copied, you know.
20      Q    Do you have experience with any other
21  network components?
22      A    Just in -- in analyzing the patents, you
23  know, I -- I would have become familiar with
24  the -- with the NOBs and the MMEs and -- and the
25  gateways, the serving gateway, and the -- and

1   the -- you know, the data network servers, and,
2   you know.
3           I think one case involved, you know, the
4   IP mobility protocols, and so there was -- there
5   was tunneling, so I would have looked at that, you
6   know, and analyzed the patents for that.
7       Q    Do you have any experience with any
8   other network components specific to GSM, GPRS or
9   UMTS?
10      A    I probably do.  I just can't recall it
11  right now.
12      Q    Do you have any experience with the
13  EPDG?
14      A    What was that?
15      Q    Do you have any experience with the EPDG
16  component?
17      A    No.
18      Q    Are you aware that KAIFI and AT&T were
19  involved in an earlier lawsuit concerning the same
20  patent at issue in this case?
21      A    Yes.
22           MS. YANG:  I'm uploading a document
23  titled Memorandum Opinion and Order from the case
24  KAIFI LLC versus AT&T Corp.  It's Case
25  No. 2:19-cv-138-JRG, Docket No. 104.  This will be

1   marked as Exhibit 5.
2           (Blackburn Exhibit No. 5 was
3           marked for identification.)
4           THE WITNESS:  Okay, I have it.
5   BY MS. YANG:
6       Q    Are you familiar with this document?
7       A    Yes.
8       Q    This is the court's claim construction
9   order from the prior litigation against AT&T; is
10  that correct?
11      A    Yes.
12      Q    And you reviewed this claim construction
13  order from the AT&T case when preparing your
14  disclosures and declarations in this case; is that
15  correct?
16      A    Yes.
17      Q    You understand that some of the claim
18  terms at issue here were already construed by the
19  court in the AT&T case?
20      A    Yes.
21      Q    How closely did you read the court's
22  claim construction order in the AT&T case?
23      A    Very close.
24      Q    Do you agree with all of the court's
25  constructions in the AT&T case?

1      A    Yes.

2      Q    Did you know that KAIFI is proposing

3 different constructions in at least two instances

4 in this case?

5           MR. HAWKINSON:  Objection.  Form.

6           THE WITNESS:  They were -- I think the

7 wording was somewhat different, but I think the

8 court's construction was correct.

9           MS. YANG:  I'm uploading a document

10 titled Declaration of Brian T. Kelley, Ph.D.,

11 filed in the KAIFI versus AT&T case, Case No.

12 2:19-cv-138.  It's Docket 62-10.  This will be

13 marked as Exhibit 6.

14           (Blackburn Exhibit No. 6 was

15           marked for identification.)

16 BY MS. YANG:

17      Q    Did you review Dr. Kelley's declaration

18 submitted in support of KAIFI's claim construction

19 in the AT&T case when preparing your own

20 disclosures and declarations?

21      A    Yes, I did.

22      Q    How closely did you read Dr. Kelley's

23 declaration from the AT&T case?

24      A    I read it once, pretty thoroughly from

25 the -- from the start to the end.  I reviewed, you

1 know, particular sections of it later.  So I think

2 I did a pretty -- pretty good job in reviewing it.

3 I mean, I didn't, you know, review it totally

4 totally, you know, looking at every single word

5 and analyzing every word, but -- but I did review

6 it and reviewed his opinions.

7      Q    And you did more than just review his

8 opinions; you -- you, in fact, cite to Dr.

9 Kelley's declaration throughout your own

10 disclosures and declarations; is that correct?

11      A    Yes.

12      Q    Have you ever met Dr. Kelley?

13      A    No.

14      Q    Have you ever spoken with Dr. Kelley?

15      A    No.

16      Q    What are your impressions of

17 Dr. Kelley's opinions?

18           MR. HAWKINSON:  Objection.  Form.

19           THE WITNESS:  I pretty much agree with

20 what he says.  There are -- there are a few things

21 he stated that I didn't agree with.  But in

22 general, regarding the construction of the claims

23 at issue in this case, the T-Mobile case, I agreed

24 with what he said.

25 BY MS. YANG:

1      Q    Do you believe that Dr. Kelley is a --

2 is qualified to be an expert?

3           MR. HAWKINSON:  Objection.  Form.

4           THE WITNESS:  I really don't have an

5 opinion.  I mean, I looked through his background

6 and experience, and he looks like he -- you know,

7 he's a -- he's a -- received his degree in

8 electrical engineering.  He got a master's degree,

9 and he's been -- you know, he's got a doctorate

10 degree, and he's been teaching in the school of

11 engineering, and some of the areas that he's

12 teaching has to do with -- with, you know,

13 cellular systems and wireless LAN systems.  So I

14 think he would be pretty qualified.

15 BY MS. YANG:

16      Q    You stated earlier that there are a few

17 things that you didn't agree with from

18 Dr. Kelley's declaration.  Do you know what those

19 are?

20      A    Not offhand.  It was just -- it was

21 comments that he made.  You know, it was either in

22 the declaration or it was in his deposition

23 that -- that he made a comment that maybe I didn't

24 think was 100 percent correct.  I may have made

25 the comment differently.  But I don't remember

1 exactly what those were.  I don't believe it had

2 anything to do with the -- with the four terms

3 that I'm construing in this case.

4      Q    Do you remember generally what you

5 disagreed with?

6      A    No.  It had to do with the -- the

7 wireless local area network, and, you know, where

8 it was located, indoors, outdoors, and something

9 to do with that.

10      Q    Besides the claim construction briefing,

11 the court's order and Dr. Kelley's declaration,

12 did you review or consider any other materials

13 from the AT&T case?

14      A    From the AT&T case?

15      Q    From the AT&T case.

16      A    No, I believe that's it.

17      Q    Did you review any 3GPP standards in

18 forming your opinions?

19      A    No.  I only looked at the -- the

20 standards to get some dates of when they were

21 issued and when the information was, you know,

22 available to the public.  And so there was nothing

23 in there that I used specifically to render my

24 opinions.  Most of that is from my own experience

25 and knowledge of the -- of the networks and the

Page 42

1  systems.
2       Q    So besides looking at the dates for the
3  3GPP standards, you didn't substantively review
4  any 3GPP standards in forming your opinions; is
5  that correct?
6       A    No, I didn't.  That's correct.
7            MR. HAWKINSON:  Objection.  Form.
8  BY MS. YANG:
9       Q    Are you familiar with what an SSID is?
10      A    Yes.
11      Q    What is an SSID?
12      A    I believe it's a -- what they call a
13  service set ID.  So it is a 32 character bit
14  length that would have the information for the
15  serving system, such as, you know, maybe the --
16  the name of the -- of the network, the -- the IP
17  address of the network, the -- any variables of
18  the network, the security setup for the network.
19  And so that would all be included in the 32
20  characters of the SSID.
21      Q    How is an SSID used?
22           MR. HAWKINSON:  Objection.  Form.
23           THE WITNESS:  You know, to my knowledge,
24  I didn't do a lot of research on it.  But my --
25  from my experience and knowledge, the -- the

Page 43

1  wireless LAN broadcasts, the system ID or this
2  SSID at intervals that are -- that are variable,
3  that can be set.  And they're broadcast, and if a,
4  in this case, a terminal handset were to receive
5  those system IDs, it can determine whether or not
6  to -- to connect with -- with the system.
7  BY MS. YANG:
8       Q    Is it possible to have two networks with
9  the same SSID?
10      A    Yes, you could have two networks in the
11  same house that have the same ID.
12      Q    Is it possible to have two networks with
13  the same SSID in different locations?
14      A    I guess you could, but it would be -- I
15  mean, if -- if the person that had the system set
16  up the ID and it was identical with another ID,
17  you could, but normally you wouldn't want to do
18  that.
19      Q    So you mentioned that an SSID allows a
20  handset to connect to the network; is that
21  correct?
22      A    The SSID is -- is part of the
23  requirement for the determination of whether the
24  handset is granted access to that system.
25      Q    If I just had the SSID, would my handset

Page 44

1  know how to connect to the network?
2           MR. HAWKINSON:  Objection.  Form.
3           THE WITNESS:  Well, I mean, what do you
4  mean if you have -- if I just have the SSID?
5  BY MS. YANG:
6       Q    So in other words, would it be possible
7  for the network to route a call to someone's
8  handset based only on the SSID?
9       A    No.  There's other -- there's -- in this
10  case, IP mobility allows for what they call a
11  care-of address.  You know, so if you're -- if
12  you're roaming on a foreign network, let's say
13  it's a wireless internet network that's
14  broadcasting this SSID is the foreign network,
15  then the handset would be given a care-of address.
16  So the information that's normally routed to the
17  home network gets routed or tunnelled to the
18  foreign network, and then the foreign agent in
19  that network would route it to the handset.
20           So there's more needed than just the
21  SSID.  That's just the identification of the -- of
22  the wireless LAN, and whether the handset or
23  terminal -- communications terminal connects with
24  that -- that system, you know, depends on
25  what's -- what's stored in the handset.

Page 45

1       Q    Are you familiar with a Mac address?
2       A    Yes.  I don't work that much with Mac.
3  So...
4       Q    Is the SSID different than a Mac
5  address?
6       A    I don't know.  I mean, I just -- I know
7  what an SSID is.  I -- I do very little work
8  with -- with Mac technology.  But I know, you
9  know, Mac devices have Mac addresses.
10      Q    Do you know what a Mac address is?
11      A    I wouldn't want to comment.  I mean,
12  it's just -- I assume it's an address of a Mac
13  device.
14      Q    What would be an example of a Mac
15  device?
16      A    Well, a Mac computer.
17      Q    So you had mentioned that you had
18  reviewed the 802.11 standards for their
19  publication dates.
20      A    Yes.
21      Q    Do you recall when those publication
22  dates were?
23      A    I believe they were in the late '90s.
24  '98, '99, somewhere around there.
25      Q    So the 802.11 standards existed prior to

1  the year 2000; is that correct?
2      A   Yeah, I believe the 802.11, just -- just
3  plain 11, you know, was started back -- even maybe
4  in the '80s.  I don't know.  And then it wasn't
5  until the late '90s that the -- it was actually
6  implemented.
7      Q   Do you know who publishes the 802.11
8  standards?
9      A   IEEE.
10     Q   Did the inventor of the '728 patent,
11 Professor Cho, publish the 802.11 standards?
12     A   No.  I don't know if he --
13     Q   So he --
14     A   I'm sorry.  I was going to say I'm not
15 aware if he was involved in the standards.  I
16 mean, just as I was involved in some of the 3GPP
17 standards, you know, looking at them, I don't know
18 if he was involved in that.
19         MS. YANG:  I think we've been going for
20 about an hour, so I think now is a good time to
21 take a break.
22         THE VIDEOGRAPHER:  We are off the
23 record.  The time is 10:03.
24         (Recess.)
25         THE VIDEOGRAPHER:  We are on the record.

1  The time is 10:13.
2  BY MS. YANG:
3      Q   Mr. Blackburn, did you communicate with
4  your attorney during the break?
5      A   No, I did not.
6      Q   Did you communicate with anyone during
7  the break?
8      A   No.
9      Q   Did you review any notes during the
10 break?
11     A   No.
12         MS. YANG:  I'm uploading a copy of U.S.
13 Patent No. 6,922,728, which will be marked
14 Exhibit 7.
15         (Blackburn Exhibit No. 7 was
16         marked for identification.)
17         THE WITNESS:  Okay, I've got it.
18 BY MS. YANG:
19     Q   Have you read the '728 patent?
20     A   Yes, I have.
21     Q   How many times would you say you've read
22 the '728 patent?
23     A   I've reviewed it in detail a couple of
24 times and probably just reviewed parts of it
25 another five or six times.

1      Q   And when was the first time you saw the
2  '728 patent?
3      A   That would have been probably sometime
4  around the first part of March.  Or, actually, I
5  probably at least saw it when I was retained or
6  prior to my retaining in January 29th.  So I would
7  have -- I would have had it in my possession
8  probably, you know, mid-January to late January,
9  but I really didn't look at it other than to
10 verify that it's in my area of expertise.
11     Q   What was your reaction after reading the
12 patent?
13         MR. HAWKINSON:  Objection.  Form.
14         THE WITNESS:  Well, I -- I thought it
15 was a -- a good patent.
16 BY MS. YANG:
17     Q   Do you have any opinions on the '728
18 patent?
19     A   About what, and specifically?
20     Q   Did the '728 patent strike you as
21 inventive?
22         MR. HAWKINSON:  Objection.  Form.
23         THE WITNESS:  Yes.
24 BY MS. YANG:
25     Q   What was inventive about the '728

1  patent?
2          MR. HAWKINSON:  Same objection.
3          THE WITNESS:  The -- in the abstract it
4  talks about an internet network connecting and
5  roaming system and providing internet
6  communication service to a dedicated
7  communications carried by a user moving indoors or
8  outdoors.
9          So the -- the roaming between cellular
10 systems had been known -- in fact, I worked on
11 several cases where you were roaming between
12 different NOBs or different BTSs and -- but in
13 this case where it's a roaming system between a --
14 a wireless indoor network and a wireless outdoor
15 internet network was kind of unique to me.
16 BY MS. YANG:
17     Q   So you had mentioned you worked on other
18 cases where roaming was known.  Can you describe
19 what roaming was -- was in those cases?
20     A   So if you're -- if you're connected to
21 a -- to a cell tower on a particular sector, and
22 you either -- you either roam to another sector on
23 the same cell tower or you roam to another cell
24 tower, another base station, then you would -- you
25 would connect if you're on a call or whatever

Page 50

1  you -- you would remain connected and just switch
2  cell towers.
3      Q    Did you know who Professor Cho was
4  before you saw the '728 patent?
5      A    No.
6      Q    Did you know who KAIST was before you
7  saw the '728 patent?
8      A    I have heard of the company, either in
9  my, you know, review of -- of Korean patents for
10 other cases, but I -- I do recall the name.
11 Nothing really about what they did or who it was.
12     Q    Do you remember when you first heard of
13 KAIST?
14     A    No.  In this case I heard about it in
15 mid-January.
16     Q    Have you read any of Dr. -- or sorry,
17 have you read any of Professor Cho's publications?
18     A    No.
19     Q    In your 40-plus years of experience,
20 when was the first time you heard of a handover
21 between a cellular network and a wireless LAN
22 network?
23     A    Probably when I read this patent.
24     Q    So the first time you heard of a
25 handover between a cellular network and wireless

Page 51

1  LAN network would have been in March of 2021?
2      A    No, I mean regarding this case.  I mean,
3  I'm -- I'm aware of being able to switch between a
4  wireless local area network and a -- and a
5  cellular network, I mean for a long time.  I mean
6  it's -- you know, I've got -- I've got WiFi
7  calling, which I've been using for a couple of
8  years, so -- from AT&T, and so I knew about it.
9      Q    And do you remember when you first heard
10 about a handover generally between a wireless
11 network and a wireless LAN network -- sorry.  Let
12 me say that again.
13          Do you remember generally when you first
14 heard of a handover between a cellular network and
15 a wireless LAN network?
16     A    No.  It was probably ten years ago, I
17 would say.
18     Q    Do you remember what context it was when
19 you first heard of a handover between a cellular
20 network and a wireless LAN network?
21     A    No, I don't.
22     Q    So you mentioned that about ten years
23 ago was the first time you heard of a handover
24 between a cellular network and a wireless LAN
25 network; is that correct?

Page 52

1      A    I'm just estimating.  It may -- it may
2  have been before that or after -- you know, before
3  2010.
4      Q    Did it involve Professor Cho?
5      A    No.
6      Q    Did it involve KAIST?
7      A    No.
8      Q    Is it your opinion that the '728 patent
9  is the first to ever disclose, quote, seamless
10 switching between dissimilar networks?
11         MR. HAWKINSON:  Objection.  Form,
12 outside the scope.
13         THE WITNESS:  Yeah, I don't know.  I
14 mean, I just know that the claims -- when reading
15 the claims, it sounds novel to me, and I wasn't
16 aware of anything prior to this.
17 BY MS. YANG:
18     Q    I'd like to have you turn to your
19 disclosure, which we marked as Exhibit 1.
20     A    Okay.
21     Q    Paragraph 28.
22     A    Okay.
23     Q    You gave the opinion that the '728
24 patent discloses a novel method or algorithm to
25 achieve the seamless switching between dissimilar

Page 53

1  networks; is that correct?
2      A    Yes.
3      Q    What is novel about this switching?
4          MR. HAWKINSON:  Objection.  Form.
5          THE WITNESS:  That at the time of this
6  patent, the -- the seamless switching between
7  dissimilar networks was novel.
8  BY MS. YANG:
9      Q    Does the word "seamless" appear anywhere
10 in the specification?
11     A    I'm not sure.
12     Q    Does the word "seamless" appear anywhere
13 in the file history?
14     A    I'm not sure.
15     Q    What does the word "seamless" mean to
16 you in the context of your opinions?
17         MR. HAWKINSON:  Objection.  Form.
18         THE WITNESS:  That the term means that
19 if a communications terminal moves or is roaming
20 between these two dissimilar networks, that the --
21 the user of the communications terminal is not
22 aware of any interruption in connection or that
23 the -- the connection was even made.
24         I mean, there's -- there's -- the only
25 indication might be that the -- you know, the

Page 54

1  local one that's on the handset might change
2  from -- from the carrier to a -- a WiFi.  But in
3  general, it means that he -- he didn't have to --
4  the user didn't have to do anything as far as push
5  a button or select anything to -- to switch from
6  one network to another.
7  BY MS. YANG:
8      Q    So in your opinion, "seamless" means
9  that the user doesn't have to do anything to
10 switch from one network to another.
11          MR. HAWKINSON:  Object --
12          THE WITNESS:  Yeah, that's part of my --
13 that's part of my --
14 BY MS. YANG:
15     Q    Did the claims recite seamless
16 switching?
17     A    I don't think that --
18          MR. HAWKINSON:  Objection.  Form.
19          THE WITNESS:  Yeah, I don't think that
20 word is used, but it's implied.
21 BY MS. YANG:
22     Q    How is it implied?
23     A    From the words such as "uninterrupted"
24 would tell me that if it's uninterrupted, then
25 the -- the user wouldn't have had to do anything

Page 55

1  as far as selecting one -- one system or the other
2  system, that it just -- it just switched
3  automatically, and it was -- it was a seamless
4  switch where he wasn't aware of it.  So it's --
5  BY MS. YANG:
6      Q    So would you agree that the claim term
7  "provides roaming of voice data signals provided
8  to the user" means that the router in the '728
9  patent provides switching the network path of the
10 voice data communications automatically and
11 without interruption?
12     A    Where are you reading that from?
13     Q    I'm just reading the -- I'm just asking
14 you a question regarding the claim term of the
15 '728 patent.
16     A    Okay.  So which -- which -- we're
17 looking at claim 1, and which part of it?  Just in
18 the preamble or what?
19     Q    So claim 1, that very last limitation
20 that begins with "the router."
21     A    Yes.
22     Q    There's a clause that says:  "Provides
23 roaming of voice data signals provided to the
24 user."
25          Would you agree that that phrase means

Page 56

1  provides switching the network path of the voice
2  data communications automatically and without
3  interruption?
4      A    Yes.
5      Q    Would you agree that the location
6  register stores location information of the data
7  communication terminal?
8      A    Yes.
9      Q    Would you agree that the router in the
10 '728 patent determines the location of the data
11 communication terminal stored in the location
12 register?
13          MR. HAWKINSON:  Objection.  Form.
14          THE WITNESS:  I would agree that it has
15 something to do with it.  I mean, it's -- it may
16 not be the only element that's -- that's doing
17 that.
18 BY MS. YANG:
19     Q    Would you agree that the router makes
20 its routing decision based on a determined
21 location of the data communication terminal?
22          MR. HAWKINSON:  Objection.  Form.
23          THE WITNESS:  That's -- I mean, that's
24 one thing the router takes -- it takes into
25 consideration when making a decision.

Page 57

1  BY MS. YANG:
2      Q    Okay.  I'd like to ask you a little bit
3  more about the seamless switching.
4      A    Mm-hmm.
5      Q    Can we turn to Figure 2 of the '728
6  patent.
7      A    Okay.
8      Q    Can you tell me which one of these
9  routers performs the switching of the network
10 path?
11     A    Well, since the -- the home agent or the
12 foreign agent has something to do with it, because
13 that's what would store the location of the
14 communications terminal, you know, it looks like
15 maybe router -- router 40 would have something to
16 do with it.
17          But this is just a -- you know, a
18 possible implementation of a -- you know, there
19 may be -- it's showing here three routers.  There
20 could be -- there could be more -- more routers or
21 less routers.  But -- but just looking at this
22 figure, the -- you know, the home agent or foreign
23 agent is attached to the router.  So that would
24 probably have something to do with it.
25     Q    So in your opinion, routers 41 and 42

Page 58

```
 1  don't provide the switching; is that correct?
 2       A    I don't know.
 3            MR. HAWKINSON:  Objection.
 4            THE WITNESS:  I wasn't asked to do an
 5  analysis of routers and what the routers are
 6  doing.  So, you know, I really can't provide an
 7  opinion on which -- which router is doing any
 8  particular thing, you know.
 9  BY MS. YANG:
10       Q    Okay.  Yep, I just want a clarification.
11            So you mentioned, though, that you
12  believe router 40 performs a switching because it
13  is attached to the home agent and foreign agent;
14  is that correct?
15       A    I said it's possible that it's involved.
16  I didn't say it actually did the switching.
17            I mean, it looks like, you know, the --
18  the indoor -- the indoor gateway 100 has a -- has
19  a connection to that router.  So it would make
20  sense that that router 40, if it routed
21  information, you know, that's coming in from --
22  let's say that's coming in from the internet 50,
23  that it -- that router would then switch it to
24  that path which is going to the indoor gateway.  I
25  mean, it -- without doing a really complete
```

Page 59

```
 1  analysis, that would be my first observation.
 2       Q    Are you aware of any other references
 3  that disclose seamless switching in the late --
 4  late 1990s to early 2000s?
 5       A    I -- I know I've read that term and I've
 6  seen that term.  I'm not sure when it was or where
 7  it was, but I'm sure there must be other
 8  references that use the term "seamless switching."
 9       Q    Do you recall at all how long ago you
10  read those references?
11       A    No.
12       Q    Would it have been earlier than 2010?
13       A    I don't know.
14       Q    When you read the '728 patent, had you
15  heard of the technologies discussed in the patent?
16       A    Some -- some of the terms I have.  I
17  mean...
18       Q    Which of the technologies were familiar
19  to you?
20       A    Switching, roaming.  You know,
21  connecting.  You know, data communications
22  terminal or communications terminal.  I mean,
23  those are all -- would be known to a person
24  skilled in the art.
25       Q    What about some of the component
```

Page 60

```
 1  technologies, were you familiar with any of those?
 2       A    Can you give me an example?
 3       Q    So if we take a look at Figure 2, were
 4  you familiar with what a home agent/foreign agent
 5  was?
 6       A    Yes.
 7       Q    What about Bluetooth?
 8       A    Yes.
 9       Q    Is there anything else, any other
10  components you were familiar with?
11       A    I'm sure there are many in here that --
12  you know, just indoor network, outdoor network,
13  external network.  You know, PDAs, local area
14  networks, wireless local area networks.  I mean...
15       Q    Anything else?
16       A    PSTN, public switch telephone network.
17  Like I say, I'm sure there's lots more things in
18  here.  There's -- it talks about PDAs.  You know,
19  all kinds of different components.
20       Q    Okay.  And besides the components you've
21  just listed, can you think of anything else, any
22  other components you're familiar with?
23       A    No.
24       Q    Did you learn about these technology
25  components from the '728 patent?
```

Page 61

```
 1       A    No.
 2       Q    Was it known that an indoor network
 3  could be connected to the internet via a wire?
 4       A    Yes.
 5            MR. HAWKINSON:  Objection.  Form.
 6            THE WITNESS:  Well, I -- I missed the
 7  first part of your question.
 8  BY MS. YANG:
 9       Q    My question was, was it known that an
10  indoor network could be connected to the internet
11  via a wire?
12       A    Yes.
13       Q    Does the '728 patent rely on
14  technologies from the 3GPP standards or the 802.11
15  standards?
16            MR. HAWKINSON:  Objection.  Form.
17            THE WITNESS:  The 802.11 is part of the
18  wireless local area network family.  And so I
19  believe the 802.11 is not actually cited in the
20  patent, but in -- to me as a -- as a person
21  skilled in the art, any time a wireless local area
22  network is mentioned, it would indicate to me that
23  it's speaking, you know, about 802.11 or it would
24  be speaking about a Bluetooth or any other, you
25  know, indoor wireless network.
```

1  BY MS. YANG:
2      Q     Besides the 3GPP standards and the
3  802.11 standards, you cite other articles and
4  materials in your disclosure and declaration; is
5  that correct?
6      A     Yes.
7      Q     Did you personally review all of the
8  articles and materials cited in your disclosures
9  and declaration?
10     A     I reviewed them.  I didn't read them in
11  detail.
12     Q     Is a 2G or 3G network an indoor network?
13     A     No.
14     Q     If the 2G and 3G networks are not indoor
15  networks, are they outdoor wireless internet
16  networks?
17     A     Yes, that's my opinion.
18     Q     To your knowledge, does the patent ever
19  describe a 2G or 3G network as an indoor network?
20     A     Not that I'm aware of.
21     Q     Does the patent ever describe any
22  cellular networks as indoor networks?
23     A     No, not that I'm aware of.
24     Q     So the patent only ever describes
25  cellular networks as outdoor wireless internet

1  networks?
2      A     Yes.
3      Q     Would you agree that cellular networks
4  have base stations?
5      A     Yes.
6      Q     Does a base station have a designated
7  system ID?
8          MR. HAWKINSON:  Objection.  Form.
9          THE WITNESS:  It doesn't have a system
10  ID in the sense of a wireless local area network.
11  I mean, it has an address of where it's located
12  that's assigned by the carrier, but other than
13  that, it doesn't have any -- as far as I know, it
14  doesn't have any identifying ID that would be
15  broadcast or shared.
16  BY MS. YANG:
17     Q     So is it your opinion that a cellular
18  network does not broadcast any system ID
19  information?
20     A     That's my opinion, yes.
21     Q     If a base station doesn't broadcast
22  system ID information, how do mobile devices or
23  handsets connect to the base station?
24     A     If the handset is -- is authorized to
25  connect with that system, the information on

1  the -- on the SIM card for AT&T and T-Mobile, then
2  the -- some of that information is sent to the
3  base station when the handset is activated, and
4  the -- if it's part of the network or if you're a
5  subscriber of T-Mobile or AT&T, then it -- it
6  would be allowed to communicate through that cell
7  system.
8      Q     So how does the handset communicate with
9  the base station?
10         MR. HAWKINSON:  Objection.  Form.
11         THE WITNESS:  I mean, every -- every
12  cell system is a little different, and depending
13  on your handset, you know, whether it's a 3G or 4G
14  system, there's different messages that are sent
15  back and forth between the handset and the base
16  station.
17         There's a, you know, request for
18  connection.  You know, request for -- and then if
19  there's available bandwidth, the cell system could
20  come back and say, you know, we're going -- we're
21  going to assign you this channel.
22  BY MS. YANG:
23     Q     So in these messages, does it include
24  anything that identifies the network?
25     A     Not like a system ID, no.  I mean, I

1  don't think there's anything in there that --
2  there might be a -- something that says this is
3  AT&T or this is -- this is T-Mobile.  But not that
4  I'm aware of.
5      Q     So how does a cellular network identify
6  the base station?
7          MR. HAWKINSON:  Objection.  Form.
8          THE WITNESS:  How does a cellular
9  network identify the base station?
10  BY MS. YANG:
11     Q     Yes.  How are the different -- how are
12  the different base stations identified?
13     A     I'm sure they have some kind of address
14  or -- I know in the -- if you look at the cell
15  tower records, a -- a base station is identified
16  by a -- by a combination of numbers, which
17  probably indicates like an area code where the --
18  where the base station is located, and what area
19  and what switch it connects to, and that would be,
20  you know, included in that -- in that five- or
21  six-digit station identifier.  But that's not
22  broadcast to the handset.
23  BY MS. YANG:
24     Q     So if this station ID is not broadcast,
25  what information does the base station broadcast?

1     A     The only time there -- there's what I
2 call a broadcast, and a broadcast is a -- is a
3 communication to not just a single user but, you
4 know, broadcast is like a radio broadcast or a --
5 a system ID broadcast that anybody in the area can
6 pick up that broadcast.
7            So it could -- you know, if there's an
8 Amber Alert, it could broadcast information to all
9 the cell phones, you know, Look out for this car
10 and license plate number.  But that's not
11 broadcasting any kind of system ID information.
12    Q     But broadcasting an Amber Alert doesn't
13 allow a handset to know how to connect to the base
14 station; is that correct?
15    A     No, that's correct.
16    Q     So does the base -- sorry.  Let me start
17 that again.
18            Does the base station broadcast any
19 identifying information that will allow the
20 handset to know to connect to that base station?
21    A     Not in --
22            MR. HAWKINSON:  Objection.  Form.
23            THE WITNESS:  Not in a format of a
24 system ID.  It's -- it's more in just a -- a --
25 you know, if the handset is requesting service,

1 and the -- the base station sends back information
2 that -- that the -- you know, acknowledgment of a
3 request and -- and, you know, that type of
4 exchange of information, but that again has
5 nothing to do with any system ID information.
6 BY MS. YANG:
7    Q     What is your definition of "system ID
8 information"?
9    A     A System ID is a -- an ID that identifies
10 the system or the network.  So in a -- in a
11 wireless local area network, specifically an
12 802.11, the system ID would -- the ID would
13 identify the -- the serving set or the -- the
14 actual gateway and router that's doing the
15 handling of the information.
16    Q     Would the station ID of a base station
17 identify the system or network?
18            MR. HAWKINSON:  Objection.  Form.
19            THE WITNESS:  I didn't catch that.
20 BY MS. YANG:
21    Q     Would the station ID of the base station
22 identify the system or network?
23    A     I don't know.  I'm not privy to what
24 the -- the five- or six-digit code that's assigned
25 to each base station, what it -- what it stands

1 for.  You know, I mean, if there's some kind of
2 proprietary information in there, I'm not aware of
3 it.
4    Q     So the five-, six-digit code that --
5 would you consider that identifying a base
6 station?
7            MR. HAWKINSON:  Same objection.
8            THE WITNESS:  That's -- that's used for
9 allowing the, you know, network to know what
10 base -- what base station the user connected to.
11 It's usually included on the call detail records
12 so a person that -- that analyzes the call detail
13 records knows where that -- that base station is
14 located.
15 BY MS. YANG:
16    Q     So the five-, six-digit code allows a
17 user to know which base station it was connected
18 to; is that correct?
19    A     No, I didn't say that.  It allows the
20 network to know what base station the user
21 connected to.  That -- that's recorded -- that
22 would be recorded in the -- either the phone or
23 data records for the carrier, so on a particular
24 date at a particular time you would be able to
25 know what cell tower or base station the -- the

1 user connected to.
2    Q     So this five-, six-digit code can
3 identify a specific base station; is that correct?
4            MR. HAWKINSON:  Same objection.
5            THE WITNESS:  Yeah, I don't know if it
6 can identify a specific base station.  It can
7 identify, you know, an area code, an area where
8 the -- where the base stations are located.
9            Yeah, yeah, I'm not -- you know, there's
10 too many -- there's distributed systems, cellular
11 systems where you have antennas located away from
12 the base station, and so it becomes complicated
13 on, you know, how to identify those -- those
14 distributed systems.
15            So all I can say is that five- or
16 six-digit number is just some kind of number used
17 internally by the carrier to -- to know what base
18 station the user connected to.
19 BY MS. YANG:
20    Q     So is it your opinion that that five- to
21 six-digit code allows the network to know what
22 base station a user was connected to?
23    A     Well, it's in the records.  If you -- if
24 you -- it's in the -- what they call a call detail
25 record.  It's in that record that's -- that's

Page 70

1  saved by the computers in -- in the network.
2       So I'm not sure you can say the network
3  knows, but at least the -- the -- there's a
4  record -- there's a record that -- that a person
5  can look at to determine where it connected to.
6    Q    The cell phone receives information
7  broadcast from the base station that can tell a
8  phone whether the network is a T-Mobile network or
9  an AT&T network; is that correct?
10   A    I assume it would do that.  I'm not sure
11 how it does it.
12   Q    Can a signal from a cellular network be
13 received within an interior of a structure?
14   A    Yes.
15   Q    Would you agree that an indoor network
16 has a shorter broadcasting range?
17   A    No, I --
18       MR. HAWKINSON:  Objection to form.
19       THE WITNESS:  I wouldn't agree to that.
20 BY MS. YANG:
21   Q    Okay.  I'd like to ask some -- some
22 questions about the '728 patent again.
23   A    Okay.
24   Q    Would you agree that in the '728 patent
25 there are no examples where the location register

Page 71

1  is in the phone?
2    A    As far as examples, I don't know if
3  there is an example, but I believe the -- the
4  terminology or the -- the written description does
5  not limit the register to any particular location.
6       I know from my experience and my
7  knowledge that -- that the location register part
8  of it, some of it or all of it being located
9  within the communications terminal would actually
10 assist the network in -- in performing switching
11 and roaming functions.
12   Q    Okay.  Let's just walk through the
13 patent together real quick.  I'd like you to turn
14 to Figure 1A of the '728 patent.
15       And do you see on the right-hand side
16 where it says "HA/FA Location Register" number 80.
17   A    Yes.
18   Q    And in Figure 1A of the '728 patent, the
19 wireless terminal is all the way over on the left
20 where it says "Terminal 10."
21   A    You're still on -- oh, yeah, there it
22 is.  Okay.  Figure 10 -- or item 10?
23   Q    Item 10.
24   A    Yes.
25   Q    In Figure 1A of the '728 patent, is the

Page 72

1  location register external to the data
2  communication terminal?
3       MR. HAWKINSON:  Objection.  Form.
4       THE WITNESS:  On this figure, it's just
5  showing that there is -- there is an element
6  called a home agent location register or a foreign
7  agent location register, and is somehow attached
8  to or related to router 43.  But there's nothing
9  that tells me that that location register has to
10 be physically located any particular place.  I
11 mean, that line connecting the router and the
12 location register just says that they're somehow
13 related to each other.
14 BY MS. YANG:
15   Q    Does this figure show that the location
16 register is on the data communication terminal?
17   A    Physically it doesn't show it, no.
18   Q    Let's take a look at Figure 1B of the
19 '728 patent.
20       Similarly here, do you see where it says
21 on the right "HA/FA Location Register," item 80?
22   A    Yes.
23   Q    And in Figure 1B of the '728 patent on
24 the left, do you see where it says "Terminal,"
25 item 10?

Page 73

1    A    Yes.
2    Q    In Figure 1B, is the location register
3  external to the data communication terminal?
4    A    I mean, on the -- on this Figure 1B, it
5  shows it being a separate circle.  But again,
6  that -- I believe that the home agent and foreign
7  agent does not have to be a physical device.  It
8  could -- it could be a virtual implementation of
9  that agent, of that location register.
10       So I mean, it -- parts of it very well
11 could be on the terminal.  But in the figure, it's
12 just depicting it as an element in this network.
13   Q    But in Figure 1B, the home agent and
14 foreign agent is not in the terminal; is that
15 correct?
16   A    I can't say that.  All I can say is
17 there is an element called "HA/FA Location
18 Register" item number 80.  But the implementation
19 of where that location register could be is not
20 specified here.  It's just shown as an element.
21       So if I were to take Figure 1B and
22 design a -- a network, I could take part of that
23 location register and put it in the terminal, even
24 though it's not shown as being in the terminal.
25 It's just shown as a block, a diagram number 80.

Page 74

1    Q    But you agree that Figure 1B does not
2 show the home agent/foreign agent as being part of
3 the terminal; is that correct?
4    A    It doesn't show it on the figure, but it
5 doesn't mean that it's not in there.
6    Q    Can you point me to anywhere in the
7 specification where it -- where it's disclosed
8 that the home agent/foreign agent can be in the
9 terminal?
10   A    It doesn't -- it doesn't say that it
11 can't be.  If it said that the home agent and
12 foreign agent had to be located in the -- in the
13 network -- in the outdoor network in this case or
14 in the network, then I would say that's possibly
15 okay.
16        But it doesn't -- the specification
17 doesn't say that the, you know, location register
18 can't be located in the terminal.  Parts of it can
19 be located in the terminal.  I mean, if it's a
20 virtual -- if that router -- that HA/FA router is
21 a virtual router, part of it could be in the
22 software that's located in the terminal.
23   Q    So my question, though, is, is there
24 anywhere in the specification for where it shows
25 the HA/FA location register is in the terminal?

Page 75

1    A    It doesn't show it.  But it doesn't say
2 it can't be in there.
3    Q    Right.  But my question is, does it
4 show any -- does anywhere in the specification
5 show where it can be?
6        MR. HAWKINSON:  Objection.  Form.
7        THE WITNESS:  Well, it's showing right
8 here it can be in Figure 1B -- in this -- in this
9 particular embodiment, it can be in the -- in this
10 network.  It's showing as -- as bubble number 80.
11 But that's just one particular embodiment of
12 the -- of the patent.
13 BY MS. YANG:
14   Q    But in this Figure 1B, is the home
15 agent/foreign agent in the terminal?
16        MR. HAWKINSON:  Objection.  Asked and
17 answered.
18        THE WITNESS:  Yeah, I can't tell.
19 BY MS. YANG:
20   Q    So sitting here today looking at
21 Figure 1B, you can't tell that the home agent/
22 foreign agent, which is the circle on the
23 right-hand side, number 80, is in the terminal,
24 this box on the left-hand side, number -- item
25 number 10?

Page 76

1    A    No, I can't.  If that -- if that
2 location register, that HA/FA or FA router is a
3 virtual router, then it's software.  So part of
4 the software could easily be in the terminal.
5    Q    Does the patent anywhere say that the
6 home agent/foreign agent can be virtual?
7    A    I don't believe it says it, but the -- a
8 person of skill in the art would know that the
9 virtual routers existed.
10   Q    Okay.  Let's look at Figure No. 2.
11        And we see here again that there is an
12 "HA/FA Location Register" number -- item number 80
13 on the right-hand side.  Do you see that?
14   A    Yes.
15   Q    And here we see on the left-hand side of
16 Figure 2 of the '728 patent where it says
17 "Terminal," item 10.  Do you see that?
18   A    Yes, I do.
19   Q    In this embodiment in Figure 2, is the
20 location register external to the data
21 communication terminal?
22   A    I can't tell.  Again, the same argument
23 that the HA or FA register there, the router could
24 be distributed to various locations, and one of
25 those locations could be the -- the terminal.

Page 77

1 Part of it could be in the terminal.
2    Q    Is that shown in Figure 2?
3    A    No, it's just shown as an FA -- HA or FA
4 location register designated by number 80 that's
5 connected to a router.  But it doesn't tell me
6 that that location register can't be in various
7 places on this figure.
8    Q    But the figure itself doesn't show the
9 HA/FA in the data communication terminal -- I'm
10 not asking for possibilities.  I'm asking does
11 this figure show HA/FA location register in the
12 terminal?
13        MR. HAWKINSON:  Objection.  Form.
14        THE WITNESS:  You know, again, the
15 circled number 80 shows that the -- there is an FA
16 -- there is an HA or an FA location register as
17 part of this implementation.  And you know, if I
18 were to take this Figure 2 and -- and design a
19 system, there's nothing that says I can't put part
20 of that location register in the terminal, based
21 on this figure.
22 BY MS. YANG:
23   Q    Right.  But I'm not asking you for what
24 possibilities could be from Figure 2.  I'm asking
25 you in Figure 2 itself, does it show the HA/FA in

1    the data communication terminal?
2         A    It again --
3              MR. HAWKINSON:  Objection.
4              THE WITNESS:  It shows a required
5    element, which is an HA or FA location register,
6    that is related to a router and related to an
7    indoor wireless connection module 100, and that --
8    you know, I can't say that that -- parts of that
9    register cannot be in the -- in the module in the
10   connection terminal, communications terminal.
11             But, I mean, if you just looked at this
12   figure, and you -- you took some layperson who
13   said where is that HA/FA location register, they
14   might -- without knowledge, they would say, Yeah,
15   it shows it's right there in that bubble, and it's
16   connected to that router.
17             But you're not asking a layperson;
18   you're asking an expert.  And so I'm saying that
19   if I were to implement that Figure 2, I could put
20   part of it in that communications terminal, and
21   that figure does not inhibit me from doing that.
22   BY MS. YANG:
23        Q    So the -- you've mentioned that the
24   HA/FA location register is connected to the router
25   number 40; is that correct?

1         A    Yes.
2         Q    Is router number 40 part of the data
3    communication terminal?
4         A    No.  Well, it could be -- you know,
5    again, a router can be a virtual -- you know, that
6    router is also -- because of if it's a roaming
7    system and -- and let's say the indoor gateway
8    down here, number 100, is the foreign agent, then
9    the -- actually, the foreign agent location
10   register would probably be somehow connected with
11   that -- with that indoor gateway.  And the router
12   that's shown as number 40, part of that router
13   would also be in the indoor gateway.  So --
14        Q    So, Mr. Blackburn, I'm not asking you to
15   speculate.  I'm just asking you a simple question
16   of whether the router is part of the data
17   communication terminal in Figure 2.
18        A    Again, the -- you're -- you're asking me
19   to interpret this figure only in one possible
20   implementation, and I'm saying that this
21   implementation as shown probably wouldn't work.  I
22   mean, you wouldn't have a -- an HA/FA location
23   register both -- both at the same location
24   connected to the same router.
25             And so I'm saying that that -- parts --

1    parts of that router 40 could be located in the
2    indoor gateway.  Parts of that router being
3    virtual could be located in the -- in the handset.
4         Q    What about the VoIP by -- the VoIP
5    gateway, number -- item number 60, could that be
6    part of the data communication terminal?
7         A    The fact that it says "VoIP server,"
8    that part of that router is probably limited to
9    that -- that network right there.  So you
10   probably wouldn't -- you wouldn't see actually
11   parts of the routing in the handset.  That -- that
12   router is -- is deciding where to send the voice
13   packets.  You know, so it would be sent over
14   number 60.  It says voice over IP gateway, so
15   that's where it would route it to.
16        Q    So is it your opinion that item 60,
17   voice gateway -- sorry, voice over IP gateway is
18   not in the data communication terminal?
19        A    No, it's -- it's most likely not.  It's
20   most likely an interface to the public switch
21   telephone network.  So the -- the voice over --
22   the voice packets that are traveling through
23   number 60 gets converted to -- somewhere along the
24   line it gets converted to audio in the -- in the
25   telephone network.  So that would not be

1    necessarily a function that was done in the
2    handset.
3         Q    What about the indoor wireless
4    connection module?  Do you see that in Figure 2 on
5    the left-hand side, it's a box with the letter A?
6         A    Yes.
7         Q    Is that in the data communication
8    terminal?
9         A    That is, yes.  That looks like -- if I'm
10   reading this right, so there is a -- so the --
11   the -- the handset would have a -- a connection
12   module, because it has to be able to send
13   wireless -- wireless signals either to the indoor
14   gateway or, in this case, it's showing it's going
15   to a BTS or it's going to a -- antenna number 32.
16        Q    So in this figure the indoor wireless
17   connection module is shown to be in the data
18   communication terminal; is that correct?
19        A    I'm not sure -- I'm not sure where it's
20   showing.  I'm just saying in the communications
21   terminal, there is a -- a connection module.
22   Well, actually, since it says "Indoor Wireless
23   Connection Module," that's -- that's probably
24   talking more about the -- the indoor network than
25   a connection module.

1        I'm not sure.  This -- Figure 2 is kind
2  of confusing.
3        Q    What about the wireless LAN card?  Is
4  the wireless LAN card shown here in Figure 2 with
5  the box labeled B, is that in the data
6  communication terminal?
7        A    That could be, because that's usually
8  just a card that plugs into the back of a -- in
9  this case it would be like a computer terminal.
10  And so that there is a wireless card that would go
11  into the computer, and -- but I'm not sure if
12  this -- it just says "Wireless LAN Card."
13  There's -- there's a wireless LAN card that could
14  be in the -- I mean, this is -- this is old time
15  here.  This is early -- early days.  So it's --
16  all it's doing is providing a wireless function.
17  So since a handset provides a wireless function,
18  there is -- there could be a LAN card in a
19  handset.
20        Q    So if I'm looking at Figure 2 and I see
21  this box labeled terminal item number 10, I see
22  two smaller boxes that we just discussed, the
23  indoor wireless connection module labeled A and
24  wireless LAN card labeled B, that are drawn inside
25  of the box labeled 10; is that correct?

1        A    Yeah.  In fact, now looking at
2  number 10, it actually has on the bottom, it says
3  "Terminal."  So this would be what's in the
4  terminal.
5        Q    Okay.  So we can tell from Figure 2
6  pretty clearly that the boxes labeled A and B are
7  in the terminal; is that correct?
8        A    That's what I interpret this as.
9        MR. HAWKINSON:  Objection to form.
10        THE WITNESS:  Yeah.
11  BY MS. YANG:
12        Q    Is the box labeled "HA/FA Location
13  Register" drawn in the terminal, item 10?
14        A    It's not drawn in there, but again, I --
15  I stick with my opinion that the -- that the HA or
16  FA location register or parts of that register
17  could be implicated in the -- in the terminal
18  number 10.
19        Q    Are there any other examples in the '728
20  patent where it shows a location register can be
21  in the data communication terminal?
22        A    I don't know if it specifically says
23  that, but it does not say that it has to be
24  outside of the -- of the terminal.  So I interpret
25  that, if it doesn't say it has to be outside, then

1  it possibly could be inside.
2        Q    So is it your opinion that if the patent
3  does not explicitly exclude something, that the
4  patent claim can cover that?
5        A    I'd have to look -- you know, I look at
6  the specification as a whole and I look at the
7  claim, and -- and my experience in this particular
8  case, I know that parts of a location register can
9  be in a communications terminal.  It performs
10  certain functions in there, and it helps the --
11  the network to be more efficient.
12        Q    But you haven't pointed me to anywhere
13  in the specification where it expressly says that
14  the location register can be in the data
15  communication terminal; is that correct?
16        A    No, I don't think it does, but it does
17  not say it can't be in there.  And so if I look at
18  my -- if I look back at that time frame, and I
19  said what was happening in handsets, and I've got
20  a lot of experience with the Apple iPhones that I
21  worked on, and there is nothing that precludes the
22  location register or parts of that location
23  register from being in that terminal.
24        Q    So is it your opinion then that just
25  because the patent specification doesn't

1  explicitly exclude something, that it can be
2  within the scope of a patent claim?
3        MR. HAWKINSON:  Objection.
4        THE WITNESS:  No, it's -- in this
5  particular case, I'm looking at the -- what the
6  claim says, what it doesn't say, and what my
7  experience says and what my experience with
8  handsets says, and I'm concluding that there's
9  nothing to prevent parts of that location register
10  from being in that terminal.
11  BY MS. YANG:
12        Q    Is it your opinion that you could
13  construe the scope of a claim to include something
14  that is not expressly in the specification?
15        MR. HAWKINSON:  Objection.  Form.
16        THE WITNESS:  I don't know.  That's more
17  getting toward the legal.  I don't know about
18  that.
19  BY MS. YANG:
20        Q    Well, you've just given me an opinion
21  that just because the patent specification doesn't
22  expressly exclude the location register being in
23  the data communication terminal, that the claim
24  could cover that; is that correct?
25        A    That's what I'm saying, yes.  In this

Page 86

1    particular instance, yes.
2        Q    So is it your opinion then that you can
3    construe the scope of a claim to include something
4    that is not in the specification?
5        MR. HAWKINSON:  Objection.  Form.
6        THE WITNESS:  I'm not saying -- again,
7    I'm saying in this particular instance, I'm
8    applying my experience -- 40-plus years of
9    experience and my experience with handsets in
10   particular that what can and cannot go into a
11   terminal.
12       And if I look into the mind of Dr. or
13   Mr. Cho when he wrote this patent, I feel that he
14   would feel the same thing, that parts of that
15   location register -- just because he didn't draw a
16   line over to the terminal, that part of that
17   location register could be included in that
18   terminal.
19   BY MS. YANG:
20       Q    On what basis do you have that Dr. Cho
21   or Professor Cho would have known that?
22       A    Well, he wrote the patent, so he
23   understands the technology.  And, you know,
24   location registers and registers that -- that
25   store the location of the handset, you know -- you

Page 87

1    know, were known.  I mean, the -- the handsets
2    performed functions that would require the
3    location to be known.
4        Q    So if Dr. Cho -- Professor Cho could
5    have drawn a line or drawn a box around FA
6    location register to include that in the terminal;
7    is that correct?  He could have drawn that.
8        A    Well, if he did that, he would have had
9    to draw in other lines.  He would have had to draw
10   parts of the router connected to 100, to the
11   indoor gateway.  He would have had to -- you know,
12   it would have -- it would have complicated the
13   figure.
14       And so I think the figure itself is --
15   is good.  It shows what the elements are and what
16   the required elements are.  And it's up to the
17   person implementing this -- this -- this figure,
18   you know, where that location register is going to
19   go.
20       Q    So if --
21       A    And again, I say there's nothing that
22   prevents part of that from being, you know, in
23   that terminal.
24       Q    So he knew how to draw an indoor
25   wireless connection module to be in the terminal;

Page 88

1    is that correct?
2        A    He did what?
3        Q    He knew to -- how to draw an indoor
4    wireless connection module to be in the terminal;
5    is that correct?
6        A    Yes.
7        Q    And he knew how to draw a wireless LAN
8    card to be in the terminal; is that correct?
9        A    Yes.
10       Q    But he didn't draw the F -- HA/FA
11   location register to be in the terminal; is that
12   correct?
13       A    That's correct, because the -- the
14   indoor wireless connection module is not a virtual
15   network.  It's a -- it's a physical module that --
16   that transmits wireless signals, and you can't do
17   that virtually.  Okay.
18       So I'm saying in -- there's -- the HA/FA
19   location register being virtual is totally
20   different than being a wireless LAN card, which is
21   a physical implementation.
22       Q    All right.  Mr. Blackburn, I'm not
23   asking you to speculate.  I'm just asking you a
24   simple question.  Did he draw the HA/FA location
25   register to be in the data communication terminal?

Page 89

1        A    He didn't actually --
2        MR. HAWKINSON:  Objection.  Asked and
3    answered.
4        THE WITNESS:  He didn't draw a line like
5    you're implying.  No, he did not draw a line over
6    there.
7        MS. YANG:  Okay.  I think we have just
8    been about going for another hour.  So I think
9    we'll take another ten-minute break right now.
10       THE WITNESS:  Okay.
11       MS. YANG:  If that's okay with everyone.
12       MR. HAWKINSON:  Sure.
13       THE VIDEOGRAPHER:  We are off the
14   record.  The time is 11:14.
15       (Recess.)
16       THE VIDEOGRAPHER:  We are on the record.
17   The time is 11:23.
18   BY MS. YANG:
19       Q    Mr. Blackburn, did you communicate with
20   your attorney during the break?
21       A    No, I did not.
22       Q    Did you communicate with anyone during
23   the break?
24       A    No.
25       Q    Did you review any notes during the

Page 90

1  break?
2       A    No.
3       Q    Looking back at claim 1 of the '728
4  patent, would you agree that the location register
5  stores the location information?
6       A    Yes.
7       Q    Would you agree that the router
8  determines the location of the data communication
9  terminal stored in the location register?
10           MR. HAWKINSON:  Objection.  Form.
11           THE WITNESS:  Yes.
12 BY MS. YANG:
13      Q    The claims do not say that the router
14 determines the location of the data communication
15 terminal stored in the data communication
16 terminal; is that correct?
17      A    No, it doesn't specify where it's --
18 where it's stored, just that it's stored in the
19 location register.
20      Q    So at some point the location of the
21 data communication terminal must be transmitted to
22 the location register so the router can use the
23 information; is that correct?
24      A    That's one -- one thing, yes.
25      Q    Is the router on the network?

Page 91

1       A    The router -- the router is -- is most
2  likely on the -- in this case on the -- on the
3  network, yes.
4       Q    How does the location information get to
5  the router?
6       A    Well, the data -- the data communication
7  terminal has the capability of -- of determining
8  its location through either, you know, GPS,
9  cellular triangulation, assisted GPS, you know,
10 TrueCall, True -- PCM data, PCMD data.
11           And so the -- the commu- -- the data
12 communication terminal can determine its location,
13 and -- and, you know, once it's determined its
14 location, it has to -- you know, for anything, it
15 has -- it has to store that somewhere.
16      Q    And where is that location information
17 stored?
18      A    Well, I'm saying it's stored in a -- in
19 a register inside the data communication terminal.
20 And if that's its storing location, you could call
21 it a location register.
22      Q    So would you agree that the data
23 communication terminal stores its location in the
24 location register?
25      A    Yes, it's stored -- the -- the location

Page 92

1  of the data terminal is stored in the location
2  register.
3       Q    And then the router determines location
4  of that data communication terminal from the
5  location information stored in the location
6  register; is that correct?
7       A    Yes, mm-hmm.
8       Q    Is it your opinion that storing the
9  location information can require two or more
10 structures?
11      A    I'm not seeing -- where -- where are you
12 getting the two structures at?
13      Q    Is -- so let me -- let me back up.
14           So the location information is stored in
15 the location register.  Would you agree with that?
16      A    Yes.
17      Q    Can the location register be two or more
18 structures, in your opinion?
19      A    It could be two or more -- two or more
20 locations.  I guess physical locations, so
21 structures being in a router or in a terminal or
22 in a network, those -- if you're -- those would be
23 different structures, I assume is what you're
24 talking about.
25      Q    How many bits does it take to store

Page 93

1  location information of the data communication
2  terminal?
3            MR. HAWKINSON:  Objection.  Form.
4            THE WITNESS:  I wouldn't know exactly.
5  It depends on the -- on the format and what is
6  being stored, but not that much.
7  BY MS. YANG:
8       Q    What would the average number of bits
9  used to store the location information on -- of
10 the data communication terminal be?
11      A    I have no idea.  I mean, it's -- if
12 you're talking about 8 bits to a byte, I would --
13 you know, I mean, storing -- using -- using 20 or
14 30 bytes to store information is nothing.
15      Q    In your -- in your opinion, to store
16 approximately 20 or 30 bytes requires at least two
17 or more locations?
18           MR. HAWKINSON:  Objection.
19           THE WITNESS:  No --
20           MR. HAWKINSON:  Misstates testimony.
21           THE WITNESS:  The -- the same
22 information could be stored in the different
23 places.
24 BY MS. YANG:
25      Q    So is it your opinion that the 20 or 30

1 bytes are duplicated in different places?
2    A    Could be.
3    Q    Is it your opinion that at the time of
4 the '728 patent, the concept of distributed
5 location registers was well known?
6    A    I believe so.
7    Q    Does the '728 patent disclose in the
8 specification that the location register can be
9 distributed?
10   A    I don't recall it using the word
11 "distributed," but it -- the fact that it -- it
12 doesn't limit it to any particular location.  It
13 just says -- for instance, in the claim we were
14 just talking about, it says "stored in the
15 location register."  It doesn't say stored in the
16 network location register.  It doesn't say stored
17 in the data communication terminal location
18 register.  It just says "stored in the location
19 register."
20        So there's nothing to prevent that
21 location register from being in multiple places
22 and possibly storing the same information.
23   Q    But does the '728 patent expressly
24 disclose that the location register can be
25 distributed?  Just a -- (inaudible).

1    A    Repeat -- repeat that.
2    Q    Does the '728 patent disclose that the
3 location register can be distributed?
4    A    I don't know if it discloses it, but
5 again, as a person of skill in the art, and -- and
6 my understanding of the technology at that time
7 period, that would be something that would be, you
8 know, recognized as a possibility.  I mean,
9 there's -- that wasn't something new.
10   Q    So is it your opinion that the '728
11 patent does not state anywhere that the location
12 register can be distributed?  Just a yes or no.
13        MR. HAWKINSON:  Objection.  Asked and
14 answered.
15        THE WITNESS:  Yeah, I don't know if it
16 states it.  It's just implying the fact that it
17 doesn't -- it doesn't limit it to any particular
18 place.
19 BY MS. YANG:
20   Q    Could the location register be
21 distributed between the data communication
22 terminal and another network component?
23   A    Yes.
24   Q    What if the court decides that the
25 location register cannot be distributed, could the

1 location register be wholly on the mobile device?
2        MR. HAWKINSON:  Objection.
3        THE WITNESS:  I don't know.  I'd have to
4 analyze that to -- to know.
5 BY MS. YANG:
6    Q    But it is your -- it is your opinion
7 that it's possible for the location register to be
8 in the mobile device.  Is that correct?
9    A    Well, I'm not saying the whole thing has
10 to be in there.  I'm saying parts of it could be
11 in there.
12   Q    And where would the other parts be?
13   A    They would be distributed to somewhere
14 in -- in the routers in the network.
15   Q    So is it your opinion that the location
16 register can be distributed between the mobile
17 device and the network?
18   A    That's a possibility, yes.
19   Q    So would you agree that a portion of the
20 location register must be on the network?
21   A    I don't -- I don't know.  I mean, the --
22 with a -- you know, virtual routers, depending on
23 where the router is, because the router is what
24 would have the parts of the location register, and
25 so I can't say exactly where that would be.  If it

1 would be in the network or if it would be in a --
2 in a mainframe somewhere or if it would be in
3 just -- you know, in the -- I don't know.
4    Q    But you agree that the location register
5 cannot be wholly in the data communication
6 terminal; is that correct?
7    A    I think --
8        MR. HAWKINSON:  Objection.  Form.
9        THE WITNESS:  You know, I don't know.
10 There could be an implement -- implementation
11 where it could be there.
12        MS. YANG:  Okay.  I am uploading an
13 article which is cited in your declaration.  It's
14 titled "Towards a Flexible Functional Split for
15 Cloud-RAN Networks" by Andreas Maeder, et al.  It
16 was also submitted with the claim construction
17 briefing as Docket 135-12.
18        And this will be marked as Exhibit 8.
19        (Blackburn Exhibit No. 8 was
20        marked for identification.)
21        THE WITNESS:  Okay.
22 BY MS. YANG:
23   Q    You cited to the Maeder article in your
24 declaration; is that correct?
25   A    Yes, I believe this is the one in there.

1      Q    And you cited the Maeder article for
2  support that a location register can be
3  distributed; is that correct?
4      A    Correct.
5      Q    The Maeder article was published in
6  2014; is that correct?
7      A    Yes.
8      Q    So the Maeder article is written for the
9  5G and LTE environment; is that correct?
10     A    Let me look through this for a minute
11 here.  (Peruses document.)
12          Yeah, I think I cited this because
13 the -- even though it's a 2014 document, it -- it
14 talks about the different layers in the -- in
15 the -- like the OSI or the Mac device.  And -- and
16 the OSI has been around for a long, long time,
17 having the different layers, the physical layer
18 and the applications layer.
19          And so I think in 2014, even though it's
20 talking about -- you know, it's talking about the
21 benefits and disadvantages of -- of centralized
22 databases and registers, that it could have been
23 applied to designs at the time of the '728 patent.
24     Q    So it's your opinion that an article
25 published in 2014 in the context of a 5G and LTE

1  environment can describe the state of art for
2  distributed storage in 2000, 2001?
3      A    If it references certain functions that
4  were available at the time of the '728 patent or
5  before, then I would think some of the information
6  would be relevant.
7          MS. YANG:  Okay.  I'm uploading an
8  article also cited in your declaration titled
9  "Mobile Agent- Based Performance Management for
10 the Virtual Home Environment," by C. Bohoris,
11 et al., and this was submitted as Docket 135-13,
12 and will be marked Exhibit 9.
13          (Blackburn Exhibit No. 9 was
14          marked for identification.)
15          THE WITNESS:  Okay.
16 BY MS. YANG:
17     Q    You cite the Bohoris article for support
18 for your position that the location register can
19 be distributed; is that correct?
20     A    Yes.
21     Q    The Bohoris article doesn't talk about
22 location registers; is that correct?
23     A    No, it just talks about storage and --
24 and -- I'm looking here for any particular code,
25 any things that -- you know, so it talks about

1  decentralized functions and -- and even though it
2  doesn't specifically say location register, it's
3  my opinion that the -- the technology and the
4  applications here could be applied to the location
5  register.
6          You know, again, it talks about the --
7  the OSI model and -- which was well known back in
8  the '80s when it was developed.  And so I think
9  one could take some of the evidence of this
10 article and -- and apply it to a location
11 register.
12     Q    But the Bohoris article doesn't disclose
13 anything about a location register being
14 distributed; is that correct?
15     A    It doesn't -- no, it doesn't
16 specifically say anything about a location
17 register, but it talks about the decentralization
18 of -- of data and the benefits of doing that.
19          MS. YANG:  Okay.  I'm uploading a
20 document 3GPP TS 22.121, Version 4.0.0.  This is
21 Docket 135-14.  This will be marked Exhibit 10.
22          (Blackburn Exhibit No. 10 was
23          marked for identification.)
24          THE WITNESS:  Okay.  I've got it.
25 BY MS. YANG:

1      Q    So this is another reference that you
2  cite in your declaration; is that correct?
3      A    Yes.
4      Q    What portions of this standard are you
5  citing to to support your position that the
6  location information can be distributed?
7      A    (Peruses document.)  Well, it talks
8  about this virtual home environment and the
9  portability across network boundaries of -- of
10 different concepts, and -- again, I -- I -- it
11 doesn't specifically talk about a location
12 register, but it does talk about the -- you know,
13 the decentralization of functions that can be, you
14 know, located in different -- different parts of
15 the home in this case or wherever.
16          So, I mean, it's just a -- it's just an
17 article that shows that -- that decentralization
18 or, you know, putting parts of network elements in
19 different places have benefits, and that's...
20     Q    But -- so in your declaration, you don't
21 cite anywhere specific in 22.121 that states the
22 location register can be distributed; is that
23 correct?
24     A    Not specifically the location register,
25 but again, I think someone with -- with skill in

Page 102

1   the art and understanding of -- of networks could
2   apply this to a location register, the benefits
3   of -- of -- that are discussed -- discussed in
4   these different articles.
5          MS. YANG:  Okay.  I am uploading an
6   article cited in your declaration titled
7   "Distributed Router Architecture for Packet-Routed
8   Optical Networks" by Michael Düser, et al.  Docket
9   135-15.  This will be marked Exhibit 11.
10          (Blackburn Exhibit No. 11 was
11          marked for identification.)
12          THE WITNESS:  Okay.
13   BY MS. YANG:
14      Q    You cite to this article in your
15   declaration; is that correct?
16      A    Yes.
17      Q    And this article is about distributed
18   routers, correct?
19      A    Yes.
20      Q    This article is not about distributed
21   location registers, correct?
22      A    Well, I think the reason I did this was
23   because routers -- if you look at -- if you look
24   up, you know, home agent and foreign agent, and
25   you look up that they have location registers, and

Page 103

1   the definitions of -- of a home agent or foreign
2   agent is a router.  So whether the location
3   register is part of that router or -- or is part
4   of that router, this article, you know, talks
5   about the distributed router.
6          So the fact that you're distributing a
7   router function to different places, you know,
8   could imply that you're also distributing the
9   location register functions to different
10   locations.  So that's why it's cited.
11      Q    I'm not -- Mr. Blackburn, I'm not asking
12   for your interpretation of this article.  I'm just
13   asking simply, this article isn't about
14   distributed location registers; is that correct?
15      A    No, it's about distributed routers.
16   Which include location registers.
17          MR. HAWKINSON:  I just want to -- I'm
18   sorry to have to say this, but there's gardening
19   or something happening outside.  So if folks can
20   hear it on the Zoom and it gets annoying, I can go
21   on mute until I need to object or say something.
22   So please let me know if you hear ambient noise
23   that's distracting.
24          THE WITNESS:  Okay.
25   BY MS. YANG:

Page 104

1      Q    So let's talk a little bit more about
2   the home agent and foreign agent.
3      A    Okay.
4      Q    If you can turn to the patent and look
5   with me at column 9.
6      A    Okay.  What exhibit was that?  So I
7   can --
8      Q    That's Exhibit 7.
9      A    Okay.  Okay.
10      Q    And if we just look at column 9, lines
11   12 to 15, it says -- it says that the home agent
12   or foreign agent records a current location of a
13   data communication subscriber.
14          Do you see that?
15      A    Yes.
16      Q    And just to confirm, it says "or."  Is
17   that correct?  It doesn't say "and."
18      A    It says "or."
19      Q    Are these terms being used as they are
20   in the mobile IP standard as disclosed in RFC
21   2002?
22          MR. HAWKINSON:  Objection.  Form.
23          THE WITNESS:  Yes, I believe the -- the
24   home agent and the foreign agent records a
25   location of the data communication terminal, and

Page 105

1   that is part of the IP protocol, the mobility
2   protocol.
3   BY MS. YANG:
4      Q    And the mobility protocol is disclosed
5   in the standard RFC 2002; is that correct?
6      A    I believe that's it.  I'm not sure.
7      Q    Did you review the Mobile IP Protocol
8   standard in preparation for your declaration or
9   this deposition today?
10      A    No.
11      Q    As of 2001, were you aware of any home
12   agents or foreign agents that were located on the
13   mobile device itself?
14      A    Again, since the -- the home agent and
15   the foreign agent are routers, and they perform
16   the function of -- of forwarding or passing
17   information between networks, I think -- without
18   going back and looking at what I -- what I did in
19   the late '90s, the handset in the late '90s had
20   inputs and how the handset was to be handed over
21   in a cellular system, and helped determine, you
22   know, when a hand -- when a switch between
23   networks was required.
24          And so I think that the -- in that -- in
25   that case, the handset would have parts of a home

1  agent or a foreign agent location register
2  included in that handset.  Because it would have
3  to know where it is, it would have to know, you
4  know, where it's going, and it would have to know
5  if it's -- if it needs to switch to a different
6  network.
7          So I believe at -- at the time of this
8  patent -- or before the time of this patent
9  that -- that at least I knew that the home agents
10  and foreign agents or parts of a virtual network
11  could be in the home -- in the communications
12  terminal.
13      Q    In your declaration, do you cite to
14  anywhere in RFC 2002 that expressly states the
15  home agent and foreign agent can be located on the
16  phone?
17      A    I don't think I do, no.
18          MS. YANG:  Okay.  I'm uploading an
19  article cited in your declaration titled "DHARMA:
20  Distributed Home Agent for Robust Mobile Access"
21  by Yun Mao.  It's Docket 135-16, and this will be
22  marked Exhibit 12.
23          (Blackburn Exhibit No. 12 was
24          marked for identification.)
25          THE WITNESS:  Okay.

1  BY MS. YANG:
2      Q    And you cite to this article in your
3  declaration; is that correct?
4      A    Yes.
5      Q    And the Mao article, would you agree
6  that the article discusses having multiple home
7  agents?
8      A    Are you asking me if it does?
9      Q    Yes.  Would you agree that the Mao
10  article discusses having multiple home agents?
11      A    I think from the title -- I'd have to
12  look to the article, but it talks about
13  distributed home agents.  So it implies that
14  there's -- there's more than one home agent,
15  and --
16      Q    Do you --
17      A    -- I mean, if you can point to a part of
18  it -- without me reading this, if you can point to
19  a part where you found that there's multiple home
20  agents, I can agree to that.
21      Q    Well, so you -- you mention that this
22  article talks about distributed home agents.  Can
23  you point me to where it talks about distributed
24  home agents?
25      A    (Peruses document.)  Well, I mean if you

1  look at page 1198, Figure 3, it shows multiple
2  agents there.  And which determines the routing
3  efficiency.
4          So I think in my -- in my declaration,
5  I -- I talk about the reason you have -- you can
6  have distributed home agents is for the increased
7  efficiency of the routing, and that Figure 3 is
8  showing that.
9      Q    If we look at Figure 3 of the Mao
10  article, it's showing that to route more
11  efficiently, the home agent is chosen based on
12  proximity.
13          But does it talk about anywhere that the
14  home agent is distributed?
15          MR. HAWKINSON:  Objection.  Form.
16          THE WITNESS:  Yeah, it -- I mean, it
17  talks throughout the article -- it talks about,
18  for instance, in -- lower in -- on that same page,
19  it talks about:  "New sessions can always use
20  other available nodes as the home agent."
21          So that implies that there is -- there's
22  multiple nodes that can -- that can act as a home
23  agent.  I'm not sure if it actually uses the word
24  "distributed," but it does talk about having
25  multiple home agents that's available to the -- to

1  the -- to the terminal.
2  BY MS. YANG:
3      Q    In your opinion, does a mobile device
4  have a known networking location?
5      A    Yes.
6      Q    Does a router have a known networking
7  location?
8      A    A router, which is part of the -- part
9  of a local area -- a local -- a wireless local
10  area network has a router, and the location of
11  the -- of the network is identified by its SSID.
12  And the -- SSID may or may not include
13  location data, but the -- the access node would --
14  the location of the access node would be known.
15      Q    Is your answer to the question, yes,
16  does the -- does the router have a known
17  networking location?
18      A    Yes.
19      Q    Is the mobile device's known networking
20  location the same as a router's known networking
21  location?
22          MR. HAWKINSON:  Objection.  Form.
23          THE WITNESS:  I mean, if you're talking
24  about GPS longitude, latitude, it would -- it
25  would be different.  If you're talking about an

Page 110

1  address, a home address, it could have the same
2  location.
3  BY MS. YANG:
4      Q    Okay.  I'm going to turn back to your
5  declaration for a second.  In your declaration you
6  state that -- and this is -- I'll turn you to a
7  paragraph number.  Paragraph 61.
8      A    Which exhibit is that, to make sure I'm
9  on -- I've got --
10     Q    That's Exhibit 1.
11     A    Okay, you're talking about the
12  disclosure, not the declaration, right?
13     Q    Yes.  The disclosure, Exhibit 1.
14     A    Okay.  Paragraph 61?
15     Q    Paragraph 61.
16     A    Okay.
17     Q    So you state that:  "The registration
18  data allows the location register to determine a
19  change in the user's location."
20          Can you describe what you mean by
21  registration data?
22     A    Yeah, I would say what I meant here is,
23  referring to these paragraphs above it, that
24  the -- the registration data is the data that
25  the -- the user or someone input into the

Page 111

1  communications terminal to register the ID of the
2  particular wireless local area network.
3          So it would be -- it could be a system
4  ID.  It could be an ID number.  It could be an
5  address.  It could be a -- it could be anything
6  that identifies that -- that system.
7      Q    And what's the definition of
8  "registered"?
9      A    "Registered" is kind of complex, but if
10  you look at in terms of -- in terms of this patent
11  here, I mean, I -- to me it -- "registered" means
12  that -- regarding the wireless local area network,
13  that if the registered ID is the same as the
14  received system ID, then the communications
15  terminal is granted access to the system.
16     Q    So is it your opinion that to be
17  registered, the data communication terminal must
18  have already provided the registration data to the
19  network and have been permitted access to the
20  network?
21          MR. HAWKINSON:  Objection.  Form.
22          THE WITNESS:  Well, you -- you're
23  registered either by entering the system name or
24  your name or your address or -- or some ID, so
25  you're now registered for that particular network.

Page 112

1          So -- so what was the last part of your
2  question?
3  BY MS. YANG:
4      Q    That the data communication terminal
5  must have been permitted access to the network.
6      A    Yes, to be -- you have to register first
7  before you're permitted access.  And that's, you
8  know, a one-time -- if you remain registered, then
9  you don't have to reregister again.
10     Q    So if I've been granted access to the
11  indoor network, what happens if I disconnect and I
12  leave?  Am I still registered?
13     A    Yes.  As long as you don't delete the
14  information from the user terminal, the
15  information that you entered in there to register,
16  your -- your name, your address, your ID, whatever
17  it is, as long as it's still in there, then you're
18  still registered.
19     Q    So is it your opinion that if I have the
20  SSID stored in my phone, that I am registered with
21  the SSID?
22     A    Yes.
23     Q    So if I'm disconnected from the indoor
24  network, it is your opinion that you are still
25  registered, but do you still have access?

Page 113

1      A    Yes.  So let's take an example.  If
2  you -- if you're registered to access the -- the
3  WiFi network at Starbucks and you've put in the
4  password and all this stuff, and it's saved in
5  your register, if you now -- if you leave and you
6  disconnect, and then you come back later to that
7  Starbucks, there is no further registration that's
8  needed.  It's just a -- authentication of your
9  registered information against the Starbucks, and
10  that you're an authorized user and you're granted
11  access.  You know, so there's no --
12     Q    But --
13     A    So there's no registration required
14  again.
15     Q    But if I'm disconnected from the
16  network --
17     A    Mm-hmm.
18     Q    -- I don't currently have access to the
19  network; is that correct?
20     A    Well, it depends on how you're
21  disconnected.  If you left the -- if you left the
22  range of the -- of the signal, and your -- your
23  user terminal no longer can receive the system ID,
24  then, yeah, you're disconnected.  You're connected
25  either to another network or, you know, cellular

Page 114

1   network, whatever.  So you're disconnected from
2   that network.
3       Q    So I could be -- if I'm out of range of
4   the network, I could be disconnected from that
5   network, but my phone could still store the indoor
6   system ID information; is that correct?
7       A    Yeah, it would store it, unless you
8   deleted it.
9       Q    So just because I'm registered with an
10  indoor network, it doesn't necessarily mean that
11  I've been granted access; is that correct?
12          MR. HAWKINSON:  Objection.  Form.
13          THE WITNESS:  No, you've been granted
14  access.
15  BY MS. YANG:
16      Q    But in a situation where I'm outside the
17  range and I am no longer connected to the network,
18  I no longer have access to the network; is that
19  correct?
20      A    That's right.  But if you -- if you --
21  if you walk back into Starbucks, you -- you have
22  access.  You've already been granted access, but
23  now you have access.
24      Q    So I'm just -- I'm just looking at the
25  scenario where I am no longer within the range of

Page 115

1   the network.
2       A    Okay.
3       Q    At that point in time, I don't have
4   access to the network; is that correct?
5       A    That's correct.
6       Q    But at that point in time, I could still
7   have the indoor system ID information stored in my
8   phone; is that correct?
9       A    That's correct.
10      Q    And if I have the indoor system ID
11  information stored in my phone, I'm still
12  registered with that network; is that correct?
13      A    Yes.
14      Q    So then I -- it's possible that I don't
15  have access to the network but still be registered
16  with that network; is that correct?
17      A    Yes.
18      Q    Okay.  I'd like to ask you a little bit
19  about Figure 2 again in the '728 patent.
20      A    That was example -- Exhibit 7, correct?
21      Q    Yes, Exhibit 7.
22      A    Okay.  Okay.
23      Q    Would you agree that Figure 2 shows a
24  description of the invention of the '728 patent?
25          MR. HAWKINSON:  Objection.  Form.

Page 116

1           THE WITNESS:  Yeah, it shows one
2   embodiment of it.
3   BY MS. YANG:
4       Q    But this Figure 2 is really more than
5   just one embodiment, isn't it?
6           MR. HAWKINSON:  Objection.  Form.
7           THE WITNESS:  I don't know.  I mean,
8   it's -- it's -- the way it's drawn here, this is,
9   in my opinion, one embodiment.  If you start
10  adding things or taking away things or -- then
11  you've got another embodiment.
12  BY MS. YANG:
13      Q    Well, let's -- why don't you follow
14  along with me in column 3, lines -- let's see --
15  lines 48 to 51.
16          MR. HAWKINSON:  I'm sorry.  You said
17  we're in column 3?
18          MS. YANG:  Yes, column 3.
19          MR. HAWKINSON:  Okay.
20  BY MS. YANG:
21      Q    And I'm just going to read you the
22  description here.  It says:  "When the data
23  communication terminal is located outdoors, the
24  location information is information on a
25  locational area; and when it is located

Page 117

1   outdoors" -- sorry -- "located indoors, the
2   location information is indoor system ID
3   information."
4           Do you see that paragraph?
5       A    Yes.
6       Q    And do you see that paragraph is under
7   the heading "Summary of the Invention"?
8       A    Yes.
9       Q    So wouldn't you agree that the paragraph
10  I just read encapsulates a summary of the
11  invention?
12          MR. HAWKINSON:  Objection.  Form.
13          THE WITNESS:  Well, it -- yes, I mean,
14  it's -- there's -- there's -- it's talking about
15  an indoor network and an outdoor network, and when
16  you're outdoors, it's locational -- the location
17  information is locational area, and when you're
18  indoors, it's system ID information.  That is
19  correct.
20  BY MS. YANG:
21      Q    Is there anything in the patent that
22  says the two, locational area and indoor system ID
23  information, have to be mutually exclusive?
24      A    There's nothing that says that they
25  can't be stored together.  If that's what you're

Page 118

1  asking.
2      Q    So is it your opinion that both the
3  locational area and the indoor system ID
4  information can both be stored?
5      A    Yes.
6      Q    So if I want to connect to the indoor
7  network, is it true then that I have to at least
8  have the indoor system ID information?
9      A    That's registered or that's received?
10     Q    That's received.
11     A    Yeah, so in order to connect to the
12 indoor wireless system, the -- the system ID
13 information must be received by the terminal.
14     Q    So I -- I must have the indoor system ID
15 information, but I can also have the locational
16 area, for example; is that correct?
17     A    Yes.
18     Q    And so just to confirm, at a minimum, I
19 must have at least the indoor system ID
20 information to connect to the indoor network; is
21 that correct?
22     A    Yes.
23     Q    Now, if I were trying to connect to the
24 outdoor wireless internet network, but I only had
25 the indoor system ID information, would the system

Page 119

1  work?
2          MR. HAWKINSON:  Objection.  Form.
3          THE WITNESS:  Well, if you had the
4  indoor system ID information, you would connect to
5  the indoor network.
6  BY MS. YANG:
7      Q    Would it be possible for me to connect
8  to an outdoor wireless network with just the
9  indoor system ID information?
10     A    I don't know.  I mean, it's -- it's --
11 if there -- if there's -- if there's no outdoor
12 system available, then you wouldn't connect to it.
13 If -- if there is one available, and you -- you
14 receive the -- the -- you know, the locational
15 area, or you had the locational area stored so the
16 cell system can determine where you are and what
17 tower to connect you to, then depending -- in this
18 case if you're receiving both -- if you have both
19 information, then it's going to look at, you know,
20 things like system congestion, the signal or noise
21 ratio, to determine which is the best system to
22 connect to, because it has the option of, you
23 know -- it would -- you know, if it's receiving
24 the indoor information -- indoor system ID
25 information, then the patent says that it will

Page 120

1  connect to the indoor system.
2          But depending on, you know, like I say,
3  the signal or noise ratio, there's -- there's a
4  problem with the indoor system network that you
5  can't connect, then you would be connected to the
6  outdoor system if -- if it's available.
7      Q    So you would agree with me, though, that
8  in order to connect to the indoor network, I have
9  to have the indoor system ID information; is that
10 correct?
11     A    Yes.
12     Q    And then in order to connect to the
13 outdoor wireless network, I would have to have the
14 locational area; is that correct?
15     A    Yes.
16     Q    So if I didn't have the locational area,
17 I wouldn't be able to connect to the outdoor
18 wireless network; is that correct?
19     A    Well, it needs that location information
20 to determine where you are so it can -- it can
21 route -- the home agent can route, you know, the
22 data to the correct cell tower, to the base
23 station.
24     Q    Mm-hmm.
25     A    And so if it doesn't have that location

Page 121

1  area, let's say your phone is turned off or
2  something, and so it doesn't know where you are,
3  then it's not going to -- it's not going to
4  connect.
5      Q    Right.  So in conclusion, what I'm
6  hearing you say is that if you didn't have the
7  locational area, you wouldn't be able to connect
8  to the outdoor wireless internet network; is that
9  correct?
10     A    That's correct.  You need -- you need
11 some information to -- to allow the network to
12 know where you are to where -- where the terminal
13 is.
14     Q    And conversely, the converse is true,
15 right?  So if you were trying to connect to the
16 indoor network, and you didn't have the indoor
17 system ID information, you wouldn't be able to
18 connect to the indoor network; is that correct?
19     A    That's correct.
20     Q    Do you have the defendant's proposed
21 construction in front of you for "Location
22 information of the data communication terminal
23 received through the indoor network," and also
24 "Location information of the data communication
25 terminal received through the outdoor wireless

Page 122

1 internet network"?
2       A    I don't have it in front of me.  Where
3 would I find that, which document?
4       Q    Okay.  Give me a second.  I'm going to
5 upload another document.
6            Actually, let me ask the question a
7 different way.
8       A    Mm-hmm.
9       Q    Go back to paragraph -- I go back to
10 sort of -- sorry, column 3, lines 48 to 51 again.
11      A    Just a second.  I disconnected, so I
12 will pull it up again.
13           Okay.  That was paragraph 3?
14      Q    Lines 48 to 51.
15      A    Okay.
16      Q    So when the data communication terminal
17 is located outdoors, the location information is
18 information on a locational area; is that
19 correct?
20      A    Yes.
21      Q    So based on our examples that we just
22 went through of -- before, the location
23 information of the data communication terminal
24 received through the outdoor wireless network
25 would be the locational area; is that correct?

Page 123

1       A    Yes.
2       Q    And so on the same -- along the same
3 lines, the location information of the data
4 communication terminal received through the indoor
5 network would be the indoor system ID information;
6 is that correct?
7       A    Yes.
8            MR. HAWKINSON:  Objection.  Form.
9 BY MS. YANG:
10      Q    And in any of those phrases, is there
11 anything to suggest that the two have to be
12 mutually exclusive?  In other words, I can have
13 both the locational area and the indoor system ID
14 information stored; is that correct?
15      A    Yes, one or the other or both.
16      Q    What's a locational area?
17      A    It could be a -- a GPS coordinate.  It
18 could be a -- a cell sector.  It could be
19 information on where you are in the cell.  It
20 could be based on, you know, like angle arrival or
21 time of arrival of signals to the cell tower.  It
22 could be a triangulation where multiple cell
23 towers can determine an area where you are.  So
24 that would be some examples of the locational
25 area.

Page 124

1       Q    And so in order to route packets to the
2 outdoor wireless internet network, the data
3 communication terminal would have to have one of
4 these locational areas; is that correct?
5       A    The system -- the system would have to
6 have something to know where to route that --
7 those packets, to what base station, so it could
8 reach the terminal.  Because it's not going to
9 send it to multiple cell towers in multiple
10 locations.  It's going to -- it's going to --
11 based on that locational area, it's going to
12 determine which cell tower it's going to send the
13 information to.
14      Q    So based on your examples, if the
15 locational area were a GPS coordinate, that would
16 allow me to connect to an outdoor wireless
17 internet network; is that correct?
18      A    Possibly.
19           I mean, I don't know each -- each
20 carrier might have different requirements for
21 locational area.  So if they don't have -- you
22 know, if they aren't able to supply a GPS
23 coordinate, and the handset is not able to
24 determine a GPS coordinate, it may rely on, you
25 know, triangulation or it may rely on, you know,

Page 125

1 some assisted GPS type information.  So it just
2 depends on what the particular carrier is using.
3       Q    Okay.  So just to confirm then, if I had
4 just the GPS coordinate, which is an example of a
5 locational area, I would not be able to connect to
6 an indoor network; is that correct?
7            MR. HAWKINSON:  Objection.  Form.
8            THE WITNESS:  If all you had was a GPS
9 coordinate?
10 BY MS. YANG:
11      Q    Yes.
12      A    No, you would need the system ID
13 information.
14           MS. YANG:  No further questions.
15           MR. HAWKINSON:  I don't have -- I'm
16 sorry, I don't have any questions either.
17           THE VIDEOGRAPHER:  Are we ready to go
18 off the record?
19           MS. YANG:  Yes.  I think -- I think that
20 concludes things then, if there's no further
21 questions from -- from Matt either.
22           MR. HAWKINSON:  No, we're done from --
23 from my end.
24           THE WITNESS:  Okay.
25           THE VIDEOGRAPHER:  Thank you.

Page 126

1    We are off the record.  The time is
2  12:15.
3    (Whereupon, the deposition of
4    THOMAS BLACKBURN was concluded
5    at 12:15 p.m. Pacific Daylight
6    Savings Time.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 127

1    CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2    The undersigned Certified Shorthand Reporter
3  does hereby certify:
4    That the foregoing proceeding was taken before
5  me remotely via Zoom videoconferencing at the time
6  therein set forth, at which time the witness was
7  duly sworn; That the testimony of the witness and
8  all objections made at the time of the examination
9  were recorded stenographically by me and were
10  thereafter transcribed, said transcript being a
11  true and correct copy of my shorthand notes
12  thereof; That the dismantling of the original
13  transcript will void the reporter's certificate.
14    In witness thereof, I have subscribed my name
15  this date:  April 30, 2021.
16
17    *Leslie Todd*
18    LESLIE A. TODD, CSR, RPR
19    Certificate No. 5129
20
21
22
23
24
25

Page 128

1  NAME OF CASE:
2  DATE OF DEPOSITION:
3  NAME OF WITNESS:
4  Reason Codes:
5    1.  To clarify the record.
6    2.  To conform to the facts.
7    3.  To correct transcription errors.
8  Page _____ Line _____ Reason _____
9  From _____ to _____
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24
25    _____

Page 129

1    ACKNOWLEDGMENT OF DEPONENT
2    I,_____, do hereby
3  certify that I have read the foregoing pages, and
4  that the same is a correct transcription of the
5  answers given by me to the questions therein
6  propounded, except for the corrections or changes
7  in form or substance, if any, noted in the
8  attached Errata Sheet.
9
10  _____
11  THOMAS BLACKBURN                    DATE
12
13
14  Subscribed and sworn to
15  before me this
16  _____day of_____,20___.
17  My commission expires:_____
18  _____
19  Notary Public
20
21
22
23
24
25

## 1

**1**  5:25 11:23,24 52:19 55:17,19 90:3 110:10,13

**10**  18:19 29:25 71:20, 22,23 72:25 75:25 76:17 82:21,25 83:2, 13,18 100:21,22

**100**  40:24 58:18 78:7 79:8 87:10

**104**  36:25

**10:03**  46:23

**10:13**  47:1

**10th**  18:22

**11**  46:3 102:9,10

**1198**  108:1

**11:14**  89:14

**11:23**  89:17

**12**  104:11 106:22,23

**13**  24:18 25:1

**135-10**  21:6

**135-12**  97:17

**135-13**  99:11

**135-14**  100:21

**135-15**  102:9

**135-16**  106:21

**15**  18:19 30:1 104:11

**15th**  18:23

**1990**  25:14

**1990s**  59:4

**1A**  71:14,18,25

**1B**  72:18,23 73:2,4, 13,21 74:1 75:8,14, 21

## 2

**2**  16:14,15 24:15 57:5 60:3 76:10,16,19 77:2,18,24,25 78:19

**79**:17 81:4 82:1,4,20 83:5 115:19,23 116:4

**2.4**  33:14

**20**  13:5 17:7 93:13, 16,25

**2000**  28:20 46:1 99:2

**2000s**  59:4

**2001**  99:2 105:11

**2002**  104:21 105:5 106:14

**2005**  28:20

**2010**  52:3 59:12

**2014**  98:6,13,19,25

**2021**  6:7 51:1

**22.121**  100:20 101:21

**25**  25:17

**28**  52:21

**29th**  6:7 48:6

**2:19-cv-138**  38:12

**2:19-cv-138-jrg**  36:25

**2:20-cv-281-jrg-rsp**  6:5

**2G**  62:12,14,19

## 3

**3**  18:8,9 108:1,7,9 116:14,17,18 122:10, 13

**3.5G**  23:23

**30**  5:18 25:8 93:14, 16,25

**32**  42:13,19 81:15

**34**  16:5,6

**35**  16:5

**36**  16:5,6

**37**  23:7,11 24:1,19

**3G**  23:23 26:13 31:3, 5 32:16 62:12,14,19 64:13

**3GPP**  27:2 30:15,17 32:3,18 41:17 42:3,4 46:16 61:14 62:2 100:20

**3GPP2**  27:2

## 4

**4**  21:7,8

**4-3(B)**  11:20 16:11

**4.0.0**  100:20

**40**  57:15 58:12,20 78:25 79:2,12 80:1

**40-plus**  25:17,19 29:11 50:19 86:8

**41**  57:25

**42**  57:25

**43**  72:8

**48**  116:15 122:10,14

**4G**  23:23 26:13 31:3 64:13

## 5

**5**  33:14 37:1,2

**50**  58:22

**51**  116:15 122:10,14

**5G**  98:9,25

## 6

**6**  38:13,14

**6,556,638**  24:23

**6,922,728**  47:13

**60**  80:5,14,16,23

**61**  110:7,14,15

**62-10**  38:12

**638**  24:25

## 7

**7**  47:14,15 104:8 115:20,21

**728**  8:19 23:12 25:4 46:10 47:19,22 48:2, 17,20,25 50:4,7 52:8, 23 55:8,15 56:10 57:5 59:14 60:25 61:13 70:22,24 71:14,18,25 72:19,23 76:16 83:19 90:3 94:4,7,23 95:2,10 98:23 99:4 115:19,24

## 8

**8**  93:12 97:18,19

**80**  71:16 72:21 73:18, 25 75:10,23 76:12 77:4,15

**802.11**  32:25 33:5,16, 20 34:2 45:18,25 46:2,7,11 61:14,17, 19,23 62:3 67:12

**802.11a**  33:10 34:1

**802.11b**  33:11

**80s**  46:4 100:8

## 9

**9**  99:12,13 104:5,10

**90s**  32:6 45:23 46:5 105:19

**98**  45:24

**99**  45:24

**9:02**  6:8

## A

**a.m.**  6:8

**abstract**  49:3

**access**  43:24 106:20 109:13,14 111:15,19 112:5,7,10,25 113:2, 11,18 114:11,14,18, 22,23 115:4,15

**account**  9:21

**accounted**  14:8

**accurate**  10:20

**accurately**  9:16

**achieve**  52:25

**acknowledgment**  67:2

**act**  108:22

**action**  26:10

**activated**  64:3

**actual**  67:14

**adding**  116:10

**address**  42:17 44:11,15 45:1,5,10, 12 63:11 65:13 110:1 111:5,24 112:16

**addresses**  45:9

**admissible**  5:17

**adverse**  26:15,17

**agent**  44:18 57:11, 12,22,23 58:13 60:4 72:6,7 73:6,7,9,13,14 74:2,8,11,12 75:15, 21,22 76:6 79:8,9 102:24 103:1,2 104:2,11,12,24 105:14,15 106:1,15, 20 107:14 108:11,14, 20,23 120:21

**Agent-**  99:9

**agent/foreign**  60:4 74:2,8 75:15 76:6

**agents**  105:12 106:9, 10 107:7,10,13,20, 22,24 108:2,6,25

**agree**  25:20 37:24 39:19,21 40:17 55:6, 25 56:5,9,14,19 63:3 70:15,19,24 74:1 90:4,7 91:22 92:15 96:19 97:4 107:5,9, 20 115:23 117:9 120:7

**agreed**  39:23

**agreement**  22:6

**ahead**  7:21

**Alert**  66:8,12

**algorithm**  52:24

**algorithms** 23:20

**allocation** 24:22

**allowable** 33:13

**allowed** 64:6

**allowing** 68:9

**Amber** 66:8,12

**ambient** 103:22

**analysis** 15:14 58:5 59:1

**analyze** 20:17 96:4

**analyzed** 36:6

**analyzes** 68:12

**analyzing** 35:22 39:5

**Andreas** 97:15

**angle** 123:20

**annoying** 103:20

**answering** 9:24

**answers** 9:11

**antenna** 22:14 34:23 81:15

**antennas** 69:11

**apparatus** 29:1

**Apple** 26:11 27:5 28:7 29:19,21 34:14 84:20

**applications** 29:24 98:18 100:4

**applied** 98:23 100:4

**apply** 23:22 100:10 102:2

**applying** 86:8

**approximate** 13:3

**approximately** 6:7 93:16

**April** 6:7 18:22,23

**Architecture** 102:7

**area** 31:7 41:7 48:10 51:4 60:13,14 61:18, 21 63:10 65:17,18 66:5 67:11 69:7 109:9,10 111:2,12

---

116:25 117:17,22 118:3,16 119:15 120:14,16 121:1,7 122:18,25 123:13,16, 23,25 124:11,15,21 125:5

**areas** 40:11 124:4

**argument** 76:22

**arrival** 123:20,21

**art** 31:18 59:24 61:21 76:8 95:5 99:1 102:1

**article** 97:13,23 98:1, 5,8,24 99:8,17,21 100:10,12 101:17 102:6,14,17,20 103:4,12,13 106:19 107:2,5,6,10,12,22 108:10,17

**articles** 62:3,8 102:4

**asserting** 27:17

**assign** 64:21

**assigned** 63:12 67:24

**assist** 71:10

**assisted** 91:9 125:1

**association** 5:5

**assume** 32:21 45:12 70:10 92:23

**AT&T** 26:16 27:5 36:18,24 37:9,13,19, 22,25 38:11,19,23 41:13,14,15 51:8 64:1,5 65:3 70:9

**attached** 21:4 57:23 58:13 72:7

**attorney** 7:19,24 47:4 89:20

**attorney's** 15:7

**attorneys** 13:20 18:3 19:15 20:9,11

**audible** 9:10

**audio** 80:24

**auditorium** 22:10

**Audrey** 6:11

---

**authentication** 113:8

**authorized** 12:9 63:24 113:10

**automatically** 55:3, 10 56:2

**average** 93:8

**awarded** 24:19

**aware** 25:1 32:2 34:3 36:18 46:15 51:3 52:16 53:22 55:4 59:2 62:20,23 65:4 68:2 105:11

---

**B**

**bachelor's** 21:18

**back** 13:12 24:4 25:13,15 32:5 46:3 64:15,20 67:1 82:8 84:18 90:3 92:13 100:7 105:18 110:4 113:6 114:21 122:9

**backbone** 31:2

**background** 20:6 24:17 40:5

**bandwidth** 64:19

**base** 26:24 31:4 49:24 63:4,6,21,23 64:3,9,15 65:6,9,12, 15,18,25 66:13,16, 18,20 67:1,16,21,25 68:5,10,13,17,20,25 69:3,6,8,12,17,22 70:7 120:22 124:7

**based** 21:23 23:7 25:8 31:15 32:11 34:6 35:1 44:8 56:20 77:20 99:9 108:11 122:21 123:20 124:11,14

**basic** 33:15

**basis** 86:20

**begin** 17:8 18:20

**begins** 55:20

**behalf** 6:15

---

**benefits** 98:21 100:18 101:19 102:2

**bit** 42:13 57:2 104:1 115:18

**bits** 92:25 93:8,12

**blackburn** 6:1,16,19 7:1,3 11:21,24 16:13, 15 18:6,9 21:4,8 37:2 38:14 47:3,15 79:14 88:22 89:19 97:19 99:13 100:22 102:10 103:11 106:23

**block** 73:25

**Bluetooth** 60:7 61:24

**Bohoris** 99:10,17,21 100:12

**bottom** 83:2

**boundaries** 101:9

**box** 28:22,25 29:5 75:24 81:5 82:5,21, 25 83:12 87:5

**boxes** 82:22 83:6

**break** 10:13,14,16,17 46:21 47:4,7,10 89:9, 20,23 90:1

**Brian** 38:10

**briefing** 41:10 97:17

**broadcast** 43:3 63:15,18,21 65:22, 24,25 66:2,4,5,6,8,18 70:7

**broadcasting** 44:14 66:11,12 70:16

**broadcasts** 43:1

**BTS** 34:22 81:15

**BTSS** 49:12

**bubble** 75:10 78:15

**build** 28:22 33:19

**building** 29:6

**built** 28:20

**button** 54:5

**buys** 27:13

---

**byte** 93:12

**bytes** 93:14,16 94:1

---

**C**

**California** 7:6

**call** 7:20 31:14 42:12 44:7,10 49:25 66:2 68:11,12 69:24 91:20

**called** 27:11 28:20 72:6 73:17

**calling** 51:7

**calls** 7:22

**capability** 91:7

**car** 66:9

**card** 64:1 82:3,4,8, 10,12,13,18,24 88:8, 20

**care-of** 44:11,15

**carried** 49:7

**carrier** 26:15 54:2 63:12 68:23 69:17 124:20 125:2

**carriers** 26:16,20 27:25 35:8

**case** 5:20 6:4 11:9,22 16:13 21:6 27:18 28:9,11 31:17 34:3,5 35:7,14 36:3,20,23, 24 37:13,14,19 22,25 38:4,11,19,23 39:23 41:3,13,14,15 43:4 44:10 49:13 50:14 51:2 74:13 81:14 82:9 84:8 85:5 91:2 101:15 105:25 119:18

**cases** 8:6 26:9,10,14, 17 28:9,12 34:13 35:5 49:11,18,19 50:10

**catch** 25:23 67:19

**cats** 7:17

**CDMA** 27:4 29:3

**cell** 27:23 29:3,4,18 49:21,23 50:2 64:6,

12,19 65:14 66:9
68:25 70:6 119:16
120:22 123:18,19,21,
22 124:9,12

**cellular** 23:16,22
24:20,24 25:9,21,25
26:7,13,23 27:12
28:1,22,25 29:13,23
35:8 40:13 49:9
50:21,25 51:5,14,19,
24 62:22,25 63:3,17
65:5,8 69:10 70:12
91:9 105:21 113:25

**centralized** 98:21

**certified** 5:5

**change** 54:1 110:19

**channel** 24:22 64:21

**character** 42:13

**characters** 42:20

**chat** 12:2

**Cho** 46:11 50:3 52:4
86:13,20,21 87:4

**Cho's** 50:17

**chosen** 108:11

**circle** 73:5 75:22

**circled** 77:15

**cite** 39:8 62:3 99:17
101:2,21 102:14
106:13 107:2

**cited** 61:19 62:8
97:13,23 98:1,12
99:8 102:6 103:10
106:19

**citing** 101:5

**Civil** 5:19

**claim** 8:18 18:7 19:10
20:16 21:5 28:10
37:8,12,17,22 38:18
41:10 55:6,14,17,19
84:4,7 85:2,6,13,23
86:3 90:3 94:13
97:16

**claims** 31:20 39:22
52:14,15 54:15 90:13

**clarification** 58:10

**clarify** 10:5

**class** 26:10

**classes** 22:7,9,21,23
23:3

**clause** 55:22

**clear** 10:6

**close** 37:23

**closely** 30:6 37:21
38:22

**Cloud-ran** 97:15

**code** 65:17 67:24
68:4,16 69:2,7,21
99:24

**column** 104:5,10
116:14,17,18 122:10

**combination** 65:16

**comment** 40:23,25
45:11

**commenting** 32:11

**comments** 40:21

**commu-** 91:11

**communicate** 47:3,
6 64:6,8 89:19,22

**communication**
7:18 49:6 56:7,11,21
66:3 72:2,16 73:3
76:21 77:9 78:1 79:3,
17 80:6,18 81:7,18
82:6 83:21 84:15
85:23 88:25 90:8,14,
15,21 91:6,12,19,23
92:4 93:1,10 94:17
95:21 97:5 104:13,25
111:17 112:4 116:23
121:22,24 122:16,23
123:4 124:3

**communications**
7:23 33:22 44:23
49:7 53:19,21 55:10
56:2 57:14 59:21,22
71:9 78:10,20 81:20
84:9 106:11 111:1,14

**companies** 26:6
27:6,8,15,25 28:4,15,
17 29:8,18,23 30:5

**company** 27:11,13

28:19 35:10 50:8

**compare** 19:22

**compatible** 33:24
34:16,25

**complete** 58:25

**complex** 111:9

**complicated** 69:12
87:12

**component** 36:16
59:25 95:22

**components** 35:21
36:8 60:10,19,20,22,
25

**computer** 22:15
45:16 82:9,11

**computers** 70:1

**concept** 94:4

**concepts** 101:10

**concludes** 125:20

**concluding** 85:8

**conclusion** 121:5

**conclusions** 17:1
19:23 20:5,12,21

**confirm** 104:16
118:18 125:3

**confusing** 82:2

**congestion** 119:20

**conjunction** 12:17

**connect** 43:6,20
44:1 49:25 63:23,25
66:13,20 118:6,11,
20,23 119:4,7,12,17,
22 120:1,5,8,12,17
121:4,7,15,18 124:16
125:5

**connected** 49:20
50:1 61:3,10 68:10,
17,21 69:1,18,22
70:5 77:5 78:16,24
79:10,24 87:10
113:24 114:17 120:5

**connecting** 49:4
59:21 72:11

**connection** 53:22,
23 58:19 64:18 78:7,
10 81:4,11,17,21,23,
25 82:23 87:25 88:4,
14

**connectivity** 9:22

**connects** 44:23
65:19

**consideration** 56:25

**considered** 20:7

**construction** 8:18
15:13 18:7 19:10
20:16 21:5 28:10
35:13 37:8,12,22
38:8,18 39:22 41:10
97:16 121:21

**constructions**
37:25 38:3

**construe** 85:13 86:3

**construed** 14:24
15:13 37:18

**construing** 41:3

**contained** 28:25

**context** 51:18 53:16
98:25

**continue** 28:11

**contract** 28:21

**converse** 121:14

**conversely** 121:14

**converted** 80:23,24

**coordinate** 123:17
124:15,23,24 125:4,9

**copied** 15:3 35:15,19

**copy** 14:12,19,21
15:5,9,11,12 21:3
47:12

**copying** 12:18 15:6
35:15

**Corp** 36:24

**Corporation** 27:22
28:6

**correct** 9:5 15:2 20:3
21:24 23:5,6,8,9
25:11,12,14 30:15

34:8 35:3 37:10,15
38:8 39:10 40:24
42:5,6 43:21 46:1
51:25 53:1 58:1,14
62:5 66:14,15 68:18
69:3 70:9 73:15 74:3
78:25 81:18 82:25
83:7 84:15 85:24
87:7 88:1,5,8,12,13
90:16,23 92:6 96:8
97:6,24 98:3,4,6,9
99:19,22 100:14
101:2,23 102:15,18,
21 103:14 104:17
105:5 107:3 113:19
114:6,11,19 115:4,5,
8,9,12,16,20 117:19
118:16,21 120:10,14,
18,22 121:9,10,18,19
122:19,25 123:6,14
124:4,17 125:6

**corrected** 15:19,24
20:20

**correcting** 20:23

**Counsel** 6:9

**Counselors** 5:4

**couple** 9:7 17:15,22
19:1,8 47:23 51:7

**courses** 22:12,13,
16,17,19,20

**court** 6:3,17 8:16
9:15,18 14:23 15:16
37:19 95:24

**court's** 15:13 37:8,
21,24 38:8 41:11

**courtesy** 10:1

**courtroom** 5:17 9:3

**cover** 84:4 85:24

**COVID-19** 5:7

**credent-** 22:18

**credential** 22:22

**Crutcher** 6:12

**current** 104:12

**curriculum** 21:15

**cut** 13:14 15:17

**CV** 21:3,15,23 23:7

Index: data..end

25:8 28:5,8,17 30:13
34:6 35:1

**D**

**data** 23:15,18,24
24:3,7,24 28:24 29:5
36:1 55:7,10,23 56:2,
6,10,21 59:21 68:23
72:1,16 73:3 76:20
77:9 78:1 79:2,16
80:6,18 81:7,17 82:5
83:21 84:14 85:23
88:25 90:8,14,15,21
91:6,10,11,19,22
92:1,4 93:1,10 94:17
95:21 97:5 100:18
104:13,25 109:13
110:18,21,24 111:17,
18 112:4 116:22
120:22 121:22,24
122:16,23 123:3
124:2

**databases** 98:22

**date** 68:24

**dates** 33:9,25 41:20
42:2 45:19,22

**daughter** 7:17

**day** 9:8

**days** 82:15

**deal** 8:17

**deals** 27:12

**dealt** 30:20,21,22
34:14

**decentralization**
100:17 101:13,17

**decentralized** 100:1

**decided** 19:16 27:17

**decides** 95:24

**deciding** 80:12

**decision** 56:20,25

**declaration** 8:14
11:3 12:22,23 13:20
18:6,18,21,25 19:3,6,
10,18 20:2,15,25
24:6,10,15 38:10,17,
23 39:9 40:18,22

41:11 62:4,9 97:13,
24 99:8 101:2,20
102:6,15 105:8
106:13,19 107:3
108:4 110:5,12

**declarations** 11:5
37:14 38:20 39:10

**declare-** 16:8

**dedicated** 49:6

**defendant's** 121:20

**defendants** 6:13

**definition** 67:7 111:7

**definitions** 103:1

**degree** 21:19 22:19,
23 23:5 40:7,8,10

**delete** 112:13

**deleted** 114:8

**depending** 29:1
64:12 96:22 119:17
120:2

**depends** 44:24 93:5
113:20 125:2

**depicting** 73:12

**deposition** 5:10,25
6:6 7:8,24 8:2,13,21,
24 9:6 10:8 11:13
13:22 14:1 17:11,16,
21 19:2,6 33:6 40:22
105:9

**depositions** 8:8

**describe** 31:12
34:10 49:18 62:19,21
99:1 110:20

**describes** 24:23
62:24

**description** 71:4
115:24 116:22

**design** 22:14,15
28:1,2 29:18 35:18
73:22 77:18

**designated** 63:6
77:4

**designed** 26:12
33:23 35:17,19

**designs** 29:24 30:22
98:23

**desk** 11:7,17

**detail** 47:23 62:11
68:11,12 69:24

**determination**
43:23

**determine** 43:5 70:5
91:12 105:21 110:18
119:16,21 120:20
123:23 124:12,24

**determined** 56:20
91:13

**determines** 56:10
90:8,14 92:3 108:2

**determining** 91:7

**developed** 100:8

**device** 45:13,15 73:7
96:1,8,17 98:15
105:13 109:3

**device's** 109:19

**devices** 28:23 31:2
45:9 63:22

**DHARMA** 106:19

**diagram** 73:25

**difference** 20:18

**differences** 19:17
20:14

**differently** 40:25

**directly** 29:19

**disadvantages**
98:21

**disagreed** 41:5

**disciplines** 22:24,25

**disclose** 52:9 59:3
94:7,24 95:2 100:12

**disclosed** 74:7
104:20 105:4

**discloses** 52:24 95:4

**disclosure** 11:20
12:23,24 13:4,6,10,
23 14:1,5,7,9,10
15:4,10,20 16:8,11,

25 17:6,9,14,17,20,
24 18:2 20:19,20,24
24:6 52:19 62:4
110:12,13

**disclosures** 8:15
11:2,9 19:18 33:6
37:14 38:20 39:10
62:8

**disconnect** 112:11
113:6

**disconnected**
112:23 113:15,21,24
114:1,4 122:11

**discussed** 20:19
59:15 82:22 102:3

**discusses** 107:6,10

**discussing** 14:17
29:23

**dissimilar** 52:10,25
53:7,20

**distancing** 5:8

**distracting** 103:23

**distributed** 69:10,14
76:24 94:4,9,11,25
95:3,12,21,25 96:13,
16 98:3 99:2,19
100:14 101:6,22
102:7,17,20 103:5,
14,15 106:20 107:13,
22,23 108:6,14,24

**distributing** 103:6,8

**District** 6:3

**Division** 6:4

**doc-** 18:18

**Docket** 21:6 36:25
38:12 97:17 99:11
100:21 102:8 106:21

**doctorate** 40:9

**document** 11:20
12:12,14,19,20 15:15
16:11,19,21,23 18:6,
13,15 20:10 21:3,12,
16 24:12 36:22 37:6
38:9 98:11,13 100:20
101:7 107:25 122:3,5

**documents** 8:17
10:22,24 11:1,8

35:10

**draft** 13:17 14:14,18
15:2,4,10,12

**drafts** 13:12,15,16
14:13

**draw** 86:15 87:9,24
88:3,7,10,24 89:4,5

**drawn** 82:24 83:13,
14 87:5,7 116:8

**Due** 5:7

**Duke** 28:21 29:2,5

**duly** 6:20

**Dunn** 6:12

**duplicated** 94:1

**Düser** 102:8

**E**

**E-MAIL** 7:20

**earlier** 30:14 36:19
40:16 59:12

**early** 32:16 34:14
59:4 82:15

**easily** 76:4

**Eastern** 6:3

**efficiency** 108:3,7

**efficient** 84:11

**efficiently** 108:11

**electrical** 21:22 40:8

**electronics** 22:4
35:17

**element** 56:16 72:5
73:12,17,20 78:5

**elements** 35:18
87:15,16 101:18

**embodiment** 75:9,
11 76:19 116:2,5,9,
11

**encapsulates**
117:10

**end** 17:11,12 38:25
125:23

Index: Energy..handsets

**Energy** 28:22 29:2,6

**engineer** 22:11

**engineering** 21:22 40:8,11

**engineers** 29:22

**entered** 112:15

**entering** 111:23

**entities** 34:21

**environment** 98:9 99:1,10 101:8

**EPDG** 36:13,15

**equipment** 29:7 32:22 33:19 35:15

**Ericsson** 27:15,24

**error** 14:6,8,16,20,21 15:19 16:1 20:18,23

**errors** 14:4 17:23 20:24

**Eschelon** 28:20

**essential** 31:15 32:1

**estimating** 52:1

**et al** 6:2 97:15 99:11 102:8

**evidence** 100:9

**EXAMINATION** 6:22

**examined** 6:21

**examples** 70:25 71:2 83:19 122:21 123:24 124:14

**exchange** 67:4

**exclude** 84:3 85:1,22

**exclusive** 117:23 123:12

**exhibit** 11:23,24 16:14,15 18:8,9 21:4, 7,8 37:1,2 38:13,14 47:14,15 52:19 97:18,19 99:12,13 100:21,22 102:9,10 104:6,8 106:22,23 110:8,10,13 115:20, 21

**exist** 32:19 33:17,18

**existed** 45:25 76:9

**exists** 32:21

**experience** 17:1 20:6 24:18 25:9,13, 20 29:12 30:14 32:12 34:6,11,12 35:1,4,20 36:7,12,15 40:6 41:24 42:25 50:19 71:6 84:7,20 85:7 86:8,9

**expert** 26:4 40:2 78:18

**expertise** 48:10

**explicitly** 84:3 85:1

**expressly** 84:13 85:14,22 94:23 106:14

**extend** 9:25

**extent** 34:10

**external** 60:13 72:1 73:3 76:20

---

**F**

**FA** 76:2,23 77:3,15, 16 78:5 83:16 87:5

**fact** 39:8 49:10 80:7 83:1 94:11 95:16 103:6

**familiar** 12:12 16:21 18:13 21:12 30:17,19 31:2,10 32:25 33:3 35:23 37:6 42:9 45:1 59:18 60:1,4,10,22

**family** 61:18

**features** 23:20

**Federal** 5:18

**feel** 86:13,14

**felt** 35:18

**field** 23:12 25:3,9 26:4 27:10 30:7

**fifteen** 13:11

**figure** 57:5,22 60:3 71:14,18,22,25 72:4,

15,18,23 73:2,4,11, 13,21 74:1,4 75:8,14, 21 76:10,16,19 77:2, 7,8,11,18,21,24,25 78:12,19,21 79:17,19 81:4,16 82:1,4,20 83:5 87:13,14,17 108:1,7,9 115:19,23 116:4

**file** 19:9 53:13

**filed** 6:2 26:19 38:11

**final** 13:17 14:14

**find** 15:20 122:3

**finish** 9:24

**firm** 6:11

**five-** 65:20 67:24 68:4,16 69:2,15,20

**Flexible** 97:14

**folks** 103:19

**follow** 116:13

**foreign** 24:19 44:12, 14,18 57:12,22 58:13 72:6 73:6,14 74:12 75:22 79:8,9 102:24 103:1 104:2,12,24 105:12,15 106:1,10, 20

**form** 19:11,20 23:13 25:5 29:15 38:5 39:18 40:3 42:7,22 44:2 48:13,22 52:11 53:4,17 54:18 56:13, 22 61:5,16 63:8 64:10 65:7 66:22 67:18 70:18 72:3 75:6 77:13 83:9 85:15 86:5 90:10 93:3 97:8 104:22 108:15 109:22 111:21 114:12 115:25 116:6 117:12 119:2 123:8 125:7

**format** 26:21 66:23 93:5

**formats** 26:22

**formatted** 12:16 17:2 20:10

**formatting** 12:18

**forming** 41:18 42:4

**forms** 7:18

**forwarding** 105:16

**found** 14:7 16:7,9 107:19

**frame** 84:18

**frequencies** 34:23

**frequency** 33:13 34:18

**front** 9:2 10:22 11:6, 13 121:21 122:2

**full** 11:7

**function** 81:1 82:16, 17 103:7 105:16

**Functional** 97:14

**functions** 71:11 84:10 87:2 99:3 100:1 101:13 103:9

---

**G**

**gardening** 103:18

**gateway** 35:25 58:18,24 67:14 79:7, 11,13 80:2,5,14,17 81:14 87:11

**gateways** 33:20 35:25

**gave** 10:9 52:23

**general** 22:3 31:9 39:22 54:3

**generally** 19:24 41:4 51:10,13

**Gibson** 6:12

**gigahertz** 33:14

**give** 9:10 10:19 32:7 60:2 122:4

**good** 5:3 6:24 39:2 46:20 48:15 87:15

**GPRS** 34:7 36:8

**GPS** 91:8,9 109:24 123:17 124:15,22,24

125:1,4,8

**graduate** 21:23 22:1, 16,21 23:3,5

**graduated** 25:16

**granted** 43:24 111:15 112:10 113:10 114:11,13,22

**ground** 9:8

**group** 13:13 18:4 19:15

**groups** 32:4

**GSM** 27:3 29:4 32:16 34:7,16 36:8

**GTE** 22:3,10

**guess** 43:14 92:20

---

**H**

**HA** 76:23 77:3,16 78:5 83:15

**HA/FA** 71:16 72:21 73:17 74:20,25 76:2, 12 77:9,11,25 78:13, 24 79:22 83:12 88:10,18,24

**half** 13:2

**hand** 105:22

**handed** 105:20

**handling** 67:15

**handover** 26:23 30:21 50:20,25 51:10,14,19,23

**handset** 26:12 28:1 30:22,25 34:13,22 43:4,20,24,25 44:8, 15,19,22,25 54:1 63:24 64:3,8,13,15 65:22 66:13,20,25 80:3,11 81:2,11 82:17,19 86:25 105:19,20,25 106:2 124:23

**handsets** 32:23 63:23 84:19 85:8 86:9 87:1

**happening** 84:19 103:19

**Hawkins** 8:25 12:17, 19 13:13 14:17 17:2 18:4 19:15

**Hawkinson** 5:21 6:14,15 19:11,20 23:13 25:5 29:15 38:5 39:18 40:3 42:7, 22 44:2 48:13,22 49:2 52:11 53:4,17 54:11,18 56:13,22 58:3 61:5,16 63:8 64:10 65:7 66:22 67:18 68:7 69:4 70:18 72:3 75:6,16 77:13 78:3 83:9 85:3, 15 86:5 89:2,12 90:10 93:3,18,20 95:13 96:2 97:8 103:17 104:22 108:15 109:22 111:21 114:12 115:25 116:6,16,19 117:12 119:2 123:8 125:7,15,22

**head** 9:11

**heading** 117:7

**hear** 103:20,22

**heard** 50:8,12,14,20, 24 51:9,14,19,23 59:15

**hearing** 121:6

**held** 6:6

**helped** 105:21

**helps** 84:10

**high-level** 33:15

**higher** 23:24

**history** 53:13

**home** 44:17 57:11,22 58:13 60:4 72:6 73:6, 13 74:2,8,11 75:14, 21 76:6 99:10 101:8, 15 102:24 103:1 104:2,11,24 105:11, 14,25 106:9,11,15,20 107:6,10,13,14,19, 22,24 108:6,11,14, 20,22,25 110:1

120:21

**hour** 10:14 46:20 89:8

**hours** 13:3,5 17:5,7 18:17,19

**house** 28:23 43:11

**HTC** 28:6

**Huawei** 27:22

**hundred** 27:1

I

**ID** 42:13 43:1,11,16 63:7,10,14,18,22 64:25 65:24 66:5,11, 24 67:5,7,9,12,16,21 111:1,4,13,14,24 112:16 113:23 114:6 115:7,10 117:2,18,22 118:3,8,12,14,19,25 119:4,9,24 120:9 121:17 123:5,13 125:12

**idea** 18:1 19:9 93:11

**identical** 43:16

**identification** 11:25 16:16 18:10 21:9 37:3 38:15 44:21 47:16 97:20 99:14 100:23 102:11 106:24

**identified** 65:12,15 109:11

**identifier** 65:21

**identifies** 64:24 67:9 111:6

**identify** 65:5,9 67:13, 17,22 69:3,6,7,13

**identifying** 63:14 66:19 68:5

**IDS** 43:5

**IEEE** 46:9

**implement** 78:19 97:10

**implementation** 57:18 73:8,18 77:17

79:20,21 88:21 97:10

**implemented** 46:6

**implementing** 87:17

**implicated** 83:17

**implied** 54:20,22

**implies** 107:13 108:21

**imply** 103:8

**implying** 89:5 95:16

**impressions** 39:16

**inaudible** 94:25

**include** 22:25 24:2 64:23 85:13 86:3 87:6 103:16 109:12

**included** 42:19 65:20 68:11 86:17 106:2

**including** 24:21 25:9 31:3 34:7

**incomplete** 10:10

**incorrect** 10:9

**increase** 23:18 24:3

**increased** 108:6

**increasing** 24:23

**indication** 53:25

**individuals** 29:12 30:11

**indoor** 16:3 49:14 58:18,24 60:12 61:2, 10,25 62:12,14,19,22 70:15 78:7 79:7,11, 13 80:2 81:3,13,16, 22,24 82:23 87:11,24 88:3,14 112:11,23 114:5,10 115:7,10 117:2,15,22 118:3,6, 8,12,14,19,20,25 119:4,5,9,24 120:1,4, 8,9 121:16,18,23 123:4,5,13 125:6

**indoors** 41:8 49:7 117:1,18

**industry** 25:22 26:2, 6 29:14

**information** 15:18 23:15 41:21 42:14 44:16 56:6 58:21 63:19,22,25 64:2 65:25 66:8,11,19 67:1,4,5,8,15 68:2 70:6 90:5,23 91:4,16 92:5,9,14 93:1,9,14, 22 94:22 99:5 101:6 105:17 112:14,15 113:9 114:6 115:7,11 116:24 117:2,3,17, 18,23 118:4,8,13,15, 20,25 119:4,9,19,24, 25 120:9,19 121:11, 17,22,24 122:17,18, 23 123:3,5,14,19 124:13 125:1,13

**infringement** 26:20 27:18 28:13 35:7

**inhibit** 78:21

**input** 20:7 32:8 110:25

**inputs** 105:20

**inserted** 24:13

**inside** 82:24 84:1 91:19

**instance** 86:1,7 94:13 108:18

**instances** 38:3

**interchangeably** 32:24

**interface** 80:20

**interfaced** 29:20,22

**interior** 70:13

**internally** 69:17

**internet** 9:22 44:13 49:4,5,15 58:22 61:3, 10 62:15,25 118:24 121:8 122:1 124:2,17

**interpret** 79:19 83:8, 24

**interpretation** 103:12

**interruption** 53:22 55:11 56:3

**intervals** 43:2

**introduce** 6:9

**introduction** 17:1

**invalidity** 31:17

**invention** 115:24 117:7,11

**inventive** 48:21,25

**inventor** 46:10

**involve** 52:4,6

**involved** 26:11 27:25 29:6 30:20 31:11 35:15 36:3,19 46:15, 16,18 58:15

**involvement** 31:12

**IP** 36:4 42:16 44:10 80:14,17 104:20 105:1,7

**ipads** 34:15

**iphones** 34:15 84:20

**IPR** 31:17

**issue** 31:21 33:9,25 36:20 37:18 39:23

**issued** 13:2 14:7,9 15:15 23:7,11 25:2 31:21,25 41:21

**item** 71:22,23 72:21, 25 73:18 75:24 76:12,17 80:5,16 82:21 83:13

J

**January** 48:6,8

**job** 39:2

**Jobs** 29:19

**Jose** 7:6 21:20

**junction** 28:22

**jury** 9:3

K

**KAIFI** 6:1,15 14:24 18:8 36:18,24 38:2, 11

**KAIFI's**  21:5 38:18

**KAIST**  50:6,13 52:6

**Kelley**  38:10 39:12, 14 40:1

**Kelley's**  38:17,22 39:9,17 40:18 41:11

**key**  25:21,25 26:3,5 27:8 29:12,16 30:2,4

**kind**  11:14 32:7 49:15 65:13 66:11 68:1 69:16 82:1 111:9

**kinds**  60:19

**knew**  51:8 87:24 88:3,7 106:9

**knowledge**  20:13 41:25 42:23,25 62:18 71:7 78:14

**Korean**  50:9

――――――――――

**L**

**labeled**  5:24 82:5,21, 23,24,25 83:6,12

**lag**  9:21

**LAN**  40:13 43:1 44:22 50:21 51:1,11,15,20, 24 82:3,4,12,13,18, 24 88:7,20

**Lanken**  5:4

**late**  32:6 45:23 46:5 48:8 59:3,4 105:19

**latitude**  109:24

**lawsuit**  36:19

**lawsuits**  26:10

**layer**  30:23 98:17,18

**layers**  98:14,17

**laying**  11:16

**layperson**  78:12,17

**learn**  60:24

**leave**  112:12 113:5

**left**  71:19 72:24 113:21

**left-hand**  75:24 76:15 81:5

**legal**  5:5 20:8 85:17

**length**  42:14

**Leslie**  5:12

**letter**  81:5

**license**  66:10

**limit**  71:5 94:12 95:17

**limitation**  55:19

**limited**  80:8

**lines**  87:9 104:10 116:14,15 122:10,14 123:3

**listed**  28:8,16 60:21

**litigation**  37:9

**live**  7:5,6

**LLC**  6:1 18:8 36:24

**local**  41:7 51:4 54:1 60:13,14 61:18,21 63:10 67:11 109:9 111:2,12

**located**  22:4 41:8 63:11 65:18 68:14 69:8,11 71:8 72:10 74:12,18,19,22 80:1, 3 101:14 105:12 106:15 116:23,25 117:1 122:17

**location**  8:11 56:5,6, 10,11,21 57:13 70:25 71:5,7,16 72:1,6,7,9, 12,15,21 73:2,9,17, 19,23 74:17,25 76:2, 12,20 77:4,6,11,16, 20 78:5,13,24 79:9, 22,23 83:12,16,20 84:8,14,22 85:9,22 86:15,17,24,25 87:3, 6,18 88:11,19,24 90:4,5,8,9,14,19,20, 22 91:4,8,12,14,16, 20,21,23,24,25 92:1, 3,5,9,14,15,17 93:1,9 94:5,8,12,15,16,17, 18,21,24 95:3,11,20, 25 96:1,7,15,20,24 97:4 98:2 99:18,22 100:2,4,10,13,16

101:6,11,22,24 102:2,21,25 103:2,9, 14,16 104:12,25 106:1 109:4,7,10,13, 14,17,20,21 110:2, 18,19 116:24 117:2, 16 120:19,25 121:21, 24 122:17,22 123:3

**locational**  116:25 117:16,17,22 118:3, 15 119:14,15 120:14, 16 121:7 122:18,25 123:13,16,24 124:4, 11,15,21 125:5

**locations**  43:13 76:24,25 92:20 93:17 103:10 124:10

**long**  51:5 59:9 98:16 112:13,17

**longer**  113:23 114:17,18,25

**longitude**  109:24

**looked**  14:12 27:1 31:16 33:8,9,11 34:20 35:9,16 36:5 40:5 41:19 78:11

**lot**  13:14 30:8 31:6,23 35:4 42:24 84:20

**lots**  27:25 60:17

**lower**  108:18

**LTE**  31:6 98:9,25

――――――――――

**M**

**Mac**  45:1,2,4,8,9,10, 12,14,16 98:15

**made**  13:13 40:21, 23,24 53:23

**Maeder**  97:15,23 98:1,5,8

**main**  26:6

**mainframe**  97:2

**major**  21:21

**make**  9:10,22,23 34:15 58:19 110:8

**makes**  56:19

**making**  56:25

**Management**  99:9

**manufacturer**  27:23

**manufacturers**  32:22,23 35:8

**Mao**  106:21 107:5,9 108:9

**March**  13:1 17:12 48:4 51:1

**Mark**  5:4

**marked**  11:22,25 16:14,16 18:8,10 21:6,9 37:1,3 38:13, 15 47:13,16 52:19 97:18,20 99:12,14 100:21,23 102:9,11 106:22,24

**Marshal**  6:4

**master's**  22:19,22 40:8

**materials**  20:7 41:12 62:4,8

**Matt**  6:14 8:25 12:17, 19 13:13 14:17 17:2 18:3 19:15 125:21

**matter**  6:1

**maximum**  33:12

**means**  53:18 54:3,8 55:8,25 111:11

**meant**  110:22

**media**  5:24

**Memorandum**  36:23

**mention**  107:21

**mentioned**  23:4 24:11 25:1 30:13 31:10 43:19 45:17 49:17 51:22 58:11 61:22 78:23

**message**  34:18

**messages**  34:19 64:14,23

**messaging**  26:21,22

**met**  39:12

**meters**  28:21,24

**method**  24:23 52:24

**Michael**  102:8

**microwave**  22:8,14

**mid-'70s**  25:16

**mid-january**  48:8 50:15

**migrated**  23:23

**miles**  22:5

**mind**  86:12

**mine**  20:12

**minimum**  118:18

**minute**  98:10

**missed**  14:15 61:6

**Misstates**  93:20

**mistakes**  15:21 16:7

**mm-hmm**  57:4 92:7 113:17 120:24 122:8

**MMES**  31:6 35:24

**MMS**  26:22 34:18

**mobile**  31:5 63:22 96:1,8,16 99:9 104:20 105:7,13 106:20 109:3,19

**mobility**  27:11,19 36:4 44:10 105:1,4

**model**  100:7

**modem**  23:19

**modulation**  24:21 26:23 34:23

**module**  78:7,9 81:4, 12,17,21,23,25 82:23 87:25 88:4,14,15

**morning**  5:3 6:24 7:2

**moves**  53:19

**moving**  49:7

**MSC**  34:22

**multiple**  94:21 107:6,10,19 108:1, 22,25 123:22 124:9

Index: mute..phrase

**mute**  103:21

**mutually**  117:23
123:12

---

**N**

**named**  27:5

**names**  30:10

**necessarily**  81:1
114:10

**needed**  44:20 113:8

**network**  16:3 24:24
28:1 29:25 31:8
34:16 35:21 36:1,8
41:7 42:16,17,18
43:20 44:1,7,12,13,
14,17,18,19 49:4,14,
15 50:21,22,25 51:1,
4,5,11,14,15,20,24,
25 54:6,10 55:9 56:1
57:9 60:12,13,16
61:2,10,18,22,25
62:12,19 63:10,18
64:4,24 65:5,9 67:10,
11,17,22 68:9,20
69:21 70:1,2,8,9,12,
15 71:10 73:12,22
74:13,14 75:10 80:9,
21,25 81:24 84:11
88:15 90:25 91:3
92:22 94:16 95:22
96:14,17,20 97:1
101:9,18 106:6,10
109:10,11 111:2,12,
19,20,25 112:5,11,24
113:3,16,19,25
114:1,2,4,5,10,17,18
115:1,4,12,15,16
117:15 118:7,20,24
119:5,8 120:4,8,13,
18 121:8,11,16,18,23
122:1,24 123:5
124:2,17 125:6

**networking**  109:4,6,
17,19,20

**networks**  31:3 34:7,
17 41:25 43:8,10,12
52:10 53:1,7,20
60:14 62:14,15,16,
22,25 63:1,3 97:15
102:1,8 105:17,23

**NOBS**  31:5 35:24
49:12

**nodding**  9:11

**node**  109:13,14

**nodes**  108:20,22

**noise**  103:22 119:20
120:3

**Nokia**  27:15,21

**nonproprietary**
29:24

**notes**  11:10,12 47:9
89:25

**number**  5:25 26:9
66:10 69:16 71:16
73:18,25 75:10,23,
24,25 76:12 77:4,15
78:25 79:2,8,12 80:5,
14,23 81:15 82:21
83:2,18 93:8 110:7
111:4

**numbers**  65:16

---

**O**

**oath**  9:2

**object**  54:11 103:21

**objection**  19:11,20
23:13 25:5 29:15
38:5 39:18 40:3 42:7,
22 44:2 48:13,22
49:2 52:11 53:4,17
54:18 56:13,22 58:3
61:5,16 63:8 64:10
65:7 66:22 67:18
68:7 69:4 70:18 72:3
75:6,16 77:13 78:3
83:9 85:3,15 86:5
89:2 90:10 93:3,18
95:13 96:2 97:8
104:22 108:15
109:22 111:21
114:12 115:25 116:6
117:12 119:2 123:8
125:7

**observation**  59:1

**offered**  22:20,21

**offhand**  25:6 40:20

**offsite**  22:7

**one-time**  112:8

**open**  7:19 12:5,6
16:19

**opening**  18:7 21:5

**operate**  26:12 29:2
32:23 33:21

**opine**  20:17

**opinion**  14:11 30:1
36:23 40:5 52:8,23
54:8 57:25 58:7
62:17 63:17,20 69:20
80:16 83:15 84:2,24
85:12,20 86:2 92:8,
18 93:15,25 94:3
95:10 96:6,15 98:24
100:3 109:3 111:16
112:19,24 116:9
118:2

**opinions**  12:20
16:25 17:3,4 19:23
20:5,11,14,22 31:22
39:6,8,17 41:18,24
42:4 48:17 53:16

**opportunity**  22:12

**Optical**  102:8

**option**  119:22

**order**  36:23 37:9,13,
22 41:11 118:11
120:8,12 124:1

**OSI**  98:15,16 100:7

**outdoor**  49:14 60:12
62:15,25 74:13
117:15 118:24 119:8,
11 120:6,13,17
121:8,25 122:24
124:2,16

**outdoors**  41:8 49:8
116:23 117:1,16
122:17

---

**P**

**P.R.**  11:20 16:11

**Packet-routed**
102:7

**packets**  80:13,22
124:1,7

**papers**  11:5,7

**paragraph**  16:5
24:18 25:1 52:21
110:7,14,15 117:4,6,
9 122:9,13

**paragraphs**  14:16
15:23,25 16:6 110:23

**part**  32:8 43:22 48:4
54:12,13 55:17 61:7,
17 64:4 71:7 73:22
74:2,21 76:3 77:1,17,
19 78:20 79:2,12,16
80:6,8 86:16 87:22
103:3 105:1 107:17,
19 109:8 112:1

**participate**  32:3

**participating**  7:7

**parties**  5:15

**parts**  47:24 73:10
74:18 78:8 79:25
80:1,2,11 83:16 84:8,
22 85:9 86:14 87:10
96:10,12,24 101:14,
18 105:25 106:10

**passing**  105:16

**password**  113:4

**past**  15:1,4,9,10 27:7
29:25

**paste**  13:14 14:12,
20,21 15:5,12,17

**pasted**  15:4,18

**pasting**  12:18 15:6,9

**patent**  8:6,19 11:2,4,
9 23:12,17,18 24:11,
22,25 25:4 26:10,14,
19 27:14,18 31:19,
20,21,22 36:20 46:10
47:13,19,22 48:2,12,
15,18,20 49:1 50:4,7,
23 52:8,24 53:6 55:9,
15 56:10 57:6 59:14,
15 60:25 61:13,20
62:18,21,24 70:22,24
71:13,14,18,25
72:19,23 75:12 76:5,
16 83:20 84:2,4,25

85:2,21 86:13,22
90:4 94:4,7,23 95:2,
11 98:23 99:4 104:4
106:8 111:10 115:19,
24 117:21 119:25

**patentholder**  26:19

**patents**  23:8,11,14,
21 24:2,19 25:2
27:12,16,17 31:14,
15,25 32:1 35:22
36:6 50:9

**path**  55:9 56:1 57:10
58:24

**pause**  9:23

**PCM**  91:10

**PCMD**  91:10

**PDAS**  60:13,18

**pending**  5:20 10:16

**people**  29:21 30:2,4,
9 33:18

**percent**  40:24

**perform**  105:15

**Performance**  99:9

**performed**  87:2

**performing**  71:10

**performs**  57:9 58:12
84:9

**period**  95:7

**permitted**  111:19
112:5,7

**person**  9:14 43:15
59:23 61:20 68:12
70:4 76:8 87:17 95:5

**personally**  62:7

**peruses**  24:12 98:11
101:7 107:25

**Ph.d.**  38:10

**phone**  7:20 27:23
68:22 70:6,8 71:1
106:16 112:20 114:5
115:8,11 121:1

**phones**  29:4,18 66:9

**phrase**  55:25

Index: phrases..requesting

**phrases** 123:10

**physical** 30:23 73:7 88:15,21 92:20 98:17

**physically** 72:10,17

**pick** 66:6

**pile** 11:16

**pipe** 22:9

**place** 72:10 95:18

**places** 77:7 93:23 94:1,21 101:19 103:7

**plain** 46:3

**plate** 66:10

**players** 25:21,25 26:3,5 27:9 29:17

**plugs** 82:8

**point** 10:8 24:1,10 74:6 90:20 107:17, 18,23 115:3,6

**pointed** 84:12

**portability** 101:9

**portfolio** 27:14

**portfolios** 27:14

**portion** 96:19

**portions** 101:4

**position** 99:18 101:5

**possession** 48:7

**possibilities** 77:10, 24

**possibility** 95:8 96:18

**possibly** 74:14 84:1 94:22 124:18

**Potential** 11:21 16:12

**power** 33:13

**practice** 5:8

**pre-** 20:5

**pre-issued** 32:7

**preamble** 55:18

**precludes** 84:21

**preparation** 8:20 13:22 14:1 17:16,20 19:2,6 33:6 105:8

**prepare** 8:12,23 18:1 21:16

**prepared** 8:15 20:2

**preparing** 37:13 38:19

**present** 8:11

**pretty** 14:13 23:2 38:24 39:2,19 40:14 83:6

**prevent** 85:9 94:20

**prevents** 87:22

**previous** 13:15

**printed** 10:24 11:2,8

**prior** 10:9 31:18 37:9 45:25 48:6 52:16

**privy** 67:23

**problem** 120:4

**procedures** 5:19 30:21

**producing** 35:11

**Professor** 46:11 50:3,17 52:4 86:21 87:4

**proper** 34:24

**proposed** 121:20

**proposing** 38:2

**proprietary** 68:2

**protocol** 105:1,2,4,7

**protocols** 26:22 34:19 36:4

**provide** 58:1,6

**provided** 35:10 55:7, 23 111:18

**providing** 49:5 82:16

**proximity** 108:12

**PSTN** 60:16

**public** 41:22 60:16 80:20

**publication** 45:19, 21

**publications** 50:17

**publish** 46:11

**published** 98:5,25

**publishes** 46:7

**pull** 122:12

**push** 54:4

**put** 11:16 13:1 17:2 20:8,9,10 73:23 77:19 78:19 113:3

**putting** 101:18

**PWGS** 31:6

**Q**

**qualified** 40:2,14

**question** 9:24,25 10:4,5,11,17 55:14 61:7,9 74:23 75:3 79:15 88:24 109:15 112:2 122:6

**questions** 70:22 125:14,16,21

**quick** 71:13

**quote** 52:9

**R**

**radio** 66:4

**range** 33:12 70:16 113:22 114:3,17,25

**rates** 23:24

**ratio** 119:21 120:3

**reach** 124:8

**reaction** 48:11

**read** 17:17,19 33:3 37:21 38:22,24 47:19,21 50:16,17,23 59:5,10,14 62:10 116:21 117:10

**reading** 31:7 48:11 52:14 55:12,13 81:10 107:18

**ready** 125:17

**real** 71:13

**realize** 10:9

**reason** 10:15,19 12:8 102:22 108:5

**rebuttal** 14:8,18 15:20 16:12 17:6,9, 14,17,20,24 18:1 20:20

**recall** 15:25 17:23 36:10 45:21 50:10 59:9 94:10

**receive** 23:4 43:4 113:23 119:14

**received** 12:2 40:7 70:13 111:14 118:9, 10,13 121:23,25 122:24 123:4

**receives** 70:6

**receiving** 119:18,23

**Recess** 46:24 89:15

**recite** 54:15

**recognized** 95:8

**record** 5:10 6:25 7:25 9:12 10:6 46:23, 25 69:25 70:4 89:14, 16 125:18

**recorded** 5:25 8:17 68:21,22

**recording** 5:16

**records** 65:15 68:11, 13,23 69:23 104:12, 24

**reference** 24:5 101:1

**references** 59:2,8,10 99:3

**referring** 110:23

**reflected** 9:12

**register** 56:6,12 70:25 71:5,7,16 72:1, 6,7,9,12,16,21 73:2, 9,18,19,23 74:17,25 76:2,12,20,23 77:4,6, 11,16,20 78:5,9,13, 24 79:10,23 83:13,

16,20 84:8,14,22,23 85:9,22 86:15,17 87:6,18 88:11,19,25 90:4,9,19,22 91:19, 21,24 92:2,6,15,17 94:8,15,16,18,19,21, 24 95:3,12,20,25 96:1,7,16,20,24 97:4 98:2 99:18 100:2,5, 11,13,17 101:12,22, 24 102:2 103:3,9 106:1 110:18 111:1 112:6,15 113:5

**registered** 111:8,9, 11,13,17,23,25 112:8,12,18,20,25 113:2,9 114:9 115:12,15 118:9

**registers** 86:24 94:5 98:22 99:22 102:21, 25 103:14,16

**registration** 110:17, 21,24 111:18 113:7, 13

**relate** 23:15 25:3

**related** 14:19 24:20 34:20 72:8,13 78:6

**relevant** 99:6

**rely** 61:13 124:24,25

**remain** 50:1 112:8

**remember** 32:8,9,13 40:25 41:4 50:12 51:9,13,18

**remote** 5:16

**remotely** 5:11,14 6:6 9:7

**render** 41:23

**repeat** 95:1

**reporter** 5:12 6:18 9:15,18

**Reporting** 5:6

**reports** 31:21

**represent** 6:12

**request** 64:17,18 67:3

**requesting** 66:25

Index: require..stipulate

**require** 87:2 92:9

**required** 78:4 87:16 105:23 113:13

**requirement** 43:23

**requirements** 124:20

**requires** 93:16

**reregister** 112:9

**research** 42:24

**residence** 7:8,13

**retained** 48:5

**retaining** 48:6

**review** 13:6,23,25 17:13 18:24 19:3,5 32:6 33:5 34:1 38:17 39:3,5,7 41:12,17 42:3 47:9 50:9 62:7 89:25 105:7

**reviewed** 8:14,15,18 13:10,16,17 14:14 27:1 37:12 38:25 39:6 45:18 47:23,24 62:10

**reviewing** 39:2

**revisit** 10:10

**RFC** 104:20 105:5 106:14

**right-hand** 71:15 75:23 76:13

**RIM** 28:6

**roam** 49:22,23

**roaming** 44:12 49:5, 9,11,13,18,19 53:19 55:7,23 59:20 71:11 79:6

**Robust** 106:20

**room** 5:9,13 7:10

**route** 44:7,19 80:15 108:10 120:21 124:1, 6

**routed** 44:16,17 58:20

**router** 35:11 55:8,20 56:9,19,24 57:15,23

58:7,12,19,20,23 67:14 72:8,11 74:20, 21 76:2,3,23 77:5 78:6,16,24 79:2,5,6, 11,12,16,24 80:1,2,8, 12 87:10 90:7,13,22, 25 91:1,5 92:3,21 96:23 102:7 103:2,3, 4,5,7 109:6,8,10,16

**router's** 109:20

**routers** 33:19 35:2,6, 9 57:9,19,20,21,25 58:5 76:9 96:14,22 102:18,23 103:15 105:15

**routing** 56:20 80:11 108:2,7

**Rule** 5:18

**rules** 5:19 9:8

**run** 9:7

**Rysavy's** 17:10

────────

**S**

**San** 7:6 21:20

**saved** 70:1 113:4

**scenario** 114:25

**school** 40:10

**scope** 52:12 85:2,13 86:3

**seamless** 52:9,25 53:6,9,12,15 54:8,15 55:3 57:3 59:3,8

**section** 24:18

**sections** 39:1

**sector** 49:21,22 123:18

**security** 42:18

**select** 54:5

**selecting** 55:1

**send** 80:12 81:12 124:9,12

**sends** 67:1

**sense** 58:20 63:10

**separate** 73:5

**served** 11:22 16:13

**server** 80:7

**servers** 35:2,6 36:1

**service** 42:13 49:6 66:25

**serving** 35:25 42:15 67:13

**sessions** 108:19

**set** 42:13 43:3,15 67:13

**settled** 28:11

**setup** 42:18

**severity** 5:7

**shaking** 9:11

**shared** 63:15

**shorter** 70:16

**shortly** 14:9

**show** 72:15,17 74:2,4 75:1,4,5 77:8,11,25

**showing** 57:19 72:5 75:7,10 81:14,20 108:8,10

**shown** 73:20,24,25 77:2,3 79:12,21 81:17 82:4

**shows** 73:5 74:24 77:15 78:4,15 83:20 87:15 101:17 108:1 115:23 116:1

**side** 15:7 71:15 75:23,24 76:13,15 81:5

**signal** 70:12 113:22 119:20 120:3

**signals** 30:24 55:7, 23 81:13 88:16 123:21

**SIM** 64:1

**Similarly** 72:20

**simple** 79:15 88:24

**simply** 103:13

**single** 28:9 39:4 66:3

**sitting** 75:20

**situation** 114:16

**six-digit** 65:21 67:24 68:4,16 69:2,16,21

**skill** 76:8 95:5 101:25

**skilled** 59:24 61:21

**slowly** 9:19

**smaller** 82:22

**smart** 28:21,24

**SMS** 26:21 34:18

**SMSC** 34:21

**social** 5:8

**software** 74:22 76:3, 4

**someone's** 44:7

**sort** 11:12 122:10

**sounds** 52:15

**spans** 25:13

**speak** 8:20,23 9:14, 19

**speaking** 61:23,24

**specific** 36:8 69:3,6 101:21

**specifically** 16:4 26:11 41:23 48:19 67:11 83:22 100:2,16 101:11,24

**specification** 53:10 74:7,16,24 75:4 84:6, 13,25 85:14,21 86:4 94:8

**specifications** 27:2 35:12

**speculate** 79:15 88:23

**speed** 23:18,24 24:3, 7,24

**spend** 17:5 18:17

**spent** 13:4

**Split** 97:14

**spoken** 39:14

**spread** 11:14

**SSID** 42:9,11,20,21 43:2,9,13,19,22,25 44:4,8,14,21 45:4,7 109:11,12 112:20,21

**stand** 28:17 30:11

**standard** 32:1 101:4 104:20 105:5,8

**standards** 20:8 30:15,18,19,20,21,22 31:8,11,13,16,19,24 32:7,9,10,13,16,17, 18,20 33:1,4,5,16,20 34:1,2,4,20 41:17,20 42:3,4 45:18,25 46:8, 11,15,17 61:14,15 62:2,3

**stands** 67:25

**Stanford** 22:5,6,9, 20,22,24

**Starbucks** 113:3,7,9 114:21

**start** 5:24 10:17 12:21 38:25 66:16 116:9

**started** 12:25 46:3

**state** 6:24 21:20 95:11 99:1 110:6,17

**State's** 5:19

**stated** 39:21 40:16

**states** 6:3 95:16 101:21 106:14

**station** 26:24 31:4 49:24 63:6,21,23 64:3,9,16 65:6,9,15, 18,21,24,25 66:14, 18,20 67:1,16,21,25 68:6,10,13,17,20,25 69:3,6,12,18,22 70:7 120:23 124:7

**stations** 63:4 65:12 69:8

**Steve** 29:19

**stick** 83:15

**stipulate** 5:15

**storage** 99:2,23

**store** 57:13 86:25 91:15 92:25 93:9,14, 15 114:5,7

**stored** 44:25 56:11 90:9,15,18 91:17,18, 25 92:1,5,14 93:6,22 94:14,15,16,18 112:20 115:7,11 117:25 118:4 119:15 123:14

**stores** 56:6 90:5 91:23

**storing** 91:20 92:8 93:13 94:22

**strike** 48:20

**structure** 70:13

**structures** 92:10,12, 18,21,23

**students** 22:21

**stuff** 33:15 113:4

**submitted** 13:7,10, 18 17:14 18:25 19:19 38:18 97:16 99:11

**subscriber** 64:5 104:13

**substantively** 42:3

**suggest** 123:11

**summary** 117:7,10

**supply** 124:22

**support** 18:7 38:18 98:2 99:17 101:5

**swear** 5:13 6:18

**swearing** 5:16

**switch** 50:1 51:3 54:5,10 55:4 58:23 60:16 65:19 80:20 105:22 106:5

**switched** 55:2

**switches** 35:2

**switching** 31:5 52:10,25 53:3,6 54:16 55:9 56:1 57:3, 9 58:1,12,16 59:3,8,

20 71:10

**sworn** 6:20

**system** 23:16 31:5 35:2 42:15 43:1,5,6, 15,24 44:24 49:5,13 55:1,2 63:7,9,18,22, 25 64:7,12,14,19,25 66:5,11,24 67:5,7,9, 10,12,17,22 77:19 79:7 105:21 111:3,6, 14,15,23 113:23 114:6 115:7,10 117:2,18,22 118:3,8, 12,14,19,25 119:4,9, 12,16,20,21,24 120:1,4,6,9 121:17 123:5,13 124:5 125:12

**systems** 23:22 26:13,23 27:4 40:13 42:1 49:10 69:10,11, 14

---

**T**

**T-MOBILE** 6:2 27:19,20 39:23 64:1, 5 65:3 70:8

**takes** 56:24

**taking** 116:10

**talk** 9:23 99:21 101:11,12 104:1 108:5,13,24

**talking** 81:24 92:24 93:12 94:14 98:20 109:23,25 110:11 117:14

**talks** 49:4 60:18 98:14 99:23,25 100:6,17 101:7 103:4 107:12,22,23 108:17, 19

**teaching** 40:10,12

**team** 17:3

**tech** 24:20

**techniques** 23:16 24:3,21 26:24

**technologies** 22:13

24:21 25:10,22 26:1 27:13 29:13 59:15,18 60:1 61:14

**technology** 26:7 27:22 45:8 60:24 86:23 95:6 100:3

**telecommunication s** 23:1 25:10,22 26:1,8 29:14

**telephone** 22:4 60:16 80:21,25

**tells** 72:9

**ten** 13:11 51:16,22

**ten-minute** 89:9

**term** 14:24,25 16:3 53:18 55:6,14 59:5,6, 8

**terminal** 33:22 43:4 44:23 53:19,21 56:7, 11,21 57:14 59:22 71:9,19,20 72:2,16, 24 73:3,11,14,23,24 74:3,9,18,19,22,25 75:15,23 76:4,17,21, 25 77:1,9,12,20 78:1, 10,20 79:3,17 80:6, 18 81:8,18,21 82:6,9, 21 83:3,4,7,13,17,21, 24 84:9,15,23 85:10, 23 86:11,16,18 87:6, 23,25 88:4,8,11,25 90:9,15,16,21 91:7, 12,19,23 92:1,4,21 93:2,10 94:17 95:22 97:6 104:25 106:12 109:1 111:1,15,17 112:4,14 113:23 116:23 118:13 121:12,22,25 122:16, 23 123:4 124:3,8

**terminology** 71:4

**terms** 15:14 37:18 41:2 59:16 104:19 111:10

**testified** 6:21

**testifying** 9:2

**testimony** 9:16 10:20 11:21 12:16 16:12 93:20

**Texas** 6:4

**thing** 33:8 56:24 58:8 86:14 90:24 96:9

**things** 20:8 39:20 40:17 60:17 99:25 116:10 119:20 125:20

**Thomas** 6:1,19 7:1 11:21 16:12 18:6 21:3

**thought** 32:11 48:14

**throw** 11:15

**Thursday** 6:7

**time** 9:14 10:14 22:8 46:20,23 47:1 48:1 50:20,24 51:5,23 53:5 61:21 66:1 68:24 82:14 84:18 89:14,17 94:3 95:6 98:16,23 99:4 106:7, 8 115:3,6 123:21

**times** 8:5,7 13:9,25 17:13,15,19,22 18:24 19:1,5,8 47:21,24,25

**title** 107:11

**titled** 11:20 16:11 18:6 36:23 38:10 97:14 99:8 102:6 106:19

**today** 8:13,21,22 9:2 10:20,23 11:13 13:23 14:2 17:17,21 19:3,7 28:16 30:14 33:7 75:20 105:9

**Todd** 5:12

**totally** 39:3,4 88:19

**tower** 49:21,23,24 65:15 68:25 119:17 120:22 123:21 124:12

**towers** 50:2 123:23 124:9

**transceiver** 26:24 30:25 31:4

**transcribe** 9:15

**transfer** 23:15,19

**transmission** 30:23

**transmit** 28:24 29:5 33:12,13

**transmits** 88:16

**transmitted** 90:21

**traveling** 80:22

**trial** 28:13

**triangulation** 91:9 123:22 124:25

**true** 91:10 118:7 121:14

**Truecall** 91:10

**truthful** 10:20

**TS** 100:20

**TSG** 5:6

**tunneling** 36:5

**tunnelled** 44:17

**turn** 52:18 57:5 71:13 104:4 110:4,6

**turned** 14:16 121:1

**type** 27:4 67:3 125:1

**types** 23:19

---

**U**

**U.S.** 6:2 24:19,22 47:12

**UMPS** 27:4

**UMT** 34:17

**UMTS** 29:4 34:7 36:9

**understand** 9:1 10:5 37:17

**understanding** 95:6 102:1

**understands** 86:23

**understood** 31:8

**uninterrupted** 54:23,24

**unique** 49:15

**United** 6:2

**University** 21:20 22:5,6

**update** 25:18

**upload** 11:19 18:5 122:5

**uploading** 16:10 21:2 36:22 38:9 47:12 97:12 99:7 100:19 102:5 106:18

**upwards** 27:1

**user** 49:7 53:21 54:4, 9,25 55:8,24 66:3 68:10,17,20 69:1,18, 22 110:25 112:14 113:10,23

**user's** 110:19

---

**V**

**valid** 31:22,23

**validity** 5:15 28:14

**variable** 43:2

**variables** 42:17

**variety** 26:25

**verify** 34:23 48:10

**Verizon** 26:16 27:6

**Version** 100:20

**versus** 6:1 27:19 36:24 38:11

**viable** 27:17

**video** 5:16,25

**virtual** 73:8 74:20,21 76:3,6,9 79:5 80:3 88:14,19 96:22 99:10 101:8 106:10

**virtually** 88:17

**vitae** 21:15

**voice** 7:20,22 55:7, 10,23 56:1 80:12,14, 17,21,22

**Voip** 80:4,7

**Von** 5:4

---

**W**

**walk** 71:12 114:21

**wanted** 22:15 29:2

**week** 12:25 13:2

**wholly** 96:1 97:5

**wife** 7:17

**Wifi** 51:6 54:2 113:3

**window** 12:2

**wire** 61:3,11

**wireless** 25:10,21 26:1,7 29:13 30:24 40:13 41:7 43:1 44:13,22 49:14 50:21,25 51:4,10,11, 15,20,24 60:14 61:18,21,25 62:15,25 63:10 67:11 71:19 78:7 81:3,13,16,22 82:3,4,10,12,13,16, 17,23,24 87:25 88:4, 7,14,16,20 109:9 111:2,12 118:12,24 119:8 120:13,18 121:8,25 122:24 124:2,16

**word** 39:4,5 53:9,12, 15 54:20 94:10 108:23

**wording** 38:7

**words** 44:6 54:23 123:12

**work** 10:2 13:19 21:24 22:1 29:19 31:7 45:2,7 79:21 119:1

**worked** 25:20,23 26:7,9,14 27:6,9,11, 21,23,24 28:4,9,18 29:12,17,20 30:5,6,8 49:10,17 84:21

**working** 12:21,25 13:4 14:18 17:8 18:20 22:3 26:18 28:12 32:4 34:13,15

**works** 27:12,19 31:9

---

**write** 12:14 16:23 18:15

**writing** 18:18

**written** 11:10 12:16 71:4 98:8

**wrong** 15:18

**wrote** 12:15 16:25 86:13,22

---

**Y**

**Yang** 5:22 6:11,15,23 11:19 12:1 16:10,17 18:5,12 19:12 20:1 21:2,11 23:25 25:7 30:3 36:22 37:5 38:9, 16 39:25 40:15 42:8 43:7 44:5 46:19 47:2, 12,18 48:16,24 49:16 52:17 53:8 54:7,14, 21 55:5 56:18 57:1 58:9 61:8 62:1 63:16 64:22 65:10,23 67:6, 20 68:15 69:19 70:20 72:14 75:13,19 77:22 78:22 83:11 85:11,19 86:19 89:7,11,18 90:12 93:7,24 95:19 96:5 97:12,22 99:7, 16 100:19,25 102:5, 13 103:25 105:3 106:18 107:1 109:2 110:3 112:3 114:15 116:3,12,18,20 117:20 119:6 123:9 125:10,14,19

**year** 8:9 46:1

**years** 25:8,17,19 29:11 30:1 50:19 51:8,16,22 86:8

**Yun** 106:21

---

**Z**

**Zoom** 8:9 103:20