# EXHIBIT 7

**to T-Mobile's Responsive Claim Construction Brief**

# Dictionary of Computer and Internet Terms

## JOHN C. RIGDON



# Dictionary of Computer and Internet Terms (Vol. 1)

John C. Rigdon,

Editor

KAIFI_0011962

single cache host. Cache Regions enable the ability to search all cached objects in the region by using descriptive strings, called tags.

**region** (n)~ An area within a geo Azure region taxonomy. Does not imply any hierarchy or nesting within a geo. Regions can be assigned to other geos in the future if needed.

**region selection** (n)~ A selection technique that involves dragging out a bounding outline (also referred to as a marquee) to define the selected objects.

**regional format** (n)~ The options for setting the phone's default language and the specific country or region where it is spoken.

**register** (v)~ To provide your name and contact information to an organization so that you can receive product information, updates, and special offers.

**register** (v)~ To automatically update the progression or output of work done outside of the application.

**register** (n)~ A record that is used to record the operational, legal, and financial consequences of resource flow events in an accounting system.

**registered domain** (n)~ The domain that an administrator has registered with a domain registrar.

**registered file type** (n)~ File types that are tracked by the system registry and are recognized by the programs you have installed on your computer.

**Registered Jack-45 connector** (n)~ An eight-wire connector used to attach devices to cables. The eight wires are encased in a plastic sheath and color-coded to match corresponding slots in jacks and are used to connect computers to LANs (local area networks) and to link ISDN (Integrated Services Digital Network) devices to NT-1 (Network Terminator 1) devices.

**registered parameter number** (n)~ An identification number for a registered parameter that has been assigned a function by the MIDI Manufacturers Association and can be accessed through controllers.

**REGISTERED SIGN** (n)~ The symbol or character used to indicate that a word, phrase, symbol, or design is a registered trademark.

**registered trademark symbol** (n)~ The symbol or character used to indicate that a word, phrase, symbol, or design is a registered trademark.

**registered user** (n)~ Someone who visits a Web site and purposefully supplies personal information, such as name, address, and phone number.

**registrant** (n)~ A person who signs up for an event or a meeting within an event, but has not yet been approved as an attendee.

**Registrar** (n)~ A service that provides authentication, registration, and routing services.

**Registrar** ~ An organisation which retains a register of internet- domainnames, who owns them, and where they can be found. Domains under the most popular- TLDs such as .com, .net and .org can be registered with a number of different competing registrars, but you only need to register with one of them. National domains such as .uk usually have only one registrar.

**registration** (n)~ The process in which a consumer enters information, such as an e-mail address, to acquire a license.

**registration** (n)~ A procedure to configure self-service password reset for a user.

**registration authority** (n)~ An entity that identifies and authenticates certificate subjects