# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF TEXAS

 3                      MARSHALL DIVISION

 4

 5   KAIFI LLC,                      ) No. 2:20-CV-281-JRG

 6              Plaintiff,     )

 7       v.                          )

 8   T-MOBILE US, INC. and      )

 9   T-MOBILE USA, INC.,             )

10              Defendants.    )

11

12              DEPOSITION OF PETER RYSAVY

13                   March 31, 2021

14                      Wednesday

15                      8:30 A.M.

16

17         THE VIDEOTAPED DEPOSITION OF PETER RYSAVY

18   was taken by remote videoconferencing set up by

19   Schmitt Reporting - Veritext Portland, 400 NW

20   Columbia Street, Suite 140, Vancouver, Washington,

21   before Sara Fahey Wilson, CSR, Certified Shorthand

22   Reporter in and for the State of Oregon.

23

24

25

                                          Page  1
```

| | |
|---|---|
| 1        APPEARANCES | 1        THE VIDEOGRAPHER:  Good morning.   08:27 |
| 2  (All counsel appearing by remote videoconference) | 2  We're now on the record.  Today's date is March   08:27 |
| 3 | 3  31st, 2021, and the time is 8:29 a.m.        08:27 |
| 4  For the Plaintiff: | 4        This is the unit -- media unit one of   08:27 |
| 5    IRELL & MANELLA | 5  the video recorded deposition of Peter Rysavy being   08:27 |
| 6    1800 Avenue of the Stars, Suite 900 | 6  taken in the matter of Kaifi LLC versus T-Mobile   08:27 |
| 7    Los Angeles, California 90067-4276 | 7  U.S., Inc.              08:27 |
| 8    310-277-1010 | 8        The court reporter is Sara Wilson, who   08:27 |
| 9    BY:  MR. JASON G. SHEASBY | 9  will now swear or affirm the witness.        08:28 |
| 10    jsheasby@irell.com | 10                08:28 |
| 11 | 11        PETER RYSAVY,        08:26 |
| 12  For the Defendants: | 12  having been first duly sworn to testify the truth,   08:25 |
| 13    GIBSON DUNN | 13  the whole truth, and nothing but the truth, was   08:23 |
| 14    2001 Ross Avenue, Suite 2100 | 14        examined and testified as follows:   08:22 |
| 15    Dallas, Texas 75201 | 15                08:20 |
| 16    214-698-3423 | 16        EXAMINATION        08:18 |
| 17    BY:  MR. NATHAN R. CURTIS | 17  BY MR. SHEASBY:        08:28 |
| 18    ncurtis@gibsondunn.com | 18    Q.   Good morning, sir.  Can you state your   08:28 |
| 19 | 19  name for the record.        08:28 |
| 20  Videographed By: | 20    A.   Peter Rysavy.        08:28 |
| 21    MR. TIM GARRETT | 21    Q.   You've been retained as an expert by   08:28 |
| 22 | 22  T-Mobile.  Is that correct?        08:28 |
| 23  Zoom Monitor: | 23    A.   That's correct.        08:28 |
| 24    MR. RICARDO YI - VERITEXT | 24    Q.   You submitted an expert declaration in   08:28 |
| 25 | 25  this case.  Is that correct?        08:28 |
| Page 2 | Page 4 |

| | |
|---|---|
| 1        INDEX | 1    A.   Yes, I did.        08:28 |
| 2 | 2    Q.   Did you write the expert declaration   08:28 |
| 3  WITNESS.......................................PAGE | 3  yourself?              08:28 |
| 4  PETER RYSAVY | 4    A.   I wrote it in conjunction with the   08:28 |
| 5    BY MR. SHEASBY                4 | 5  attorney I worked with at Gibson Dunn.        08:28 |
| 6 | 6    Q.   You collaborated with the attorney at   08:28 |
| 7  EXHIBITS....................................PAGE | 7  Gibson Dunn?              08:28 |
| 8  Exhibit 1      Exhibit 1 to the Declaration    12 | 8    A.   Yes.              08:28 |
| 9              of Peter Rysavy - 728 Patent | 9    Q.   Did you have an opportunity to read the   08:28 |
| 10  Exhibit 2      Distributed Router        22 | 10  declaration of Mr. Blackburn?        08:28 |
| 11              Architecture for | 11    A.   Yes, I did read Mr. Blackburn's        08:29 |
| 12              Packet-Routed Optical | 12  declaration.              08:29 |
| 13              Networks | 13    Q.   Are you prepared to talk about it and   08:29 |
| 14  Exhibit 3      Different Types of Wired     30 | 14  discuss with what you agree and disagree with in   08:29 |
| 15              Internet Connections | 15  Mr. Blackburn's declaration today?        08:29 |
| 16  Exhibit 5      Router Definition        32 | 16    A.   I can comment on some items with respect   08:29 |
| 17  Exhibit 6      P.R. 4-3(B) Disclosure of    57 | 17  to his declaration.        08:29 |
| 18              Potential Testimony From | 18    Q.   Okay.              08:29 |
| 19              Thomas L. Blackburn | 19        Do you know what a femtocell and a   08:29 |
| 20  Exhibit 8      RFC 2002        46 | 20  nanocell are?        08:29 |
| 21 | 21    A.   I have heard the terms before, but it   08:29 |
| 22  MARKED TEXT.............................PAGE/LINE | 22  depends on the context.        08:29 |
| 23  None. | 23    Q.   In the context of cellular networks, have   08:29 |
| 24 | 24  you heard of femtocells?        08:29 |
| 25 | 25    A.   In the context of cellular networks, I   08:29 |
| Page 3 | Page 5 |

Veritext Legal Solutions
866 299-5127

Page 14

```
 1  network to be connected to the internet.      08:43
 2  Q.   802.11 networks are connected to the     08:43
 3  internet.  Correct?                           08:43
 4  A.   No.  That is just one implementation of an  08:43
 5  802.11 network.  An 802.11 network can be connected  08:43
 6  to the internet, but an 802.11 network can also  08:43
 7  operate in isolation.                         08:43
 8  Q.   When a cellular network is in operation,  08:43
 9  there are going to be instances in which individual  08:44
10  packets are dropped.  Correct?                08:44
11  A.   When -- okay, let me understand the      08:44
12  question.                                     08:44
13       You said that when a cellular network is  08:44
14  connected to the internet that packets can be  08:44
15  dropped?                                      08:44
16  Q.   Yes.                                     08:44
17  A.   There's nothing inherent about connecting  08:44
18  to the internet that results in packets being  08:44
19  dropped.  Packets being dropped is just a by-product  08:44
20  of any communication system that occasionally,  08:44
21  depending on the technology and the environment, can  08:44
22  have errors that can ultimately result in packets  08:44
23  being dropped.                                08:45
24  Q.   Let me ask it this way:  When packets are  08:45
25  dropped, the user will always perceive an     08:45
```

Page 15

```
 1  interruption in the communication whether it's data  08:45
 2  or voice.  Correct?                           08:45
 3  A.   I disagree.                              08:45
 4  Q.   Sir, in order to have seamless and       08:45
 5  without-interruption communication, you must ensure  08:45
 6  that all packets are delivered.  No packets can be  08:45
 7  dropped.  Correct?                            08:45
 8  A.   That's not really the case because       08:45
 9  communication systems have various forms of error  08:45
10  control and redundancy built into them, as well as  08:45
11  techniques such as buffering.  So if packets had  08:46
12  dropped, that can result in some kind of      08:46
13  interruption, but not necessarily.            08:46
14  Q.   Sir, it's the case that if packets are   08:46
15  dropped, you're not communicating seamlessly and  08:46
16  without interruption.  Correct?               08:46
17  A.   Again, that's not necessarily the case.  08:46
18  Q.   Let me ask you the next question, which is  08:46
19  routers can exist on specialized pieces of    08:46
20  equipment.  Correct?                          08:46
21  A.   I'm not sure what you mean by "specialized  08:46
22  pieces of equipment," but routers can be implemented  08:46
23  in different physical configurations.         08:46
24  Q.   Routers can be implemented and distributed  08:46
25  in physical configurations.  Correct?         08:46
```

Page 16

```
 1  A.   I would need to know what you mean by     08:47
 2  "distributed."                                08:47
 3  Q.   A routing function for a network can be   08:47
 4  distributed across multiple physical devices?  08:47
 5  A.   I haven't seen that type of implementation  08:47
 6  of a router.                                  08:47
 7  Q.   Did you investigate in preparation for   08:47
 8  your expert declaration whether routers can be  08:47
 9  implemented across multiple physical devices?  08:47
10  A.   As part of my preparation for this        08:47
11  deposition, I did not investigate whether routers  08:47
12  can be distributed.                           08:48
13  Q.   Can routing functions be performed by a   08:48
14  general purpose computer?                     08:48
15  A.   It would depend on whether the -- what    08:48
16  exact routing functions you're implementing and the  08:48
17  capabilities of that general purpose computer as  08:48
18  well as its physical connections to different types  08:48
19  of networks.                                  08:48
20  Q.   Sir, a general purpose computer cannot    08:48
21  perform a routing function.  Correct?         08:48
22  A.   Whether a computer can perform routing    08:49
23  functions depends on the capabilities of that  08:49
24  specific computer.                            08:49
25  Q.   Sir, a general purpose computer can't     08:49
```

Page 17

```
 1  perform routing functions.  Correct?          08:49
 2  A.   As I said, whether a route -- sorry.  Let  08:49
 3  me repeat -- or start again.                  08:49
 4       Whether a general purpose computer can    08:49
 5  perform routing functions depends on the      08:49
 6  capabilities of that computer.                08:49
 7  Q.   Sir, if it's a general purpose computer,  08:49
 8  that means it can't perform routing functions?  08:49
 9  A.   As I said, whether or not a general       08:49
10  purpose computer can perform routing functions  08:49
11  depends on the capabilities of that computer.  08:49
12  Q.   Let's go to Exhibit 1 again, which is the  08:50
13  patent.  Tell me when you're there.           08:50
14  A.   Yes.                                      08:50
15  Q.   The last element says (reading):  A       08:50
16  router that determines a location, data       08:50
17  communication terminal.                       08:50
18       Do you see that, sir?                    08:50
19  A.   I do.                                     08:50
20  Q.   That excludes the use of a general purpose  08:50
21  computer for a router.  Correct?              08:50
22  A.   As I said, whether or not a general       08:50
23  purpose computer can be a router depends on the  08:51
24  capabilities of that computer.                08:51
25  Q.   Are there instances in which a general    08:51
```

5 (Pages 14 - 17)

**Page 26**

1  Q.   What is location information?                09:06
2  A.   Well, location information is an            09:06
3  agreed-upon construction.  And referring to, if I   09:07
4  may, the Joint Claim Construction and Pre-Hearing   09:07
5  Statement, it's information on a locational area, or   09:07
6  indoor system ID information, or both.             09:07
7  Q.   In the patent, the location register would   09:07
8  only store indoor location information or outdoor   09:07
9  location information.  It won't store both at the   09:07
10 same time.  Correct?                               09:08
11 A.   I don't believe the patent states that.    09:08
12 It doesn't -- the patent does not preclude storing   09:08
13 both.                                              09:08
14 Q.   Okay.                                         09:08
15     Let me ask you the next question, which is   09:08
16 that when the -- when the indoor gateway -- let me   09:08
17 ask it this way.                                   09:08
18     For 802.11 networks that are connected to   09:08
19 the internet, that connection is going to be       09:08
20 through -- that gateway is going to be connected to   09:08
21 the internet through a wire, correct, at some point?   09:08
22     MR. CURTIS:  Objection, form.                 09:09
23 A.   An 802.11 network or Wi-Fi network can be   09:09
24 connected to the internet, and there could be a wire   09:09
25 such as a cable -- coax cable, for example, yeah.   09:09

**Page 27**

1  BY MR. SHEASBY:                                    09:09
2  Q.   Yeah.  I guess I'm asking a slightly         09:09
3  different question.  In the situation when the     09:09
4  802.11, the Wi-Fi gateway, is connected -- is      09:09
5  connected to the internet, is there any instances in   09:09
6  which there is not going to be a wire ultimately   09:09
7  connecting it?                                     09:09
8      MR. CURTIS:  Objection, form.  Outside       09:09
9  the scope.                                         09:09
10 A.   It's not anything I cover in my            09:09
11 declaration but that Wi-Fi network can be connected   09:10
12 via a wire, but a wire is not necessary nowadays.   09:10
13 Increasingly, that connection to the internet is   09:10
14 done over a wireless connection.                   09:10
15 BY MR. SHEASBY:                                    09:10
16 Q.   A wireless connection to what?              09:10
17 A.   It could be a wireless connection from a   09:10
18 home to a cell tower, for example, or to some other   09:10
19 radio connection provided by an internet service   09:10
20 provider.                                          09:10
21 Q.   But at some level, even if you went        09:10
22 through that cell tower, at some point there's a   09:11
23 physical wire in that system connecting to the     09:11
24 internet.  Correct?                                09:11
25     MR. CURTIS:  Same objections.                 09:11

**Page 28**

1  A.   In the scenario I described, that cell      09:11
2  tower could have a fiber-optic connection to the   09:11
3  internet server -- service provider's core network,   09:11
4  which would then have a connection to the internet.   09:11
5  BY MR. SHEASBY:                                    09:11
6  Q.   Are you aware of any service provider       09:11
7  network that doesn't ultimately have a physical   09:11
8  wired connection to the internet?                  09:11
9  A.   It depends exactly what you mean by        09:11
10 "wire."  If you mean it to include -- and I think   09:11
11 meant -- previously you mentioned fiber-optic      09:11
12 cables -- then, yes, there will be some physical   09:11
13 connection at some point to a network that can be   09:11
14 considered the internet.                           09:12
15 Q.   Okay.                                         09:12
16     Let me ask you this question, which is      09:12
17 that is a common understanding of the word "wire" at   09:12
18 the time of the patent -- would it include coaxial   09:12
19 cable?  Fiber-optic?                               09:12
20     MR. CURTIS:  Objection.  Form.               09:12
21 Outside the scope.                                 09:12
22 A.   At the time of the patent?  A person of   09:12
23 ordinary skill in the art wouldn't just use the word   09:12
24 "wire."  They would refer to the specific type of   09:12
25 connection, whether it's coax or fiber-optic       09:12

**Page 29**

1  connection.  And most -- I would say that a person   09:12
2  of ordinary skill in the art would find the term   09:12
3  "wire" to be vague.                                09:12
4  BY MR. SHEASBY:                                    09:12
5  Q.   The term "wire" is generic.  Is that       09:12
6  correct?                                           09:12
7  A.   The term "wire" is both vague and generic.  09:12
8  Q.   Copper -- copper cable as an example of a   09:13
9  wire.  Correct?                                    09:13
10 A.   A wire connection can use copper.          09:13
11 Q.   Wire connection can also use coaxial       09:13
12 cable.  Correct?                                   09:13
13 A.   A coaxial cable could be considered to be   09:13
14 a wired connection.                                09:13
15 Q.   And a fiber-optic or optical cable could   09:13
16 also be considered a wired connection.  Correct?   09:13
17 A.   In a more loose interpretation of the word   09:13
18 "wired connection," a fiber-optic cable could be   09:13
19 considered a wired connection, but I think some   09:13
20 people would object to that interpretation.        09:13
21 Q.   A person of ordinary skill in the art --   09:13
22 well --                                            09:14
23     (Pause.)                                      09:15
24     You read Claim 12 of the patent.  Correct?  09:15
25 A.   Yes, I did.                                   09:16

1  Q.   You were not able to understand Claim 12.   09:16
2  Correct?                                          09:16
3  A.   I never said that I didn't understand        09:16
4  Claim 12.                                         09:16
5  Q.   Sir, as a factual matter, as a person of     09:16
6  ordinary skill in the art, you're not able to     09:16
7  understand what Claim 12 is claiming.  Correct?   09:16
8  A.   I don't believe that is a correct            09:16
9  statement.                                        09:16
10      (Deposition Exhibit Number 3               09:15
11      marked for identification.)                09:13
12  BY MR. SHEASBY:                                   09:17
13  Q.   Why don't you go ahead and look at Exhibit  09:17
14  3.                                               09:17
15  A.   Did you want me to read the article?        09:17
16  Q.   Yes.                                        09:18
17      (Pause.)                                   09:18
18      Just to give you a heads up, the question  09:18
19  I'm asking is that after reviewing the article, it's  09:18
20  fair to say that folks consider coaxial cable,   09:18
21  fiber-optic cable, and traditional copper wire as  09:18
22  all options for wired connections to the internet?  09:18
23  A.   Well, according to this off -- author of    09:19
24  the article, he lists dial-up, cable internet, DSL,  09:19
25  and fiber-optic as different forms of wired internet  09:19

Page 30

1  connections.                                      09:19
2  Q.   So it would be fair to say that there are    09:19
3  folks in this industry who treat fiber-optic,    09:19
4  copper, and coaxial cable all as wired internet  09:19
5  connections?                                      09:19
6      MR. CURTIS:  Objection, form.              09:19
7  A.   This particular author has fiber-optic       09:19
8  connections in an article that discusses or is   09:19
9  titled Different Types of Wired Internet          09:19
10  Connections.                                      09:19
11  BY MR. SHEASBY:                                   09:20
12  Q.   Do you have any factual basis to disagree   09:20
13  that persons in this industry consider coaxial,  09:20
14  copper, and fiber-optic as all examples of wired  09:20
15  connections?                                      09:20
16  A.   I do note that he has a sentence saying      09:20
17  (reading): As we all know, light travels          09:20
18  much faster as compared to electrical             09:20
19  signals flowing across a wire.                    09:20
20      So that suggests that he draws some        09:20
21  distinction from fiber and wire.  Again, I would  09:20
22  repeat that "wire" is a vague term, and in        09:20
23  discussing an actual network, an engineer would   09:20
24  specify the type of connection and refer to that  09:20
25  kind of connection.                               09:20

Page 31

1  Q.   If I said to you you can use any type of     09:20
2  wire connection you want, what would you understand  09:21
3  that to mean?                                      09:21
4  A.   The term that I've used in my writing is     09:21
5  "wire line" versus "wireless," so when I use the  09:21
6  term "wire line," I do use that to refer to any   09:21
7  connection that is not wireless.  So that would   09:21
8  include copper, for instance, or a fiber-optic    09:21
9  connection.                                       09:21
10  Q.   Okay.                                        09:21
11      Let me ask you the next question, which   09:21
12  is, is it possible to implement a server using    09:21
13  software alone on a general purpose computer?     09:21
14  A.   Can you repeat the question, please?         09:21
15  Q.   Sure.  One second.                           09:21
16      (Pause.)                                   09:22
17      I'm marking a new exhibit.  I'll tell you  09:22
18  -- let me know when you get it.  Okay?  It should be  09:24
19  there for you.                                    09:24
20  A.   The folder shows five exhibits.             09:24
21      (Deposition Exhibit Number 5              09:23
22      marked for identification.)                09:21
23  BY MR. SHEASBY:                                   09:24
24  Q.   Yeah.  So it's Exhibit Number 5.  You       09:24
25  probably want to download it because it's -- let me  09:24

Page 32

1  know when you have it.                            09:25
2  A.   I have it.                                    09:25
3  Q.   If you scroll down, it talks about using     09:25
4  Windows PC as a router?                           09:26
5  A.   Okay.  I see that.                            09:26
6  Q.   Do you disagree that a general purpose       09:26
7  computer can be used as a router when provisioned  09:26
8  with appropriate software.  Correct?              09:26
9  A.   What I said was that a general purpose       09:26
10  computer can be a router depending on the         09:26
11  capabilities it has.                              09:26
12  Q.   Sir, if you go to the patent, you will see  09:26
13  it says a location register -- this is Claim 1 --  09:27
14  that stores information on the data communication  09:27
15  terminal received through the indoor network or   09:27
16  outdoor wireless network.                         09:27
17      Do you see that, sir?                      09:27
18  A.   I do.                                        09:27
19  Q.   The location register must be part of the   09:27
20  router.  Correct?                                 09:27
21  A.   The figures show the location register      09:27
22  separate from routers.  For example, in Figure 1B,  09:27
23  the location register is item 80 and the router is  09:27
24  item 47.                                          09:27
25  Q.   Sir, the location register must be part of  09:28

Page 33

9 (Pages 30 - 33)

Page 42

```
 1    Q.  So let's go to the patent.            09:42
 2    A.  So just to clarify my last answer.  Even  09:43
 3 though I said I don't have an opinion on the number  09:43
 4 of location registers, I did say that the location  09:43
 5 register does need to be in a known networking  09:43
 6 location and implemented as a discrete node.  09:43
 7    Q.  Yeah.  I mean, what's the answer?  Do you  09:43
 8 have an opinion or do you not have an opinion?  Does  09:43
 9 it have to be one physical location?  Yes or no?  09:43
10    A.  The simplest implementation would be one  09:43
11 physical location, but, you know, it depends on --  09:44
12 it depends on the network.                  09:44
13        If an operator had a network in one  09:44
14 country and another network in another country, they  09:44
15 might want to have a separate location register in  09:44
16 each country.  But that is, you know, outside the  09:44
17 scope of my opinions as stated in my declaration.  09:44
18    Q.  In other words, you can know and be able  09:44
19 to access the location register without it being in  09:44
20 one physical location.  Correct?  The network can do  09:44
21 that?                                        09:44
22    A.  I don't believe that's what I said.   09:44
23    Q.  I'm actually asking you a question.  Does  09:44
24 it -- it needs to be in one physical location for a  09:44
25 location register to be accessed across a network.  09:44
```

Page 43

```
 1 Fair?                                        09:44
 2    A.  What I said was that it needs to be in a  09:44
 3 known networking location so that a query made to  09:44
 4 that networking location can obtain the information  09:45
 5 that it needs for the patent to function.    09:45
 6    Q.  And a known -- to be a known networking  09:45
 7 location, it must be a single physical location.  09:45
 8 Correct?                                     09:45
 9    A.  It would depend on what you mean by  09:45
10 "physical location."                         09:45
11    Q.  I mean a single physical box.         09:45
12    A.  A single physical box would be the  09:45
13 simplest implementation.                     09:45
14    Q.  It's the only allowed implementation.  09:45
15 Correct?                                     09:45
16    A.  I'm not sure what you mean by "allowed."  09:45
17    Q.  By the claims.                        09:46
18    A.  I don't have an opinion on whether the  09:46
19 claims -- how the claims allow the physical  09:46
20 implementation.                              09:46
21    Q.  Okay.                                 09:46
22        Let me ask you the next question, which is  09:46
23 -- let's go to the discussion of foreign agent in  09:46
24 the patent.  And I believe it starts at column  09:46
25 seven.                                       09:46
```

Page 44

```
 1        (Pause.)                             09:45
 2        And, actually, column eight.  It says --  09:47
 3 column eight, lines three through six, it says  09:47
 4 (reading):  The location register may be a   09:47
 5 home agent or a foreign agent, and uses a    09:47
 6 mobile IPv4 or IPv6 address system in order  09:47
 7 to store the location into this location     09:47
 8 register.                                    09:47
 9        Do you see that, sir?                 09:47
10    A.  I do see that.                        09:47
11    Q.  That language means that the patent is  09:47
12 limited to the use of a home agent or foreign agent.  09:47
13 Correct?                                     09:47
14    A.  The patent says that the location register  09:47
15 may be a home agent or foreign agent, and I read  09:47
16 that as home agent or foreign agent being an  09:48
17 optional implementation.                     09:48
18        THE WITNESS:  I think we lost . . .    09:48
19        MR. CURTIS:  Okay.  Let's just sit     09:48
20 here with the record on and let the clock run.  09:48
21        THE WITNESS:  Okay.                   09:48
22        (Pause.)                             09:50
23        MR. CURTIS:  He's saying he lost      09:51
24 internet.  I'm sorry.  Let's take a break.  I'm good  09:51
25 with that.  We're comfortable.  Let's take a break,  09:51
```

Page 45

```
 1 Peter, Videographer, Court Reporter.         09:51
 2        THE VIDEOGRAPHER:  We are off the      09:51
 3 record at 9:52.                              09:51
 4        (Recess:  9:52 to 10:35 a.m.)         09:51
 5        THE VIDEOGRAPHER:  We are on the       10:34
 6 record at 10:35.                             10:34
 7 BY MR. SHEASBY:                              10:34
 8    Q.  Sir, did you have any conversations with  10:34
 9 your counsel at the break?                   10:34
10    A.  I did not.                           10:34
11    Q.  I want to look at -- you referenced RC 202  10:34
12 [sic] in your declaration.  Correct?  RFC 2002?  10:34
13    A.  RFC 2002.                            10:34
14    Q.  Yes.                                 10:34
15        Did you read that document in preparation  10:34
16 for your expert opinion?                     10:34
17    A.  I did read that document.            10:35
18    Q.  I'm marking as an exhibit RFC 2 -- I'm  10:35
19 introducing this as an exhibit.  Let me know when  10:35
20 you get it.                                  10:35
21        (Pause.)                             10:35
22    A.  Is that Exhibit 6?                    10:35
23    Q.  Yes.                                 10:35
24    A.  Okay.  I have it.                     10:36
25        (Deposition Exhibit Number 8          10:34
```

1          marked for identification.)          10:33
2  BY MR. SHEASBY:                          10:36
3      Q.   Is there anything in RFC 2002 that     10:36
4  indicates that either the foreign agent or the home  10:36
5  agent must exist in a single physical device or    10:36
6  single physical location?                  10:36
7      A.   I'm a little confused.  The Exhibit 6 I  10:36
8  downloaded was testimony from Thomas Blackburn.   10:36
9      Q.   Why don't we refresh and look for Exhibit  10:37
10  7.  No.  All right.  Let me try it again.  Give me    10:37
11  one second.                            10:37
12          (Pause.)                       10:38
13          Okay, now try it.  It's Exhibit 8.  Let me  10:38
14  know when you get it.                     10:38
15      A.   I have it.                      10:38
16      Q.   Is there anything in RFC 2002 that     10:39
17  requires the home agent or foreign agent to run on a  10:39
18  single physical location?                  10:39
19      A.   I would need to read the entire       10:39
20  specification, but consistent with my declaration,   10:39
21  the home agent/foreign agent need to be at known   10:39
22  networking locations so that messages such as      10:39
23  registration messages can reach them.          10:39
24      Q.   So I understand that it's your position  10:40
25  that no network located -- it's your position that a  10:40

Page 46

1  location register must be at a known network     10:40
2  location.  Correct?                      10:40
3      A.   My declaration states that the location   10:40
4  register needs to be at a known networking location.  10:40
5      Q.   And a known networking location requires a  10:40
6  single physical discrete location.  Correct?      10:40
7      A.   I don't agree with that statement.      10:40
8      Q.   Okay.                        10:41
9          Let me ask you this question:  Is the     10:41
10  location of a mobile terminal on a network known in  10:41
11  the normal operation?                    10:41
12          MR. CURTIS:  Objection, form.         10:41
13      A.   In some circumstances a network will know  10:41
14  the location of a terminal.                 10:41
15  BY MR. SHEASBY:                          10:41
16      Q.   Are you rendering the opinion that RFC   10:41
17  2002 prevents the operations of the -- forbids the   10:42
18  operations of either home agent or the foreign agent  10:42
19  to be distributed across multiple locations?      10:42
20      A.   As I said in my declaration, a home    10:42
21  agent/foreign agent -- sorry.  Let me restart.     10:42
22      I'm just rereading my declaration with       10:42
23  respect to mobile IP.                     10:42
24          (Pause.)                       10:43
25          What I stated was that the mobile IP     10:43

Page 47

1  protocols would communicate to a fixed node to    10:43
2  update and register locations.               10:43
3      Q.   Yeah.  And I'm asking you where in the RFC  10:43
4  2002 -- strike that.  Where in the RFC 2002 does it  10:43
5  state that the home agent and foreign agent       10:43
6  functions must be on a single physical location?   10:43
7      A.   I would need to reread the specification   10:43
8  to see what it says about physical locations.     10:43
9      Q.   Go ahead.                     10:43
10          MR. SHEASBY:  And go on the record.     10:44
11  I'm just going to pop off to get a cup of coffee.   10:44
12  I'll be right back.                      10:44
13      A.   Okay.  This is a 158-page document, so I'm  10:44
14  beginning to read now.                    10:44
15          (Pause.)                       10:44
16  BY MR. SHEASBY:                          10:46
17      Q.   Sir, just let me know when you're ready to  10:46
18  answer the question.                     10:46
19      A.   Okay.  I'm still reading.           10:47
20      Q.   Sure.                       10:47
21          (Pause.)                       10:50
22      A.   In scanning through the specification, I  10:51
23  didn't see a discussion of physical implementation   10:51
24  of the functions.                       10:51
25      Q.   So having scanned through the          10:51

Page 48

1  specification, do you find any limitation placed on  10:51
2  the physical implementation of the home agent and   10:51
3  foreign agent?                         10:51
4      A.   In my scan of the document I didn't see   10:51
5  any discussion of the physical implementation of the  10:51
6  home agent and foreign agent, although I did see on  10:51
7  page 15, consistent with my declaration, that there  10:51
8  is a registration process.                 10:51
9          For example, the specification states when  10:51
10  the mobile node is away from home it registers its   10:52
11  care of address with its home agent, which,       10:52
12  consistent with my declaration, means that messages  10:52
13  from the mobile node need to be able to reach the   10:52
14  home agent, and thus, the home agent needs to be at  10:52
15  a known networking location.                10:52
16      Q.   Is there anything in the RFC 2002       10:52
17  specification that precludes the implementation of   10:52
18  the home agent function and the foreign agent      10:52
19  function in a distributed manner?             10:52
20      A.   In my relatively quick scan of the       10:52
21  158-page document, I didn't see a discussion of     10:52
22  physical implementation of the home agent and      10:52
23  foreign agent functions.                  10:52
24      Q.   Sir, this is the document you reviewed in  10:52
25  preparing your opinions in this case.  Correct?    10:52

Page 49

13 (Pages 46 - 49)

1 location?                          11:00
2   Q.  Is it possible to have a distributed   11:00
3 system in which the distributed foreign agent or   11:00
4 home agent in which each location that it's   11:00
5 distributed across is known?         11:00
6   A.  That's a complex question, and I would   11:00
7 have to study it in detail to be able to offer an   11:00
8 opinion.                          11:00
9   Q.  In terms of your best opinion for the   11:00
10 Court today, is it possible to have a distributed   11:01
11 system in which the location registers are known   11:01
12 locations even though they are distributed in   11:01
13 different physical components?        11:01
14   A.  That's a very complicated question, and   11:01
15 there are a lot of different variables to consider,   11:01
16 so at this time I don't have an opinion on that.   11:01
17   Q.  Does the 728 patent exclude the location   11:01
18 of distributed location registers?    11:01
19   A.  I don't recall the 728 patent discussing   11:01
20 distributed implementations of the location   11:01
21 register.                         11:02
22       MR. SHEASBY:  Yeah.  Move to strike as   11:02
23 not responsive.                    11:02
24 BY MR. SHEASBY:                     11:02
25   Q.  Did you identify any portions of the 728   11:02

                                    Page 54

1 patent that clearly and unambiguously exclude the   11:02
2 use of distributed location registers?   11:02
3   A.  The patent repeatedly discusses "a   11:02
4 location register" and other instances it says "the   11:02
5 location register."               11:03
6   Q.  And you believe that limits it to one   11:03
7 single physical location register?    11:03
8   A.  I don't believe the patent discusses the   11:03
9 exact implementation of the location register.   11:03
10   Q.  Okay.                       11:03
11       And by "implementation" you mean physical   11:03
12 implementation?                    11:03
13   A.  Correct.                     11:03
14   Q.  How long have you been in the network   11:03
15 communications industry?           11:03
16   A.  I've been actively involved in networking   11:03
17 communications since about 1980.     11:04
18   Q.  Let's go back to the 728 patent.   11:04
19   A.  Okay.                       11:04
20   Q.  Let's go to column four, lines 23 and 24.   11:04
21   A.  Column four, lines 23 to 24?    11:04
22   Q.  Yes, sir.                    11:04
23   A.  Okay.                       11:05
24   Q.  Go ahead and read those into the record.   11:05
25   A.  (Reading):  Preferably, the indoor   11:05

                                    Page 55

1   location stored in the location register   11:05
2   includes the indoor system ID.       11:05
3   Q.  The patent teaches that the indoor lit   11:05
4 [sic] location information is limited to the indoor   11:05
5 system ID.  Correct?               11:05
6   A.  The agreed-upon construction is that the   11:05
7 indoor system ID information is the information   11:05
8 uniquely identified in the indoor network.  Is that   11:05
9 what you're referring to?           11:05
10   Q.  No.  I'm just saying this passage is   11:05
11 teaching that the only indoor location that can   11:06
12 exist is the indoor system ID.  Correct?   11:06
13   A.  The patent uses the indoor system ID as   11:06
14 the location information associated with the indoor   11:06
15 location.                        11:06
16   Q.  In this passage is it teaching that the   11:06
17 only indoor location information that can be stored   11:06
18 is the indoor system ID?  Or can there be also other   11:06
19 indoor location information stored?   11:06
20   A.  Lines 23 and 24 refers just to the indoor   11:06
21 system ID.                       11:06
22   Q.  It says (reading):  Indoor location   11:06
23   stored in the location register includes   11:06
24   the indoor system ID.             11:07
25       Do you see that?             11:07

                                    Page 56

1   A.  Right.                      11:07
2   Q.  Does that mean that indoor location is   11:07
3 equivalent to the indoor system ID?  Or does the   11:07
4 word "includes" means that there could be additional   11:07
5 information beyond the indoor system ID?   11:07
6   A.  I'd need to look at other places in the   11:07
7 patent, but those lines in isolation don't make that   11:07
8 question clear.                    11:07
9   Q.  Okay.  Let's go to Claim 1.  Actually,   11:07
10 let's go to the Blackburn declaration.  I changed my   11:08
11 mind.                            11:08
12       It's Exhibit 6.  Let me know when you get   11:08
13 there.                           11:08
14   A.  Okay.                       11:08
15       (Deposition Exhibit Number 6      11:06
16       marked for identification.)      11:05
17 BY MR. SHEASBY:                     11:09
18   Q.  Let's go to paragraph 53.      11:09
19   A.  Okay.                       11:09
20   Q.  Do you have any factual disagreement with   11:09
21 what Mr. Blackburn says in paragraph 53?   11:09
22   A.  I haven't studied the particular article   11:09
23 that he refers to so I don't have an opinion as to   11:10
24 his description of the contents.     11:10
25   Q.  What about the first sentence of paragraph   11:10

                                    Page 57

1 use of the home agents or foreign agent location   12:12
2 register embodiment?                              12:12
3     A.   My opinions in my declaration did not    12:13
4 specify whether a home agent/foreign agent was    12:13
5 implemented.                                      12:13
6     Q.   Right.  That's why I'm asking you the    12:13
7 question.                                         12:13
8         Are you rendering the opinion that the    12:13
9 patent claims are limited to the embodiment that  12:13
10 uses a home agent or foreign agent?              12:13
11    A.   I'm not offering an opinion on that      12:13
12 question.                                        12:13
13    Q.   Okay.                                    12:13
14        Now, when the location register 80 is the 12:13
15 home agent or the foreign agent, those are two   12:13
16 separate physical locations, correct, the home agent 12:13
17 and foreign agent?                               12:13
18    A.   I would need to review the mobile IP     12:14
19 specification, but I do know that in some situations 12:14
20 the home agent and foreign agent are at different 12:14
21 locations.                                       12:14
22    Q.   Okay.                                    12:14
23    A.   But I can only envision the scenario where 12:14
24 they are at the same location.                   12:14
25    Q.   So you can imagine -- for the RFC 2002   12:14

Page 82

1 specification, you can imagine scenarios in which  12:14
2 the home agent and foreign agent are at separate   12:14
3 locations or at the same location physically.  Fair? 12:14
4     A.   I'd need to review the specification, but 12:14
5 my recollection of the specification is that a      12:14
6 router could implement both functions.  So if a     12:14
7 device was on its home network, not a foreign       12:14
8 location, that the home agent and foreign agent     12:15
9 would, in that specific situation, be at the same   12:15
10 location.                                          12:15
11    Q.   And what happens when a device was at --   12:15
12 not at its home network?                           12:15
13    A.   In that case, the mobile device would     12:15
14 detect the foreign agent and send the registration 12:15
15 message to a home agent, assuming it was following 12:15
16 all the mobile IP protocols, to register its       12:15
17 location, and subsequently data would be sent to it 12:15
18 from the home agent to the foreign agent and then  12:15
19 from the foreign agent to the mobile node.         12:16
20        So in that situation, in that              12:16
21 implementation, the foreign agent and the home agent 12:16
22 are not at the same physical location?             12:16
23    A.   It's not really a different               12:16
24 implementation.  It's the same implementation but  12:16
25 it's two different cases.  In the first case, the  12:16

Page 83

1 mobile node is home, and in the second case, it's at 12:16
2 a foreign location.                                12:16
3     Q.   In column nine, lines 12 through 15, the 12:16
4 home agent and the foreign agents are both location 12:16
5 registers.  Correct?                              12:16
6     A.   It says the location register is the home 12:16
7 agent or the foreign agent, in accordance with the 12:16
8 mobile IP protocol.                               12:17
9     Q.   I understand that.                       12:17
10        In that statement, the foreign agent and  12:17
11 the home agent are both location registers.       12:17
12 Correct?                                          12:17
13    A.   No.  I disagree.                          12:17
14    Q.   Okay.                                     12:17
15        So you believe that the home agent and    12:17
16 foreign agents are not both location registers?   12:17
17    A.   Well, what it says is that the location   12:17
18 register is the home agent or the foreign agent.   12:17
19    Q.   Yeah, I understand what is written there. 12:17
20 And what does that mean to you as a person of skill 12:17
21 in the art?                                       12:17
22    A.   Well, what it means to me is that in the  12:17
23 mobile IP situation that the location register is  12:18
24 performing home agent or foreign agent functions.  12:18
25    Q.   So is a location that performs a home     12:18

Page 84

1 agent function a location register?               12:18
2     A.   That's -- I have to think about that     12:18
3 question.  Are you asking whether in general a home 12:18
4 agent or a foreign agent would be a location      12:19
5 register?  Or are you asking in the context of this 12:19
6 patent?                                           12:19
7     Q.   Well, let's start here.  In your         12:19
8 understanding of RFC 2002, home agent and foreign  12:19
9 agent are both examples of location registers?     12:19
10    A.   I don't think that's what it's saying.    12:19
11    Q.   That's not what I asked you.  Move to     12:19
12 strike.                                           12:19
13        In your understanding of RFC 2002, is the  12:19
14 home agent and foreign agent both examples of      12:19
15 location registers?                               12:19
16    A.   What this part of the patent says to me is 12:19
17 that the -- in the case of a mobile IP            12:19
18 implementation, the location register is the home  12:20
19 agent or the foreign agent.                        12:20
20    Q.   I understand what it says there.  I am now 12:20
21 asking you a question.                             12:20
22        In your understanding of RFC 2002, are the 12:20
23 home agent and foreign agent examples of location  12:20
24 registers?                                         12:20
25    A.   If I go -- if I look at RFC 2002, it      12:20

Page 85

22 (Pages 82 - 85)

1 discusses home agents and foreign agents, but I      12:20
2 don't believe the specification itself refers to      12:20
3 location registers.      12:20
4    Q.   Do you have an understanding --      12:20
5    A.   At least I don't recall that being the      12:20
6 case.      12:20
7    Q.   Do you have an understanding of what the      12:20
8 word "location register" means?      12:20
9    A.   I understand what location register means      12:20
10 in the context of the 728 patent, and I also      12:20
11 understand what location register would have meant   12:21
12 to a person of ordinary skill in the art at the time   12:21
13 of the patent.      12:21
14    Q.   What does it mean in the context of the      12:21
15 728 patent?      12:21
16    A.   In the context of the 728 patent, it      12:21
17 refers to a device that stores location information.   12:21
18    Q.   Does the foreign agent store location      12:21
19 information in RFC 2002?      12:21
20    A.   I would need to refer to the      12:21
21 specification.      12:21
22    Q.   Go ahead.  It's been marked as an exhibit.   12:21
23 Take as much time as you need.      12:22
24        (Pause.)      12:22
25    A.   RFC 2002 on page 17 says that the mobile   12:23

Page 86

1        MR. CURTIS:  Objection.  Form.      12:26
2 Outside the scope.      12:26
3    A.   Well, in the context of the 728 patent,      12:26
4 there's an agreed-upon construction for location      12:26
5 information, and that's information of a locational   12:26
6 area or indoor system ID information, or both.  So   12:26
7 if you're using the agreed-upon construction of      12:26
8 locational area or indoor system ID information, I   12:26
9 don't see the foreign agent, if it were to be based   12:26
10 on RFC 2002, storing that specific information.      12:26
11 BY MR. SHEASBY:      12:27
12    Q.   Does the home agent store that specific      12:27
13 information?      12:27
14    A.   The home agent, as implemented by RFC      12:27
15 2002, would not store the location information as      12:27
16 per the agreed-upon construction, based on my      12:27
17 understanding of RFC 2002.      12:27
18        MR. SHEASBY:  Okay.  Why don't we      12:27
19 break for lunch.      12:27
20        THE VIDEOGRAPHER:  We are off the      12:27
21 record at 12:29.      12:27
22        (Recess:  12:29 to 1:19 p.m.)      12:27
23        THE VIDEOGRAPHER:  We are on the      01:17
24 record at 1:19.      01:17
25 BY MR. SHEASBY:      01:17

Page 88

1 node receives what's a "care of" address.  So the      12:23
2 foreign agent would be aware of the mobile node      12:23
3 because when it receives tunnelled datagrams, it      12:24
4 decapsulates datagrams and delivers the datagrams to   12:24
5 the mobile node.      12:24
6    Q.   So now you can answer my question.  In RFC   12:24
7 2002 does the foreign agent store location      12:24
8 information?      12:24
9    A.   That would depend on what you meant by      12:24
10 "location information" in the context of RFC 2002.   12:24
11    Q.   I mean the common understanding of that      12:25
12 phrase.      12:25
13    A.   Mobile IP concerns itself with routing and   12:25
14 addresses, so if by "location information" you meant   12:25
15 a geographical location such as latitude and      12:25
16 longitude, the foreign agent wouldn't have that kind   12:25
17 of information.      12:25
18        On the other hand, it works with IP      12:25
19 addresses, so it has an address and location, so      12:25
20 that's what I mean it depends on the context --      12:26
21        (Cross-talk.)      12:24
22    Q.   Sure.  In the context --      12:26
23    A.   -- (inaudible) exactly.      12:26
24    Q.   In the context of the 728 patent, what      12:26
25 does location mean?      12:26

Page 87

1    Q.   Did you talk to your counsel at the break,   01:17
2 sir?      01:17
3    A.   I did not.      01:17
4    Q.   In a cellular system, what node generates   01:17
5 the location information?      01:18
6        MR. CURTIS:  Objection, form.      01:18
7    A.   The location information depends on what   01:18
8 specific cellular technology is being used and the   01:18
9 location information can also refer to different      01:18
10 types of location information.      01:18
11        For example, in some networks, the      01:18
12 location information may be a distance from a cell   01:19
13 tower.  In some it might be triangulated data based   01:19
14 on measurements from multiple cell towers.  In some   01:19
15 cases it might be GPS information generated by the   01:19
16 mobile device and then sent to the network.      01:19
17 BY MR. SHEASBY:      01:19
18    Q.   All those are examples of locational      01:19
19 information?      01:19
20    A.   That is correct.      01:19
21    Q.   Are there any other examples of locational   01:19
22 information?      01:19
23    A.   The additional types of information      01:19
24 related to location could be the base station with   01:20
25 which a device is currently connected to, or in some   01:20

Page 89

23 (Pages 86 - 89)

1 cases it can refer to a group of base stations.        01:20
2        So those are some that come to mind at        01:20
3 this time.                01:20
4    Q.   For indoor WLAN networks, is there any        01:20
5 information stored about that network other than --        01:20
6 does that network pass on information other than its        01:20
7 system ID information?        01:20
8            MR. CURTIS:  Objection.  Form.        01:20
9 Outside the scope.                01:20
10    A.   The information that is communicated in a        01:20
11 Wi-Fi network, for instance, could include an SSID.        01:20
12 I'm not sure if that's what we're referring to.        01:21
13 BY MR. SHEASBY:                01:21
14    Q.   And SSID is a system ID?        01:21
15    A.   It's a name for the network.  I believe it        01:21
16 stands for subscriber set identifier, but it's a        01:21
17 name a user or network manager can enter into the        01:21
18 access point so the access point broadcasts that        01:21
19 particular name of the network.        01:21
20    Q.   Is that different from an indoor system        01:21
21 ID?        01:21
22    A.   The indoor system ID information is one of        01:22
23 the agreed-upon construction's information uniquely        01:22
24 identifying the indoor network.  The patent, I don't        01:22
25 believe, mentions SSID.                01:22

Page 90

1    Q.   Right.                01:22
2        Does SSID provide location information on        01:22
3 where a device is located?        01:22
4            MR. CURTIS:  Objection, form.  Outside        01:22
5 the scope.                01:22
6    A.   It would depend on the implementation, but        01:22
7 generally speaking I would say no.        01:22
8 BY MR. SHEASBY:                01:22
9    Q.   Why do you say that?        01:22
10    A.   Well, for instance, I can have multiple        01:23
11 access points broadcasting the same SSID, so the        01:23
12 SSID that I receive only tells me that I can connect        01:23
13 to a network with that name.  It doesn't necessarily        01:23
14 tell me what location I'm in.        01:23
15    Q.   In a WLAN base station it broadcasts        01:24
16 information beyond its system ID.  Correct?        01:24
17    A.   I would have to look at the specific        01:24
18 wireless LAN technology to answer that question.        01:24
19    Q.   As a general rule at the time of the        01:24
20 patent, WLAN networks broadcast more than just their        01:24
21 system ID.  Correct?        01:24
22            MR. CURTIS:  Objection, form.  Outside        01:24
23 the scope.                01:24
24    A.   At the time of the patent there were        01:24
25 multiple wireless LAN technologies, and I would have        01:24

Page 91

1 to look at the specifications for each of them to        01:24
2 see exactly what kind of information they may have        01:25
3 broadcast.                01:25
4 BY MR. SHEASBY:                01:25
5    Q.   Did you investigate whether WLAN networks        01:25
6 at the time of the patent broadcast information        01:25
7 about their location beyond system ID?        01:25
8    A.   In developing my declaration I did not        01:25
9 consider that question.                01:25
10    Q.   How does the system ID information provide        01:25
11 location information?        01:25
12            MR. CURTIS:  Objection, form.        01:25
13    A.   In the context of the patent, the indoor        01:25
14 system ID information would provide location        01:26
15 information to the extent that if you knew the        01:26
16 locations where that indoor system ID information        01:26
17 was being broadcast, then you could identify the        01:26
18 location of the device to the coverage area of where        01:26
19 that indoor system ID information was being        01:26
20 provided.                01:26
21 BY MR. SHEASBY:                01:26
22    Q.   Does location information in the patent        01:26
23 require that it be geographic information?        01:26
24    A.   I'd have to review the patent to be sure,        01:26
25 but I don't recall a discussion of geographic        01:26

Page 92

1 information with respect to parameters such as        01:27
2 latitude or longitude.                01:27
3    Q.   Well, why don't you go ahead and read the        01:27
4 patent and tell me whether location information        01:27
5 requires geographic information in the patent?        01:27
6            MR. CURTIS:  Objection, form.  Outside        01:27
7 the scope.                01:27
8    A.   Well, I don't know if it's really        01:27
9 necessary to read the patent because location        01:27
10 information is an agreed-upon construction        01:27
11 specifically meaning information in a locational        01:27
12 area or indoor system ID information.        01:27
13 BY MR. SHEASBY:                01:27
14    Q.   And does the locational area require        01:27
15 geographic information?  That's the question I'm        01:27
16 asking.        01:27
17    A.   Well, as construed, the term refers to        01:27
18 either locational area or indoor system ID        01:28
19 information, so I suppose it would depend on what        01:28
20 you mean precisely by "geographic information."        01:28
21    Q.   What does locational area mean?        01:28
22            MR. CURTIS:  Objection, form.  Outside        01:28
23 the scope.                01:28
24    A.   I'd have to refer to the patent.  Do you        01:28
25 want me to do that?        01:28

Page 93

24 (Pages 90 - 93)