# EXHIBIT B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC, <br><br>     Plaintiff, <br><br>     v. <br><br> AT&T INC.; AT&T CORP.; <br> AT&T COMMUNICATIONS, LLC; <br> AT&T MOBILITY LLC; and <br> AT&T SERVICES, INC., <br><br>     Defendants. | Case No. 2:19-cv-00138-JRG <br><br> JURY TRIAL DEMANDED <br><br> Honorable Rodney Gilstrap |

# EXPERT REPORT OF BRIAN T. KELLEY, PH.D.



447.    The location register is a data memory storage entity that is distributed to these various elements in AT&T's accused instrumentality.  There is location register in the UE, that is, the AT&T Phones.  There is a location register in eNB.  There is a location register in the MME.  There is location register in the SGW.  There is location register in the PGW.  There is location register in the HSS.  There is location register in the AAA Server.  There is a location register in the Secure Entitlement Server (SES).  There is also location register in a component known as a Session Initiation Protocol (SIP) Server, which is used, as its name implies, for SIP sessions.  ████████████████████████████████████

████████████████████████████████████

448.    In the '728 Patent, the location register stores location information of the data communication terminal received through the indoor network or outdoor wireless internet network, that is, through the Wi-Fi network or the cellular network.  The router determines the

location of the data communication terminal stored in the location register and provides roaming of voice/data signals provided to the user by selecting one of the indoor and the outdoor networks in accordance with the determined location of the data communication terminal cellular network.  The location register that is being referred to here is on the network side.  Thus, the location register can be represented as a function of the following elements:

$$LocationRegister \equiv (P - CSCF/SIP_{server}, eNB, MME, SGW, PGW, ePDG, HSS, AAA, SES)$$



32637578