# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT C

to KAIFI LLC's Reply Claim Construction Brief Dkt. 142

[REDACTED IN FULL]