# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE US, INC. and T-MOBILE USA, INC.,<br><br>    Defendants. | Case No. 2:20-CV-281- JRG<br><br>JURY TRIAL DEMANDED |

## P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART

Pursuant to Local Patent Rule 4-5(d) and this Court's Docket Control Order (Dkt. 73 at p. 4), Plaintiff KAIFI LLC ("KAIFI") and Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively "T-Mobile") hereby submit the Parties' Joint Claim Construction Chart regarding U.S. Patent No. 6,922,728 ("728 Patent") attached hereto as Exhibit A.

Date:  May 19, 2021

Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt

Enoch H. Liang
Cal. Bar No. 212324 (admitted in E.D. Texas)
Michael J. Song
Cal. Bar No. 243675 (admitted in E.D. Texas)
LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

1

Email: enoch.liang@ltlattorneys.com
Email: michael.song@ltlattorneys.com

Jason Sheasby
Cal. Bar No. 205455 (admitted PHV)
IRELL & MANELLA, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Robert Christopher Bunt
Texas Bar No. 00787165
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

***Attorneys for Plaintiff KAIFI LLC***


GIBSON, DUNN & CRUTCHER LLP

By: */s/ Josh A. Krevitt  (with permission)*

Josh A. Krevitt
New York Bar No. 2568228
Benjamin Hershkowitz
New York State Bar No. 2600559
Katherine Q. Dominguez
New York Bar No. 4741237
Paul J. Kremer
New York Bar No. 4900338
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com
pkremer@gibsondunn.com

2

        Robert Vincent
Texas State Bar No. 24056474
Nathan R. Curtis
Texas State Bar No. 24078390
Audrey Yang
Texas State Bar No. 24118593
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue
Dallas, Texas 75201-2923
Telephone: (214) 698-3423
Fax: (214) 571-2961
ncurtis@gibsondunn.com

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Melissa@gillamsmithlaw.com

*Attorneys for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing document was filed electronically on May 19, 2021 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

                                    */s/ Robert Christopher Bunt*
                                    ROBERT CHRISTOPHER BUNT