**P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728**

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| 1. "indoor network"<br><br>(all asserted claims; Claims 1, 5, and 12 below represent the complete language of the disputed claims in which this term appears)<br><br>Claim 1. An internet network connecting and roaming system providing internet communication service to a data communication terminal of a user moving indoors or outdoors, using an outdoor wireless internet network including an antenna, a router and a location register, and an **indoor network** including an indoor gateway connectable with an internet network, the system comprising:<br><br>a data communication terminal that includes an indoor wireless connection module and stores registered indoor system ID information, so that the data communication terminal may be connected with the **indoor network** if the registered indoor system ID information is received and by connecting with the outdoor wireless internet network if the registered indoor system ID information is not received;<br><br>an indoor gateway that includes an indoor wireless connection module therein, broadcasts the indoor system ID information, makes wireless communications with the data communication terminal through the indoor | "a network that broadcasts system ID information able to be received within an interior of a structure." | Plain and ordinary meaning. | |

P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| wireless connection module, and is connected with the internet network via a wire; a location register that stores location information of the data communication terminal received through the **indoor network** or outdoor wireless internet network; and a router that determines the location of the data communication terminal stored in the location register and provides roaming of voice/data signals provided to the user by selecting one of the indoor and the outdoor networks in accordance with the determined location of the data communication terminal  Claim 5. The internet network connecting and roaming system according to claim 4, wherein the data communication terminal switches its connection from the **indoor network** to the outdoor wireless internet network when it is registered into and authenticated by the location register that the location of the terminal registered into the location register has been changed from the indoors to the outdoors while making a call, or switches its connection from the outdoor wireless internet network to the **indoor network** when it is registered into and authenticated by the location register that the location of the terminal has been changed from the outdoors to the indoors. | | | |

P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| Claim 12. An internet network connecting and roaming method for providing internet communication service to a data communication terminal of a user moving indoors or outdoors using an outdoor wireless internet network including an antenna, a router and a location register, and an **indoor network** including an indoor gateway connectable with an internet network, the method comprising: a first step of providing the user with a communication service by connecting with the outdoor wireless internet network when the user is located outdoors; a second step of determining whether when indoor system ID information is received by the data communication terminal and the received indoor system ID information is identical to indoor system ID information stored in the location register; a third step of going through authentication of an indoor location of the data communication terminal by the location register and storing the indoor location into the location register if it is determined in the second step that the two of ID information are equal to each other; a fourth step of connecting with the internet network by switching connection of the data communication terminal from the outdoor wireless internet network to the indoor gateway and making wireless communications | | | |

**P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728**

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| through the indoor gateway and an indoor wireless connection module;<br><br>a fifth step of, when the data provided from the internet network in accordance with location information stored in the location register are transferred to the indoor gateway, supplying the data communication terminal with the data through the indoor gateway and the indoor wireless connection module;<br><br>a sixth step of going through authentication of an outdoor location of the data communication terminal by the location register and storing the outdoor location into the location register when the indoor system ID information is not received; and<br><br>a seventh step of switching the connection of the data communication terminal from the indoor gateway to the outdoor wireless internet network and performing the first step again. | | | |
| 2. "location register that stores location information of the data communication terminal received through the indoor network or outdoor wireless internet network"<br><br>(claims 1-7, 9-11; Claim 1 below represents the complete language of the disputed claims in which this term appears) | "location register" should be construed as "register that records the location of the data communication terminal." The remainder of this term requires no additional construction. | "location register external to the data communication terminal that stores location information of the data communication terminal received through the indoor network or outdoor wireless internet network" | |

4

**P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728**

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| Claim 1. An internet network connecting and roaming system providing internet communication service to a data communication terminal of a user moving indoors or outdoors, using an outdoor wireless internet network including an antenna, a router and a location register, and an indoor network including an indoor gateway connectable with an internet network, the system comprising: a data communication terminal that includes an indoor wireless connection module and stores registered indoor system ID information, so that the data communication terminal may be connected with the indoor network if the registered indoor system ID information is received and by connecting with the outdoor wireless internet network if the registered indoor system ID information is not received; an indoor gateway that includes an indoor wireless connection module therein, broadcasts the indoor system ID information, makes wireless communications with the data communication terminal through the indoor wireless connection module, and is connected with the internet network via a wire; **a location register that stores location information of the data communication terminal received through the indoor network or outdoor wireless internet network**; and | | | |

P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| a router that determines the location of the data communication terminal stored in the location register and provides roaming of voice/data signals provided to the user by selecting one of the indoor and the outdoor networks in accordance with the determined location of the data communication terminal | | | |
| 3. "registered indoor system ID information"<br><br>(claims 1-7, 9-11; Claims 1 and 4 below represent the complete language of the disputed claims in which this term appears)<br><br>Claim 1. An internet network connecting and roaming system providing internet communication service to a data communication terminal of a user moving indoors or outdoors, using an outdoor wireless internet network including an antenna, a router and a location register, and an indoor network including an indoor gateway connectable with an internet network, the system comprising:<br><br>a data communication terminal that includes an indoor wireless connection module and stores **registered indoor system ID information**, so that the data communication terminal may be connected with the indoor network if the **registered indoor system ID information** is received and by connecting with the outdoor | "indoor system ID information for which the data communication terminal has been granted access." | No additional construction needed beyond construction of "indoor system ID information." | |

P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| wireless internet network if the **registered indoor system ID information** is not received; | | | |
| an indoor gateway that includes an indoor wireless connection module therein, broadcasts the indoor system ID information, makes wireless communications with the data communication terminal through the indoor wireless connection module, and is connected with the internet network via a wire; | | | |
| a location register that stores location information of the data communication terminal received through the indoor network or outdoor wireless internet network; and | | | |
| a router that determines the location of the data communication terminal stored in the location register and provides roaming of voice/data signals provided to the user by selecting one of the indoor and the outdoor networks in accordance with the determined location of the data communication terminal | | | |
| Claim 4. The internet network connecting and roaming system according to claim 1, wherein the data communication terminal informs the location register that the terminal is located indoors by registering its location into the location register using a mobile IP if the **registered indoor system ID information** is received, and the data communication terminal informs the location register that the terminal | | | |

P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| is located outdoors by storing locational area information in the location register if the **registered indoor system ID information** is not received. | | | |
| 4. "location information of the data communication terminal received through the indoor network"<br><br>(claims 1-7, 9-11; Claim 1 below represents the complete language of the disputed claims in which this term appears)<br><br>Claim 1. An internet network connecting and roaming system providing internet communication service to a data communication terminal of a user moving indoors or outdoors, using an outdoor wireless internet network including an antenna, a router and a location register, and an indoor network including an indoor gateway connectable with an internet network, the system comprising:<br>a data communication terminal that includes an indoor wireless connection module and stores registered indoor system ID information, so that the data communication terminal may be connected with the indoor network if the registered indoor system ID information is received and by connecting with the outdoor | "location information" should be construed as "information on a locational area or indoor system ID information or both." The remainder of this term requires no additional construction. | "the indoor system ID information" | |

P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| wireless internet network if the registered indoor system ID information is not received; an indoor gateway that includes an indoor wireless connection module therein, broadcasts the indoor system ID information, makes wireless communications with the data communication terminal through the indoor wireless connection module, and is connected with the internet network via a wire; a location register that stores **location information of the data communication terminal received through the indoor network** or outdoor wireless internet network; and a router that determines the location of the data communication terminal stored in the location register and provides roaming of voice/data signals provided to the user by selecting one of the indoor and the outdoor networks in accordance with the determined location of the data communication terminal | | | |
| 5. "location information of the data communication terminal received through … the outdoor wireless internet network" (claims 1-7, 9-11; Claim 1 below represents the complete language of the disputed claims in which this term appears) | "location information" should be construed as "information on a locational area or indoor system ID information or both." The remainder of this term requires no additional construction. | "locational area" | |

9

P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| Claim 1. An internet network connecting and roaming system providing internet communication service to a data communication terminal of a user moving indoors or outdoors, using an outdoor wireless internet network including an antenna, a router and a location register, and an indoor network including an indoor gateway connectable with an internet network, the system comprising: a data communication terminal that includes an indoor wireless connection module and stores registered indoor system ID information, so that the data communication terminal may be connected with the indoor network if the registered indoor system ID information is received and by connecting with the outdoor wireless internet network if the registered indoor system ID information is not received; an indoor gateway that includes an indoor wireless connection module therein, broadcasts the indoor system ID information, makes wireless communications with the data communication terminal through the indoor wireless connection module, and is connected with the internet network via a wire; a location register that stores **location information of the data communication terminal received through the** indoor network or **outdoor wireless internet network**; and | | | |

P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| a router that determines the location of the data communication terminal stored in the location register and provides roaming of voice/data signals provided to the user by selecting one of the indoor and the outdoor networks in accordance with the determined location of the data communication terminal | | | |
| 6. "a fourth step of connecting with the internet network by switching connection of the data communication terminal from the outdoor wireless internet network to the indoor gateway and making wireless communications through the indoor gateway and an indoor wireless connection module"<br><br>(claims 12-15, 17-21; Claim 12 below represents the complete language of the disputed claims in which this term appears)<br><br>Claim 12. An internet network connecting and roaming method for providing internet communication service to a data communication terminal of a user moving indoors or outdoors using an outdoor wireless internet network including an antenna, a router and a location register, and an indoor network including an indoor gateway connectable with an internet network, the method comprising: | No additional construction required. | The fourth step is required to occur after and not before the third step; otherwise, plain and ordinary meaning applies. | |

P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| a first step of providing the user with a communication service by connecting with the outdoor wireless internet network when the user is located outdoors; | | | |
| a second step of determining whether when indoor system ID information is received by the data communication terminal and the received indoor system ID information is identical to indoor system ID information stored in the location register; | | | |
| a third step of going through authentication of an indoor location of the data communication terminal by the location register and storing the indoor location into the location register if it is determined in the second step that the two of ID information are equal to each other; | | | |
| **a fourth step of connecting with the internet network by switching connection of the data communication terminal from the outdoor wireless internet network to the indoor gateway and making wireless communications through the indoor gateway and an indoor wireless connection module;** | | | |
| a fifth step of, when the data provided from the internet network in accordance with location information stored in the location register are transferred to the indoor gateway, supplying the data communication terminal with the data through the indoor gateway and the indoor wireless connection module; | | | |

P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| a sixth step of going through authentication of an outdoor location of the data communication terminal by the location register and storing the outdoor location into the location register when the indoor system ID information is not received; and<br><br>a seventh step of switching the connection of the data communication terminal from the indoor gateway to the outdoor wireless internet network and performing the first step again. | | | |
| 7. "a seventh step of switching the connection of the data communication terminal from the indoor gateway to the outdoor wireless internet network and performing the first step again"<br><br>(claims 12-15, 17-21; Claim 12 below represents the complete language of the disputed claims in which this term appears)<br><br>Claim 12. An internet network connecting and roaming method for providing internet communication service to a data communication terminal of a user moving indoors or outdoors using an outdoor wireless internet network including an antenna, a router and a location register, and an indoor network including an indoor gateway connectable with an internet network, the method comprising: | No additional construction required. | The seventh step is required to occur after and not before the sixth step; otherwise, plain and ordinary meaning applies. | |

**P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728**

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| a first step of providing the user with a communication service by connecting with the outdoor wireless internet network when the user is located outdoors; | | | |
| a second step of determining whether when indoor system ID information is received by the data communication terminal and the received indoor system ID information is identical to indoor system ID information stored in the location register; | | | |
| a third step of going through authentication of an indoor location of the data communication terminal by the location register and storing the indoor location into the location register if it is determined in the second step that the two of ID information are equal to each other; | | | |
| a fourth step of connecting with the internet network by switching connection of the data communication terminal from the outdoor wireless internet network to the indoor gateway and making wireless communications through the indoor gateway and an indoor wireless connection module; | | | |
| a fifth step of, when the data provided from the internet network in accordance with location information stored in the location register are transferred to the indoor gateway, supplying the data communication terminal with the data through the indoor gateway and the indoor wireless connection module; | | | |

P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| a sixth step of going through authentication of an outdoor location of the data communication terminal by the location register and storing the outdoor location into the location register when the indoor system ID information is not received; and **a seventh step of switching the connection of the data communication terminal from the indoor gateway to the outdoor wireless internet network and performing the first step again.** | | | |
| 8. "outdoor wireless internet network"  (all asserted claims) | [AGREED] | [AGREED] | "a wireless network that provides a different network path to internet connectivity than the indoor network" |
| 9. "location register"  (all asserted claims) | [AGREED] | [AGREED] | "register that records the location of the data communication terminal" |
| 10. "indoor system ID information"  (all asserted claims) | [AGREED] | [AGREED] | "information uniquely identifying the indoor network" |
| 11. "location information"  (all asserted claims) | [AGREED] | [AGREED] | "information on a locational area or |

**P.R. 4-5(d) – Joint Claim Construction Chart for U.S. Patent No. 6,922,728**

| Term/Phrase | KAIFI's Proposal | Defendants' Proposal | Court's Construction |
|---|---|---|---|
| | | | indoor system ID information or both" |
| 12. "provides roaming of voice/data signals provided to the user"<br><br>(claims 1-7, 9-11) | **[AGREED]** | **[AGREED]** | "provides switching the network path of the voice/data communications automatically and without interruption" |