# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE US, INC.; LAYER3 TV, INC.; L3TV DALLAS CABLE SYSTEM, LLC; METROPCS TEXAS, LLC; T-MOBILE LICENSE LLC; T-MOBILE USA, INC.; T-MOBILE WEST LLC; T-MOBILE WEST TOWER LLC; IBSV LLC; THEORY MOBILE, INC.; T-MOBILE PCS HOLDINGS LLC; T-MOBILE RESOURCES CORPORATION; and T-MOBILE SUBSIDIARY IV CORPORATION<br><br>    Defendants. | Case No. 2:20-CV-281 (JRG)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Andrew Y. Choung enters his appearance in this matter as additional counsel for Plaintiff KAIFI LLC.

DATED: June 2, 2021                      Respectfully Submitted,

                                                            By: */s/ Andrew Y. Choung*

                                                            Andrew Y. Choung
                                                            Cal. Bar No. 203192 (admitted in E.D. Texas)
                                                            Nixon Peabody LLP
                                                            300 South Grand Avenue, Suite 4100
                                                            Los Angeles, CA 90071-3151
                                                            213-629-6166
                                                            213-629-6011 Facsimile
                                                            achoung@nixonpeabody.com

                                                            Charles Ainsworth
                                                            State Bar No. 00783521
                                                            Robert Christopher Bunt

        State Bar No. 00787165
        PARKER, BUNT & AINSWORTH, P.C.
        100 E. Ferguson, Suite 418
        Tyler, TX 75702
        903/531-3535
        E-mail: charley@pbatyler.com
        E-mail: rcbunt@pbatyler.com

        Enoch H. Liang
        Cal. Bar No. 212324 (admitted in E.D. Texas)
        Michael J. Song
        Cal. Bar No. 243675 (admitted in E.D. Texas)
        LTL ATTORNEYS LLP
        300 S. Grand Ave., 14th Fl.
        Los Angeles, California 90071
        Telephone: (213) 612-8900
        Facsimile: (213) 612-3773
        Email: enoch.liang@ltlattorneys.com
        Email: michael.song@ltlattorneys.com

        Jason Sheasby
        Cal. Bar No. 205455 (admitted PHV)
        IRELL & MANELLA, LLP
        1800 Avenue of the Stars, Suite 900
        Los Angeles, CA 90067
        Telephone: (310) 277-1010
        Facsimile: (310) 203-7199
        Email: jsheasby@irell.com

        *Attorneys for Plaintiff KAIFI LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 2nd day of June, 2021, with a copy of this document via the Court's CM/ECF system.

        /s/ *Andrew Y. Choung*
        ANDREW Y. CHOUNG