## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>      Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC. ET AL.,<br><br>      Defendants. | Case No. 2:20-cv-281-JRG<br><br>**JURY TRIAL DEMANDED** |

## **ORDER**

The Court, having considered the Opposed Motion for Protective Order regarding Privileged Communications in *AT&T* Litigation, finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that KAIFI is not required to log work product and privileged communications with outside litigation counsel during the pendency of the *AT&T* litigation.