# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE US, INC.; LAYER3 TV, INC.; L3TV DALLAS CABLE SYSTEM, LLC; METROPCS TEXAS, LLC; T-MOBILE LICENSE LLC; T-MOBILE USA, INC.; T-MOBILE WEST LLC; T-MOBILE WEST TOWER LLC; IBSV LLC; THEORY MOBILE, INC.; T-MOBILE PCS HOLDINGS LLC; T-MOBILE RESOURCES CORPORATION; and T-MOBILE SUBSIDIARY IV CORPORATION<br><br>　　Defendants. | Case No. 2:20-CV-281 (JRG)<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

　　Notice is hereby given that attorney Erica J. Van Loon enters her appearance in this matter as additional counsel for Plaintiff KAIFI LLC.

DATED:  June 10, 2021　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Erica J. Van Loon*
　　　　　　　　　　　　　　　　　　　　　　Erica J. Van Loon
　　　　　　　　　　　　　　　　　　　　　　Cal Bar No. 227712 (admitted in E.D. Texas)
　　　　　　　　　　　　　　　　　　　　　　Andrew Y. Choung
　　　　　　　　　　　　　　　　　　　　　　Cal. Bar No. 203192 (admitted in E.D. Texas)
　　　　　　　　　　　　　　　　　　　　　　Nixon Peabody LLP
　　　　　　　　　　　　　　　　　　　　　　300 South Grand Avenue, Suite 4100
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071-3151
　　　　　　　　　　　　　　　　　　　　　　213-629-6166
　　　　　　　　　　　　　　　　　　　　　　213-629-6011 Facsimile
　　　　　　　　　　　　　　　　　　　　　　achoung@nixonpeabody.com
　　　　　　　　　　　　　　　　　　　　　　evanloon@nixonpeabody.com

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 418
Tyler, TX 75702
903/531-3535
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

Enoch H. Liang
Cal. Bar No. 212324 (admitted in E.D. Texas)
Michael J. Song
Cal. Bar No. 243675 (admitted in E.D. Texas)
LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile:  (213) 612-3773
Email: enoch.liang@ltlattorneys.com
Email: michael.song@ltlattorneys.com

Jason Sheasby
Cal. Bar No. 205455 (admitted PHV)
IRELL & MANELLA, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Rebecca Carson
Cal. Bar No. 254105 (admitted PHV)
IRELL & MANELLA, LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949-760-0991
Facsimile: 949-760-5200
rcarson@irell.com

*Attorneys for Plaintiff KAIFI LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 10th day of June, 2021, with a copy of this document via the Court's CM/ECF system.

*/s/ Erica J. Van Loon*
Erica J. Van Loon
