IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC<br><br>      Plaintiff,<br><br> v.<br><br><br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>      T-Mobile. | Case No. 2:20-cv-281-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Rodney Gilstrap |

# PLAINTIFF KAIFI LLC'S AGREED MOTION FOR EXPEDITED BRIEFING ON MOTION FOR ENTRY OF ORDER FOCUSING PATENT CLAIMS AND PRIOR ART

Plaintiff KAIFI LLC files this Agreed Motion for Expedited Briefing on Motion for Entry of Order Focusing Patent Claims and Prior Art and would show the Court the following:

The Parties have agreed to an expedited briefing scheduling. Defendants will file its Opposition to Motion for Entry of Order Focusing Patent Claims and Prior Art within 10 days.

WHEREFORE, Plaintiff KAIFI LLC requests the Court enter an order shortening the time for Defendants to file an Opposition to 10 days.

Dated: June 22, 2021.       Respectfully submitted,

                */s/ Robert Christopher Bunt*

                Enoch H. Liang
                Cal. Bar No. 212324 (admitted in E.D. Texas)
                Michael J. Song
                Cal. Bar No. 243675 (admitted in E.D. Texas)
                LTL ATTORNEYS LLP
                300 S. Grand Ave., 14th Fl.
                Los Angeles, California 90071
                Telephone: (213) 612-8900

Facsimile: (213) 612-3773
Email: enoch.liang@ltlattorneys.com
Email: michael.song@ltlattorneys.com

Robert Christopher Bunt
Texas Bar No. 00787165
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

Jason Sheasby
Cal. Bar No. 205455 (admitted PHV)
IRELL & MANELLA, LLP
1800 Avenue of the Stars, Suite 900 Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Rebecca Carson
Cal. Bar No. 254105 (admitted PHV)
IRELL & MANELLA, LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949-760-0991
Facsimile: 949-760-5200
Email: rcarson@irell.com

Andrew Y. Choung
Cal. Bar No. 203192 (admitted in E.D. Texas)
Erica J. Van Loon
Cal. Bar No. 227712 (admitted in E.D. Texas)
Nixon Peabody LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
213-629-6166
213-629-6011 Facsimile
achoung@nixonpeabody.com
evanloon@nixonpeabody.com

*Attorneys for Plaintiff KAIFI LLC*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on June 22, 2021 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), the undersigned meet and conferred with Robert Vincent on June 18, 2021 regarding the above referenced motion. T-Mobile is agreed to the above motion.

*/s/Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT