IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC<br><br>    Plaintiff,<br><br>v.<br><br><br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>    T-Mobile. | Case No. 2:20-cv-281-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Rodney Gilstrap |

# PLAINTIFF'S NOTICE OF DESIGNATION OF NEW LEAD COUNSEL

PLEASE TAKE NOTICE that the following attorney of record for Plaintiff KAIFI LLC is designated as Lead Counsel effective immediately:

Rebecca Carson
Cal. Bar No. 254105 (admitted PHV)
IRELL & MANELLA, LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949-760-0991
Facsimile: 949-760-5200
Email: rcarson@irell.com


Dated:  June 23, 2021.    Respectfully submitted,

   */s/ Robert Christopher Bunt*

   Enoch H. Liang
   Cal. Bar No. 212324 (admitted in E.D. Texas)
   Michael J. Song
   Cal. Bar No. 243675 (admitted in E.D. Texas)
   LTL ATTORNEYS LLP
   300 S. Grand Ave., 14th Fl.

Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773
Email: enoch.liang@ltlattorneys.com
Email: michael.song@ltlattorneys.com

Robert Christopher Bunt
Texas Bar No. 00787165
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

Jason Sheasby
Cal. Bar No. 205455 (admitted PHV)
IRELL & MANELLA, LLP
1800 Avenue of the Stars, Suite 900 Los
Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Rebecca Carson
Cal. Bar No. 254105 (admitted PHV)
IRELL & MANELLA, LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949-760-0991
Facsimile: 949-760-5200
Email: rcarson@irell.com
LEAD ATTORNEY

Andrew Y. Choung
Cal. Bar No. 203192 (admitted in E.D. Texas)
Erica J. Van Loon
Cal. Bar No. 227712 (admitted in E.D. Texas)
Aaron M. Brian
Cal. Bar No. 213191 (admitted in E.D. Texas)
Jennifer Hayes
Cal. Bar No. 241533 (admitted in E.D. Texas)
Nixon Peabody LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
213-629-6166

213-629-6011 Facsimile
achoung@nixonpeabody.com
evanloon@nixonpeabody.com
jenhayes@nixonpeabody.com
abrian@nixonpeabody.com

*Attorneys for Plaintiff KAIFI LLC*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on June 23, 2020 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT