# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:20-CV-00281-JRG |
| § | |
| T-MOBILE US, INC., T-MOBILE USA, § | |
| INC., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff KAIFI LLC's Agreed Motion For Expedited Briefing On Motion For Entry Of Order Focusing Patent Claims And Prior Art (Dkt. No. 158) (the "Motion"). In the Motion, Plaintiff KAIFI LLC ("KAIFI") requests the Court shorten the time for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively, "T-Mobile") to file an Opposition to KAIFI's Motion for Entry of Order Focusing Patent Claims and Prior Art (Dkt. No. 157) to 10 days.

Having considered the Motion, and noting its agreed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that T-Mobile's time to file an Opposition to KAIFI's Motion for Entry of Order Focusing Patent Claims and Prior Art (Dkt. No. 157) is **shortened** to 10 days from the filing date of that motion.

**So ORDERED and SIGNED this 2nd day of July, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE