# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| KAIFI LLC<br><br>      Plaintiff,<br><br> v.<br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>      T-Mobile. | Case No. 2:20-cv-281-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Rodney Gilstrap |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff KAIFI LLC ("KAIFI") and Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. ("T-Mobile") respectfully submit this Joint Motion to Amend the Docket Control Order and would show the Court the following:

KAIFI and T-Mobile respectfully request that the following deadlines be extended:

| Current Deadline | New Deadline | Event |
|---|---|---|
| July 9, 2021 | July 19, 2021 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| July 19, 2021 | July 26, 2021 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| August 16, 2021 | August 23, 2021 | Serve Disclosures for Rebuttal Expert Witnesses |
| August 23, 2021 | September 15, 2021 | Deadline to Complete Expert Discovery |
| August 30, 2021 | September 3, 2021 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local |

1

|  |  | Rule CV-7. <u>Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties.</u> |
| --- | --- | --- |
| August 30, 3021 | September 3, 2021 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No Motion to Strike Expert Testimony (including a *Daubert* Motion) may be filed after this date without leave of Court. |
| September 13, 2021 | September 17, 2021 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed <u>prior</u> to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV- 7(e), not to exceed the deadline as set forth in this Docket Control Order.[2] Motions for Summary Judgment shall comply with Local Rule CV-56. |

These extensions will not affect any other deadlines in the Docket Control Order.

The parties have agreed to modest extensions to the fact discovery and expert disclosure deadlines to accommodate witness and attorney schedules, which prevented some of the fact depositions from taking place prior to the current, July 9, 2021 fact discovery deadline. In addition, the parties have agreed to extend the expert discovery to September 15, 2021, as the attorney who

is slated to take the depositions of T-Mobile's expert witnesses (Jason Sheasby) has a trial before this Court in *Optis Wireless Technology, LLC et al v. Apple Inc.*, Civil Case No. 2:19-cv-00066-JRG, beginning August 10, 2021 and another trial in the Central District of California in *City of Pomona v. Sociedad Quimica Y Minera De Chile SA et al*, 2:11-cv-00167-RGK-JEM (C.D. Cal) beginning August 30, 2021.

In addition, there is good cause for the requested four-day extension of the Motion for Summary Judgment/Motion to Strike Experts opening and responsive briefs. T-Mobile has requested that KAIFI produce certain of KAIFI's expert witnesses for deposition in advance of the dispositive motion and motion to strike deadline. One of KAIFI's expert witnesses, David Kennedy, is scheduled to be in trial in the Eastern District of Texas before Judge Schroeder beginning August 23, 2021, in the matter of *General Access Solutions v. Sprint*, Civil Case No. 2:20-cv-00007-RWS (E.D. Texas). This scheduling conflict will make it difficult to present him for deposition under the current deadline for these motions (August 30) since Kennedy will not be available for deposition until August 31, 2021. The four day extension of the briefing for the MSJ/Motions to Strike would resolve that issue without affecting any of the other Court imposed deadlines.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court extend the deadlines above and enter the attached proposed first amended docket control order.

Dated: July 8, 2021.                    Respectfully submitted,

*/s/ Robert Christopher Bunt*

Enoch H. Liang
Cal. Bar No. 212324 (admitted in E.D. Texas)
Michael J. Song
Cal. Bar No. 243675 (admitted in E.D. Texas)

LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773
Email: enoch.liang@ltlattorneys.com
Email: michael.song@ltlattorneys.com

Robert Christopher Bunt
Texas Bar No. 00787165
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

Jason Sheasby
Cal. Bar No. 205455 (admitted PHV)
IRELL & MANELLA, LLP
1800 Avenue of the Stars, Suite 900 Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Rebecca Carson
Cal. Bar No. 254105 (admitted PHV)
IRELL & MANELLA, LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949-760-0991
Facsimile: 949-760-5200
Email: rcarson@irell.com
LEAD ATTORNEY

Andrew Y. Choung
Cal. Bar No. 203192 (admitted in E.D. Texas)
Erica J. Van Loon
Cal. Bar No. 227712 (admitted in E.D. Texas)
Aaron M. Brian
Cal. Bar No. 213191 (admitted in E.D. Texas)
Jennifer Hayes
Cal. Bar No. 241533 (admitted in E.D. Texas)
Nixon Peabody LLP
300 South Grand Avenue, Suite 4100

Los Angeles, CA 90071-3151
213-629-6166
213-629-6011 Facsimile
achoung@nixonpeabody.com
evanloon@nixonpeabody.com
jenhayes@nixonpeabody.com
abrian@nixonpeabody.com

***Attorneys for Plaintiff KAIFI LLC***

*/s/ Robert Vincent (with permission)*
Benjamin Hershkowitz
New York State Bar No. 2600559
Katherine Q. Dominguez
New York Bar No. 4741237
Paul J. Kremer
New York Bar No. 4900338
Josh A. Krevitt
New York Bar No. 2568228
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193 Telephone:
(212) 351-4000
Facsimile: (212) 351-4035
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com
PKremer@gibsondunn.com
jkrevitt@gibsondunn.com

Robert Vincent
Texas State Bar No. 24056474
Nathan R. Curtis
Texas State Bar No. 24078390
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, Texas 75201-2923
Tel: (214) 698-3423
Fax: (214) 571-2961
rvincent@gibsondunn.com
ncurtis@gibsondunn.com

Melissa R. Smith
(TX State Bar No. 24001351)
GILLAM & SMITH, LLP

303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Melissa@gillamsmithlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on July 8, 2021 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned meet and conferred with Robert Vincent on July 8, 2021 regarding the above referenced motion. T-Mobile agreed to file this as a joint motion.

*/s/Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT