# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| KAIFI LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00281-JRG |
| | § | |
| T-MOBILE US, INC., T-MOBILE USA, INC., | § | |
| | § | |
| Defendants. | § | |

-------------------------------------------------------

| | | |
|---|---|---|
| KAIFI LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00280-JRG |
| | § | |
| VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZON ENTERPRISE SOLUTIONS, LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON BUSINESS NETWORK SERVICES, LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES, LLC, VERIZON MEDIA INC., and VERIZON ONLINE, LLC, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is T-Mobile And Verizon's Motion for the Issuance of Letters of Request to Examine Persons and Inspect Documents Pursuant to the Hague Convention filed by Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively, "T-Mobile") in Case No. 2:20-cv-281 and Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Enterprise Solutions, LLC, Verizon Business Global LLC, Verizon Business

Network Services, LLC, Verizon Corporate Services Group, Inc., Verizon Data Services, LLC, Verizon Media Inc., and Verizon Online, LLC (collectively, "Verizon") in Case No. 2:20-cv-280 (Case No. 2:20-cv-281, Dkt. No. 144) (the "Motion"). In the Motion, T-Mobile and Verizon request pursuant to, and in conformity with, the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, 23 U.S.T. 2555 ("Hague Evidence Convention") that the Court issue Letters of Request addressed to the Central Authority of the Republic of Korea, to inspect documents and examine persons as relevant to the above-captioned actions. T-Mobile and Verizon represent to the Court that Plaintiff in both above-captioned actions, KAIFI LLC, takes no position on the Motion.

Having considered the Motion, and noting that it is not opposed, the Court finds that it should be and hereby is **GRANTED**. The Court **APPROVES** the proposed Letters of Request, which are attached to the Motion as Exhibits A–G. Accordingly, the Court will execute the Letters of Request with original signatures, to which the Clerk of the Court shall affix original seals.

**So ORDERED and SIGNED this 12th day of July, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE