IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE US, INC.; LAYER3 TV, INC.; L3TV DALLAS CABLE SYSTEM, LLC; METROPCS TEXAS, LLC; T-MOBILE LICENSE LLC; T-MOBILE USA, INC.; T-MOBILE WEST LLC; T-MOBILE WEST TOWER LLC; IBSV LLC; THEORY MOBILE, INC.; T-MOBILE PCS HOLDINGS LLC; T-MOBILE RESOURCES CORPORATION; and T-MOBILE SUBSIDIARY IV CORPORATION<br><br>　　Defendants. | Case No. 2:20-CV-281- JRG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR
WITHDRAWAL OF COUNSEL**

Plaintiff Kaifi, LLC ("Plaintiff") respectfully requests that, due to change of business, Michael J. Song be permitted to withdraw as counsel of record for Plaintiff in this matter. Parker Bunt & Ainsworth; Nixon Peabody LLP; Irell & Manella; and LTL Attorneys LLP will continue to represent Plaintiff. Defendants do not oppose this motion.

/s/ *Michael J. Song*
Michael J. Song
(CA SBN 243675) (admitted E.D. Texas)
Email: msong@munckwilson.com
Munck Wilson Mandala, LLP
1925 Century Park East, Ste 2300
Los Angeles, CA 90067-2724
(310) 601-1118
Fax: (972) 628-3616

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE US, INC.; LAYER3 TV, INC.; L3TV DALLAS CABLE SYSTEM, LLC; METROPCS TEXAS, LLC; T-MOBILE LICENSE LLC; T-MOBILE USA, INC.; T-MOBILE WEST LLC; T-MOBILE WEST TOWER LLC; IBSV LLC; THEORY MOBILE, INC.; T-MOBILE PCS HOLDINGS LLC; T-MOBILE RESOURCES CORPORATION; and T-MOBILE SUBSIDIARY IV CORPORATION<br><br>    Defendants. | Case No. 2:20-CV-281- JRG<br><br>JURY TRIAL DEMANDED |

## **ORDER**

Pending before the Court is the Unopposed Motion for Withdrawal of Counsel for Michael J. Song, as counsel for Plaintiff in the above-captioned lawsuit. Upon consideration, the Court finds it should be GRANTED.

It is hereby ORDERED that the Unopposed Motion for Withdrawal is GRANTED, Michael J. Song is withdrawn as counsel of record for Plaintiff in this lawsuit, and the Clerk shall amend the docket to reflect that Michael J. Song has withdrawn as counsel and Mr. Song no longer needs be noticed of any pleadings, motions, or other documents filed or served in this civil action.

    **IT IS SO ORDERED**.

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on **August 6, 2021**, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/
MICHAEL J. SONG