**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **KAIFI LLC** | § | |
| | § | |
| **v.** | § | **Case No.  2:20-cv-00281-JRG** |
| | § | |
| **T-MOBILE US, INC., et al** | § | |

## <u>ORDER APPOINTING MEDIATOR</u>

IT IS ORDERED that David Folsom, Jackson Walker, L.L.P., 6002-B Summerfield Drive, Texarkana, Texas 75503, telephone number 903-255-3251 and email dfolsom@jw.com, is hereby appointed as mediator in the above referenced case. The Court designates Plaintiff's counsel to be responsible for timely contacting the mediator and Defendants' counsel to coordinate a date for the mediation.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan.  In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement.  Exceptions to this requirement may be made only by the presiding judge in writing.  Further, this Court's Standing Order Regarding the Use of Local Counsel in Mediation (dated April 30, 2018 and found at http://www.txed.uscourts.gov/?q=judge/chief-district-judge-rodney-gilstrap) shall be complied with wherever applicable.

Barring unforeseen circumstances, mediation should take place not less than twenty-one (21) days prior to a date set for jury selection and trial.  All parties are required to mediate seriously and in good faith, and failure to do so may result in appropriate sanctions being imposed.

**So ORDERED and SIGNED this 6th day of August, 2021.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE