# EXHIBIT D1

# REDACTED IN FULL