# EXHIBIT D2

# REDACTED IN FULL