# EXHIBIT D3

# REDACTED IN FULL