# EXHIBIT D4

# REDACTED IN FULL