# EXHIBIT D5

# REDACTED IN FULL