# EXHIBIT D6

# REDACTED IN FULL