## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC, | |
| Plaintiff, | Case No. 2:20-cv-00281-JRG |
| v. | JURY TRIAL DEMANDED |
| T-MOBILE US, INC., ET AL. | Honorable Rodney Gilstrap |
| Defendants. | |

### ORDER

Before the Court is Defendant's Motion to Strike KAIFI's 3-1(E) Disclosure ("Motion"). Having considered the Motion, the parties' arguments, and all of the evidence in the record, the Court DENIES the Motion.

4822-4611-7620.1