

# EXHIBIT C



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2020

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ................................................... 14185
    a. By patent owner — 3954 — 27.9%
    b. by other member of the public — 10056 — 70.9%
    c. By order of Commissioner — 175 — 1.2%

2. Number of Filings by discipline
    a. Chemical Operation — 3843 — 27.1%
    b. Electrical Operation — 5279 — 37.2%
    c. Mechanical Operation — 4790 — 33.8%
    d. Design Patents — 273 — 1.9%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

4. Number known to be in litigation ................................................................... 5428 — 38.3%

5. Decisions on requests [2] ......................................................................... 14185
    a. No. granted — 13082 — 92.2%
        (1) By examiner — 12888
        (2) By Director (on petition) — 194
    b. No. denied — 1183 — 8.3%
        (1) By examiner — 1103
        (2) Reexam vacated — 80

6. Total examiner denials (includes denials reversed by Director) .................................... 1103
    a. Patent owner requester — 525 — 47.6%
    b. Third party requester — 578 — 52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date)........................
      a. Average pendency           25.7 (mos.)
      b. Median pendency           19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) ........................………   12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
      a. Certificates – PATENT OWNER REQUESTER         3960
          a. All claims confirmed     809   20.4%
          b. All claims canceled     396   10.0%
          c. Claims changed     2755   69.6%
      b. Certificates – 3rd PARTY REQUESTER         8630
          a. All claims confirmed     1846   21.4%
          b. All claims canceled     1226   14.2%
          c. Claims changed     5558   64.4%
      c. Certificates – COMMISSIONER INITIATED REEXAM         174
          a. All claims confirmed     17   9.8%
          b. All claims canceled     46   26.4%
          c. Claims changed     111   63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2019

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81.............................................................. 13987

| | | |
|---|---:|---:|
| a. By patent owner | 3919 | 28% |
| b. by other member of the public | 9893 | 71% |
| c. By order of Commissioner | 175 | 1% |

2. Number of Filings by discipline

| | | |
|---|---:|---:|
| a. Chemical Operation | 3791 | 27% |
| b. Electrical Operation | 5214 | 37% |
| c. Mechanical Operation | 4732 | 34% |
| d. Design Patents | 250 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation....................................................................................... 1938    14%

5. Decisions on requests [2] ........................................................................................ 14130

| | | |
|---|---:|---:|
| a. No. granted | 12905 | 91% |
| (1) By examiner | 12718 | |
| (2) By Director (on petition) | 187 | |
| b. No. denied | 1277 | 9% |
| (1) By examiner | 1225 | |
| (2) Reexam vacated | 52 | |

6. Total examiner denials (includes denials reversed by Director)................................... 1226

| | | |
|---|---:|---:|
| a. Patent owner requester | 524 | 43% |
| b. Third party requester | 702 | 57% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................
      a. Average pendency                                       25.8 (mos.)
      b. Median pendency                                          19.4 (mos.)

8. Total ex parte reexamination certificates issued (1981 - present)...................    11980

|  | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 15% | 0% | 20.7% | 2480 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 12.7% | 1517 |
| c. Certificates with claims changes | 19% | 46% | 1% | 66.6% | 7983 |

9. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3325 |
|     a. All claims confirmed | 693 | 21% |
|     b. All claims canceled | 300 | 9% |
|     c. Claims changed | 2332 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 8481 |
|     a. All claims confirmed | 1769 | 21% |
|     b. All claims canceled | 1170 | 14% |
|     c. Claims changed | 5542 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
|     a. All claims confirmed | 18 | 10% |
|     b. All claims canceled | 47 | 27% |
|     c. Claims changed | 109 | 63% |

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81................................................ 14005
   - a. By patent owner — 4137 — 30%
   - b. by other member of the public — 9825 — 70%
   - c. By order of Commissioner — 43 — 0%

2. Number of Filings by discipline
   - a. Chemical Operation — 3782 — 27%
   - b. Electrical Operation — 5270 — 38%
   - c. Mechanical Operation — 4717 — 34%
   - d. Design Patents — 236 — 2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 225 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 189 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | 2018 | 189 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation............................................................................ 4731 — 34%

5. Decisions on requests......................................................................................... 13178
   - a. No. granted — 12042 — 91%
     - (1) By examiner — 11891
     - (2) By Director (on petition) — 151
   - b. No. denied — 1136 — 9%
     - (1) By examiner — 1089
     - (2) Reexam vacated — 47

6. Total examiner denials (includes denials reversed by Director)................................... 2272
   - a. Patent owner requester — 586 — 26%
   - b. Third party requester — 1686 — 74%

7. Overall reexamination pendency (Filing date to certificate issue date).......................
   - a. Average pendency — 27.7 (mos.)
   - b. Median pendency — 19.8 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All claims canceled | 3% | 10% | 0% | | 12% |
| c. Claims changed | 20% | 47% | 0% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………   11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3337 |
| a. All claims confirmed | 690 | 21% |
| b. All claims canceled | 293 | 9% |
| c. Claims changed | 2313 | 69% |
| b. Certificates – 3rd PARTY REQUESTER | | 8362 |
| a. All claims confirmed | 1681 | 20% |
| b. All claims canceled | 1062 | 13% |
| c. Claims changed | 5174 | 62% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All claims canceled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2017

| | | |
|---|---|---|
| 1. Total requests filed since start of *Ex Parte* reexam on 07/01/81.................................................... | 13641 | |
| a. By patent owner | 3912 | 29% |
| b. by other member of the public | 9686 | 71% |
| c. By order of Commissioner | 43 | 0% |
| | | |
| 2. Number of Filings by dicipline | | |
| a. Chemical Operation | 3670 | 27% |
| b. Electrical Operation | 5148 | 38% |
| c. Mechanical Operation | 4596 | 34% |
| d. Design Patents | 227 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

| | | |
|---|---|---|
| 4. Number known to be in litigation.......................................................................... | 4648 | 34% |
| | | |
| 5. Decisions on requests.......................................................................... | 13147 | |
| a. No. granted | 12047 | 92% |
| (1) By examiner | 11913 | |
| (2) By Director (on petition) | 134 | |
| b. No. denied | 1100 | 8% |
| (1) By examiner | 1054 | |
| (2) Reexam vacated | 46 | |
| | | |
| 6. Total examiner denials (includes denials reversed by Director).................................... | 1056 | |
| a. Patent owner requester | 494 | 47% |
| b. Third party requester | 562 | 53% |
| | | |
| 7. Overall reexamination pendency (Filing date to certificate issue date)........................ | | |
| a. Average pendency | 26.4 (mos.) | |
| b. Median pendency | 19.4 (mos.) | |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 46% | 0% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) .......................... 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3296 |
| a. All claims confirmed | 690 | 21% |
| b. All calims cancled | 293 | 9% |
| c. Claims changed | 2313 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7917 |
| a. All claims confirmed | 1681 | 21% |
| b. All calims cancled | 1062 | 13% |
| c. Claims changed | 5174 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2016

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*...............................................................  13450
    a. By patent owner     3887   29%
    b. by other member of the public     9520   71%
    c. By order of Commissioner     43   0%

2. Number of Filings by dicipline
    a. Chemical Operation     3632   27%
    b. Electrical Operation     5085   38%
    c. Mechanical Operation     4521   34%
    d. Design Patents     212   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2015 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation.................................................................................  4350   32%

5. Decisions on requests................................................................................  12929
    a. No. granted     11835   92%
        (1) By examiner     11704
        (2) By Director (on petition)     131
    b. No. denied     1094   8%
        (1) By examiner     1048
        (2) Reexam vacated     46

6. Total examiner denials (includes denials reversed by Director)....................................  1048
    a. Patent owner requester     492   47%
    b. Third party requester     556   53%

7. Overall reexamination pendency (Filing date to certificate issue date).........................
    a. Average pendency     25.77 (mos.)
    b. Median pendency     20.2 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 45% | 0% | | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………   10979

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2337 | 21% |
| b. Certificates with all claims canceled | 1339 | 12% |
| c. Certificates with claims changes | 7303 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3270 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 291 | 9% |
| c. Claims changed | 2294 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7519 |
| a. All claims confirmed | 1631 | 22% |
| b. All calims cancled | 999 | 13% |
| c. Claims changed | 4889 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2015

| | | |
|---|---|---|
| 1. Total requests filed since start of *Ex Parte reexam* on 07/01/81............................................................... | | 13136 |
| a. By patent owner | 3957 | 30% |
| b. by other member of the public | 9014 | 69% |
| c. By order of Commissioner | 165 | 1% |

2. Number of Filings by dicipline

| | | |
|---|---|---|
| a. Chemical Operation | 3569 | 27% |
| b. Electrical Operation | 5265 | 40% |
| c. Mechanical Operation | 4418 | 34% |
| d. Design Patents | 220 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 296 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 342 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | 2015 | 240 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

| | | |
|---|---|---|
| 4. Number known to be in litigation....................................................................................... | 4819 | 37% |

| | | |
|---|---|---|
| 5. Decisions on requests............................................................................................. | | 12641 |
| a. No. granted | 11623 | 92% |
| (1) By examiner | 11492 | |
| (2) By Director (on petition) | 131 | |
| b. No. denied | 1018 | 8% |
| (1) By examiner | 980 | |
| (2) Reexam vacated | 38 | |

| | | |
|---|---|---|
| 6. Total examiner denials (includes denials reversed by Director).................................... | | 1118 |
| a. Patent owner requester | 496 | 44% |
| b. Third party requester | 622 | 56% |

7. Overall reexamination pendency (Filing date to certificate issue date).......................

| | |
|---|---|
| a. Average pendency | 26.5 (mos.) |
| b. Median pendency | 19.6 (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 45% | 1% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ........................... 10951
- a. Certificates with all claims confirmed — 2331 — 21%
- b. Certificates with all claims canceled — 1334 — 12%
- c. Certificates with claims changes — 7286 — 67%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
- a. Certificates – PATENT OWNER REQUESTER — 3268
  - a. All claims confirmed — 685 — 21%
  - b. All calims cancled — 291 — 9%
  - c. Claims changed — 2292 — 70%
- b. Certificates – 3rd PARTY REQUESTER — 7513
  - a. All claims confirmed — 1628 — 22%
  - b. All calims cancled — 998 — 13%
  - c. Claims changed — 4887 — 65%
- c. Certificates – COMMISSIONER INITIATED REEXAM — 170
  - a. All claims confirmed — 18 — 11%
  - b. All calims cancled — 45 — 26%
  - c. Claims changed — 107 — 63%

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

**Commissioner for Patents**
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2014

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*…………………………………………………….... | 13217
a. By patent owner | 3833 | 29%
b. by other member of the public | 9217 | 70%
c. By order of Commissioner | 167 | 1%

2. Number of Filings by dicipline
a. Chemical Operation | 3516 | 27%
b. Electrical Operation | 5167 | 39%
c. Mechanical Operation | 4330 | 33%
d. Design Patents | 204 | 2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 343 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation…………………………………………………………………………… | 4362 | 33%

5. Decisions on requests…………………………………………………………………… | 12429
a. No. granted | 11402 | 92%
(1) By examiner | 11271
(2) By Director (on petition) | 131
b. No. denied | 1027 | 8%
(1) By examiner | 990
(2) Reexam vacated | 37

6. Total examiner denials (includes denials reversed by Director)……………………………. | 1067
a. Patent owner requester | 665 | 62%
b. Third party requester | 621 | 58%

7. Overall reexamination pendency (Filing date to certificate issue date)………………………
a. Average pendency | 22.3 (mos.)
b. Median pendency | 15.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 22% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 44% | 1% | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 10698

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2303 | 22% |
| b. Certificates with all claims canceled | 1301 | 12% |
| c. Certificates with claims changes | 7094 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3256 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 289 | 9% |
| c. Claims changed | 2282 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7272 |
| a. All claims confirmed | 1600 | 22% |
| b. All calims cancled | 967 | 13% |
| c. Claims changed | 4705 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 170 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 45 | 26% |
| c. Claims changed | 107 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2013

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*………………………………   12874
    a. By patent owner                                          3833      30%
    b. by other member of the public                            8874      69%
    c. By order of Commissioner                                  167       1%

2. Number of Filings by dicipline
    a. Chemical Operation                                      3435      27%
    b. Electrical Operation                                    5001      39%
    c. Mechanical Operation                                    4234      33%
    d. Design Patents                                           204       2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos. | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | | |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation………………………………   4167      32%

5. Decisions on requests………………………………                      12016
    a. No. granted                                            11013      92%
      (1) By examiner                                       10891
      (2) By Director (on petition)                           122
    b. No. denied                                              1003       8%
      (1) By examiner                                         968
      (2) Reexam vacated                                       35

6. Total examiner denials (includes denials reversed by Director)………………………………   1067
    a. Patent owner requester                                   498      47%
    b. Third party requester                                    606      57%

7. Overall reexamination pendency (Filing date to certificate issue date)
    a. Average pendency                                      27.8 (mos.)
    b. Median pendency                                       20.1 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.
updated as of 11/22/13                                    1/2

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 8% | 0% | 11% |
| c. Claims changed | 21% | 40% | 1% | 62% |

9. Total ex parte reexamination certificates issued (1981 – present) ...................... 9991

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2241 | 22% |
| b. Certificates with all claims canceled | 1205 | 12% |
| c. Certificates with claims changes | 6545 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3279 |
|     a. All claims confirmed | 682 | 21% |
|     b. All calims cancled | 283 | 9% |
|     c. Claims changed | 2239 | 68% |
| b. Certificates – 3rd PARTY REQUESTER | | 7174 |
|     a. All claims confirmed | 1541 | 21% |
|     b. All calims cancled | 882 | 12% |
|     c. Claims changed | 4201 | 59% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
|     a. All claims confirmed | 18 | 11% |
|     b. All calims cancled | 40 | 24% |
|     c. Claims changed | 105 | 64% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

_Ex Parte_  Reexamination Filing Data - September 30, 2012

1. Total requests filed since start of *ex parte reexam on 07/01/81*.....................................   12569
        a. By patent owner        3872   31%
        b. by other member of the public        8532   68%
        c. By order of Commissioner        165   1%

2. Number a. Chemical Operation        3373   27%
        b. Electrical Operation        4831   38%
        c. Mechanical Operation        4178   33%
        d. Design Patents        187   1%

3. Annual *Ex Parte*  Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 788 |

4. Number known to be in litigation........................................................................   3994   32%

5. Decisions on requests........................................................................................   11737
        a. No. granted.................................................................................   10755   92%
            (1) By examiner        10762
            (2) By Director (on petition)        122
        b. No. denied..................................................................................   982   8%
            (1) By examiner        961
            (2) Reexam vacated        35
6. Total examiner denials (includes denials reversed by Director)....................................   1078
        a. Patent owner requester        496   46%
        b. Third party requester        582   54%

7. Overall reexamination pendency (Filing date to certificate issue date)
        a. Average pendency        27.9   (mos.)
        b. Median pendency        20.5   (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 21% | 22% | 11% | | 21% |
| b. All calims cancled | 8% | 12% | 24% | | 11% |
| c. Claims changed | 71% | 66% | 65% | | 68% |

9. Total ex parte reexamination certificates issued (1981 – present) ........................... 9328

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2029 | 22% |
| b. Certificates with all claims canceled | 1063 | 11% |
| c. Certificates with claims changes | 6236 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3176 |
| a. All claims confirmed | 669 | 21% |
| b. All calims cancled | 280 | 9% |
| c. Claims changed | 2227 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 6026 |
| a. All claims confirmed | 1348 | 22% |
| b. All calims cancled | 745 | 12% |
| c. Claims changed | 3933 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 38 | 23% |
| c. Claims changed | 108 | 66% |

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
**www.uspto.gov**

### *Ex Parte* Reexamination Filing Data  -  September 30, 2011

1.   Total requests filed since start of *ex parte* reexam on 07/01/81...................................11782[1]

|   |   |   |
|---|---|---|
| a.  By patent owner | 3801 | 33% |
| b.  By other member of public | 7815 | 66% |
| c.  By order of Commissioner | 166 | 1% |

2.   Number of filings by discipline

|   |   |   |
|---|---|---|
| a.  Chemical Operation | 3211 | 27% |
| b.  Electrical Operation | 4405 | 37% |
| c.  Mechanical Operation | 3987 | 34% |
| d.  Design Patents | 179 | 2% |

3.   Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 |   |   |

4.   Number known to be in litigation………...….……................. .3894……………33%

5.   Decisions on requests…………………………………………………………………..11262

a.  No. granted……………………………………………… 10333…………...92%

| (1)  By examiner | 10213 |
|---|---|
| (2)  By Director (on petition) | 120 |

b.  No. denied …………………………………………………929…………......8%

| (1)  By examiner | 894 |
|---|---|
| (2)  Reexam vacated | 35 |

---

[1]Of the requests received in FY 2011, 22 requests have not yet been accorded a filing date, and preprocessing of 35 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reversed by Director)……….........................1014

    a.   Patent owner requester                                         476     47%
    b.   Third party requester                                            538     53%

7.   Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average pendency                                       25.6 (mos.)
    b.   Median pendency                                        19.9 (mos.)

8.   Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 21% | 24% | 11% | 23% |
| b. | All claims cancelled | 9% | 12% | 23% | 11% |
| c. | Claims changes | 70% | 64% | 66% | 66% |

9.   Total *ex parte* reexamination certificates issued (1981 – present) ……………………8578

    a.   Certificates with all claims confirmed            1943     23%
    b.   Certificates with all claims canceled            974     11%
    c.   Certificates with claims changes              5661     66%

10.   Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.   Certificates – PATENT OWNER REQUESTER ………………………………….3040

        (1)   All claims confirmed                   651     21%
        (2)   All claims canceled                  264     9%
        (3)   Claim changes                      2125     70%

    b.   Certificates – 3rd PARTY REQUESTER …………………………………………...5380

        (1)   All claims confirmed                 1274     24%
        (2)   All claims canceled                 674     12%
        (3)   Claim changes                      3432     64%

    c.   Certificates – COMMISSIONER INITIATED REEXAM …………..………….....158

        (1)   All claims confirmed                  18     11%
        (2)   All claims canceled                 36     23%
        (3)   Claim changes                     104     66%

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

_Ex Parte_ Reexamination Filing Data  -  September 30, 2010

1.   Total requests filed since start of _ex parte_ reexam on 07/01/81................................. 11023[1]

|   |   |   |
|---|---|---|
| a. | By patent owner | 3697 | 34% |
| b. | By other member of public | 7161 | 65% |
| c. | By order of Commissioner | 165 | 1% |

2.   Number of filings by discipline

|   |   |   |
|---|---|---|
| a. | Chemical Operation | 3068 | 28% |
| b. | Electrical Operation | 4010 | 36% |
| c. | Mechanical Operation | 3771 | 34% |
| d. | Design Patents | 174 | 2% |

3.   Annual _Ex Parte_ Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 |   |   |
| 1988 | 268 | 1996 | 418 | 2004 | 441 |   |   |

4.   Number known to be in litigation…………....….…….................. .3568……………32%

5.   Decisions on requests……………………………………………………………………..10495

a.   No. granted……………………………………………… …9648…………....92%

(1)  By examiner                                          9534
(2)  By Director (on petition)                            114

b.   No. denied ……………………………………………………847…………......8%

(1)  By examiner                                          812
(2)  Reexam vacated                                       35

---

[1]Of the requests received in FY 2010, 16 requests have not yet been accorded a filing date, and preprocessing of 80 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reversed by Director)…………........................926

|  | | | |
|---|---|---|---|
| a. | Patent owner requester | 451 | 49% |
| b. | Third party requester | 475 | 51% |

7.   Overall reexamination pendency (Filing date to certificate issue date)

|  | | |
|---|---|---|
| a. | Average pendency | 25.5 (mos.) |
| b. | Median pendency | 20.0 (mos.) |

8.   Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 25% | 12% | 23% |
| b. | All claims cancelled | 8% | 13% | 23% | 12% |
| c. | Claims changes | 70% | 62% | 65% | 65% |

9.   Total *ex parte* reexamination certificates issued (1981 – present) ………………………7782

|  | | | |
|---|---|---|---|
| a. | Certificates with all claims confirmed | 1817 | 23% |
| b. | Certificates with all claims canceled | 893 | 12% |
| c. | Certificates with claims changes | 5072 | 65% |

10.  Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

a.   Certificates – PATENT OWNER REQUESTER ………………………………..2947

|  | | | |
|---|---|---|---|
| (1) | All claims confirmed | 638 | 22% |
| (2) | All claims canceled | 251 | 8% |
| (3) | Claim changes | 2058 | 70% |

b.   Certificates – 3rd PARTY REQUESTER ……………………………………...4681

|  | | | |
|---|---|---|---|
| (1) | All claims confirmed | 1161 | 25% |
| (2) | All claims canceled | 607 | 13% |
| (3) | Claim changes | 2913 | 62% |

c.   Certificates – COMMISSIONER INITIATED REEXAM ……………..………....154

|  | | | |
|---|---|---|---|
| (1) | All claims confirmed | 18 | 12% |
| (2) | All claims canceled | 35 | 23% |
| (3) | Claim changes | 101 | 65% |

2



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

_Ex Parte_ Reexamination Filing Data  -  September 30, 2009

1.  Total requests filed since start of *ex parte* reexam on 07/01/81..................................10243[1]

    a.  By patent owner      3634      35%
    b.  By other member of public      6444      63%
    c.  By order of Commissioner      165      2%

2.  Number of filings by discipline

    a.  Chemical Operation      2931      29%
    b.  Electrical Operation      3596      35%
    c.  Mechanical Operation      3554      34%
    d.  Design Patents      162      2%

3.  Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation…………...…….……................. .3221……………31%

5.  Decisions on requests……………………………………………………………………...9833

  a.  No. granted……………………………………………… …9041…………....92%

      (1)  By examiner      8928
      (2)  By Director (on petition)      113

  b.  No. denied ………………………………………………………792…………......8%

      (1)  By examiner      757
      (2)  Reexam vacated      35

---

[1]Of the requests received in FY 2009, 22 requests have not yet been accorded a filing date, and preprocessing of 41 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reversed by Director)…………........................870

    a.   Patent owner requester                                445        51%
    b.   Third party requester                                  425        49%

7.   Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average pendency                              25.2 (mos.)
    b.   Median pendency                              19.7 (mos.)

8.   Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 26% | 12% | 25% |
| b. | All claims cancelled | 8% | 13% | 23% | 11% |
| c. | Claims changes | 70% | 61% | 65% | 64% |

9.   Total *ex parte* reexamination certificates issued (1981 – present) …………………….7089

    a.   Certificates with all claims confirmed          1725      25%
    b.   Certificates with all claims canceled           807      11%
    c.   Certificates with claims changes            4557      64%

10.   Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.   Certificates – PATENT OWNER REQUESTER …………………………………..2827

        (1)   All claims confirmed               625      22%
        (2)   All claims canceled               233       8%
        (3)   Claim changes                  1969      70%

    b.   Certificates – 3rd PARTY REQUESTER …………………………………………..4111

        (1)   All claims confirmed             1082      26%
        (2)   All claims canceled               540      13%
        (3)   Claim changes                  2489      61%

    c.   Certificates – COMMISSIONER INITIATED REEXAM …………..………....151

        (1)   All claims confirmed                18      12%
        (2)   All claims canceled               34      23%
        (3)   Claim changes                    99      65%



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data  -  September 30, 2008

1.  Total requests filed since start of *ex partes* reexam on 07/01/81 ................................ 9585[1]

| | | |
|---|---:|---:|
| a.  By patent owner | 3567 | 37% |
| b.  By other member of public | 5853 | 61% |
| c.  By order of Commissioner | 165 | 2% |

2.  Number of filings by discipline

| | | |
|---|---:|---:|
| a.  Chemical Operation | 2811 | 29% |
| b.  Electrical Operation | 3261 | 34% |
| c.  Mechanical Operation | 3357 | 35% |
| d.  Design Patents | 156 | 2% |

3.  Annual  Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation…………...…….…….................. .2849…………...…30%

5.  Decisions on requests……………………………………………………………………...9219

   a.  No. granted………………………………………………………… …8467…………....92%

| | |
|---|---:|
| (1)  By examiner | 8354 |
| (2)  By Director (on petition) | 113 |

   b.  No. denied ………………………………………………………………752…………….....8%

| | |
|---|---:|
| (1)  By examiner | 717 |
| (2)  Reexam vacated | 35 |

---

[1]Of the requests received in FY 2008, 7 requests have not yet been accorded a filing date, and preprocessing of 15 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reserved by Director)…………........................830

    a.   Patent owner requester                                        441          53%
    b.   Third party requester                                           389          47%

7.   Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average  pendency                24.5 (mos.)
    b.   Median pendency                 19.0 (mos.)

8.   Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a.   All claims confirmed | 22% | 28% | 12% | 25% |
| b.   All claims cancelled | 8% | 13% | 21% | 11% |
| c.   Claims changes | 70% | 59% | 67% | 64% |

9.   Total ex parte reexamination certificates issued (1981 – present) ………………………6457

| | | |
|---|---|---|
| a.   Certificates with all claims confirmed | 1624 | 25% |
| b.   Certificates with all claims canceled | 721 | 11% |
| c.   Certificates with claims changes | 4112 | 64% |

10.   Reexam claim analysis – requester is patent owner or 3rd party; or Comm'r initiated.

    a.   Certificates – PATENT OWNER REQUESTER …………………………………..2722

        (1)  All claims confirmed              611      22%
        (2)  All claims canceled              214       8%
        (3)  Claim changes                  1897      70%

    b.   Certificates – 3rd PARTY REQUESTER …………………………………………..3588

        (1)  All claims confirmed              995      28%
        (2)  All claims canceled              476      13%
        (3)  Claim changes                  2117      59%

    c.   Certificates – COMM'R INITIATED REEXAM …………………….…………....147

        (1)  All claims confirmed                18      12%
        (2)  All claims canceled                31      21%
        (3)  Claim changes                   98      67%