# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE US, INC. and <br> T-MOBILE USA, INC., <br><br> Defendants. | Case No. 2:20-CV-00281-JRG <br><br> Hon. Rodney Gilstrap |

## ORDER GRANTING DEFENDANTS T-MOBILE US, INC. AND T-MOBILE USA, INC.'S MOTION TO STAY PENDING *EX PARTE* REEXAMINATIONS OF U.S. PATENT NO. 6,922,728

Before the Court is Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.'s Motion to Stay Pending *Ex Parte* Reexamination of U.S. Patent No. 6,922,728.

The Court, having considered same, is of the opinion the motion should be GRANTED.

(1)   This case is stayed pending completion of Reexamination Nos. 90/014798 and 90/014808.