**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| KAIFI LLC, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE US, INC. and <br> T-MOBILE USA, INC., <br><br> Defendants. | Case No. 2:20-CV-00281-JRG <br><br> Hon. Rodney Gilstrap |

**ORDER GRANTING DEFENDANTS T-MOBILE US, INC. AND T-MOBILE USA, INC.'S  MOTION TO COMPEL KAIFI TO PRODUCE DOCUMENTS FROM ITS PARENT ENTITIES**

Before the Court is Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.'s Motion to Compel KAIFI to Produce Documents from its Parent Entities.

The Court, having considered same, is of the opinion the motion should be GRANTED.