

# EXHIBIT C



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2020

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ................................................. 14185
    a. By patent owner ..... 3954 ... 27.9%
    b. by other member of the public ..... 10056 ... 70.9%
    c. By order of Commissioner ..... 175 ... 1.2%

2. Number of Filings by discipline
    a. Chemical Operation ..... 3843 ... 27.1%
    b. Electrical Operation ..... 5279 ... 37.2%
    c. Mechanical Operation ..... 4790 ... 33.8%
    d. Design Patents ..... 273 ... 1.9%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

4. Number known to be in litigation ........................................................................... 5428 ... 38.3%

5. Decisions on requests [2] ........................................................................... 14185
    a. No. granted ..... 13082 ... 92.2%
        (1) By examiner ..... 12888
        (2) By Director (on petition) ..... 194
    b. No. denied ..... 1183 ... 8.3%
        (1) By examiner ..... 1103
        (2) Reexam vacated ..... 80

6. Total examiner denials (includes denials reversed by Director) ................................... 1103
    a. Patent owner requester ..... 525 ... 47.6%
    b. Third party requester ..... 578 ... 52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date).......................

    a. Average pendency                                        25.7 (mos.)

    b. Median pendency                                           19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………   12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER                   3960

        a. All claims confirmed                   809    20.4%

        b. All claims canceled                   396    10.0%

        c. Claims changed                     2755    69.6%

    b. Certificates – 3rd PARTY REQUESTER                       8630

        a. All claims confirmed               1846    21.4%

        b. All claims canceled               1226    14.2%

        c. Claims changed                5558    64.4%

    c. Certificates – COMMISSIONER INITIATED REEXAM            174

        a. All claims confirmed                    17    9.8%

        b. All claims canceled                    46    26.4%

        c. Claims changed                  111    63.8%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2019

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81……………………………………………………..    13987
    a. By patent owner                                                          3919      28%
    b. by other member of the public                                            9893      71%
    c. By order of Commissioner                                                 175       1%

2. Number of Filings by discipline
    a. Chemical Operation                                                       3791      27%
    b. Electrical Operation                                                     5214      37%
    c. Mechanical Operation                                                     4732      34%
    d. Design Patents                                                           250       2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation…………………………………………………………………….    1938      14%

5. Decisions on requests [2] …………………………………………………………………….    14130
    a. No. granted                                                              12905     91%
        (1) By examiner                                              12718
        (2) By Director (on petition)                                187
    b. No. denied                                                               1277      9%
        (1) By examiner                                              1225
        (2) Reexam vacated                                           52

6. Total examiner denials (includes denials reversed by Director)……………………………….    1226
    a. Patent owner requester                                                   524       43%
    b. Third party requester                                                    702       57%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).......................
    a. Average pendency                                              25.8 (mos.)
    b. Median pendency                                               19.4 (mos.)

8. Total ex parte reexamination certificates issued (1981 - present)................... 11980

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 15% | 0% | 20.7% | 2480 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 12.7% | 1517 |
| c. Certificates with claims changes | 19% | 46% | 1% | 66.6% | 7983 |

9. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3325 |
|   a. All claims confirmed | 693 | 21% |
|   b. All claims canceled | 300 | 9% |
|   c. Claims changed | 2332 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 8481 |
|   a. All claims confirmed | 1769 | 21% |
|   b. All claims canceled | 1170 | 14% |
|   c. Claims changed | 5542 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
|   a. All claims confirmed | 18 | 10% |
|   b. All claims canceled | 47 | 27% |
|   c. Claims changed | 109 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81.................................................. 14005
    a. By patent owner — 4137 — 30%
    b. by other member of the public — 9825 — 70%
    c. By order of Commissioner — 43 — 0%

2. Number of Filings by discipline
    a. Chemical Operation — 3782 — 27%
    b. Electrical Operation — 5270 — 38%
    c. Mechanical Operation — 4717 — 34%
    d. Design Patents — 236 — 2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 225 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 189 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | 2018 | 189 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation................................................................................ 4731 — 34%

5. Decisions on requests......................................................................................... 13178
    a. No. granted — 12042 — 91%
        (1) By examiner — 11891
        (2) By Director (on petition) — 151
    b. No. denied — 1136 — 9%
        (1) By examiner — 1089
        (2) Reexam vacated — 47

6. Total examiner denials (includes denials reversed by Director)................................... 2272
    a. Patent owner requester — 586 — 26%
    b. Third party requester — 1686 — 74%

7. Overall reexamination pendency (Filing date to certificate issue date).......................
    a. Average pendency — 27.7 (mos.)
    b. Median pendency — 19.8 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All claims canceled | 3% | 10% | 0% | | 12% |
| c. Claims changed | 20% | 47% | 0% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3337 |
| a. All claims confirmed | 690 | 21% |
| b. All claims canceled | 293 | 9% |
| c. Claims changed | 2313 | 69% |
| b. Certificates – 3rd PARTY REQUESTER | | 8362 |
| a. All claims confirmed | 1681 | 20% |
| b. All claims canceled | 1062 | 13% |
| c. Claims changed | 5174 | 62% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All claims canceled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2017

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81……………………………………………… 13641
   - a. By patent owner — 3912 — 29%
   - b. by other member of the public — 9686 — 71%
   - c. By order of Commissioner — 43 — 0%

2. Number of Filings by dicipline
   - a. Chemical Operation — 3670 — 27%
   - b. Electrical Operation — 5148 — 38%
   - c. Mechanical Operation — 4596 — 34%
   - d. Design Patents — 227 — 2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation………………………………………………………………………… 4648 — 34%

5. Decisions on requests……………………………………………………………………… 13147
   - a. No. granted — 12047 — 92%
     - (1) By examiner — 11913
     - (2) By Director (on petition) — 134
   - b. No. denied — 1100 — 8%
     - (1) By examiner — 1054
     - (2) Reexam vacated — 46

6. Total examiner denials (includes denials reversed by Director)………………………… 1056
   - a. Patent owner requester — 494 — 47%
   - b. Third party requester — 562 — 53%

7. Overall reexamination pendency (Filing date to certificate issue date)…………………
   - a. Average pendency — 26.4 (mos.)
   - b. Median pendency — 19.4 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 46% | 0% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3296 |
| a. All claims confirmed | 690 | 21% |
| b. All calims cancled | 293 | 9% |
| c. Claims changed | 2313 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7917 |
| a. All claims confirmed | 1681 | 21% |
| b. All calims cancled | 1062 | 13% |
| c. Claims changed | 5174 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2016

| | | |
|---|---|---|
| 1. Total requests filed since start of *Ex Parte reexam* on 07/01/81…………………………………………………….. | | 13450 |
|     a. By patent owner | 3887 | 29% |
|     b. by other member of the public | 9520 | 71% |
|     c. By order of Commissioner | 43 | 0% |

| | | |
|---|---|---|
| 2. Number of Filings by dicipline | | |
|     a. Chemical Operation | 3632 | 27% |
|     b. Electrical Operation | 5085 | 38% |
|     c. Mechanical Operation | 4521 | 34% |
|     d. Design Patents | 212 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2015 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

| | | |
|---|---|---|
| 4. Number known to be in litigation…………………………………………………………………… | 4350 | 32% |

| | | |
|---|---|---|
| 5. Decisions on requests………………………………………………………………… | | 12929 |
|     a. No. granted | 11835 | 92% |
|         (1) By examiner | 11704 | |
|         (2) By Director (on petition) | 131 | |
|     b. No. denied | 1094 | 8% |
|         (1) By examiner | 1048 | |
|         (2) Reexam vacated | 46 | |

| | | |
|---|---|---|
| 6. Total examiner denials (includes denials reversed by Director)……………………………. | | 1048 |
|     a. Patent owner requester | 492 | 47% |
|     b. Third party requester | 556 | 53% |

| | |
|---|---|
| 7. Overall reexamination pendency (Filing date to certificate issue date)…………………… | |
|     a. Average pendency | 25.77 (mos.) |
|     b. Median pendency | 20.2 (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 45% | 0% | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 10979

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2337 | 21% |
| b. Certificates with all claims canceled | 1339 | 12% |
| c. Certificates with claims changes | 7303 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3270 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 291 | 9% |
| c. Claims changed | 2294 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7519 |
| a. All claims confirmed | 1631 | 22% |
| b. All calims cancled | 999 | 13% |
| c. Claims changed | 4889 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2015

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*................................................................. 13136

| | | |
|---|---|---|
| a. By patent owner | 3957 | 30% |
| b. by other member of the public | 9014 | 69% |
| c. By order of Commissioner | 165 | 1% |

2. Number of Filings by dicipline

| | | |
|---|---|---|
| a. Chemical Operation | 3569 | 27% |
| b. Electrical Operation | 5265 | 40% |
| c. Mechanical Operation | 4418 | 34% |
| d. Design Patents | 220 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 296 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 342 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | 2015 | 240 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation....................................................................................... 4819   37%

5. Decisions on requests.......................................................................................... 12641

| | | |
|---|---|---|
| a. No. granted | 11623 | 92% |
| (1) By examiner | 11492 | |
| (2) By Director (on petition) | 131 | |
| b. No. denied | 1018 | 8% |
| (1) By examiner | 980 | |
| (2) Reexam vacated | 38 | |

6. Total examiner denials (includes denials reversed by Director)..................................... 1118

| | | |
|---|---|---|
| a. Patent owner requester | 496 | 44% |
| b. Third party requester | 622 | 56% |

7. Overall reexamination pendency (Filing date to certificate issue date).........................

| | |
|---|---|
| a. Average pendency | 26.5 (mos.) |
| b. Median pendency | 19.6 (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 45% | 1% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 10951

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2331 | 21% |
| b. Certificates with all claims canceled | 1334 | 12% |
| c. Certificates with claims changes | 7286 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3268 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 291 | 9% |
| c. Claims changed | 2292 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7513 |
| a. All claims confirmed | 1628 | 22% |
| b. All calims cancled | 998 | 13% |
| c. Claims changed | 4887 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 170 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 45 | 26% |
| c. Claims changed | 107 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

**Commissioner for Patents**
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2014

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*..................................................  13217

    a. By patent owner      3833   29%

    b. by other member of the public      9217   70%

    c. By order of Commissioner      167   1%

2. Number of Filings by dicipline

    a. Chemical Operation      3516   27%

    b. Electrical Operation      5167   39%

    c. Mechanical Operation      4330   33%

    d. Design Patents      204   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 343 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation.................................................................................  4362   33%

5. Decisions on requests......................................................................................  12429

    a. No. granted      11402   92%

        (1) By examiner      11271

        (2) By Director (on petition)      131

    b. No. denied      1027   8%

        (1) By examiner      990

        (2) Reexam vacated      37

6. Total examiner denials (includes denials reversed by Director)....................................  1067

    a. Patent owner requester      665   62%

    b. Third party requester      621   58%

7. Overall reexamination pendency (Filing date to certificate issue date).......................

    a. Average pendency      22.3 (mos.)

    b. Median pendency      15.9 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 22% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 44% | 1% | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ......................... 10698

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2303 | 22% |
| b. Certificates with all claims canceled | 1301 | 12% |
| c. Certificates with claims changes | 7094 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3256 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 289 | 9% |
| c. Claims changed | 2282 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7272 |
| a. All claims confirmed | 1600 | 22% |
| b. All calims cancled | 967 | 13% |
| c. Claims changed | 4705 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 170 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 45 | 26% |
| c. Claims changed | 107 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2013

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*.....................................   12874
    a. By patent owner                                       3833   30%
    b. by other member of the public                         8874   69%
    c. By order of Commissioner                               167    1%

2. Number of Filings by dicipline
    a. Chemical Operation                                     3435   27%
    b. Electrical Operation                                   5001   39%
    c. Mechanical Operation                                   4234   33%
    d. Design Patents                                         204    2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | | |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation....................................   4167   32%

5. Decisions on requests....................................   12016
    a. No. granted                                          11013   92%
        (1) By examiner                              10891
        (2) By Director (on petition)                122
    b. No. denied                                           1003    8%
        (1) By examiner                              968
        (2) Reexam vacated                           35

6. Total examiner denials (includes denials reversed by Director)....................................   1067
    a. Patent owner requester                                498    47%
    b. Third party requester                                 606    57%

7. Overall reexamination pendency (Filing date to certificate issue date)
    a. Average pendency                                      27.8 (mos.)
    b. Median pendency                                       20.1 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requeste | 3rd Party Requeste | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 8% | 0% | | 11% |
| c. Claims changed | 21% | 40% | 1% | | 62% |

9. Total ex parte reexamination certificates issued (1981 – present) ...................... 9991

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2241 | 22% |
| b. Certificates with all claims canceled | 1205 | 12% |
| c. Certificates with claims changes | 6545 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3279 |
| a. All claims confirmed | 682 | 21% |
| b. All calims cancled | 283 | 9% |
| c. Claims changed | 2239 | 68% |
| b. Certificates – 3rd PARTY REQUESTER | | 7174 |
| a. All claims confirmed | 1541 | 21% |
| b. All calims cancled | 882 | 12% |
| c. Claims changed | 4201 | 59% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 40 | 24% |
| c. Claims changed | 105 | 64% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2012

1. Total requests filed since start of *ex parte reexam on 07/01/81*.................................... 12569
    a. By patent owner     3872   31%
    b. by other member of the public     8532   68%
    c. By order of Commissioner     165   1%

2. Number a. Chemical Operation     3373   27%
    b. Electrical Operation     4831   38%
    c. Mechanical Operation     4178   33%
    d. Design Patents     187   1%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 788 |

4. Number known to be in litigation.................................................................... 3994   32%

5. Decisions on requests............................................................................. 11737
    a. No. granted.................................................................... 10755   92%
       (1) By examiner     10762
       (2) By Director (on petition)     122
    b. No. denied.................................................................... 982   8%
       (1) By examiner     961
       (2) Reexam vacated     35
6. Total examiner denials (includes denials reversed by Director)................................... 1078
    a. Patent owner requester     496   46%
    b. Third party requester     582   54%

7. Overall reexamination pendency (Filing date to certificate issue date)
    a. Average pendency     27.9   (mos.)
    b. Median pendency     20.5   (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 21% | 22% | 11% | | 21% |
| b. All calims cancled | 8% | 12% | 24% | | 11% |
| c. Claims changed | 71% | 66% | 65% | | 68% |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………   9328

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2029 | 22% |
| b. Certificates with all claims canceled | 1063 | 11% |
| c. Certificates with claims changes | 6236 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3176 |
| a. All claims confirmed | 669 | 21% |
| b. All calims cancled | 280 | 9% |
| c. Claims changed | 2227 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 6026 |
| a. All claims confirmed | 1348 | 22% |
| b. All calims cancled | 745 | 12% |
| c. Claims changed | 3933 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 38 | 23% |
| c. Claims changed | 108 | 66% |

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
**www.uspto.gov**

### _Ex Parte_ Reexamination Filing Data  -  September 30, 2011

1. Total requests filed since start of _ex parte_ reexam on 07/01/81...................................11782[1]

    a.  By patent owner       3801     33%
    b.  By other member of public       7815     66%
    c.  By order of Commissioner       166     1%

2. Number of filings by discipline

    a.  Chemical Operation       3211     27%
    b.  Electrical Operation       4405     37%
    c.  Mechanical Operation       3987     34%
    d.  Design Patents       179     2%

3. Annual _Ex Parte_ Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation.............…..….…..…................ .3894……………33%

5. Decisions on requests…………………………………………………………………………..11262

   a.  No. granted……………………………………………… 10333…………...92%

     (1)  By examiner       10213
     (2)  By Director (on petition)       120

   b.  No. denied ……………………………………………………929…………...…8%

     (1)  By examiner       894
     (2)  Reexam vacated       35

---

[1]Of the requests received in FY 2011, 22 requests have not yet been accorded a filing date, and preprocessing of 35 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reversed by Director)…………......................1014

   a.   Patent owner requester                                             476          47%
   b.   Third party requester                                              538          53%

7.   Overall reexamination pendency (Filing date to certificate issue date)

   a.   Average pendency                                          25.6 (mos.)
   b.   Median pendency                                           19.9 (mos.)

8.   Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a.   All claims confirmed | 21% | 24% | 11% | 23% |
| b.   All claims cancelled | 9% | 12% | 23% | 11% |
| c.   Claims changes | 70% | 64% | 66% | 66% |

9.   Total *ex parte* reexamination certificates issued (1981 – present) ………………………8578

   a.   Certificates with all claims confirmed                 1943          23%
   b.   Certificates with all claims canceled                   974          11%
   c.   Certificates with claims changes                       5661          66%

10.   Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

   a.   Certificates – PATENT OWNER REQUESTER ……………………………….3040

      (1)   All claims confirmed                                651          21%
      (2)   All claims canceled                                 264           9%
      (3)   Claim changes                                      2125          70%

   b.   Certificates – 3rd PARTY REQUESTER ………………………………………...5380

      (1)   All claims confirmed                               1274          24%
      (2)   All claims canceled                                 674          12%
      (3)   Claim changes                                      3432          64%

   c.   Certificates – COMMISSIONER INITIATED REEXAM …………..………….....158

      (1)   All claims confirmed                                 18          11%
      (2)   All claims canceled                                  36          23%
      (3)   Claim changes                                       104          66%

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data  -  September 30, 2010

1. Total requests filed since start of *ex parte* reexam on 07/01/81................................. 11023[1]

    a.  By patent owner                           3697        34%
    b.  By other member of public                 7161        65%
    c.  By order of Commissioner                   165         1%


2. Number of filings by discipline

    a.  Chemical Operation                        3068        28%
    b.  Electrical Operation                      4010        36%
    c.  Mechanical Operation                      3771        34%
    d.  Design Patents                             174         2%


3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation…………...….……................... .3568……………32%


5. Decisions on requests………………………………………………………………………..10495

    a. No. granted…………………………………………………… …9648…………....92%

        (1)  By examiner                          9534
        (2)  By Director (on petition)             114

    b. No. denied …………………………………………………………847…………......8%

        (1)  By examiner                           812
        (2)  Reexam vacated                         35

---

[1]Of the requests received in FY 2010, 16 requests have not yet been accorded a filing date, and preprocessing of 80 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reversed by Director)…………........................926

    a.   Patent owner requester                           451       49%
    b.   Third party requester                            475       51%

7.   Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average pendency                         25.5 (mos.)
    b.   Median pendency                         20.0 (mos.)

8.   Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 25% | 12% | 23% |
| b. | All claims cancelled | 8% | 13% | 23% | 12% |
| c. | Claims changes | 70% | 62% | 65% | 65% |

9.   Total *ex parte* reexamination certificates issued (1981 – present) ………………………7782

| | | | |
|---|---|---|---|
| a. | Certificates with all claims confirmed | 1817 | 23% |
| b. | Certificates with all claims canceled | 893 | 12% |
| c. | Certificates with claims changes | 5072 | 65% |

10.   Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.   Certificates – PATENT OWNER REQUESTER …………………………………2947

| | | | |
|---|---|---|---|
| (1) | All claims confirmed | 638 | 22% |
| (2) | All claims canceled | 251 | 8% |
| (3) | Claim changes | 2058 | 70% |

    b.   Certificates – 3rd PARTY REQUESTER …………………………………………4681

| | | | |
|---|---|---|---|
| (1) | All claims confirmed | 1161 | 25% |
| (2) | All claims canceled | 607 | 13% |
| (3) | Claim changes | 2913 | 62% |

    c.   Certificates – COMMISSIONER INITIATED REEXAM …………..………....154

| | | | |
|---|---|---|---|
| (1) | All claims confirmed | 18 | 12% |
| (2) | All claims canceled | 35 | 23% |
| (3) | Claim changes | 101 | 65% |



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data  -  September 30, 2009

1.   Total requests filed since start of *ex parte* reexam on 07/01/81...................................... 10243[1]

    a.   By patent owner                 3634      35%
    b.   By other member of public       6444      63%
    c.   By order of Commissioner       165       2%

2.   Number of filings by discipline

    a.   Chemical Operation            2931      29%
    b.   Electrical Operation           3596      35%
    c.   Mechanical Operation         3554      34%
    d.   Design Patents               162       2%

3.   Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.   Number known to be in litigation…………...…….……................... .3221……………31%

5.   Decisions on requests…………………………………………………………………...9833

  a.   No. granted………………………………………………… …9041…………....92%

      (1)   By examiner               8928
      (2)   By Director (on petition)     113

  b.   No. denied …………………………………………………792…………….....8%

      (1)   By examiner               757
      (2)   Reexam vacated           35

---

[1]Of the requests received in FY 2009, 22 requests have not yet been accorded a filing date, and preprocessing of 41 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reversed by Director)…………........................870

    a.   Patent owner requester                            445        51%
    b.   Third party requester                            425        49%

7.   Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average pendency                          25.2 (mos.)
    b.   Median pendency                          19.7 (mos.)

8.   Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 26% | 12% | 25% |
| b. | All claims cancelled | 8% | 13% | 23% | 11% |
| c. | Claims changes | 70% | 61% | 65% | 64% |

9.   Total *ex parte* reexamination certificates issued (1981 – present) ………………………7089

    a.   Certificates with all claims confirmed        1725    25%
    b.   Certificates with all claims canceled        807    11%
    c.   Certificates with claims changes         4557    64%

10.   Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.   Certificates – PATENT OWNER REQUESTER ………………………………..2827

        (1)   All claims confirmed        625    22%
        (2)   All claims canceled        233     8%
        (3)   Claim changes          1969    70%

    b.   Certificates – 3rd PARTY REQUESTER …………………………………….4111

        (1)   All claims confirmed       1082    26%
        (2)   All claims canceled        540    13%
        (3)   Claim changes         2489    61%

    c.   Certificates – COMMISSIONER INITIATED REEXAM …………..………....151

        (1)   All claims confirmed         18    12%
        (2)   All claims canceled         34    23%
        (3)   Claim changes          99    65%

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

_Ex Parte_ Reexamination Filing Data  -  September 30, 2008

1.    Total requests filed since start of *ex  partes* reexam on 07/01/81 ................................. 9585[1]

      a.  By patent owner                                    3567        37%
      b.  By other member of public                          5853        61%
      c.  By order of Commissioner                           165          2%


2.    Number of filings by discipline

      a.  Chemical Operation                                 2811        29%
      b.  Electrical Operation                               3261        34%
      c.  Mechanical Operation                               3357        35%
      d.  Design Patents                                     156          2%


3.    Annual  Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.    Number known to be in litigation…………...….…….…................... .2849…………....…30%


5.    Decisions on requests…………………………………………………………………...9219

      a.  No. granted……………………………………………… …..8467…………....92%

             (1)  By examiner                                 8354
             (2)  By Director (on petition)                  113

      b.  No. denied ……………………………………………………752…………....…8%

             (1)  By examiner                                 717
             (2)  Reexam vacated                             35

---

[1]Of the requests received in FY 2008, 7 requests have not yet been accorded a filing date, and preprocessing of 15 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6. Total examiner denials (includes denials reserved by Director)…………........................830

  a. Patent owner requester       441  53%
  b. Third party requester        389  47%

7. Overall reexamination pendency (Filing date to certificate issue date)

  a. Average  pendency        24.5 (mos.)
  b. Median pendency         19.0 (mos.)

8. Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 28% | 12% | 25% |
| b. | All claims cancelled | 8% | 13% | 21% | 11% |
| c. | Claims changes | 70% | 59% | 67% | 64% |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………6457

| | | | |
|---|---|---|---|
| a. | Certificates with all claims confirmed | 1624 | 25% |
| b. | Certificates with all claims canceled | 721 | 11% |
| c. | Certificates with claims changes | 4112 | 64% |

10. Reexam claim analysis – requester is patent owner or 3rd party; or Comm'r initiated.

  a. Certificates – PATENT OWNER REQUESTER ………………………………...2722

    (1) All claims confirmed     611  22%
    (2) All claims canceled      214   8%
    (3) Claim changes       1897  70%

  b. Certificates – 3rd PARTY REQUESTER …………………………………………...3588

    (1) All claims confirmed     995  28%
    (2) All claims canceled      476  13%
    (3) Claim changes       2117  59%

  c. Certificates – COMM'R INITIATED REEXAM ……………………..…………....147

    (1) All claims confirmed      18  12%
    (2) All claims canceled       31  21%
    (3) Claim changes        98  67%