## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |  |
|---|---|---|
| KAIFI LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| T-MOBILE US, INC.; LAYER3 TV, INC.; | § | Case No. 2:20-CV-281- JRG |
| L3TV DALLAS CABLE SYSTEM, LLC; | § | |
| METROPCS TEXAS, LLC; T-MOBILE | § | JURY TRIAL DEMANDED |
| LICENSE LLC; T-MOBILE USA, INC.; T- | § | |
| MOBILE WEST LLC; T-MOBILE WEST | § | |
| TOWER LLC; IBSV LLC; THEORY | § | |
| MOBILE, INC.; T-MOBILE PCS HOLDINGS | § | |
| LLC; T-MOBILE RESOURCES | § | |
| CORPORATION; and T-MOBILE | § | |
| SUBSIDIARY IV CORPORATION | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAWAL OF COUNSEL

Plaintiff Kaifi, LLC ("Plaintiff") respectfully requests that, due to change of business, Michael J. Song be permitted to withdraw as counsel of record for Plaintiff in this matter. Parker Bunt & Ainsworth; Nixon Peabody LLP; Irell & Manella; and LTL Attorneys LLP will continue to represent Plaintiff. Defendants do not oppose this motion.


Dated: August 24, 2021

/s/ *Robert Christopher Bunt*
Michael J. Song
(CA SBN 243675) (admitted E.D. Texas)
Email: msong@munckwilson.com
Munck Wilson Mandala, LLP
1925 Century Park East, Ste 2300
Los Angeles, CA 90067-2724
(310) 601-1118
Fax: (972) 628-3616

Robert Christopher Bunt
Texas Bar No. 00787165
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702

Telephone: (903) 531-3535
Email:   rcbunt@pbatyler.com

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on August 24, 2021, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/ *Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT

## CERTIFICATE OF CONFERENCE

I hereby certify that, on August 6, 2021, Michael J. Song, conferred with Defendants' counsel, Melissa Smith, via e-mail and in accordance with Local Rule CV-7(h) concerning the withdrawal of Michael J. Song as counsel of record for Plaintiff in this matter. On August 6, 2021, Defendants' counsel indicated that Defendants are unopposed to the motion.

/s/ *Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT