# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC.; LAYER3 TV, INC.; L3TV DALLAS CABLE SYSTEM, LLC; METROPCS TEXAS, LLC; T-MOBILE LICENSE LLC; T-MOBILE USA, INC.; T-MOBILE WEST LLC; T-MOBILE WEST TOWER LLC; IBSV LLC; THEORY MOBILE, INC.; T-MOBILE PCS HOLDINGS LLC; T-MOBILE RESOURCES CORPORATION; and T-MOBILE SUBSIDIARY IV CORPORATION<br><br>　　Defendants. | Case No. 2:20-CV-281- JRG<br><br>JURY TRIAL DEMANDED |

## ORDER

Pending before the Court is the Unopposed Motion for Withdrawal of Counsel for Michael J. Song, as counsel for Plaintiff in the above-captioned lawsuit. Upon consideration, the Court finds it should be GRANTED.

It is hereby ORDERED that the Unopposed Motion for Withdrawal is GRANTED, Michael J. Song is withdrawn as counsel of record for Plaintiff in this lawsuit, and the Clerk shall amend the docket to reflect that Michael J. Song has withdrawn as counsel and Mr. Song no longer needs be noticed of any pleadings, motions, or other documents filed or served in this civil action.

**IT IS SO ORDERED**.