# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>　　　　　　T-Mobile. | Case No. 2:20-cv-281-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Rodney Gilstrap |

## ORDER DENYING T-MOBILE'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND THE CONTINUED DEPOSITION OF DR. HANBUM CHO WITH RESPECT TO THOSE DOCUMENTS

Before the Court is T-Mobile's Motion to Compel the Production of Documents and the Continued Deposition of Dr. Hanbum Cho with Respect to Those Documents. The Court, having considered same, is of the opinion the motion should be DENIED.

IT IS THEREFORE ORDERED that T-Mobile's Motion to Compel the Production of Documents and the Continued Deposition of Dr. Hanbum Cho with Respect to Those Documents is DENIED.