# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>　　　　　T-Mobile. | Case No. 2:20-cv-281-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Rodney Gilstrap |

## ORDER DENYING T-MOBILE'S MOTION TO COMPEL THE CONTINUED DEPOSITION OF DR. HANBUM CHO

Before the Court is T-Mobile's Motion to Compel the Continued Deposition of Dr. Hanbum Cho. The Court, having considered same, is of the opinion the motion should be DENIED.

IT IS THEREFORE ORDERED that T-Mobile's Motion to Compel the Continued Deposition of Dr. Hanbum Cho is DENIED.

1