IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC<br><br>     Plaintiff,<br><br> v.<br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>     T-Mobile. | Case No. 2:20-cv-281-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Rodney Gilstrap |

## UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. ("T-Mobile") respectfully submit this Unopposed Motion to Amend the Docket Control Order and would show the Court the following:

T-Mobile respectfully requests that the following deadlines be extended:

| Current Deadline | New Deadline | Event |
|---|---|---|
| September 3, 2021 | September 10, 2021 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties.</u> |
| September 3, 2021 | September 10, 2021 | *File Motions to Strike Expert Testimony (including *Daubert* Motions) |

1

| | | |
|---|---|---|
| | | No Motion to Strike Expert Testimony (including a *Daubert* Motion) may be filed after this date without leave of Court. |
| September 17, 2021 | September 24, 2021 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed <u>prior</u> to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV- 7(e), not to exceed the deadline as set forth in this Docket Control Order.[2] Motions for Summary Judgment shall comply with Local Rule CV-56. |

These extensions will not affect any other deadlines in the Docket Control Order.

There is good cause for the requested one-week extensions of the Motion for Summary Judgment/Motion to Strike Experts opening and responsive briefs. Counsel for T-Mobile will have several attorneys working on this briefing that are scheduled to be out for good portions of the next couple of weeks. Additionally, mediation is scheduled during the briefing schedule.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court extend the deadlines above and enter the attached proposed second amended docket control order.

Dated: August 27, 2021.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Melissa R. Smith*

　　　　　　　　　　　　　　　　　　Benjamin Hershkowitz
　　　　　　　　　　　　　　　　　　New York State Bar No. 2600559
　　　　　　　　　　　　　　　　　　Katherine Q. Dominguez
　　　　　　　　　　　　　　　　　　New York Bar No. 4741237
　　　　　　　　　　　　　　　　　　Paul J. Kremer

New York Bar No. 4900338
Josh A. Krevitt
New York Bar No. 2568228
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com
PKremer@gibsondunn.com
jkrevitt@gibsondunn.com

Nathan R. Curtis
Texas State Bar No. 24078390
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue
Dallas, Texas 75201-2923
Tel: (214) 698-3423
Fax: (214) 571-2961
ncurtis@gibsondunn.com

Melissa R. Smith
(*TX State Bar No. 24001351*)
**GILLAM & SMITH, LLP**
303 S. Washington Ave.
Marshall, TX 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Melissa@gillamsmithlaw.com

*Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc*.

3

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on August 27, 2021 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Melissa R. Smith*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), the undersigned meet and conferred with Plaintiff's on August 27, 2021 regarding the above referenced motion.  Plaintiff is unopposed to the above motion.

*/s/ Melissa R. Smith*