IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KAIFI LLC, § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | Case No. 2:20-CV-00280-JRG | |
| § | | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZON ENTERPRISE SOLUTIONS, LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON BUSINESS NETWORK SERVICES, LLC, VERIZON CORPORATE SERVICES GROUP INC, VERIZON DATA SERVICES LLC, VERIZON MEDIA INC., VERIZON ONLINE LLC, § | | |
| § | | |
| *Defendants.* § | | |
| KAIFI LLC, § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | Case No. 2:20-CV-00281-JRG | |
| § | | |
| T-MOBILE US, INC. and T-MOBILE USA, INC., § | | |
| § | | |
| *Defendants.* § | | |

## **ORDER**

Plaintiff Kaifi LLC ("Plaintiff") filed an Objection (Dkt. No. 187) to Magistrate Judge Payne's Claim Construction Order (Dkt. No. 176). Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively, the "Defendants") filed an Objection (Dkt. No. 193) to Magistrate Judge Payne's Claim Construction Order (Dkt. No. 176). Defendants filed a response to Plaintiff's Objection (Dkt. No. 201). Plaintiff filed a response to Defendants' Objection (Dkt. No. 200).

After reviewing the Plaintiff's Objection, Defendants' response, Defendants' Objection, Plaintiff's response, and the Claim Construction Order, the Court agrees with the reasoning provided within the Claim Construction Order and concludes that the parties' objections fail to show that the Claim Construction Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** Plaintiff's Objection (Dkt. No. 187) and **OVERRULES** Defendants' Objection (Dkt. No. 193). The Court **ADOPTS** the Claim Construction Order (Dkt. No. 176).

**So Ordered this**
**Aug 31, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE