# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:20-CV-00281-JRG |
| § | |
| T-MOBILE US, INC.; LAYER3 TV, INC.; § | |
| L3TV DALLAS CABLE SYSTEM, LLC; § | |
| METROPCS TEXAS, LLC; T-MOBILE § | |
| LICENSE LLC; T-MOBILE USA, INC.; T- § | |
| MOBILE WEST LLC; T-MOBILE WEST § | |
| TOWER LLC; IBSV LLC; THEORY § | |
| MOBILE, INC.; T-MOBILE PCS § | |
| HOLDINGS LLC; T-MOBILE § | |
| RESOURCES CORPORATION; and T- § | |
| MOBILE SUBSIDIARY IV § | |
| CORPORATION § | |
| § | |
| *Defendants*. § | |

## **ORDER**

Before the Court is Plaintiff's Unopposed Motion To Withdrawal Of Counsel (Dkt. No. 208) (the "Motion"). In the Motion, Plaintiff requests that Michael J. Song be permitted to withdraw as counsel of record and represents that Plaintiff will continue to be represented by other counsel of record from Parker Bunt & Ainsworth; Nixon Peabody LLP; Irell & Manella; and LTL Attorneys LLP.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Michael J. Song be permitted to **withdraw** as counsel of record for Plaintiff in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** Michael J. Song as counsel of record and all electronic notifications to him.

## So Ordered this

**Aug 31, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE