UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>T-MOBILE US, INC., ET AL.<br><br>      Defendants. | Case No. 2:20-cv-00281-JRG<br><br>JURY TRIAL DEMANDED<br><br>Honorable Rodney Gilstrap<br><br>*FILED UNDER SEAL* |

**KAIFI'S NOTICE OF FILING OF CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL DKT NO. 226 – KAIFI'S OPPOSED SEALED MOTION TO STRIKE AND EXCLUDE OPINIONS AND TESTIMONY OF DEFENDANTS' EXPERT JAMES PROCTOR (REBUTTAL REPORT)**

Attached to this Notice as Exhibit A is a Certificate of Authorization to Seal Dkt. No. 226 KAIFI's Opposed SEALED MOTION to Strike and Exclude Opinions and Testimony of Defendants' Expert James Proctor (Rebuttal Report).

| | |
|---|---|
| Date: September 14, 2021 | /s/ *Prashanth Chennakesavan* <br> Prashanth Chennakesavan <br> Cal. Bar No. 284022 (admitted *pro hac vice*) <br> LTL ATTORNEYS LLP <br> 300 S. Grand Ave., 14th Fl. <br> Los Angeles, California 90071 <br> Telephone: (213) 612-8900 <br> Facsimile:(213) 612-3773 <br> Email:prashanth.chennakesavan@ltlattorneys.com <br><br> Robert Christopher Bunt <br> Texas Bar No. 00787165 <br> PARKER, BUNT & AINSWORTH PC <br> 100 E. Ferguson St., Suite 418 <br> Tyler, Texas 75702 <br> Telephone: (903) 531-3535 <br> Facsimile:(903) 533-9687 <br> Email: rcbunt@pbatyler.com <br><br> Jason G. Sheasby <br> Cal. Bar No. 205455 (admitted *pro hac vice*) <br> IRELL & MANELLA LLP <br> 1800 Avenue of the Stars, Suite 900 <br> Los Angeles, CA 90067-4276 <br> Telephone: (310) 277-1010 <br> Facsimile: (310) 203-7199 <br> Email: jsheasby@irell.com <br><br> Andrew Choung <br> Cal. Bar No. 203192 (admitted in E.D. Texas) <br> NIXON PEABODY LLP <br> 300 S. Grand Avenue, Suite 4100 <br> Los Angeles, CA 90071 <br> Telephone: (213) 629-6166 <br> Facsimile: (213) 629-6001 <br> Email: achoung@nixonpeabody.com <br><br> Enoch H. Liang |

1

Cal. Bar No. 212324 (admitted in E.D. Texas)
LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile:(213) 612-3773
Email: enoch.liang@ltlattorneys.com

*Attorneys for Plaintiff KAIFI LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served via electronic mail on September 14, 2021 to all opposing counsel of record.

/s/ *Prashanth Chennakesavan*