# EXHIBIT A

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that under L.R. CV-5(a)(7)(B) that Dkt. No. 226, KAIFI's Opposed SEALED MOTION to Strike and Exclude Opinions and Testimony of Defendants' Expert James Proctor (Rebuttal Report) document is filed under seal pursuant to the Court's Protective Order entered in this matter (Dkt. No. 80).

/s/ Prashanth Chennakesavan
Prashanth Chennakesavan