
EXHIBIT 6

**ANSI/IEEE Std 802.11, 1999 Edition**

[Adopted by ISO/IEC and redesignated as
ISO/IEC 8802-11:1999(E)]

**IEEE Standard for Information technology—**

**Telecommunications and information exchange between systems—**

**Local and metropolitan area networks—**

**Specific requirements**

# Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications

**Adopted by the ISO/IEC and redesignated as ISO/IEC 8802-11:1999(E)**

Sponsor

**LAN/MAN Standards Committee**
of the
**IEEE Computer Society**

type Management, subtype Authentication. The WEP field is set to 0 in all other frames. When the WEP bit is set to 1, the Frame Body field is expanded as defined in 8.2.5.

#### 7.1.3.1.10 Order field

The Order field is 1 bit in length and is set to 1 in any data type frame that contains an MSDU, or fragment thereof, which is being transferred using the StrictlyOrdered service class. This field is set to 0 in all other frames.

### 7.1.3.2 Duration/ID field

The Duration/ID field is 16 bits in length. The contents of this field are as follows:

a) In control type frames of subtype Power Save (PS)-Poll, the Duration/ID field carries the association identity (AID) of the station that transmitted the frame in the 14 least significant bits (lsb), with the 2 most significant bits (msb) both set to 1. The value of the AID is in the range 1–2007.
b) In all other frames, the Duration/ID field contains a duration value as defined for each frame type in 7.2. For frames transmitted during the contention-free period (CFP), the duration field is set to 32 768.

Whenever the contents of the Duration/ID field are less than 32 768, the duration value is used to update the network allocation vector (NAV) according to the procedures defined in Clause 9.

The encoding of the Duration/ID field is given in Table 3.

**Table 3—Duration/ID field encoding**

| Bit 15 | Bit 14 | Bits 13–0 | Usage |
|---|---|---|---|
| 0 | 0–32 767 | | Duration |
| 1 | 0 | 0 | Fixed value within frames transmitted during the CFP |
| 1 | 0 | 1–16 383 | Reserved |
| 1 | 1 | 0 | Reserved |
| 1 | 1 | 1–2 007 | AID in PS-Poll frames |
| 1 | 1 | 2 008–16 383 | Reserved |

### 7.1.3.3 Address fields

There are four address fields in the MAC frame format. These fields are used to indicate the BSSID, source address, destination address, transmitting station address, and receiving station address. The usage of the four address fields in each frame type is indicated by the abbreviations BSSID, DA, SA, RA, and TA, indicating basic service set identifier (BSSID), Destination Address, Source Address, Receiver Address, and Transmitter Address, respectively. Certain frames may not contain some of the address fields.

Certain address field usage is specified by the relative position of the address field (1–4) within the MAC header, independent of the type of address present in that field. For example, receiver address matching is always performed on the contents of the Address 1 field in received frames, and the receiver address of CTS and ACK frames is always obtained from the Address 2 field in the corresponding RTS frame, or from the frame being acknowledged.



Copyright © 1999 IEEE. All rights reserved.

KAIFI_0071525

#### 7.1.3.3.1 Address representation

Each Address field contains a 48-bit address as defined in 5.2 of IEEE Std 802-1990.

#### 7.1.3.3.2 Address designation

A MAC sublayer address is one of the following two types:

a) *Individual address.* The address associated with a particular station on the network.
b) *Group address.* A multidestination address, associated with one or more stations on a given network. The two kinds of group addresses are as follows:
   1) *Multicast-group address.* An address associated by higher-level convention with a group of logically related stations.
   2) *Broadcast address.* A distinguished, predefined multicast address that always denotes the set of all stations on a given LAN. All 1s in the Destination Address field are interpreted to be the broadcast address. This group is predefined for each communication medium to consist of all stations actively connected to that medium; it is used to broadcast to all the active stations on that medium. All stations are able to recognize the broadcast address. It is not necessary that a station be capable of generating the broadcast address.

The address space is also partitioned into locally administered and universal (globally administered) addresses. The nature of a body and the procedures by which it administers these universal (globally administered) addresses is beyond the scope of this standard. See IEEE Std 802-1990 for more information.

#### 7.1.3.3.3 BSSID field

The BSSID field is a 48-bit field of the same format as an IEEE 802 MAC address. This field uniquely identifies each BSS. The value of this field, in an infrastructure BSS, is the MAC address currently in use by the STA in the AP of the BSS.

The value of this field in an IBSS is a locally administered IEEE MAC address formed from a 46-bit random number generated according to the procedure defined in 11.1.3. The individual/group bit of the address is set to 0. The universal/local bit of the address is set to 1. This mechanism is used to provide a high probability of selecting a unique BSSID.

The value of all 1s is used to indicate the broadcast BSSID. A broadcast BSSID may only be used in the BSSID field of management frames of subtype probe request.

#### 7.1.3.3.4 Destination Address (DA) field

The DA field contains an IEEE MAC individual or group address that identifies the MAC entity or entities intended as the final recipient(s) of the MSDU (or fragment thereof) contained in the frame body field.

#### 7.1.3.3.5 Source Address (SA) field

The SA field contains an IEEE MAC individual address that identifies the MAC entity from which the transfer of the MSDU (or fragment thereof) contained in the frame body field was initiated. The individual/group bit is always transmitted as a zero in the source address.

#### 7.1.3.3.6 Receiver Address (RA) field

The RA field contains an IEEE MAC individual or group address that identifies the intended immediate recipient STA(s), on the WM, for the information contained in the frame body field.

Copyright © 1999 IEEE. All rights reserved.



KAIFI_0071526

The frame body consists of the MSDU or a fragment thereof, and a WEP IV and ICV (if and only if the WEP subfield in the frame control field is set to 1). The frame body is null (0 octets in length) in data frames of Subtype Null function (no data), CF-Ack (no data), CF-Poll (no data), and CF-Ack+CF-Poll (no data).

Within all data type frames sent during the CFP, the Duration field is set to the value 32 768. Within all data type frames sent during the contention period, the Duration field is set according to the following rules:

- If the Address 1 field contains a group address, the duration value is set to 0.
- If the More Fragments bit is set to 0 in the Frame Control field of a frame and the Address 1 field contains an individual address, the duration value is set to the time, in microseconds, required to transmit one ACK frame, plus one SIFS interval.
- If the More Fragments bit is set to 1 in the Frame Control field of a frame, and the Address 1 field contains an individual address, the duration value is set to the time, in microseconds, required to transmit the next fragment of this data frame, plus two ACK frames, plus three SIFS intervals.

The duration value calculation for the data frame is based on the rules in 9.6 that determine the data rate at which the control frames in the frame exchange sequence are transmitted. If the calculated duration includes a fractional microsecond, that value is rounded up to the next higher integer. All stations process Duration field values less than or equal to 32 767 from valid data frames to update their NAV settings as appropriate under the coordination function rules.

### 7.2.3 Management frames

The frame format for a Management frame is independent of frame subtype and is as defined in Figure 23.




**Figure 23—Management frame format**

A STA uses the contents of the Address 1 field to perform the address matching for receive decisions. In the case where the Address 1 field contains a group address and the frame type is other than Beacon, the BSSID also is validated to ensure that the broadcast or multicast originated in the same BSS. If the frame type is Beacon, other address matching rules apply, as specified in 11.1.2.3.

The address fields for management frames do not vary by frame subtype.

The BSSID of the management frame is determined as follows:

a) If the station is an AP or is associated with an AP, the BSSID is the address currently in use by the STA contained in the AP.
b) If the station is a member of an IBSS, the BSSID is the BSSID of the IBSS.
c) In Management frames of subtype Probe Request, the BSSID is either a specific BSSID, or the broadcast BSSID as defined in the procedures specified in Clause 10.

The DA is the destination of the frame.

The SA is the address of the station transmitting the frame.

Copyright © 1999 IEEE. All rights reserved.

Within all management type frames sent during the CFP, the Duration field is set to the value 32 768. Within all management type frames sent during the contention period, the Duration field is set according to the following rules:

— If the DA field contains a group address, the duration value is set to 0.
— If the More Fragments bit is set to 0 in the Frame Control field of a frame and the DA contains an individual address, the duration value is set to the time, in microseconds, required to transmit one ACK frame, plus one SIFS interval.
— If the More Fragments bit is set to 1 in the Frame Control field of a frame, and the DA contains an individual address, the duration value is the time, in microseconds, required to transmit the next fragment of this management frame, plus two ACK frames, plus three SIFS intervals.

The duration value calculation for the management frame is based on the rules in 9.6 that determine the data rate at which the control frames in the frame exchange sequence are transmitted. If the calculated duration includes a fractional microsecond, that value is rounded up to the next higher integer. All stations process Duration field values less than or equal to 32 767 from valid management frames to update their NAV settings as appropriate under the coordination function rules.

The frame body consists of the fixed fields and information elements defined for each management frame subtype. All fixed fields and information elements are mandatory unless stated otherwise, and they can appear only in the specified order. Stations encountering an element type they do not understand ignore that element. Element type codes not explicitly defined in this standard are reserved, and do not appear in any frames.

#### 7.2.3.1 Beacon frame format

The frame body of a management frame of subtype Beacon contains the information shown in Table 5.

**Table 5—Beacon frame body**

| Order | Information | Notes |
|---|---|---|
| 1 | Timestamp | |
| 2 | Beacon interval | |
| 3 | Capability information | |
| 4 | SSID | |
| 5 | Supported rates | |
| 6 | FH Parameter Set | The FH Parameter Set information element is present within Beacon frames generated by STAs using frequency-hopping PHYs. |
| 7 | DS Parameter Set | The DS Parameter Set information element is present within Beacon frames generated by STAs using direct sequence PHYs. |
| 8 | CF Parameter Set | The CF Parameter Set information element is only present within Beacon frames generated by APs supporting a PCF. |
| 9 | IBSS Parameter Set | The IBSS Parameter Set information element is only present within Beacon frames generated by STAs in an IBSS. |
| 10 | TIM | The TIM information element is only present within Beacon frames generated by APs. |

#### 7.2.3.2 IBSS Announcement Traffic Indication Message (ATIM) frame format

The frame body of a management frame of subtype ATIM is null.

 Copyright © 1999 IEEE. All rights reserved.

#### 10.3.1.2.2 Semantics of the service primitive

The primitive parameters are as follows:

MLME-POWERMGT.confirm (
ResultCode
)

| Name | Type | Valid range | Description |
|---|---|---|---|
| ResultCode | Enumeration | SUCCESS, INVALID_PARAMETERS, NOT_SUPPORTED | Indicates the result of the MLME-POWERMGT.request |

#### 10.3.1.2.3 When generated

This primitive is generated by the MLME as a result of an MLME-POWERMGT.request to establish a new power management mode. It is not generated until the change has completed.

#### 10.3.1.2.4 Effect of receipt

The SME is notified of the change of power management mode.

### 10.3.2 Scan

This mechanism supports the process of determining the characteristics of the available BSSs.

#### 10.3.2.1 MLME-SCAN.request

#### 10.3.2.1.1 Function

This primitive requests a survey of potential BSSs that the STA may later elect to try to join.

#### 10.3.2.1.2 Semantics of the service primitive

The primitive parameters are as follows:

MLME-SCAN.request (
BSSType,
BSSID,
SSID,
ScanType,
ProbeDelay,
ChannelList,
MinChannelTime,
MaxChannelTime
)

Copyright © 1999 IEEE. All rights reserved.



KAIFI_0071588

| Name | Type | Valid range | Description |
|---|---|---|---|
| BSSType | Enumeration | INFRASTRUCTURE, INDEPENDENT, ANY_BSS | Determines whether Infrastructure BSS, Independent BSS, or both, are included in the scan |
| BSSID | MACAddress | Any valid individual or broadcast MAC address | Identifies a specific or broadcast BSSID |
| SSID | Octet string | 0–32 octets | Specifies the desired SSID or the broadcast SSID |
| ScanType | Enumeration | ACTIVE, PASSIVE | Indicates either active or passive scanning |
| ProbeDelay | Integer | N/A | Delay (in µs) to be used prior to transmitting a Probe frame during active scanning |
| ChannelList | Ordered set of integers | Each channel will be selected from the valid channel range for the appropriate PHY and carrier set. | Specifies a list of channels that are examined when scanning for a BSS |
| MinChannelTime | Integer | ≥ ProbeDelay | The minimum time (in TU) to spend on each channel when scanning |
| MaxChannelTime | Integer | ≥ MinChannelTime | The maximum time (in TU) to spend on each channel when scanning |

#### 10.3.2.1.3 When generated

This primitive is generated by the SME for a STA to determine if there are other BSSs that it may join.

#### 10.3.2.1.4 Effect of receipt

This request initiates the scan process when the current frame exchange sequence is completed.

### 10.3.2.2 MLME-SCAN.confirm

#### 10.3.2.2.1 Function

This primitive returns the descriptions of the set of BSSs detected by the scan process.

#### 10.3.2.2.2 Semantics of the service primitive

The primitive parameters are as follows:

```
MLME-SCAN.confirm        (
                          BSSDescriptionSet,
                          ResultCode
                          )
```

| Name | Type | Valid range | Description |
|---|---|---|---|
| BSSDescriptionSet | Set of BSSDescriptions | N/A | The BSSDescriptionSet is returned to indicate the results of the scan request. It is a set containing zero or more instances of a BSSDescription. |
| ResultCode | Enumeration | SUCCESS, INVALID_PARAMETERS | Indicates the result of the MLME-SCAN.confirm |

 Copyright © 1999 IEEE. All rights reserved.

Each BSSDescription consists of the following elements:

| Name | Type | Valid range | Description |
|---|---|---|---|
| BSSID | MACAddress | N/A | The BSSID of the found BSS |
| SSID | Octet string | 1–32 octets | The SSID of the found BSS |
| BSSType | Enumeration | INFRASTRUCTURE, INDEPENDENT | The type of the found BSS |
| Beacon Period | Integer | N/A | The Beacon period of the found BSS (in TU) |
| DTIM Period | Integer | As defined in frame format | The DTIM period of the BSS (in beacon periods) |
| Timestamp | Integer | N/A | The timestamp of the received frame (probe response/beacon) from the found BSS |
| Local Time | Integer | N/A | The value of the STA's TSF timer at the start of reception of the first octet of the timestamp field of the received frame (probe response or beacon) from the found BSS |
| PHY parameter set | As defined in frame format | As defined in frame format | The parameter set relevant to the PHY |
| CF parameter set | As defined in frame format | As defined in frame format | The parameter set for the CF periods, if found BSS supports CF mode |
| IBSS parameter set | As defined in frame format | As defined in frame format | The parameter set for the IBSS, if found BSS is an IBSS |
| CapabilityInformation | As defined in frame format | As defined in frame format | The advertised capabilities of the BSS |
| BSSBasicRateSet | Set of integers | 2–127 inclusive (for each integer in the set) | The set of data rates (in units of 500 kb/s) that must be supported by all STAs that desire to join this BSS. The STAs must be able to receive at each of the data rates listed in the set. |

#### 10.3.2.2.3 When generated

This primitive is generated by the MLME as a result of an MLME-SCAN.request to ascertain the operating environment of the STA.

#### 10.3.2.2.4 Effect of receipt

The SME is notified of the results of the scan procedure.

### 10.3.3 Synchronization

This mechanism supports the process of selection of a peer in the authentication process.

#### 10.3.3.1 MLME-JOIN.request

##### 10.3.3.1.1 Function

This primitive requests synchronization with a BSS.

Copyright © 1999 IEEE. All rights reserved.




**Figure 65—Beacon transmission in an IBSS**

### 11.1.2.4 TSF timer accuracy

Upon receiving a Beacon frame with a valid FCS and BSSID or SSID, as described in 11.1.2.3, a STA shall update its TSF timer according to the following algorithm: The received timestamp value shall be adjusted by adding an amount equal to the receiving STA's delay through its local PHY components plus the time since the first bit of the timestamp was received at the MAC/PHY interface. In the case of an infrastructure BSS, the STA's TSF timer shall then be set to the adjusted value of the timestamp. In the case of an IBSS, the STA's TSF timer shall be set to the adjusted value of the received timestamp, if the adjusted value of the timestamp is later than the value of the STA's TSF timer. The accuracy of the TSF timer shall be ±0.01%.

### 11.1.3 Acquiring synchronization, scanning

A STA shall operate in either a Passive Scanning mode or an Active Scanning mode depending on the current value of the ScanMode parameter of the MLME-SCAN.request primitive.

Upon receipt of the MLME-SCAN.request primitive, a STA shall perform scanning. The SSID parameter indicates the SSID for which to scan. To become a member of a particular ESS using passive scanning, a STA shall scan for Beacon frames containing that ESS's SSID, returning all Beacon frames matching the desired SSID in the BSSDescriptionSet parameter of the corresponding MLME-SCAN.confirm primitive with the appropriate bits in the Capabilities Information field indicating whether the beacon came from an Infrastructure BSS or IBSS. To actively scan, the STA shall transmit Probe frames containing the desired SSID. Upon completion of scanning, an MLME-SCAN.confirm is issued by the MLME indicating all of the BSS information received.

Upon receipt of an MLME-JOIN.request, the STA will join a BSS by adopting the BSSID, TSF timer value, PHY parameters, and the beacon period specified in the request.

Upon receipt of an MLME-SCAN.request with the broadcast SSID, the STA shall passively scan for any Beacon frames, or actively transmit Probe frames containing the broadcast SSID, as appropriate depending

Copyright © 1999 IEEE. All rights reserved.


KAIFI_0071612

upon the value of ScanMode. Upon completion of scanning, an MLME-SCAN.confirm is issued by the MLME indicating all of the BSS information received.

If a STA's scanning does not result in finding a BSS with the desired SSID and of the desired type, or does not result in finding any BSS, the STA may start an IBSS upon receipt of the MLME-START.request.

A STA may start its own BSS without first scanning for a BSS to join.

When a STA starts a BSS, that STA shall determine the BSSID of the BSS. If the BSSType indicates an infrastructure BSS, then the STA shall start an infrastructure BSS and the BSSID shall be equal to the STA's dot11StationID. The value of the BSSID shall remain unchanged, even if the value of dot11StationID is changed after the completion of the MLME-Start.request. If the BSSType indicates an IBSS, the STA shall start an IBSS, and the BSSID shall be an individual locally administered IEEE MAC address as defined in 5.2 of IEEE Std 802-1990. The remaining 46 bits of that MAC address shall be a number selected in a manner that minimizes the probability of STAs generating the same number, even when those STAs are subjected to the same initial conditions. The value SSID parameter shall be used as the SSID of the new BSS. It is important that designers recognize the need for statistical independence among the random number streams among STAs.

#### 11.1.3.1 Passive scanning

If a ScanType is passive, the STA shall listen to each channel scanned for no longer than a maximum duration defined by the ChannelTime parameter.

#### 11.1.3.2 Active scanning

Active scanning involves the generation of Probe frames and the subsequent processing of received Probe Response frames. The details of the active scanning procedures are as specified in the following subclauses.

##### 11.1.3.2.1 Sending a probe response

STAs, subject to criteria below, receiving Probe Request frames shall respond with a probe response only if the SSID in the probe request is the broadcast SSID or matches the specific SSID of the STA. Probe Response frames shall be sent as directed frames to the address of the STA that generated the probe request. The probe response shall be sent using normal frame transmission rules. An AP shall respond to all probe requests meeting the above criteria. In an IBSS, the STA that generated the last beacon shall be the STA that responds to a probe request.

In each BSS there shall be at least one STA that is awake at any given time to respond to probe requests. A STA that sent a beacon shall remain in the Awake state and shall respond to probe requests until a Beacon frame with the current BSS ID is received. If the STA is an AP, it shall always remain in the Awake state and always respond to probe requests. There may be more than one STA in an IBSS that responds to any given probe request, particularly in cases where more than one STA transmitted a Beacon frame following the most recent TBTT, either due to not receiving successfully a previous beacon or due to collisions between beacon transmissions.

##### 11.1.3.2.2 Active scanning procedure

Upon receipt of the MLME-SCAN.request with ScanType indicating an active scan, a STA shall use the following procedure:

For each channel to be scanned,

a) Wait until the ProbeDelay time has expired or a PHYRxStart.indication has been received;
b) Perform the Basic Access procedure as defined in 9.2.5.1;



Copyright © 1999 IEEE. All rights reserved.