# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC. et al.,<br><br>    Defendants. | Case No. 2:20-CV-281- JRG<br><br>JURY TRIAL DEMANDED |

### JOINT STATUS REPORT ON MOTIONS SET FOR HEARING PURSUANT TO COURT'S STANDING ORDER

In view of the Motions Hearing currently set for September 27, 2021, each party's lead attorney and local counsel met and conferred on September 15, 2021 to discuss all motions set for hearing (Docket Nos. 105, 140, 153, 157, 171, 172, 173, 175, 177, 178, 206, and 219).  The parties were unable to resolve the motions but are continuing to meet and confer to narrow the issues presented by the motions and will notify the Court immediately of any resolutions they reach.

Dated: September 15, 2021                   Respectfully submitted,

                                                         */s/ Robert Christopher Bunt*

                                                         Enoch H. Liang
                                                         Cal. Bar No. 212324 (admitted in E.D. Texas)
                                                         Michael J. Song
                                                         Cal. Bar No. 243675 (admitted in E.D. Texas)

                                                         LTL ATTORNEYS LLP
                                                         300 S. Grand Ave., 14th Fl.
                                                         Los Angeles, California 90071
                                                         Telephone: (213) 612-8900
                                                         Facsimile: (213) 612-3773

Email: enoch.liang@ltlattorneys.com
Email: michael.song@ltlattorneys.com

Jason Sheasby
Cal. Bar No. 205455 (admitted PHV)
IRELL & MANELLA, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Robert Christopher Bunt
Texas Bar No. 00787165
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

*Attorneys for Plaintiff KAIFI LLC*


*/s/ Josh A. Krevitt (with permission)*
Benjamin Hershkowitz
New York State Bar No. 2600559
Katherine Q. Dominguez
New York Bar No. 4741237
Paul J. Kremer
New York Bar No. 4900338
Josh A. Krevitt
New York Bar No. 2568228
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193 Telephone: (212) 351-4000
Facsimile: (212) 351-4035
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com
PKremer@gibsondunn.com
jkrevitt@gibsondunn.com

Nathan R. Curtis
Texas State Bar No. 24078390
GIBSON, DUNN & CRUTCHER LLP

2

2001 Ross Avenue
Dallas, Texas 75201-2923
Tel: (214) 698-3423
Fax: (214) 571-2961
ncurtis@gibsondunn.com

Melissa R. Smith
(*TX State Bar No. 24001351*)
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Melissa@gillamsmithlaw.com

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on September 15, 2021 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

 */s/Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

I certify that counsel for the parties have complied with the meet and confer requirement in Local Rule CV-7(h) and jointly file this unopposed motion.

 */s/Melissa R. Smith*
Melissa R. Smith