IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC § | |
| § | |
| v.   § | Case No.  2:20-cv-00281-JRG |
| § | |
| T-MOBILE US, INC., and T-MOBILE § | |
| USA, INC. § | |

MOTION HEARING MINUTES
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
September 27, 2021

**OPEN:  02:07 PM**                                                                                             **ADJOURN:   03:44 PM**

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANTS:      See attached.

LAW CLERKS:                                       Tom Derbish

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTES |
|---|---|
| 02:07 PM | Court opened. |
| 02:08 PM | Court called for announcements from counsel. |
| 02:08 PM | Court recognized the parties' meet and confer efforts re: disputed matters. |
| 02:10 PM | On behalf of the parties, Mr. Sheasby read into the record the results from the meet and confer efforts: <br> Dkt. No. 105: moot; <br> Dkt. No. 157: agreement reached by the parties <br> Dkt. No. 171: issues resolved <br> Dkt. Nos. 172, 173 and 175: parties jointly withdrew <br> Dkt. Nos. 177 and 178: agreement reached by the parties <br> Dkt. No. 170: parties jointly withdrew <br> Mr. Krevitt, on behalf of Defendants, concurred and provided additional information. |
| 02:19 PM | Court began hearing argument re: Dkt. Nos. 206 and 219. |
| 02:20 PM | Mr. Vincent for the Defendants. |
| 02:24 PM | Mr. Sheasby for the Plaintiff. |
| 02:26 PM | Court GRANTED both Dkt. No. 206 and Dkt. No. 219. |

| TIME | MINUTES |
|---|---|
| 02:27 PM | Court heard argument re: Dkt. No.100. |
| 02:27 PM | Mr. Vincent for the Defendants. |
| 02:45 PM | Mr. Sheasby for the Plaintiff. |
| 02:53 PM | Court ordered and provided the parties with specific instructions re: Dkt. No. 100 as set forth in the record. |
| 02:55 PM | Court heard argument re: Dkt. No. 153. |
| 02:55 PM | Mr. Sheasby for the Plaintiff. |
| 03:02 PM | Mr. Chung for the Defendants. |
| 03:09 PM | Mr. Sheasby for the Plaintiff. |
| 03:13 PM | Court heard argument re: Dkt. No. 140. |
| 03:14 PM | Ms. Dominguez for the Defendants. |
| 03:24 PM | **Courtroom sealed.** |
| 03:25 PM | Ms. Dominguez for the Defendants, continued. |
| 03:32 PM | Mr. Sheasby for the Plaintiff. |
| 03:37 PM | Court CARRIED Dkt. No. 140. Parties ordered to notify the Court by the end of the week re: those matters set forth by the Court and as reflected in the record. |
| 03:39 PM | Request made by Ms. Dominguez re: clarification and correction of the record. |
| 03:42 PM | **Courtroom unsealed.** |
| 03:42 PM | Court CARRIED Dkt. Nos. 140 and 153. Court reminded the parties of the notification deadline to the Court re: those matters set forth and as reflected in the record. A ruling by the Court will be forthcoming. |
| 03:44 PM | Court adjourned. |