UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>     Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC., ET AL.<br><br>     Defendants. | Case No. 2:20-cv-00281-JRG<br><br>JURY TRIAL DEMANDED<br><br>Honorable Rodney Gilstrap |

**JOINT NOTICE
PURSUANT TO COURT ORDER
REGARDING T-MOBILE MOTION (DKT. 140)**

At the September 27, 2021 hearing, on T-Mobile's motion at Dkt. 140, the Court ordered KAIFI counsel to inquire whether Intellectual Discovery would be willing to voluntarily search its emails in connection with resolving T-Mobile's motion.

In response to KAIFI counsel's inquiry, Intellectual Discovery provided a proposal, which was conveyed to T-Mobile on Friday, October 1, 2021.

T-Mobile is conferring with its counsel, and asked for time to respond by Monday, October 4, 2021.  KAIFI agrees that timing is sensible.

Date:   October 1, 2021					/s/ Robert Christopher Bunt

Robert Christopher Bunt
Texas Bar No. 00787165
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

Jason G. Sheasby
Cal. Bar No. 205455 (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Andrew Y. Choung
Cal. Bar No. 203192 (admitted in E.D. Texas)
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6166
Facsimile: (213) 629-6001
Email: achoung@nixonpeabody.com

Enoch H. Liang
Cal. Bar No. 212324 (admitted in E.D. Texas)

                                      LTL ATTORNEYS LLP
                                      300 S. Grand Ave., 14th Fl.
                                      Los Angeles, California 90071
                                      Telephone: (213) 612-8900
                                      Facsimile:(213) 612-3773
                                      Email: enoch.liang@ltlattorneys.com

*Attorneys for Plaintiff KAIFI LLC*

Date:   October 1, 2021                            */s/ Josh A. Krevitt (wit8h permission)*

                                      Josh A. Krevitt
                                      New York Bar No. 2568228
                                      Benjamin Hershkowitz
                                      New York State Bar No. 2600559
                                      Katherine Q. Dominguez
                                      New York Bar No. 4741237
                                      Paul J. Kremer
                                      New York Bar No. 4900338
                                      GIBSON, DUNN & CRUTCHER LLP
                                      200 Park Avenue
                                      New York, New York 10166-0193
                                      Telephone: (212) 351-4000
                                      Facsimile: (212) 351-4035
                                      jkrevitt@gibsondunn.com
                                      bhershkowitz@gibsondunn.com
                                      kdominguez@gibsondunn.com
                                      pkremer@gibsondunn.com

                                      Robert Vincent
                                      Texas State Bar No. 24056474
                                      Nathan R. Curtis
                                      Texas State Bar No. 24078390
                                      Audrey Yang
                                      Texas State Bar No. 24118593
                                      GIBSON, DUNN & CRUTCHER LLP
                                      2001 Ross Avenue
                                      Dallas, Texas 75201-2923
                                      Telephone: (214) 698-3100
                                      Fax: (214) 571-2900
                                      rvincent@gibsondunn.com
                                      ncurtis@gibsondunn.com
                                      ayang@gibsondunn.com

> Melissa R. Smith
> Texas State Bar No. 24001351
> GILLIAM & SMITH, LLP
> 303 South Washington Avenue
> Marshall, Texas 75670
> Telephone: 903.934.8450
> Facsimile: 903.934.9257
> melissa@gilliamsmithlaw.com
>
> *Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served via electronic mail on October 1, 2021 to all opposing counsel of record.

> */s/ Robert Christopher Bunt*
> ROBERT CHRISTOPHER BUNT