# Notification of the time and place for the Execution of the Request
## 촉탁서 집행 통지서

| The Competent Authority<br>집행 당국 주소<br><br>Seoul Central District Court<br>157 Seochojungang-ro,<br>Seocho-gu, Seoul,<br>Republic of Korea 06594 | Identity and address of the Requesting Authority<br>촉탁당국 이름과 주소<br><br>The Honorable Rodney Gilstrap<br>United States District Court for the Eastern District of Texas<br>Sam, B. Hall, Jr. Federal Building and United States Courthouse<br>100 Esat Houston Street<br>Marshall, Texas 75670<br>USA |
|---|---|

| Plaintiff : KAIFI LLC,<br>Defendants : T-MOBILE US, INC. and T-MOBILE USA, INC, | CASE NO. 2:20-CV281-JRG |
|---|---|
| Plaintiff : KAIFI LLC,<br>Defendants : VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZEN ENTERPRISE SOLUTIONS, LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON NETWORK SERVICES, LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES, LLC, VERIZON MEDIA INC., and VERIZON ONLINE, LLC, | CASE NO. 2:20-CV-280-JRG |

위 사건에 관하여 다음과 같이 촉탁서를 집행하기로 하였음을 통지합니다.

신문할 증인 : 박재형 (Jae-Hyeong Park)
신 문 일 시 : 2021. 11. 02. 15:00
              (at Korea local time 15:00, November 2, 2021 )
신 문 장 소 : 서울중앙지방법원 동관 제370호 법정
              (Court Room No.370 of Seoul Central District Court)

2021. 10. 06.
재판장  이 진 화  ㉞

◇ 참 고
대법원 홈페이지(www.scourt.go.kr)를 이용하시면 재판기일 등 각종 정보를 편리하게 열람할 수 있습니다.

◇ 문의사항: 서울중앙지방법원 민사신청과 사법공조 담당
  전화번호: +82-02-3415-3394
  팩    스: +82-02-592-1773
  이 메 일: youngkim88@scourt.go.kr

# Notification of the time and place for the Execution of the Request
## 촉탁서 집행 통지서

| The Competent Authority<br>집행 당국 주소<br><br>Seoul Central District Court<br>157 Seochojungang-ro,<br>Seocho-gu, Seoul,<br>Republic of Korea 06594 | Identity and address of the Requesting Authority<br>촉탁당국 이름과 주소<br><br>The Honorable Rodney Gilstrap<br>United States District Court for the Eastern District of Texas<br>Sam. B. Hall, Jr. Federal Building and United States Courthouse<br>100 Esat Houston Street<br>Marshall, Texas 75670<br>USA |
|---|---|

| Plaintiff : KAIFI LLC,<br>Defendants : T-MOBILE US, INC. and T-MOBILE USA, INC. | CASE NO. 2:20-CV281-JRG |
|---|---|
| Plaintiff : KAIFI LLC,<br>Defendants : VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZEN ENTERPRISE SOLUTIONS, LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON NETWORK SERVICES, LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES, LLC, VERIZON MEDIA INC., and VERIZON ONLINE, LLC, | CASE NO. 2:20-CV-280-JRG |

위 사건에 관하여 다음과 같이 촉탁서를 집행하기로 하였음을 통지합니다.

신문할 증인 : 송지영 (Jee-Young Song)
신 문 일 시 : 2021. 11. 02. 14:00
　　　　　　 (at Korea local time 14:00, November 2, 2021 )
신 문 장 소 : 서울중앙지방법원 동관 제370호 법정
　　　　　　 (Court Room No.370 of Seoul Central District Court)

　　　　　　　　　　　　　　　　　　　　　2021. 10. 06.
　　　　　　　　　　　　　　　　　　　재판장  이 진 화 

◇ 참 고
대법원 홈페이지(www.scourt.go.kr)를 이용하시면 재판기일 등 각종 정보를 편리하게 열람할 수 있습니다.

◇ 문의사항: 서울중앙지방법원 민사신청과 사법공조 담당
　전화번호: +82-02-3415-3394
　팩　　스: +82-02-592-1773
　이 메 일: youngkim88@scourt.go.kr

A2693