IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>        Defendants. | Case No. 2:20-CV-00281-JRG<br><br>Hon. Rodney Gilstrap |

**DEFENDANTS' NOTICE PURSUANT TO 35 U.S.C. § 282**

Pursuant to 35 U.S.C. § 282(c), Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively, "T-Mobile") provide notice (the "Section 282 Notice") to Plaintiff KAIFI LLC of patents, publications, other prior art, and witnesses upon which T-Mobile may rely to establish the invalidity and the state of the art as to U.S. Patent No. 6,922,728 ("the '728 patent").

T-Mobile has already provided the requisite notice through the pleadings and documents filed or served over the course of this litigation, including but not limited to its answer to the complaint, initial disclosures, invalidity contentions, expert reports, discovery responses, fact and expert depositions, trial exhibit lists, trial witness lists, and all documents cited or relied upon therein (collectively, the "Prior Notice"). These pleadings and documents comprising the Prior Notice include the information that Section 282 requires with respect to the patents, publications, other prior art, and witnesses upon which T-Mobile intends to rely to establish the invalidity and the state of the art as to the asserted claims of the '728 patent. T-Mobile therefore incorporates by reference that Prior Notice into this Section 282 Notice as if fully set forth herein. For the same reason, T-Mobile incorporates by reference into this Section 282 Notice all prior art cited or

1

otherwise contained in the prosecution records of the applications that issued as the '728 patent, as well as any related applications that were filed in the United States or world. T-Mobile additionally reserves the right to rely on any testimony or admissions of the named inventor of the '728 patent or any experts engaged (past or present) by KAIFI regarding the state of the art as to the asserted claims of the '728 patent.

In addition, T-Mobile identifies the following patents, publications, other prior art, and trial witnesses who may testify in connection with T-Mobile's contentions as to invalidity of the '728 patent.

I.  **PATENTS, PATENT APPLICATIONS, AND OTHER PRIOR ART**

   A.  **Patents, Patent Publications, and Patent Applications**

| Country | Patent / Publication / Application No. | Date Filed / Published / Issued | Name of Patentee / Applicant |
|---|---|---|---|
| United States | U.S. Patent No. 6,243,581 | December 11, 1998 | Jawanda |
| United States | U.S. Patent No. 6,909,705 | November 2, 2000 | Lee et al. |
| United States | U.S. Patent No. 6,922,559 | February 26, 2001 | Mohammed |
| United States | U.S. Patent No. 6,922,728 | December 18, 2001 | Cho |
| United States | U.S. Patent No. 7,039,027 | March 19, 2001 / December 28, 2000 | Bridgelall |
| United States | U.S. Patent No. 7,120,129 | March 13, 2001 | Ayyagari et al. |
| United States | U.S. Patent No. 8,019,335 | January 29, 2001 | Kallio |
| United States | Prov. Appl. No. 60/258,669 | December 28, 2000 | Bridgelall |
| United States | Prov. Appl. No. 60/277,020 | March 19, 2001 | Bridgelall |
| United States | Prov. Appl. No. 60/271,766 | February 26, 2001 | Mohammed |
| United States | Prov. Appl. No. 60/271,767 | February 26, 2001 | Mohammed |
| United States | Prov. Appl. No. 60/271,768 | February 26, 2001 | Mohammed |
| United States | Prov. Appl. No. 60/271,769 | February 26, 2001 | Mohammed |

   B.  **Other Prior Art**

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| Prosecution History of U.S. Patent No. 6,922,728 (and references cited therein) | KAIFI_0007016 | KAIFI_0007164 |
| 3GPP TS 23.002 V5.2.0 (Apr. 2001) | TMOBILE_KAIFI_00171439 | TMOBILE_KAIFI_00171487 |

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| 3GPP TS 23.060 V3.6.0 (Jan. 2001) | TMOBILE_KAIFI_00171488 | TMOBILE_KAIFI_00171670 |
| 3GPP TS 23.121 V3.5.1 (Dec. 2000) | TMOBILE_KAIFI_00171199 | TMOBILE_KAIFI_00171255 |
| 3GPP TS 23.121 V3.6.0 (June 2002) | TMOBILE_KAIFI_00171382 | TMOBILE_KAIFI_00171438 |
| 3GPP TS 23.221 V4.0.0 (Apr. 2001) | TMOBILE_KAIFI_00171171 | TMOBILE_KAIFI_00171198 |
| 3GPP TS 23.228 V1.7.0 (Feb. 2001) | TMOBILE_KAIFI_00171040 | TMOBILE_KAIFI_00171170 |
| 3GPP TS 23.228 V2.0.0 (Mar. 2001), Vols. 1 and 2 | TMOBILE_KAIFI_00037704 | TMOBILE_KAIFI_00037830 |
| 3GPP TS 23.228 V5.0.0 (Apr. 2001) | TMOBILE_KAIFI_00171256 | TMOBILE_KAIFI_00171381 |
| 3GPP TR 23.922 V1.0.0 (Oct. 1999) | TMOBILE_KAIFI_00037923 | TMOBILE_KAIFI_00037986 |
| 3GPP TS 29.061 V3.4.0 (Sept. 2000) | TMOBILE_KAIFI_00401763 | TMOBILE_KAIFI_00401794 |
| An Introduction to Wireless Technology (IBM 1995) | TMOBILE_KAIFI_00172725 | TMOBILE_KAIFI_00172932 |
| Specification of The Bluetooth System – Core, v. 1.0 (Dec. 1999) | TMOBILE_KAIFI_00040217 | TMOBILE_KAIFI_00041298 |
| Specification of the Bluetooth System – Profiles, v. 2.0 (Dec. 1999) | TMOBILE_KAIFI_00039777 | TMOBILE_KAIFI_00040216 |
| Brenner, "A Technical Tutorial on the IEEE 802.11 Protocol" (1997) | TMOBILE_KAIFI_00171671 | TMOBILE_KAIFI_00171694 |
| Dahlman et al., 4G: LTE/LTE-Advanced for Mobile Broadband (2014) | TMOBILE_KAIFI_00171695 | TMOBILE_KAIFI_00172203 |
| IEEE 802.11-1999 | TMOBILE_KAIFI_00037176 | TMOBILE_KAIFI_00037703 |
| IEEE 802.11b-1999 | TMOBILE_KAIFI_00038757 | TMOBILE_KAIFI_00038852 |
| IETF RFC 2002 – "IP Mobility Support" (1996) | TMOBILE_KAIFI_00407967 | TMOBILE_KAIFI_00408045 |
| IETF RFC 791 – "Internet Protocol, DARPA Internet Program Protocol Specification" (1981) | TMOBILE_KAIFI_00174296 | TMOBILE_KAIFI_00174346 |
| IETF RFC 826 – "An Ethernet Address Resolution Protocol" (1982) | TMOBILE_KAIFI_00174347 | TMOBILE_KAIFI_00174356 |
| Nikolaou et al., *Wireless Technologies Convergence: Results* | TMOBILE_KAIFI_00411583 | TMOBILE_KAIFI_00411588 |

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| *and Experience* (IEEE 2000) ("Nikolaou") | | |
| Pahlavan et al., "Handoff in Hybrid Mobile Data Networks" (IEEE 2000) ("Pahlavan") | TMOBILE_KAIFI_00042814 | TMOBILE_KAIFI_00042827 |
| Pichna et al., "IMT-2000 Wireless LAN Interworking," Journal of Communications and Networks (2000) | TMOBILE_KAIFI_00042838 | TMOBILE_KAIFI_00042849 |
| Salberg, "WLAN – GPRS Interworking" (2001) | TMOBILE_KAIFI_00043035 | TMOBILE_KAIFI_00043085 |
| Sesia et al., LTE – The UMTS Long Term Evolution, From Theory to Practice (2011) | TMOBILE_KAIFI_00173267 | TMOBILE_KAIFI_00174060 |
| Steele et al., GSM, CDMAONE AND 3G SYSTEMS (2001) | TMOBILE_KAIFI_00172204 | TMOBILE_KAIFI_00172724 |
| Tanenbaum, COMPUTER NETWORKS (4th ed. 2003) | TMOBILE_KAIFI_00410087 | TMOBILE_KAIFI_00410090 |
| Taylor et al., INTERNETWORK MOBILITY – THE CDPD APPROACH (1996) | TMOBILE_KAIFI_00172933 | TMOBILE_KAIFI_00173266 |
| Wisely et al., IP FOR 3G—NETWORKING TECHNOLOGIES FOR MOBILE COMMUNICATIONS (2002) | TMOBILE_KAIFI_00174061 | TMOBILE_KAIFI_00174295 |

II.     Persons To Be Identified Under 35 U.S.C. § 282(c)

| Name | Address |
|---|---|
| Dr. Kaveh Pahlavan | Worcester Polytechnic Institute<br>100 Institute Road<br>Atwater Kent 308<br>Worcester, MA  01609-2280 |
| James Proctor | 1680 North Riverside Drive<br>Indialantic, FL 32903 |
| Bjørnar Salberg | Mr. Salberg is located in Norway, but he can be contacted in the United States through the counsel listed below:<br><br>Marta Beckwith<br>TechSea Law, P.C.<br>849 Almar Ave, Suite C459<br>Santa Cruz, CA 95060<br>831-419-4301<br>marta@techsealaw.com |

Case 2:20-cv-00281-JRG   Document 399   Filed 11/05/21   Page 5 of 7 PageID #: 22585

\*   \*   \*

T-Mobile reserves the right to supplement or to modify this Section 282 Notice through and including the time of trial.

| | |
|---|---|
| DATE: November 5, 2021 | Respectfully submitted,<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br>By: */s/ Josh A. Krevitt*<br>    Josh A. Krevitt<br>    New York Bar No. 2568228<br>    Benjamin Hershkowitz<br>    New York State Bar No. 2600559<br>    Katherine Q. Dominguez<br>    New York Bar No. 4741237<br>    Paul J. Kremer<br>    New York Bar No. 4900338<br>    **GIBSON, DUNN & CRUTCHER LLP**<br>    200 Park Avenue<br>    New York, New York 10166-0193<br>    Telephone: (212) 351-4000<br>    Facsimile: (212) 351-4035<br>    bhershkowitz@gibsondunn.com<br>    kdominguez@gibsondunn.com<br>    pkremer@gibsondunn.com<br><br>    Robert Vincent<br>    Texas State Bar No. 24056474<br>    Nathan R. Curtis<br>    Texas State Bar No. 24078390<br>    Audrey Yang<br>    Texas State Bar No. 24118593<br>    **GIBSON, DUNN & CRUTCHER LLP**<br>    2001 Ross Avenue<br>    Dallas, Texas 75201-2923<br>    Telephone: (214) 698-3423<br>    Fax: (214) 571-2961<br>    rvincent@gibsondunn.com<br>    ncurtis@gibsondunn.com<br>    ayang@gibsondunn.com<br><br>    Melissa R. Smith<br>    Texas State Bar No. 24001351<br>    **GILLAM & SMITH, LLP**<br>    303 S. Washington Ave.<br>    Marshall, Texas 75670<br>    Telephone: (903) 934-8450<br>    Facsimile: (903) 934-9257<br>    Melissa@gillamsmithlaw.com<br><br>    *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A), on November 5, 2021.

*/s/ Melissa R. Smith*
Melissa R. Smith
