# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **KAIFI LLC,** § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | CASE NO. 2:20-cv-281-JRG |
| § | |
| **T-MOBILE US, INC. and T-MOBILE USA, INC.,** § | |
| § | |
| *Defendant*. § | |
| § | |

## NOTICE OF COMPLIANCE REGARDING FINAL ELECTION OF ASSERTED PRIOR ART

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. hereby notifies the Court that they have complied with the Court's Order (Dkt. 27) by serving their Election of Asserted Prior Art upon Plaintiff's counsel of record *via* electronic mail on November 5, 2021.

Dated: November 8, 2021                         Respectfully submitted,

By: */s/ Melissa R. Smith*  _____
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Josh A. Krevitt
New York Bar No. 2568228
Benjamin Hershkowitz
New York Bar No. 2600559
Katherine Q. Dominguez
New York Bar No. 4741237
Paul J. Kremer

New York Bar No. 4900338 GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com
pkremer@gibsondunn.com
Robert Vincent
Texas State Bar No. 24056474
Nathan R. Curtis
Texas State Bar No. 24078390
Audrey Yang
Texas State Bar No. 24118593
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, Texas 75201-2923
Telephone: (214) 698-3100
Fax: (214) 571-2900
rvincent@gibsondunn.com
ncurtis@gibsondunn.com
ayang@gibsondunn.com

*Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 8th day of November, 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith