IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC, § § *Plaintiff*, § § v. § CIVIL ACTION NO.  2:20-CV-00281-JRG § T-MOBILE US, INC., and T-MOBILE § USA, INC., § § *Defendants*. § | |

MINUTES FOR INITIAL PRETRIAL CONFERENCE DAY 2
HELD BEFORE U.S. DISTRICT JUDGE RODNEY GILSTRAP
November 16, 2021

**OPEN:   09:08 AM**                                                                          **ADJOURN:   04:40 PM**

ATTORNEYS FOR PLAINTIFF:           See attached

ATTORNEYS FOR DEFENDANTS:      See attached

LAW CLERKS:                                       Tom Derbish
                                                              Cason Cole
                                                              Cody Carter

COURT REPORTER:                           Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTES |
|---|---|
| 09:08 AM | Court opened. |
| 09:10 AM | Mr. Bunt provided the Court a status report re: survey expert witness Dr. Marias testifying live at the trial of this case.  Court instructed Mr. Bunt to keep the Court and opposing counsel updated re: this matter. |
| 09:12 AM | Court continued hearing argument re: disputed dispositive motions: [SEALED] Defendants' Motion for Partial Summary Judgment of No Direct Infringement by T-Mobile of the Asserted System Claims of U.S. Patent No. 6,922,728 (Dkt. No. 232). |
| 09:12 AM | Mr. Jaysen Chung presented argument for the Defendants. |
| 09:26 AM | Responsive argument by Mr. Jason Sheasby for the Plaintiff. |
| 09:46 AM | Additional argument by Mr. Jaysen Chung on behalf of the Defendants. |
| 09:50 AM | Additional responsive argument by Mr. Jason Sheasby for the Plaintiff. |
| 09:57 AM | Additional argument by Mr. Jaysen Chung on behalf of the Defendants. |

| | |
|---|---|
| 09:58 AM | Court directed each side to provide the Court with a supplemental letter brief within the next 48 hours and not more than five pages in length.  Court CARRIED Dkt. No. 232. |
| 09:59 AM | Court heard argument re: [SEALED] Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,922,728 (Dkt. 233). |
| 10:00 AM | Mr. Brian Rosenthal presented argument for the Defendants. |
| 10:44 AM | Recess. |
| 10:59 AM | Court reconvened. |
| 10:59 AM | Responsive argument by Mr. Jason Sheasby for the Plaintiff. |
| 11:24 AM | Additional argument by Mr. Brian Rosenthal on behalf of the Defendants. |
| 11:33 AM | Court DENIED Dkt. 233 and provided explanation as set forth in the record. |
| 11:34 AM | Court heard argument re: [SEALED] Defendants' Motion for Summary Judgment of No Pre-Suit Willful Infringement, Indirect Infringement, or Copying (Dkt. No. 234). |
| 11:35 AM | Mr. Robert Vincent presented argument for the Defendants. |
| 11:52 AM | Responsive argument by Mr. Jason Sheasby for the Plaintiff. |
| 11:59 AM | Court GRANTED Dkt. No. 234. |
| 12:01 PM | Court heard argument re: Defendants' *Daubert* Motion and Motion to Exclude Certain Opinions of Dr. Thomas Conte (Dkt. No. 236). |
| 12:01 PM | Mr. Brian Rosenthal presented argument for the Defendants. |
| 12:21 PM | Responsive argument by Mr. Jason Sheasby for the Plaintiff. |
| 12:53 PM | Additional argument by Mr. Brian Rosenthal on behalf of the Defendants. |
| 01:03 PM | Conclusion of argument re: dispositive motions. |
| 01:03 PM | Court to CARRY Dkt. No. 236 until after lunch recess. |
| 01:04 PM | Recess for lunch during which counsel to continue their meet and confer efforts re: MILs. |
| 02:58 PM | Court reconvened. |
| 02:59 PM | Court made rulings as set forth in the record re: previously carried Dkt. No. 236. |
| 03:06 PM | As a result of the meet and confer efforts, the following were resolved and read into the record by Mr. Jason Sheasby for the Plaintiff and Mr. Brian Rosenthal for the Defendants:<br><br>Plaintiff's MIL 1:  Court approved agreement by the parties<br>Plaintiff's MIL 2:  Withdrawn<br>Plaintiff's MIL 3:  Withdrawn<br>Defendants' MIL 4:  Withdrawn<br>Plaintiff's MIL 17:  Withdrawn<br>Defendants' MIL 1: Withdrawn<br>Plaintiff's MIL 9:  Court approved agreement by the parties<br>Plaintiff's MIL 16: Court approved agreement by the parties<br>Defendants' MIL 3: Withdrawn<br>Plaintiff's MIL 12:  Withdrawn<br>Defendants' MIL 5:  Court approved agreement by the parties<br>Plaintiff's MIL 8:  Withdrawn<br>Plaintiff's MIL 4 GRANTED by the Court |

| | |
|---|---|
| 03:16 PM | Mr. Jason Sheasby and Mr. Brian Rosenthal informed the Court of the possibility of a witness not appearing live for trial. |
| 03:23 PM | Court proceeded to hear argument re: MILs. |
| 03:23 PM | Plaintiff's MIL 5:  Argument presented. |
| 03:26 PM | Court's ruling:<br>Plaintiff's MIL 5:  GRANTED |
| 03:26 PM | Plaintiff's MIL 6:  Argument presented. |
| 03:33 PM | Court made rulings re: Plaintiff's MIL 6 with explanation and guidance as set forth in the record. |
| 03:33 PM | Plaintiff's MIL 7:  Argument presented. |
| 03:41 PM | Court's ruling:<br>Plaintiff's MIL 7: GRANTED with explanation and instruction as set forth in the record. |
| 03:44 PM | Plaintiff's MIL 10:  Argument presented. |
| 03:49 PM | Court's ruling:<br>Plaintiff's MIL 10:  DENIED with explanation and instruction as set forth in the record. |
| 03:49 PM | Plaintiff's MIL 11:  Argument presented. |
| 03:50 PM | Court's ruling:<br>Plaintiff's MIL 11: DENIED with explanation and instruction as set forth in the record. |
| 03:51 PM | Plaintiff's MIL 13:  Argument presented. |
| 03:56 PM | Court's ruling:<br>Plaintiff's MIL 13:  GRANTED-IN-PART and DENIED-IN-PART with explanation and instruction as set forth in the record. |
| 03:58 PM | Plaintiff's MIL 14:  Argument presented. |
| 04:04 PM | Court CARRIED Plaintiff's MIL 14. |
| 04:04 PM | Plaintiff's MIL 15:  Argument presented. |
| 04:11 PM | Court's ruling:<br>Plaintiff's MIL 15:  DENIED. |
| 04:11 PM | Defendants' MIL 2:  Argument presented. |
| 04:15 PM | Court's ruling:<br>Defendants' MIL 2:  GRANTED-IN-PART and DENIED-IN-PART with explanation and instruction as set forth in the record. |
| 04:15 PM | Defendants' MIL 6:  Argument presented. |
| 04:18 PM | Court's ruling:<br>Defendants' MIL 6:  GRANTED-IN-PART and DENIED-IN-PART with instruction given as set forth in the record. |
| 04:19 PM | Defendants' MIL 7:  Argument presented. |
| 04:21 PM | Court's ruling:<br>Defendants' MIL 7:  GRANTED-IN-PART and DENIED-IN-PART with instruction given as set forth in the record. |
| 04:23 PM | Defendants' MIL 8:  Argument presented. |
| 04:27 PM | Court's ruling:<br>Defendants' MIL 8:  DENIED |
| 04:27 PM | Defendants' MIL 9:  Argument presented. |

| 04:31 PM | Court's ruling:<br>Defendants' MIL 9: DENIED with additional explanation as set forth in the record. |
|---|---|
| 04:32 PM | Defendants' MIL 10:   Argument presented. |
| 04:35 PM | Court's ruling:<br>Defendants' MIL 10:  GRANTED with additional explanation as set forth in the record. |
| 04:36 PM | Conclusion of argument re: MILs. |
| 04:36 PM | Court scheduled a third day of pretrial on November 22, 2021 and will take up disputed exhibit issues at that time.   Court directed the parties to submit a joint report by 5:00 PM on Friday, November 19 re: status of exhibit disputes as a result of their meet and confer efforts. |
| 04:40 PM | Court adjourned until 9:00 AM November 22, 2021. |