**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| KAIFI LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.  2:20-CV-00281-JRG |
| | § | |
| v. | § | |
| | § | |
| T-MOBILE US, INC.,   T-MOBILE USA, INC., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court issues this Order *sua sponte*.  Having received Defendants' Emergency Motion For Stay Based On Rejection Of All Claims In Ex Parte Reexaminations And Defendants' Voluntary Withdrawal Of All Invalidity Defenses (Dkt. No. 43) (the "Motion"), and in light of the emergency nature of the Motion, the Court hereby **ORDERS** plaintiff Kaifi LLC to file its response to the Motion with the Court by **noon on Friday, December 3, 2021.**

**So ORDERED and SIGNED this 29th day of November, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE