IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **KAIFI LLC,** | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CASE NO. 2:20-cv-281-JRG |
| **T-MOBILE US, INC. and T-MOBILE USA, INC.,** | § § § § | |
| *Defendant.* | § § § | |

**CERTIFICATE OF CONFERENCE**

I certify that counsel for the parties have complied with the meet and confer requirement in Local Rule CV-7(h). Plaintiff opposes the motion.

*/s/ Josh A. Krevitt*
Josh A. Krevitt