IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>  Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>  Defendants. | Case No. 2:20-CV-00281-JRG<br><br>Hon. Rodney Gilstrap |

**ORDER GRANTING T-MOBILE'S EMERGENCY MOTION FOR A STAY BASED ON REJECTION OF ALL ASSERTED CLAIMS IN *EX PARTE* REEXAMINATIONS AND DEFENDANT'S VOLUNTARY WITHDRAWAL OF ALL INVALIDITY DEFENSES**

Before the Court is Defendants' Emergency Motion for a Stay Based on Rejection of All Claims In *Ex Parte* Reexaminations and Defendants' Voluntary Withdrawal of All Invalidity Defenses. After due consideration, the Court finds that the Motion should be and is hereby GRANTED.