IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>T-MOBILE US, INC. ET AL.,<br><br>　　　　　Defendants. | **Case No. 2:20-cv-281-JRG**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT

Plaintiff KAIFI LLC ("KAIFI") and Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. ("Defendants" or "T-Mobile") have reached a settlement in principle to resolve the claims asserted in this case between them. Accordingly, pursuant to this Court's Standing Order Regarding Proper Notification of Settlement to the Court and subject to this Court's approval, KAIFI and T-Mobile request that the Court stay all deadlines for thirty (30) days so that appropriate dismissal papers may be submitted upon finalization of a written settlement agreement. KAIFI and T-Mobile anticipate filing a stipulation of dismissal within 30 days.

| | |
|---|---|
| Date:   December 1, 2021 | */s/ Robert Christopher Bunt*<br><br>Robert Christopher Bunt<br>Texas Bar No. 00787165<br>PARKER, BUNT & AINSWORTH PC<br>100 E. Ferguson St., Suite 418<br>Tyler, Texas 75702<br>Telephone: (903) 531-3535<br>Email: rcbunt@pbatyler.com |

|  | Jason G. Sheasby<br>Cal. Bar No. 205455 (admitted *pro hac vice*)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>Email: jsheasby@irell.com<br><br>Andrew Y. Choung<br>Cal. Bar No. 203192 (admitted in E.D. Texas)<br>NIXON PEABODY LLP<br>300 S. Grand Avenue, Suite 4100<br>Los Angeles, CA 90071<br>Telephone: (213) 629-6166<br>Facsimile: (213) 629-6001<br>Email: achoung@nixonpeabody.com<br><br>Enoch H. Liang<br>Cal. Bar No. 212324 (admitted in E.D. Texas)<br>LTL ATTORNEYS LLP<br>300 S. Grand Ave., 14th Fl.<br>Los Angeles, California 90071<br>Telephone: (213) 612-8900<br>Facsimile:(213) 612-3773<br>Email: enoch.liang@ltlattorneys.com<br><br>*Attorneys for Plaintiff KAIFI LLC* |
|---|---|
| Date:   December 1, 2021 | */s/ Melissa R. Smith (with permission)*<br><br>Josh A. Krevitt<br>New York Bar No. 2568228<br>Benjamin Hershkowitz<br>New York State Bar No. 2600559<br>Katherine Q. Dominguez<br>New York Bar No. 4741237<br>Paul J. Kremer<br>New York Bar No. 4900338<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>jkrevitt@gibsondunn.com |

|  | bhershkowitz@gibsondunn.com<br>kdominguez@gibsondunn.com<br>pkremer@gibsondunn.com<br><br>Robert Vincent<br>Texas State Bar No. 24056474<br>Nathan R. Curtis<br>Texas State Bar No. 24078390<br>Audrey Yang<br>Texas State Bar No. 24118593<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue<br>Dallas, Texas 75201-2923<br>Telephone: (214) 698-3100<br>Fax: (214) 571-2900<br>rvincent@gibsondunn.com<br>ncurtis@gibsondunn.com<br>ayang@gibsondunn.com<br><br>Melissa R. Smith<br>Texas State Bar No. 24001351<br>GILLIAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone:  903.934.8450<br>Facsimile:  903.934.9257<br>melissa@gilliamsmithlaw.com<br><br>*Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.* |
|---|---|

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on December 1, 2021 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service. Any other counsel of record will be served by first class U.S. mail on this same date.

                                      */s/ Robert Christopher Bunt*
                                      ROBERT CHRISTOPHER BUNT

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned met and conferred with opposing counsel and this motion is being filed as a joint motion.

                                      */s/Robert Christopher Bunt*
                                      ROBERT CHRISTOPHER BUNT

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that under L.R. CV-5(a)(7)(B) that the foregoing document is filed under seal pursuant to the Court's Protective Order entered in this matter (Dkt. No. 80).

                                          */s/ Robert Christopher Bunt*
                                          ROBERT CHRISTOPHER BUNT