UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>　　Plaintiff,<br><br>　v.<br><br>T-MOBILE US, INC., ET AL.<br><br>　　Defendants. | Case No. 2:20-cv-00281-JRG<br><br>JURY TRIAL DEMANDED<br><br>Honorable Rodney Gilstrap |

**JOINT MOTION TO EXTEND STAY**

Plaintiff KAIFI LLC ("KAIFI") and Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. ("T-Mobile") respectfully request an extension of the stay granted by the Court on December 2, 2021.

On December 1, 2021, the parties believed that they had reached a settlement in principle.  The parties jointly notified the Court that same day and moved to stay these proceedings in order to finalize the settlement.  Dkt. 446.  On December 2, 2021, the Court granted the stay.  Dkt. 447.

Subsequently, the parties negotiated over a long-form agreement to finalize the settlement.  The parties have not been able to reach agreement.  KAIFI believes that the parties are irreconcilably at odds over fundamental conditions of a final settlement.  However, the parties have agreed to make a final effort to reach an agreement by mediating with Judge Folsom.  Therefore, the parties respectfully request a brief extension of the stay for ten days for this purpose.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date:  January 3, 2022 | /s/ Robert Christopher Bunt |
|  | Robert Christopher Bunt<br>Texas Bar No. 00787165<br>PARKER, BUNT & AINSWORTH PC<br>100 E. Ferguson St., Suite 418<br>Tyler, Texas 75702<br>Telephone: (903) 531-3535<br>Email: rcbunt@pbatyler.com |

Jason G. Sheasby
Cal. Bar No. 205455 (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Andrew Y. Choung
Cal. Bar No. 203192 (admitted in E.D. Texas)
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6166
Facsimile: (213) 629-6001
Email: achoung@nixonpeabody.com

Enoch H. Liang
Cal. Bar No. 212324 (admitted in E.D. Texas)
LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile:(213) 612-3773
Email: enoch.liang@ltlattorneys.com

*Attorneys for Plaintiff KAIFI LLC*

Date:   January 3, 2022                     */s/ Katherine Q. Dominguez (with permission)*

Josh A. Krevitt (admitted in E.D. Texas)
New York Bar No. 2568228
Benjamin Hershkowitz (admitted in E.D. Texas)
New York State Bar No. 2600559
Brian A. Rosenthal (admitted in E.D. Texas)
New York Bar No. 3961380
Katherine Q. Dominguez (admitted in E.D. Texas)
New York Bar No. 4741237
Paul J. Kremer (admitted in E.D. Texas)
New York Bar No. 4900338
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue

2

New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com
pkremer@gibsondunn.com

Robert Vincent (admitted in E.D. Texas)
Texas State Bar No. 24056474
Nathan R. Curtis (admitted in E.D. Texas)
Texas State Bar No. 24078390
Audrey Yang (admitted in E.D. Texas)
Texas State Bar No. 24118593
Ashbey Morgan (admitted in E.D. Texas)
Texas State Bar No. 24106339
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue
Dallas, Texas 75201-2923
Telephone: (214) 698-3100
Fax: (214) 571-2900
rvincent@gibsondunn.com
ncurtis@gibsondunn.com
ayang@gibsondunn.com

Jaysen S. Chung (admitted in E.D. Texas)
California State Bar No. 280708
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: (415) 393-8200
Fax: (415) 393-8306
jschung@gibsondunn.com

Melissa R. Smith (admitted in E.D. Texas)
Texas State Bar No. 24001351
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gilliamsmithlaw.com

*Attorneys for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), the undersigned met and conferred with opposing counsel and this motion is being filed as a joint motion.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule CV-5(a), the undersigned hereby certifies that the foregoing document was filed and served electronically on January 3, 2021 to all counsel of record.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT