IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KAIFI LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00281-JRG |
| | § | |
| T-MOBILE US, INC., T-MOBILE USA, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Extend Stay (Dkt. No. 448) (the "Motion"). In the Motion, the Plaintiff Kaifi LLC ("KAIFI") and Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. ("T-Mobile") (collectively, the "parties") request a ten (10) day extension of the thirty (30) day stay granted by the Court on December 2, 2021, which was intended to allow the parties to finalize their agree-upon settlement. The parties represented to the Court on December 1, 2021, that they "ha[d] reached a settlement in principle to resolve the claims asserted in this case between them" when requesting that the Court stay the above-captioned case and cancel the trial that was then scheduled to begin on December 6, 2021. (Dkt. No. 446.) The parties now inform the Court that they "have not been able to reach agreement" and "are irreconcilably at odds over fundamental conditions of a final settlement."

Having considered the Motion, the Court find that it should be and hereby is **DENIED**. In addition, the parties, their respective counsel who have appeared herein, and the mediator are **ORDERED** to appear before the Court on **January 13, 2022, at 4:00 p.m.**, to show cause why appropriate sanctions should not be imposed for apparent misrepresentations made to the Court.

**So ORDERED and SIGNED this 4th day of January, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE