UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC., ET AL.<br><br>    Defendants. | Case No. 2:20-cv-00281-JRG<br><br>JURY TRIAL DEMANDED<br><br>Honorable Rodney Gilstrap |

**JOINT MOTION TO DISMISS**

Pursuant to the Parties' confidential settlement agreement, Plaintiff KAIFI LLC ("Plaintiff") and Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. ("Defendants") hereby jointly move to dismiss with prejudice all of the Parties' respective claims and counterclaims asserted in this action in their entirety, with each Party to bear its own costs, expenses and attorneys' fees.

Wherefore, the Parties respectfully request that the Court enter the proposed order of dismissal with prejudice submitted with this motion.

Date: January 12, 2022                    /s/ Robert Christopher Bunt

Robert Christopher Bunt
Texas Bar No. 00787165
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

Jason G. Sheasby
Cal. Bar No. 205455 (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Andrew Y. Choung
Cal. Bar No. 203192 (admitted in E.D. Texas)
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6166
Facsimile: (213) 629-6001
Email: achoung@nixonpeabody.com

Enoch H. Liang
Cal. Bar No. 212324 (admitted in E.D. Texas)

1

                                        LTL ATTORNEYS LLP
                                      300 S. Grand Ave., 14th Fl.
                                      Los Angeles, California 90071
                                      Telephone: (213) 612-8900
                                      Facsimile:(213) 612-3773
                                      Email: enoch.liang@ltlattorneys.com

                                      *Attorneys for Plaintiff KAIFI LLC*

Date: January 12, 2022                     */s/ Jaysen S. Chung (with permission)*

                                      Josh A. Krevitt (admitted in E.D. Texas)
                                      New York Bar No. 2568228
                                      Benjamin Hershkowitz (admitted in E.D. Texas)
                                      New York State Bar No. 2600559
                                      Brian A. Rosenthal (admitted in E.D. Texas)
                                      New York Bar No. 3961380
                                      Katherine Q. Dominguez (admitted in E.D. Texas)
                                      New York Bar No. 4741237
                                      Paul J. Kremer (admitted in E.D. Texas)
                                      New York Bar No. 4900338
                                      **GIBSON, DUNN & CRUTCHER LLP**
                                      200 Park Avenue
                                      New York, New York 10166-0193
                                      Telephone: (212) 351-4000
                                      Facsimile: (212) 351-4035
                                      jkrevitt@gibsondunn.com
                                      bhershkowitz@gibsondunn.com
                                      kdominguez@gibsondunn.com
                                      pkremer@gibsondunn.com

                                      Robert Vincent (admitted in E.D. Texas)
                                      Texas State Bar No. 24056474
                                      Nathan R. Curtis (admitted in E.D. Texas)
                                      Texas State Bar No. 24078390
                                      Audrey Yang (admitted in E.D. Texas)
                                      Texas State Bar No. 24118593
                                      Ashbey Morgan (admitted in E.D. Texas)
                                      Texas State Bar No. 24106339
                                      **GIBSON, DUNN & CRUTCHER LLP**
                                      2001 Ross Avenue
                                      Dallas, Texas 75201-2923
                                      Telephone: (214) 698-3100
                                      Fax: (214) 571-2900

rvincent@gibsondunn.com
ncurtis@gibsondunn.com
ayang@gibsondunn.com

Jaysen S. Chung (admitted in E.D. Texas)
California State Bar No. 280708
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: (415) 393-8200
Fax: (415) 393-8306
jschung@gibsondunn.com

Melissa R. Smith (admitted in E.D. Texas)
Texas State Bar No. 24001351
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gilliamsmithlaw.com

*Attorneys for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), the undersigned met and conferred with opposing counsel and this motion is being filed as a joint motion.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule CV-5(a), the undersigned hereby certifies that the foregoing document was filed and served electronically on January 12, 2022 to all counsel of record.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT
