IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KAIFI LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.  2:20-CV-00281-JRG |
| v. | § § § | |
| T-MOBILE US, INC., T-MOBILE USA, INC., | § § § § | |
| Defendants. | | |

### ORDER

Before the Court is the Joint Motion to Dismiss (Dkt. No. 450) (the "Motion").  In the Motion, Plaintiff KAIFI LLC ("Plaintiff") and Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. ("Defendants") (collectively, the "Parties") request the Court dismiss with prejudice all the Parties' respective claims and counterclaims asserted in the above-captioned action in their entirety.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that all claims and counterclaims asserted in this above-captioned action are **DISMISSED WITH PREJUDICE**.  Each party to bear its own costs, expenses, and fees relating to this litigation (including attorney and expert fees and expenses).  The Clerk of Court is directed to **CLOSE** the above-captioned action as no parties or claims remain.

**So ORDERED and SIGNED this 12th day of January, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE